UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNIE SUE KOOG, Individually and as Personal Representative on Behalf of the Estate of ARTHUR KOOG and all Wrongful Death Beneficiaries | § | |
| *Plaintiff,* | § | |
| v. | § | CIVIL ACTION 4:25-CV-01879 ADMIRALTY CASE |
| A.W. Chesterton Company, ET AL. | § | |
| *Defendants.* | § | |

# Exhibit 1 to Plaintiff's First Amended Complaint

## Part 1

## 66 pages

## (2 Cover pages and 64 pages of Records)

## (Redaction of SSNs, Dates of Birth and Financial Acct Nos.)

Records Obtained by Authorization

From National Personnel Records Center

Civil Service Records, 1 Archives Drive

Saint Louis, MO 63138

Pertaining to Arthur Roger Koog

For Ryan C. Runkle

Nell McCallum & Associates, Inc.

**NELL MCCALLUM & ASSOCIATES, INC., HAS VERIFIED THAT THESE RECORDS ARE COMPLETE AND THE BEST POSSIBLE QUALITY.**

# RECORD OF LEAVE DATA

| | | |
|---|---|---|
| 1. NAME (CAPS) *Last—First—Middle* (*Mr.—Miss—Mrs.*) KOOG, Arthur R. Mr. | 2. SOCIAL SECURITY ACCT. NO. [redacted] | 3. (FOR AGENCY USE) |
| 4. DATE AND NATURE OF SEPARATION 8-17-72 Resignation | 5. A. SUBJECT TO 5 USC 6304(B) (*45 day leave ceiling*) ☐ YES ☐ NO<br>B. LAST DATE SUBJECT TO 5 USC 6304(B) | C. ANNUAL LEAVE BALANCE AS OF THAT DATE (*hours*) |

6. TOTAL SERVICE FOR LEAVE (*as of date of separation*)
☐ Less than 15 years (*show*) 15 years 1 months 12 days ☒ 15 years or more

## SUMMARY OF ANNUAL AND SICK LEAVE

| | MO | DAY | YEAR | HOURS ANNUAL | HOURS SICK |
|---|---|---|---|---|---|
| 7. Carryover balance from prior leave year ending (Recredit) | 5 | 21 | 72 | 68 | 420 |
| 8. Current leave year accrual through pay period ending (*If 90 days qualifying period not completed, explain in remarks*) | 8 | 5 | 72 | 40 | 24 |
| 9. Total | | | | 108 | 444 |
| 10. Reduction in credits, if any (*current year*) | | | | — | — |
| 11. Total leave taken, current year through date of separation | | | | 60 | 64 |
| 12. Balance | | | | 48 | 380 |
| 13. Total hours paid in lump sum (*includes* 0 *hours for holiday(s)*) | | | | 48 | |

14. Salary rate(s) per hour: 4.78

| 15. Lump sum leave dates (*If part-time tour, explain in remarks*) | | MO | DAY | YEAR | HOUR NO. |
|---|---|---|---|---|---|
| | From | 8 | 18 | 72 | 1 |
| | Thru | 8 | 25 | 72 | 8 |

## ABSENCE WITHOUT PAY

(*Except while in receipt of pay from B.E.C.*)

| | MO | DAY | YEAR | HOURS |
|---|---|---|---|---|
| 16. During leave year in which separated | | | | 0 |
| 17. During step-increase waiting period which began on | | | | 0 |

## SUMMARY OF HOME LEAVE (*DAYS*)

| | MO | DAY | YEAR |
|---|---|---|---|
| 18. Basic service period of 24 months of continuous service abroad: DATE STARTED | | | |
| DATE COMPLETED | | | |
| 19. Current 12 months accrual period began on | | | |

Hours absence without pay since that date: ____

| | MO | DAY | YEAR |
|---|---|---|---|
| 20. Current balance (*or accrual*) as of | | | |

No. days: ____

21. Twelve months accrual rate as of date of separation No. days: ____

| 22. Dates leave used, prior 24 months: | FROM MO | FROM DAY | FROM YEAR | TO MO | TO DAY | TO YEAR |
|---|---|---|---|---|---|---|
| | | | | | | |

## MILITARY LEAVE

| 23. During current calendar year | FROM MO | FROM DAY | FROM YEAR | TO MO | TO DAY | TO YEAR |
|---|---|---|---|---|---|---|
| A. Regular—active duty or training | | | | | | |
| B. Special—civil disturbance | | | | | | |

24. REMARKS (*Include shore leave information, if applicable*):

| 25. CERTIFIED CORRECT BY: (*Signature*) | 26. TITLE—AGENCY—ADDRESS—TELEPHONE NO. | 27. DATE |
|---|---|---|
| [signature] C.T. NALL | Officer in Charge<br>CNT Acctg Support Center Detachment<br>Bldg 10, NAS, Corpus Christi, TX 78419 | 7 Sept. 1972 |

U.S. CIVIL SERVICE COMMISSION
FPM SUPP 296-31 & 990-2

☆ GPO : 1971 OF—428-053(25-A)

Standard Form 1150
MARCH 1971
1150-107

STANDARD FORM 50-Rev. December 1961
U.S. Civil Service Commission
FPM Chap. 295
S/ N 0109-200-4240

# NOTIFICATION OF PERSONNEL ACTION

(FOR AGENCY USE) dlw — 398-72251

| | | | |
|---|---|---|---|
| 1. NAME (CAPS) LAST-FIRST-MIDDLE MR.-MISS-MRS.: KOOG, ARTHUR R. MR. | 2. (FOR AGENCY USE) | 3. BIRTH DATE (Mo., Day, Year): 04-19-37 | 4. SOCIAL SECURITY NO.: [redacted] |
| 5. VETERAN PREFERENCE (1-NO, 2-5 PT., 3-10 PT. DISAB., 4-10 PT. COMP., 5-10 PT. OTHER): 2 | 6. TENURE GROUP: 1 | 7. SERVICE COMP. DATE: 07-05-57 | [redacted] |
| 9. FEGLI (1-COVERED (Regular only - declined Optional), 2-INELIGIBLE, 3-WAIVED, 4-COVERED (Reg - Opt.)): 1 | 10. RETIREMENT (1-CS, 2-FICA, 3-FS, 4-NONE, 5-OTHER): 1 | | 11. (FOR CSC USE) |
| 12. CODE: 317 NATURE OF ACTION: Resignation q | 13. EFFECTIVE DATE (Mo., Day, Year): 08-17-72 | 14. CIVIL SERVICE OR OTHER LEGAL AUTHORITY | |

| 15. FROM: POSITION TITLE AND NUMBER | 16. PAY PLAN AND OCCUPATION CODE | 17.(a) GRADE OR LEVEL | (b) STEP OR RATE | 18. SALARY |
|---|---|---|---|---|
| Pipefitter JD 8852 | WG-04204 | 10 | 03 | ph $4.78 |

19. NAME AND LOCATION OF EMPLOYING OFFICE

Naval Air Station
Kingsville, Texas 78363

Public Works Department
Maintenance Division
Metal Trades Branch

| 20. TO: POSITION TITLE AND NUMBER | 21. PAY PLAN AND OCCUPATION CODE | 22.(a) GRADE OR LEVEL | (b) STEP OR RATE | 23. SALARY |
|---|---|---|---|---|
| | | | | |

24. NAME AND LOCATION OF EMPLOYING OFFICE

25. DUTY STATION (City - county - State): Kingsville (Kleberg) Texas

26. LOCATION CODE: 48 3700 273

27. APPROPRIATION

28. POSITION OCCUPIED (1-COMPETITIVE SERVICE, 2-EXCEPTED SERVICE): 1

29. APPORTIONED POSITION FROM: (1-PROVED-1, 2-WAIVED-2) TO: STATE

30. REMARKS: A. SUBJECT TO COMPLETION OF 1 YEAR PROBATIONARY (OR TRIAL) PERIOD COMMENCING
B. SERVICE COUNTING TOWARD CAREER (OR PERMANENT) TENURE FROM:
SEPARATIONS: SHOW REASONS BELOW. AS REQUIRED. CHECK IF APPLICABLE: C. DURING PROBATION

Reason: "Employment in industry."

Forwarding Address: 510 Tubbs, Bishop, Texas 78363

Annual Leave Due: 56 hours through 08-28-72.

1452 525

31. DATE OF APPOINTMENT AFFIDAVIT (Accessions only)

32. OFFICE MAINTAINING PERSONNEL FOLDER (If different from employing office)

33. CODE EMPLOYING DEPARTMENT OR AGENCY: DEPARTMENT OF THE NAVY

34. SIGNATURE (Or other authentication) AND TITLE

Virginia Davis
Personnel Staffing Specialist

35. DATE 08-22-72 3304

0109 - 200 - 4240
50 - 134 - 15

4. PERSONNEL FOLDER COPY

Standard Form 52—Rev. Aug. 1966
U.S. Civil Service Commission
FPM Ch. 295

# REQUEST FOR PERSONNEL ACTION

**PART I. REQUESTING OFFICE:** Unless otherwise instructed, fill in all items in this part *except those inside the heavy lines.* If applicable, obtain resignation and separation data on reverse side.

1. NAME (CAPS) LAST—FIRST—MIDDLE MR.—MISS—MRS.: KOOG, Arthur R., Mr.
2. *(For agency use)*:
3. BIRTH DATE *(Mo., Day, Year)*: [redacted]
4. SOCIAL SECURITY NO.: [redacted]

A. KIND OF ACTION REQUESTED: (1) PERSONNEL *(Specify appointment, reassignment, resignation, etc.)*: Resignation
(2) POSITION *(Specify establish, review, abolish, etc.)*:

B. REQUEST NUMBER:
C. DATE OF REQUEST: 8/16/72
D. PROPOSED EFFECTIVE DATE: 8/17/72
E. POSITION SENSITIVITY:

5. VETERAN PREFERENCE: 2 (1—NO; 2—5 PT.; 3—10 PT. DISAB.; 4—10 PT. COMP.; 5—10 PT. OTHER)
6. TENURE GROUP: 1
7. SERVICE COMP. DATE: 07-05-57
8. PHYSICAL HANDICAP CODE: 00
9. FEGLI: 1 (1—COVERED; 2—INELIGIBLE; 3—WAIVED)
10. RETIREMENT: 1 (1—CS; 2—FICA; 3—FS; 4—NONE; 5—OTHER)
11. *(For CSC use)*:
12. NATURE OF ACTION: CODE 317 Resignation
13. EFFECTIVE DATE *(Mo., Day, Year)*: 8-17-72
14. CIVIL SERVICE OR OTHER LEGAL AUTHORITY:

15. **FROM:** POSITION TITLE AND NUMBER: Pipefitter JD 8852
16. PAY PLAN AND OCCUPATION CODE: WG 4204
17. (a) GRADE OR LEVEL: 10 (b) STEP OR RATE: 03
18. SALARY: ph $4.78
19. NAME AND LOCATION OF EMPLOYING OFFICE:
Naval Air Station
Kingsville, Texas 78363
Public Works Department
Maintenance Division

20. **TO:** POSITION TITLE AND NUMBER:
21. PAY PLAN AND OCCUPATION CODE:
22. (a) GRADE OR LEVEL (b) STEP OR RATE:
23. SALARY:
24. NAME AND LOCATION OF EMPLOYING OFFICE:

25. DUTY STATION *(City—county—State)*: Kingsville (Kleberg), Texas 78363
26. LOCATION CODE: 48-3700-273
27. APPROPRIATION:
28. POSITION OCCUPIED: 1 (1—COMPETITIVE SERVICE; 2—EXCEPTED SERVICE)
29. APPORTIONED POSITION: FROM: TO: STATE (1—PROVED-1; 2—WAIVED-2)

F. REMARKS BY REQUESTING OFFICE *(Continue in item F on reverse side, if necessary)*

G. REQUESTED BY *(Signature and title)* *(Leave blank on resignations)*
H. FOR ADDITIONAL INFORMATION—CALL *(Name and telephone number)*
I. REQUEST APPROVED BY: SIGNATURE ______ TITLE:

**PART II. TO BE COMPLETED BY PERSONNEL OFFICE** (Items inside heavy lines in Part I above also to be completed)

J. POSITION CLASSIFICATION ACTION: IDENTICAL ADDITIONAL / NEW / VICE / REGRADED

| K. CLEARANCES | Initials or Signature | Date |
|---|---|---|
| (1) | | |
| (2) CEIL. OR POS. CONTROL | | |
| (3) CLASSIFICATION | | |
| (4) PLACEMENT OR EMPL. | JR | 7-22-72 |
| (5) | | |
| (6) APPROVED BY: DU | | |

(7) REMARKS: *(Note: Use item 30 on reverse for Standard Form 50 remarks)*
QUALIFICATION STANDARD: ______

378-72431

S/N 0109-200-4403

**PART III. TO BE COMPLETED BY EMPLOYEE**

RESIGNATION (*IMPORTANT—NOTE TO EMPLOYEE: Give specific reasons for your resignation. Avoid generalized reasons, such as "ill health," "personal reason."*)

I RESIGN FOR THE FOLLOWING REASONS:

8/16/72
*(Date resignation is written)*

Employment in Industry.

THE EFFECTIVE DATE OF MY RESIGNATION WILL BE 8/17/72

Arthur R. Koog
ARTHUR R. KOOG
*(Signature)*

**PART IV. SEPARATION DATA**

FORWARD COMMUNICATIONS, INCLUDING SALARY CHECKS AND BONDS, TO THE FOLLOWING ADDRESS:

*(Number and Street)* *(City)* *(State)* *(ZIP Code)*

510 Tubbs, Bishop, Texas 78343

**PART I. (Continued)**

F. REMARKS BY REQUESTING OFFICE:

**PART II. (Continued)**

30. STANDARD FORM 50 REMARKS

☐ SUBJECT TO COMPLETION OF 1 YEAR PROBATIONARY (OR TRIAL) PERIOD COMMENCING

☐ SERVICE COUNTING TOWARD CAREER (OR PERMANENT) TENURE FROM:

☐ SUCCESSOR POSITION—EMPLOYEE RETAINED IN THE COMPETITIVE SERVICE

☐ ENTRANCE PERFORMANCE RATING SATISFACTORY

SEPARATIONS: SHOW REASONS BELOW, AS REQUIRED. CHECK, IF APPLICABLE: ☐ DURING PROBATION ☐ FROM APPOINTMENT OF 6 MONTHS OR LESS

Reason: "Employment in industry."

Fwd. Address: 510 Tubbs, Bishop, Texas 78343

Annual Leave Due: 56 hrs. through 8-28-72

U.S. Civil Service Commission

FEDERAL EMPLOYEES HEALTH BENEFITS PROGRAM

# NOTICE OF CHANGE IN HEALTH BENEFITS ENROLLMENT

2810-110

## Part A.—IDENTIFYING DATA

1. NAME (LAST) (FIRST) (MIDDLE INITIAL)
Koog, Arthur R.

2. DATE OF BIRTH
[redacted]

3. CARRIER CONTROL NO.
14809076

4. ADDRESS (INCLUDING ZIP CODE)
510 Tubbs Street
Bishop, Texas 78343

5. PAYROLL OFFICE NO.
17-000216

6. ENROLLMENT CODE NO.
312

7. DATE THIS ACTION BECOMES EFFECTIVE
08-19-72

ONLY THE ITEM WHICH IS CHECKED BELOW AFFECTS YOUR ENROLLMENT. READ THAT ITEM CAREFULLY AND FOLLOW ANY PERTINENT INSTRUCTIONS. KEEP THIS FORM UNLESS YOUR ENROLLMENT IS TERMINATED AND YOU APPLY FOR CONVERSION.

## Part B.—TERMINATION

XX YOUR ENROLLMENT TERMINATES ON THE DATE IN PART A, ITEM 7, ABOVE.

## Part C.—CHANGE IN PLAN

☐ YOUR ENROLLMENT SHOWN IN PART A, ITEM 6, ABOVE HAS BEEN TERMINATED BECAUSE OF YOUR ENROLLMENT IN ANOTHER PLAN.

## Part D.—TRANSFER OUT

☐ YOUR ENROLLMENT CONTINUES BUT IS TRANSFERRED TO YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM):

## Part E.—TRANSFER IN

YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM) SHOWN IN PART K BELOW HAS ACCEPTED TRANSFER OF YOUR ENROLLMENT AND WILL CONTINUE IT. ☐

## Part F.—SUSPENSION

☐ YOUR ENROLLMENT HAS BEEN SUSPENDED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE.

## Part G.—REINSTATEMENT

YOUR ENROLLMENT HAS BEEN REINSTATED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE. ☐

## Part H.—CHANGE IN NAME OF ENROLLEE

THE NAME IN WHICH THIS ENROLLMENT IS CARRIED HAS BEEN CHANGED TO: ☐

NAME | DATE OF BIRTH | SEX ☐ MALE ☐ FEMALE

ADDRESS (INCLUDING ZIP CODE) IF DIFFERENT FROM PART A, ITEM 4, ABOVE

## Part I.—CHANGE IN ENROLLMENT — SURVIVOR ANNUITANT

YOUR ENROLLMENT HAS BEEN CHANGED FROM FAMILY COVERAGE TO SELF ONLY. YOUR PLAN WILL SEND YOU A NEW IDENTIFICATION CARD. ☐

YOUR NEW ENROLLMENT CODE NUMBER

(NOTE: THIS ITEM TO BE COMPLETED BY RETIREMENT SYSTEMS ONLY)

## Part J.—REMARKS

Resignation effective 08-17-72.

## Part K.—DATE OF NOTICE

Virginia Davis, Personnel Staffing Specialist — 08-17-72

SIGNATURE OF AUTHORIZED AGENCY OFFICIAL — DATE

Naval Air Station, Kingsville, Texas 78363

Quadruplicate—For Official Personnel Folder

Standard Form No. 2810
April 1969
FPM Supplement 890-1

STANDARD FORM 56
FEBRUARY 1968
U.S. CIVIL SERVICE COMMISSION
FPM SUPPLEMENT 870-1 56-108

# AGENCY CERTIFICATION OF INSURANCE STATUS
## Federal Employees Group Life Insurance Program

| 1. NAME (Last) (First) (Middle) | 2(a). DATE OF BIRTH (Month, Day, Year) | 2(b). SOCIAL SECURITY NUMBER |
|---|---|---|
| [illegible] | 04-19-37 | 451 [illegible] 3954 |

3. CHECK THE REASON FOR TERMINATING INSURANCE

(a). [x] SEPARATED

(b). [ ] RETIRED

(c). [ ] DIED

HAD EMPLOYEE AT TIME OF DEATH APPLIED FOR CIVIL SERVICE ANNUITY? [ ] YES [ ] NO

(d). [ ] 12 MONTHS NON-PAY STATUS

(e). [ ] OTHER (Specify)

4. CHECK APPROPRIATE BOX CONCERNING SF 54, DESIGNATION OF BENEFICIARY

(a). [ ] CURRENT S F 54 ATTACHED

(b). [x] A CURRENT SF 54 IS NOT ON FILE WITH THIS AGENCY

(c). [ ] A CURRENT SF 54 IS ON FILE IN THE EMPLOYEE'S OFFICIAL PERSONNEL FOLDER (OR EQUIVALENT)

NOTE: IF EMPLOYEE (A) DIED OR (B) IS RETIRING OR RECEIVING FEDERAL EMPLOYEES' COMPENSATION UNDER CONDITIONS ENTITLING HIM TO RETAIN HIS LIFE INSURANCE, ATTACH CURRENT SF 54, IF ANY, TO ORIGINAL SF 56 AND CHECK BOX 4 (a) ON ORIGINAL AND ALL COPIES OF SF 56; IF NO CURRENT SF 54 IS ON FILE, CHECK BOX 4 (b). IN ALL OTHER CASES, SHOW WHETHER OR NOT CURRENT SF 54 IS ON FILE BY CHECKING BOX 4 (b) OR (c). A CURRENT SF 54 IS ONE THAT HAS NOT BEEN CANCELED BY EMPLOYEE OR AUTOMATICALLY BY TRANSFER OR PRIOR TERMINATION OF INSURANCE.

| 5. DATE OF EVENT CHECKED IN ITEM 3 (MONTH, DAY, YEAR) | 6. ANNUAL BASIC PAY RATE (NOT AMOUNT OF INSURANCE) ON DATE IN ITEM 5. CONVERT DAILY, HOURLY, PIECEWORK, ETC. RATE TO ANNUAL RATE. | 7. DID EMPLOYEE HAVE OPTIONAL INSURANCE ON DATE IN ITEM 5? NO [x] YES [ ] IF YES, GIVE RECEIPT DATE OF ELECTION OF OPTIONAL INSURANCE (SF 176 or 176-T): | 8. DATE OF NOTICE OF CONVERSION PRIVILEGE (SF 55) TO EMPLOYEE (MONTH, DAY, YEAR) |
|---|---|---|---|
| 08-17-72 | $ 9942.40 PER ANNUM | | 08-17-72 |

9. I CERTIFY THAT THE ABOVE INFORMATION HAS BEEN OBTAINED FROM, AND CORRECTLY REFLECTS, OFFICIAL RECORDS AND THAT THE EMPLOYEE NAMED WAS COVERED BY FEDERAL EMPLOYEES GROUP LIFE INSURANCE ON THE DATE SHOWN IN ITEM 5.

| | |
|---|---|
| (Personal signature of authorized agency official) | 17 August 1972 (Date) |
| Virginia Davis (Typed name of authorized agency official) | Personnel Staffing Specialist (Title) |
| Naval Air Station (Name of agency) | Kingsville, Texas 78363 (Mailing address, including ZIP Code of agency) |

SEE OTHER SIDE
FOR
INSTRUCTIONS TO EMPLOYING AGENCY

PART 3—FILE COPY

8/1078

Pasquille Texas

Continuous Interfolded ® Moore Business Forms, Inc. v

NOTIFICATION OF PERSONNEL ACTION (SF-50)

| NAME | PAY-NUMBER | SOCIAL-SECURITY |
|---|---|---|
| KOOG ARTHUR R | 27151 | [redacted] |
| POSITION TITLE | PAY-PLAN | [redacted] |
| PIPEFITTER | WG | [redacted] |

CODE-NATURE OF ACTION

002 CORRECTION

CHANGES EFFECTIVE DATE OF SF-50 DATED 2-6-72 TO 11-28-71.

AUTHORITY FOR CHANGE IS CSC BULLETIN 532-17, DATED 5 JUN 72.

NAVAL WEAPONS CENTER
4700-200

/S/ KENNETH H MARCUS
HEAD, WAGE AND
CLASSIFICATION DIV

STANDARD FORM 50-Rev. December 1961
U.S. Civil Service Commission
FPM Chap. 295
S/N 0109-200-4240

# NOTIFICATION OF PERSONNEL ACTION

(FOR AGENCY USE) dlw 398-72251

1. NAME (CAPS) LAST-FIRST-MIDDLE: KOOG, ARTHUR R. MR.-MISS-MRS.: MR.
2. (FOR AGENCY USE)
3. BIRTH DATE (Mo., Day, Year): [redacted]
4. SOCIAL SECURITY NO.: [redacted]
5. VETERAN PREFERENCE: 2 (1-NO, 2-5 PT., 3-10 PT. DISAB., 4-10 PT. COMP., 5-10 PT. OTHER)
6. TENURE GROUP: 1
7. SERVICE COMP. DATE: 07-05-57
8. [redacted]
9. FEGLI: 1 (1-COVERED (Regular only - declined Optional), 2-INELIGIBLE, 3-WAIVED, 4-COVERED (Reg - Opt.))
10. RETIREMENT: 1 (1-CS, 2-FICA, 3-FS, 4-NONE, 5-OTHER)
11. (FOR CSC USE)
12. CODE: 721 NATURE OF ACTION: Reassignment CAO
13. EFFECTIVE DATE (Mo., Day, Year): 05-21-72
14. CIVIL SERVICE OR OTHER LEGAL AUTHORITY: Reg. 335.102

15. FROM: POSITION TITLE AND NUMBER: Pipefitter
16. PAY PLAN AND OCCUPATION CODE: WG-04204
17. (a) GRADE OR LEVEL: 10 (b) STEP OR RATE: 03
18. SALARY: ph $5.20
19. NAME AND LOCATION OF EMPLOYING OFFICE: Naval Weapons Center, China Lake, California 93555

20. TO: POSITION TITLE AND NUMBER: Pipefitter JD 8853
21. PAY PLAN AND OCCUPATION CODE: WG-04204
22. (a) GRADE OR LEVEL: 10 (b) STEP OR RATE: 03
23. SALARY: ph $4.78
24. NAME AND LOCATION OF EMPLOYING OFFICE: Naval Air Station, Kingsville, Texas 78363 — PublicxWorks Department, Maintenance Division, Metal Trades Branch

25. DUTY STATION (City - county - State): Kingsville (Kleberg) Texas
26. LOCATION CODE: 48 3700 273
27. APPROPRIATION
28. POSITION OCCUPIED: 1 (1-COMPETITIVE SERVICE, 2-EXCEPTED SERVICE)
29. APPORTIONED POSITION: FROM: TO: STATE (1-PROVED-1, 2-WAIVED-2)

30. REMARKS: A. SUBJECT TO COMPLETION OF 1 YEAR PROBATIONARY (OR TRIAL) PERIOD COMMENCING
B. SERVICE COUNTING TOWARD CAREER (OR PERMANENT) TENURE FROM:
SEPARATIONS: SHOW REASONS BELOW, AS REQUIRED. CHECK IF APPLICABLE: C. DURING PROBATION

Selected under Merit Promotion Announcement #2-372.

1452 525
31. DATE OF APPOINTMENT AFFIDAVIT (Accessions only)
32. OFFICE MAINTAINING PERSONNEL FOLDER (If different from employing office)
33. CODE EMPLOYING DEPARTMENT OR AGENCY: DEPARTMENT OF THE NAVY
34. SIGNATURE (Or other authentication) AND TITLE: Virginia Davis, Personnel Staffing Specialist
35. DATE: 05-22-72 3304

0109 - 200 - 4240
50 - 134 - 15

4. PERSONNEL FOLDER COPY

U.S. Civil Service Commission

FEDERAL EMPLOYEES HEALTH BENEFITS PROGRAM

# NOTICE OF CHANGE IN HEALTH BENEFITS ENROLLMENT

2810-110

## Part A.—IDENTIFYING DATA

1. NAME (LAST) (FIRST) (MIDDLE INITIAL): Koog, Arthur R.
2. DATE OF BIRTH: [redacted]
3. CARRIER CONTROL NO.: [redacted]
4. ADDRESS (INCLUDING ZIP CODE): 510 Tubbs Street, Bishop, Texas 78363
5. PAYROLL OFFICE NO.: 17-000216
6. ENROLLMENT CODE NO.: 312
7. DATE THIS ACTION BECOMES EFFECTIVE: 05-21-72

ONLY THE ITEM WHICH IS CHECKED BELOW AFFECTS YOUR ENROLLMENT. READ THAT ITEM CAREFULLY, AND FOLLOW ANY PERTINENT INSTRUCTIONS. KEEP THIS FORM UNLESS YOUR ENROLLMENT IS TERMINATED AND YOU APPLY FOR CONVERSION.

## Part B.—TERMINATION

☐ YOUR ENROLLMENT TERMINATES ON THE DATE IN PART A, ITEM 7, ABOVE.

## Part C.—CHANGE IN PLAN

☐ YOUR ENROLLMENT SHOWN IN PART A, ITEM 6, ABOVE HAS BEEN TERMINATED BECAUSE OF YOUR ENROLLMENT IN ANOTHER PLAN.

## Part D.—TRANSFER OUT

☐ YOUR ENROLLMENT CONTINUES BUT IS TRANSFERRED TO YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM):

## Part E.—TRANSFER IN

☒ YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM) SHOWN IN PART K BELOW HAS ACCEPTED TRANSFER OF YOUR ENROLLMENT AND WILL CONTINUE IT.

## Part F.—SUSPENSION

☐ YOUR ENROLLMENT HAS BEEN SUSPENDED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE.

## Part G.—REINSTATEMENT

☐ YOUR ENROLLMENT HAS BEEN REINSTATED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE.

## Part H.—CHANGE IN NAME OF ENROLLEE

☐ THE NAME IN WHICH THIS ENROLLMENT IS CARRIED HAS BEEN CHANGED TO:

NAME | DATE OF BIRTH | SEX ☐ MALE ☐ FEMALE

ADDRESS (INCLUDING ZIP CODE) IF DIFFERENT FROM PART A, ITEM 4, ABOVE

## Part I.—CHANGE IN ENROLLMENT — SURVIVOR ANNUITANT

☐ YOUR ENROLLMENT HAS BEEN CHANGED FROM FAMILY COVERAGE TO SELF ONLY. YOUR PLAN WILL SEND YOU A NEW IDENTIFICATION CARD.

YOUR NEW ENROLLMENT CODE NUMBER

(NOTE: THIS ITEM TO BE COMPLETED BY RETIREMENT SYSTEMS ONLY)

## Part J.—REMARKS

Reassignment CAO effective 05-21-72.

## Part K.—DATE OF NOTICE

Virginia Davis, Personnel Staffing Specialist — 05-22-72

SIGNATURE OF AUTHORIZED AGENCY OFFICIAL — DATE

Naval Air Station, Kingsville, Texas 78363

NAME OF AGENCY — ADDRESS (INCLUDING ZIP CODE)

Quadruplicate —For Official Personnel Folder

Standard Form No. 2810
April 1969

# PERSONAL QUALIFICATIONS STATEMENT

Budget Bureau
Approved 50-R0387

1a. Kind of position (job) you are filing for (or title of examination): Plumber or Pipe fitter

b. Announcement number:

c. Options for which you wish to be considered (if listed in examination announcement): Power Plant Controlman / Steam Plant Operator

d. Primary place(s) you wish to be employed: Kingsville Area

2. Home telephone — Area Code: 714 Number: 375 8538

3. Business telephone — Area Code: Number:

4. Name (Last) (First) (Middle) (Maiden, if any) [X] Mr. [ ] Miss [ ] Mrs.
Koog Arthur R.

5. Number and street, R.D., or Post Office box number: 220 Bonita St.

6. City / State / ZIP Code: Ridgecrest, California 93555

7. Birth date — Month: [redacted] Day: [redacted] Year: [redacted]

8. Social Security Number: [redacted]

9. If you are currently on a register of eligibles for appointment to a Federal position, give the name of the examination, the name of the office maintaining the register, the date on your notice of rating, and your rating.

10. Lowest pay or grade you will accept — PAY: $ 4.00 per hr. OR GRADE: WG 9/03

11. Are you willing to travel? (Check one) NO / SOME / OFTEN — X (SOME)

12. When will you be available? 30 Days after notification

13. Will you accept:

| | | YES | NO |
|---|---|---|---|
| (A) Temporary appointment of | —1 month or less? | | X |
| | —1 to 4 months? | | X |
| | —4 to 12 months? | | X |
| (B) Less than full time work? (Less than 40 hours per week) | | | X |

| (C) Will you accept a job in: | YES | NO |
|---|---|---|
| —Washington, D.C.? | X | |
| —any place in the United States? | X | |
| —outside of the United States? | X | |
| —only in (specify): | | |

14. EDUCATION

(A) Did you graduate from high school, or will you graduate within the next nine months?

| YES | MONTH/YEAR | NO | HIGHEST GRADE COMPLETED |
|---|---|---|---|
| X | 6-57 | | |

(B) Name and location (city and State) of last high school attended:
U.S. Armed Forces Institute
Madison 3, Wisconsin

(C) Name and location (city, State, and ZIP Code if known) of college or university. (If you expect to graduate within 9 months, give MONTH and year you expect degree.)

| Name and location | Dates attended From | To | Years completed Day | Night | Credits completed Semester hours | Quarter hours | Type of degree | Year of degree |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| (D) Chief undergraduate college subjects | Credits completed Semester hours | Quarter hours | (E) Chief graduate college subjects | Credits completed Semester hours | Quarter hours |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

(F) Major field of study at highest level of college work

(G) Other schools or training (for example, trade, vocational, armed forces, or business). Give for each the name and location (city, State, and ZIP Code if known) of school, dates attended, subjects studied, certificates, and any other pertinent data.
Advanced Fireroom (U.S.N.), Boiler Water Analysis (U.S.N.), Engineering Auxiliure (U.S.N.), Instructor Training, (U.S.N.), Fundamentals of Superision (U.S.N. Cival Service), Boiler and Boilermaker 1/c and Chief (U.S.N.), Use of Hand Tools (U.S.N), Engineering Logs and Records (U.S.N.), and Blueprint Reading (U.S.N.).

15. HONORS, AWARDS, AND FELLOWSHIPS RECEIVED
Awards
(2) Outstanding Performance
Superior Accomplishment
Superior Achievement
(5) Benificial Suggestion

16. FOREIGN LANGUAGES

| Enter foreign languages and indicate your knowledge of each by placing "X" in proper columns | Reading Excl | Good | Fair | Speaking Excl | Good | Fair | Understanding Excl | Good | Fair | Writing Excl | Good | Fair |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

17. Special qualifications and skills (licenses; skills with machines, patents or inventions; publications—do not submit copies unless requested; public speaking; memberships in professional or scientific societies; typing or shorthand speed; etc.)
Can Operate Lathe(metal), Milling machine, Hydrolic press, Explosive Tools (studd ramers, Power hacksaw, Forklift, and Wench Truck. Invented, designed , sketched, instructed machinests in the building, tested and perfected an Boiler tube Water Washing Aperatus (externally operated). Still in use at N.W.C. China Lake.

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER

Standard Form 171 (Formerly SF 57)
July 1968
U.S. Civil Service Commission
171-101

| | |
|---|---|
| 1. Name (Last) (First) (Middle) (Maiden, if any) ☒ Mr. ☐ Miss ☐ Mrs.<br>Koog Arthur R. | 2. Birth date (Month, day, year)<br>[redacted] |
| Plumber or Pipefitter | 3-26-72 |

| | | | | |
|---|---|---|---|---|
| 1 | Dates of employment (month, year)<br>From 8-24-70 To | | Exact title of position<br>Pipefitter (Plumber) | If Federal service, civilian or military grade and step WG 10/ step-3 |
| Salary or earnings<br>Starting $ 4.65 per hr.<br>Final $ 5.20 per hr. | Avg. hrs. per week<br>42 | Place of employment<br>City: China Lake<br>State: California | Number and kind of employees supervised<br>Helper(1)<br>Journeman (1) | Kind of business or organization (manufacturing, accounting, insurance, etc.)<br>Cival Service |
| Name and title of immediate supervisor J.W. Haygood<br>Leadingman Pipefitter<br>Area Code and phone No. if known 714-939-2735 | | Name of employer (firm, organization, etc.) and address (including ZIP Code, if known)<br>Naval Weapons Center<br>China Lake, California 93555 | | |
| Reason for leaving Desire to leave the Desert. | | | | |

Description of work

Useing knowledge and skills of plumbing and pipefitting trade, blueprints, specifications, and written or oral instructions, lay out assemble install pipe, fittings, and fixtures for the following; Domestic heating sustems, hotwater, domestic water, high and low pressure air, sanitary house drainage and venting systems, sewers (mains and laterals), fresh water distribution, high and low pressure steam, condensate, chemicals, acids, natural gas, liquid petrolium gas, fire protection and sprinkler, hydrolic fluid, oils of various types, chilled water, vacuum, nitrogen, oxygen, amonia, and lawn sprinkler systems.

Locate leaks, obstructions, brakes, malfunctions, and repair, clear obstruction correct malfunctions. Test piping systems.

Lay out piping systems with regard to existing or future conditions such as walls, passageways, obstructions, location of machinery and similar considerations. Cut, bend, thread, and assemble pipe fittings, using various types shop machinery and equiptment. Make up various kinds of pressure tight joints, such as threaded, flanged, soldered, silver soldered, lead chalked, plastic dope, welded, vicktaulic, compression fittings. Set, hang or install plumbing fixtures, hot water tanks, position, secure, and connect to piping syatems various fixtures such as, heating boilers, radiators, convectors, steam coils, laundry and galley equiptment, pumps and tanks. Install various types of hand controled and automatic controled valves, traps, thermostats, pressure regulators, flow control valves, flow meters, and similar devices. Test, repair, pack, and adjust all above devices.

Plan estimate repairs, remodeling in comercial and domestic buildings. Estimate man hours, order and aquire necessary fittings, pipeing, hangers, brackets, fixturers. Working in sequence with other crafts lay out and install rough and finish plumbing acording to Uniform Plumbing Code and other local standards and codes.

These tasks require that I lift and carry heavy objects. Heaverier objects I move with dollies, hand trucks or cranes. It is often necessary to work in cramped and awkward positions, in extremly hot or cold places. At times I am exposed to smoke, dust, dirt, poor lighting, toxic fumes, steam vapor, and unpleasant oders.

I interpret blueprints, specifications and sketches. Using practical arithmetic and knowledge flow of liquids and gases within pipe lines lay out work using tools, measuring devices, jigs, templates; working with a varity of materials. I operate machines of the trade, to be listed later.

I am required and do perform the duties of both plumber and pipefitter.

Types of pipe and fittings used in these tasks are, Pipe -steel, cast iron, brass, copper, aluminum, stainless steel, galvanized, asbestus and coment, victor clay, durairon, plastic, pyrex glass, fibreglass and rubber composition. Fittings-threded, flanged, welded, soldered, silver soldered, bell and spigot, victaulic, sweat, swedge, "G" fittings ( dresser, smith blairr), chicksand, swedge lock, band clamp, caulder coupling, plastic dope, glass coupling.

(See attached sheets)

(Attach sheet 1-A)

Machines and equipment of the trade; I used in these tasks; Pipe threading machine, power hack saw, abrasive saw, hydrolic bender, hydrolic press, drillpress, hot tap machine, bracket cutting and bending machine, truck mounted crane, Hydro Cleaner sewer cleaner" (high pressure water nozzel type).

The following is a list of tools and equipment in performing these tasks.

Tools:
- pipe dies
- pipe cutters
- pipe wrenches
- tubeing cutters
- tubeing flaring set
- tubeing benders
- beading tools

Test gages
Test plugs

Saw:
- hack
- keyhole
- abrasive
- radialarm

Levels
Plum bob
pipe vise
Bench vise

Wrenches:
- box and open end
- adjustable open end
- chain wrenches
- spud wrench
- spanner wrench

Chalking irons
Yarning irons
Joint runner
lead pots
Pouring ladle
Fire pots

Hammers:
- ballpeen
- claw
- plastic tip
- rawhide tip

Chisels:
- roundpoint
- diamond
- cape
- cold

Files:
- flat
- round
- square
- triangular
- halfround

Torches
Propane
Oxyacetylene
gasoline

Expanrion agur bit:
- screwdrivers
- flat blade
- phillips
- offset

Pliers
- slipjoint
- sidecutting
- longnose

Measuring Tool:
- steel tape
- steel rule
- folding rule
- retractible

Try square
Carpenters square
Chalk line
Scratch awl
Force cups
Hand augers

Power Tool and Machines:
- electric and pneumatic drill motors
- electric grinders
- radialarm abrasive saw
- pipe cutting and threading machine
- drill press
- electric sewer snake

| | |
|---|---|
| 1. Name (Last) (First) (Middle) (Maiden, if any) [X] Mr. [ ] Miss [ ] Mrs.<br>Koog, Arthur R. | Birth date (Month, day, year)<br>[redacted] |
| Kind of position applied for<br>*Plumber or Pipefitter* | Date<br>*3-26-72* |

| | | | | |
|---|---|---|---|---|
| 2 Dates of employment (month, year)<br>From 3-9-66 To 8-24-70 | | Exact title of position<br>Power Plant Controlman | | If Federal service, Civil service series and grade<br>WG-9 step 3/89.33 |
| Salary or earnings<br>Starting $3.92 per hr<br>Final $4.67 per hr | Avg. hrs. per week<br>44 | Place of employment<br>City: China Lake<br>State: California | Number and kind of employees supervised<br>PWR. P/T 28 Controlman | Kind of business or organization (manufacturing, accounting, insurance, etc.)<br>Cival Service |
| Name and title of immediate supervisor J.W. Turner<br>Utilities Branch Manager<br>Area Code and phone No. if known | | Name of employer (firm, organization, etc.) and address (including ZIP Code, if known)<br>Utilities code 70451<br>China Lake, California | | |
| Reason for leaving To accept permotional transfer to a better trade | | | | |

Description of work

Control the operation of boilers where the normal evaperation capasity of the individual boilers operated have an evaperation rate of up to 50,000 lbs. of water por. hr. and boilers normally operate 125 psig and up to 300 pisig, and have a superheater temperature of 500'F. Boilers operated were fired on natural gas, oil, and solid or pulverized coal to generate steam at a constant pressure and temperature for industrial processes and heating purposes.

Operated other steam or electrical powered units such as pumps and air compressors. Took boiler water analysis on boiler water samples and treated individual boilers with chemicals as necessary to maintain chemical content within proper limits.

Performed boiler maintenance, repair, inspections, and tests in accordance with Navy Standard for stationary boilers as follows. Isolate, disassemble, inspect, clean (useing conventional mechanical cleaning gear and also chemical process that I introduced there), reinspect and make necessary repairs to boilers. Replace boiler tubes, repair or replace boiler external and internal fittings. Repair or replace boiler brick work such as fire tunnels, burner cones, and sometimes replace intire boiler brick work.

I designed and perfected an aperatus to water wash a boiler (Murry Package Boiler) from the outside to eleminate the safety hazzard of a man washing it from the inside. This was processed through the Benificial Suggestion Program and drew 47 points on eleminating a safety hazzard.

Made periodic boiler safety tests for the district boiler inspector.

The following is a list of tools, machinery and devices used in the performance of the above tasks.

Wilson brand
tube cleaning
air turbines
and cutters

Brick mason
trails and floats

Air powered
impact hammers

Boiler tube rollers
and belling tools
Boiler tube safety
ripping chisels
and crimping tools

Wrenches
- socket wrenches
- ratchet head
- ratchet handle
- box and open end
- stilson pipe wrench
- chain type pipe wrench
- adjustable open end
- monkey wrench

Pliers:
- slip joint
- vise-grip
- channel lock
- diagonal
- side cutting

(See attached sheets)

Attached Sheet 2-A)

Dies,
- pipe
- button
- rethreading
- collet

Tap And Stud Extractor:
- Straight flute extractor
- spiral tapered extractor

Bars:
- pinch
- wrecking
- crow

Machines;
- drillpress
- benchgrinders
- powerhack saw
- hydrolic press

Hammers:
- ballpeen
- soft face
- sledge
- slugging

Devices:
- Dead weight pressure gage tester
- hydrolic jacks
- chain falls
- comealongs
- wire straps
- sheeves and hooks
- shackles
- block and tackle
- rope slings

Metal Cutting Tools:
- straight hand snips
- circle snips
- trojan snips
- ariation snips
- hack saw
- chisels (round nose, diamond point, cape and cold)
- files ( square, threecornored, round, half round, mill, and flat)
- twist drills

Screwdrivers:
- flat blade
- phillips
- offset

Punches
- center
- starting

Taps:
- taper
- plug
- bottoming

Pin:
- aligning
- hollow shank

Vises:
- bench and pipe
- pipe vise

Tubing Tools:
- cutters
- benders
- flaring

| | |
|---|---|
| 1. Name (Last) (First) (Middle) (Maiden, if any) [X] Mr. [ ] Miss [ ] Mrs.<br>Koor Arthur R. | 2. Birth date (Month, day, year)<br>[redacted] |
| 3. Kind of position applied for, or name of examination<br>Plumber or Pipefitter | 4. [redacted] continuation sheet<br>3-26-72 |

| | | | |
|---|---|---|---|
| 3. Dates of employment (month, year)<br>From 6-65 To 3-66 | | Exact title of position<br>Roustabout | If Federal service, civil service rating and grade |
| Salary or earnings<br>Starting $ 21.50 per day<br>Final $ 23.50 per day | Avg. hrs. per week<br>48 | Place of employment<br>City: Ventura<br>State: California | Number and kind of employees supervised | Kind of business or organization (manufacturing, accounting, insurance, etc.)<br>Oil Production |
| Name and title of immediate supervisor<br>Hank Hewston, Production Supervisor<br>Area Code and phone No. if known | | Name of employer (firm, organization, etc.) and address (including ZIP Code, if known)<br>Shell Oil Company<br>3587 No. Ventura Ave. Ventura, California | |

Reason for leaving: To make a career in Federal Civial Service.

Description of work

Roustabout clasification covered many types of work as seen below. Ninety percent of the time I performed tasks equivelant to Journeman pipefitter.

Installed, repaired, and maintained high and low pressure piping systems such as field gas, compressed gas, water flood, gas flow, oil flow, propane, cooling water, drilling mud, fire protection, drainage, sewer, steam, and compressed air. Some of the above systems carried pressure up to 6,000 P.S.I.

DESCRIPTION IN DETAIL

Installation of New Systems:

Water Flood system, Engine and Pump Installation. Using sketches, drawing, and blueprints, set three "Worthington" triple stage centrifugal pumps and mounts on concrete pads. Set three "White" 1,000 H.P. internalcombustion engines on adjacent concrete pads. Using hydraulic jacks chainfalls, comealongs, rollers, bars, levels, dial indicators, flatfeeler gages, aligned engines to pumps and connected flexible coupling on each unit. Layed out, fabricated piping and valves and connected pumps in series. Connected cooling water to radiators on engines. Installed field gas filters, settling tanks, and diaphragm operated gas reducing regulators on each engine. Installed all necessary pipeing, tubing and gages as per blueprints. Test run system to detect malfunction, check for abnormal vibration, to calibrate engine governors, gas regulators, pump discharge relief valves and to check bearings for possible overheating. The above was accomplished using the knowledge and skills and tools of the trade. Tools were box and open end wrenches, various ratchets drives and sockets, stillson wrenches, pipe cutting and threading machine, tubing cutters, flaring tools, drills, tubing benders, Allen wrenches, levels, hydraulic jacks, bars, rollers, flatfeeler gages, retractible tape, chainfalls, comealongs, wire straps, tachometers.

Built New Trap Forms:

Using maps, drawing, sketches and blueprints, built forms, laid steel, poured concrete slabs for pump mountings, compressor mounting, tank mounts, and filter mounts. Mounted pump and motors into place, aligned shafts and couplings and coupled together. Set tanks into place on mounts. Set field gas compressors into place using tool of trade, aligned, leveled, balanced and grouted in place. Fabricated piping. Installed gate valves, globe valves, checked valves(swing check, lift check, ball check), float valves, celenoid valves, motorized valves, pressure relief valves, pressure regulating valves, plug cock valves. Connected pumps, piping, valves, tanks, strainers, skimmers as per blueprints. After completion of above operation and tested system. Checked pumps, compressors, motors for abnormal vibrations, excessive noise, overheating, misalignment, etc. Set regulating valves for desired pressures and set relief valves. Took tachometer readings on pump shafts for records. Checked recorder reading and meter reading against actual input-output to determine percentage of accuracy. Check entire system for safety hazards to personnel or equipment.

Assemble, install and put into operation oil well pump jacks ranging in size from 5,000 lb/1' to 3' stroke to 25,000 lb w/10' to 16' stroke.

(See attached sheets)

(Attached Sheet 3-A)

Using tractor mounted cranes remove pump jack parts from trucks. Set pump jack base on preconstructed concrete slab adjacent to well which already has a reciprocating pump and sucker rods installed in it. Assemble structure beams and bolt them into place. Install pivot beam pivot, bearings, and connecting arms as a unit in top of structure and bolt them into place. Connect connecting arms to eccentric wheels, connect horsehead cam to pivot beam with pin and lock; pin into place with snap ring. Install drive belts on reduction gear assembly and drive motor. Bolt harness clamp onto polish rod (upper most sucker rod on well pump), place harness strap over horsehead cam connect harness strap ends onto harness clamp lifting studs and insert locking pins. Jacked pump jack over by power until strain was applied to the harness strap. Using multy ton hydraulic jacks, steel blocks, wood block, steel wedges, and sledge hammers, level pump jack and align with pump sucker rod. Using pneumatic jack hammers, drill anchor bolt holes in concrete slab at strategic points adjacent to pump jack bace. Insert anchor bolts into holes and grout into place, also grouted pump-jack base. After grout, set bolted down pump jack. The reverse procedure of the above was used to disassemble pump jacks and transfer to other locations. Put into operation by starting drive motor and observing operation. After observing operation, momentarily stop and make adjustments to pivot beam operating arms to lengthen or shorten pump jack stroke. Change gears in reduction gear box or change pully size and drive belts to raise of lower speed of pump jack. Adjust counter balances on eccentric wheels to acquire balance during operation.

Locate causes of breakdowns and /or sources of defective operation of all systems, pumps, pump jacks , ans machinery listed above. Made repairs, remanufactured parts, realigned shafts, gears and bearings. Adjust alignment of pumps, pump jacks, adjust pressure relief valves. Repair flanges by hand laping small erosion cuts out. Tools used to accomplish the above are as follows:

socket wrenches
torque wrench
box and open end wrenches,
pipe wrenches

chain pipe wrenches
extension drives
spanner wrenches

ratchet drives
adjustable open end wrenches
extension pipe wrenches

Hammers:
ball
peen
brass

sledge
claw

plastic tip
rawhide surface

Calking irons
lead pots

Yarning irons
pouring ladles

joint runners
fire pots

Torches:
propane
gasoline

oxyacetylene

acetylene

Saw:
cross cut
rip
hack

Chisels:
roundpoint
diamond point
cape
cold

Punches:
center
starting
pin
aligning
hollow shank gasket

Common Measuring:
steel tape
steel rule
folding rule
retractable rule

Files
flat
round
square
triangular
half round
mill

Calipers
noncalibration inside and outside

Calibration calipers
square or aliding
vernier

(See attached sheet)

Attached Sheet 3-B)

Twist Drills, Reamers
- tapered
- straight
- spiral fluke
- straight fluke

Counter Sink

Feeler gages
Thread gages
Wire gages

Micrometers:
- outside
- inside
- depth

EXpansion Auger Bit

Pliers:
- slipjoint
- side cutting
- long nose

Squares:
- capenters
- combination

Screwdrivers:
- flat blade
- phillips-head
- offset

Taps:
- Taper
- bottoming
- pipe

1. Name (Last) (First) (Middle) (Maiden, ...) [X] Mr. [ ] Miss [ ] Mrs. — Koog Arthur R.

[redacted]

Plumber or Pipefitter — 3-26-72

| | | | |
|---|---|---|---|
| 4 Dates of employment (month, year) From 6-64 To 6-65 | Exact title of position: Plumber | | If Federal service, civilian, series and grade |
| Salary or earnings: Starting $2.50 per hr. Final $2.55 per hr. Avg. hrs. per week: 56 | Place of employment: City: Oxnard State: California | Number and kind of employees supervised: (1) Helper | Kind of business or organization (manufacturing, accounting, insurance, etc.): Hospital Non-Profit |
| Name and title of immediate supervisor: J.F. Conroy Cheif Engineer | Name of employer (firm, organization, etc.) and address: ST. Johns Hospital 333 No. "F" St. Oxnard, California | | |
| Area Code and phone No. if known | | | |

Reason for leaving: Future not promising.

Description of work

Inspect, maintain, repair, replace, and install new pipeing systems such as hot and cold water, distilled water, fire mains, wetfire sprinkler, drain and waste, vents, high and low pressure steam, condensate returns, compressed air, oxygen, nitrios oxide, refridgerants, and landscrape sprinklers.

Types of metal and material of above systems. Pipe-steel, iron, brass, copper, stainless steel, aluminum, clay, asbestos ans cement, durairon, pyrex glass.

Fittings, Material and types Steel-threaded, flanged, welded, Brass-threaded, silver brased, and soldered. Copper-threaded, silver brased, soldered, flared, and ferroled. Stainless steel-welded, flanged, flared, and ferroled. Aluminum-threaded. Cast iron-threaded, bell and spegiot. Clay, bell and spegiot, Durairon, bell and spegiot.

Useing knowledge and skills of the trade, blueprints, sketches, drawing, written and oral instructions performed the following tasks on the above. Trouble shooting, located, inspected, determined repair, leake, brake, obstruction, or malfunction and made necessary repairs. New construction, rerouting, and replacing, estimated materials and costs, man hours, planned jobs, obtained materials for jobs and bench stock. Isolate systems. Layout and fabricate pipeing, fitting, valves, plumping fixtures etc, into systems above. All above tasks, repairs and fabrications, done and tested in accordance with local and state plumbing codes and ordances.

The following is a list of tools and equiptment used to accomplish the above tasks.

Tools:
- pipe dies
- pipe cutters
- pipe wrenches
- tubeing cutters
- tubeing flaring set
- tubeing benders
- beading tools

Test gages
Test plugs

Saw:
- hack
- keyhole
- abrasive
- radialarm

Levels
Plum bob
Pipe Vise
Bench vise

Wrenches:
- box and open end
- adjustable open end
- chain wrenches
- spud wrench
- spanner wrench

Calking irons
Yarning irons
Joint runner
Lead pots
Pouring ladle
Fire pots

Hammers:
- ballpeen
- claw
- plastic tip
- rawhide tip

Chisels:
- roundpoint
- diamond
- cape
- cold

Files:
- flat
- round
- square
- triangular
- halfround

Torches
- propane
- oxyacetylene
- gasoline

(See attached sheets)

(Attached Sheet 4-a)

Expantion agur bit;
- screwdrivers
- flat blade
- phillips
- offset

Pliers:
- slipjoint
- sidecutting
- longnose

Measuring Tool:
- steel tape
- steel rule
- folding rule
- retractible

Power Tool and Machines:
- electric and pneumatic drill motors
- electric grinders
- radialarm abrasive saw
- pipe cutting and threading machine
- drill press
- electric sewer snake

Try square
Carponters square
Chalk line
Scratch awl
Force cups
Hand augers:

1. Name (Last) (First) (Middle) (Maiden, if any) [X] Mr. [ ] Miss [ ] Mrs.
Koor Arthur R.

2. Birth date (Month, day, year) [redacted]

3. Kind of position applied for, or name of examination
*Plumber or Pipefitter*

4. Date of this application: *3-26-72*

| | | | |
|---|---|---|---|
| 5 Dates of employment (month, year) From 1-64 To 6-65 | Exact title of position: Plumber | | If federal service, civil service series and grade |
| Salary or earnings: Starting $ 2.10 per hr. Final $ 2.25 per hr. | Avg. hrs. per week: 45 | Place of employment: City: Cypress State: California | Number and kind of employees supervised | Kind of business or organization (manufacturing, accounting, insurance, etc.): Construction Mobile Homes-Houses |
| Name and title of immediate supervisor: William Foster Plumbing Sup.Vsr. | Name of employer (firm, organization, etc.) and address (including ZIP Code, if known): Mobile Holdings Corporation 4656 E. Lincoly Ave. Cypress, California | | |
| Area Code and phone No. if known | | | |
| Reason for leaving: Salery ensuffient. | | | |

Description of work:

In the construction of custom mobile homes and folding houses. (The latter under U.S. Air Force contract.) The following was a complished. Useing knowledge and skills of the trade, blueprints, sketches, drawings, planed and laidout and fabricated all plumbing and heating systems. Hot and cold water systems were fabricated from copper pipe and fittings, jonts made were by soldering with soft solder. Drain, waste, and vent systems were fabricated useing P.V.C. plastic, A.B.S. plastic, and galvenized pipe and durham fittings. I fabricated all gas pipeing useing blackiron pipe and fittings. Installed water heaters (gas and electric), forced air furnances, kitchen fixtures (sinks, washer and dryer connections, garbadge disposals, dishwashers, gas ranges and ovens.) Bathroom fixtures (bathtubs, showers, lavetories, double and single pullman, water closits,). Installed refridgerated airconditioning systems all the above systems, fixtures, and equiptment was installed, tested and inspected in accordance with manufactures instruction and state and local plumbing codes. It was often necessary for me to change the gas or phises in all the gas equiptment from natural to liquid petrolium gas and vise-versa.

The following is a list of tools, equiptment used to accomplish the above tasks.

Tools:
- Pipe dies
- pipe cutters
- pipe wrenches
- tubeing cutters
- tubing flaring set
- tubing benders
- beading tools

Test gages
Test plugs

Saws:
- Hack
- keyhole
- abrasive
- radialarm hole

Levels
Plum bob
Pipe vise
Bench vise

Wrenches:
- box and open end
- adjustable open end
- chain wrenches
- spud wrench
- spanner wrench

Hammers:
- ballpeen
- claw
- plastic tip
- rawhide tip

Chisels
- roundpoint
- diamond
- cape
- cold

Files
- flat
- round
- square
- triangular
- halfround

Exantion agur bit
Screwdrivers
- flat blade
- phillips
- offset

Pliers
- slipjoint
- side cutting
- longnose

(See attached sheets)

(Attached sheet 5-a)

Measuring tools:
- steel tape
- steel rule
- folding rule
- retractible tape

Power Tool and Machines:
- electric and pneumatic drillmotors
- electric grinders
- radialarm abrasive saw
- pipe cutting and threading machine
- drill press

1. Name (Last) (First) (Middle) (Maiden, if any) [X] Mr. [ ] Miss [ ] Mrs.
Koog Arthur R.

Birth date (Month, day, year)
[redacted]

Kind of position applied for, or name of examination
*Plumber or Pipefitter*

*3-26-72*

6

Dates of employment (month, year)
From 2-60 To 1-64

Exact title of position
Boilerman 1st Class

If Federal service, civilian or military series and grade

Salary or earnings
Starting $ 210.00 per Mo.
Final $ 289.00 per Mo.

Avg. hrs. per week
96

Place of employment
City: see below
State:

Number and kind of employees supervised
24
BT2/c BT3/c
BTFN FN FA

Kind of business or organization (manufacturing, accounting, insurance, etc.)
U.S. Navy

Name and title of immediate supervisor
W.J. Nelson LT. U.S.N.

Area Code and phone No. if known

Name of employer (firm, organization, etc.) and address (including ZIP code, if known)
USS Gen. W. A. Mann TAP 112
c/o FLT. P.O. San Francisco, California

Reason for leaving
Expiration of Enlistment

(USS.Calvert, A.P.A. 32.
(USS Neches AO. 47, USS. Gen. W.A. Mann T.A.P. 112)

Description of work

While assigned to the above named ships I performed the following work. Operated ships power boilers with evaperation rate well above 50,000 pounds of water per hour and at pressures in excess of 450. psig and with superheat temperatures in excess 750 F. Types of boilers were as followes, Section 1 header type, "D" type express, "M" Type with seperate fired superheater. The above boilers were all oil fired boilers employing high pressure oil systems up to 450 psig and preheated above 125F. And also employed forced draft air at up to 20 inched of water. Some of the above boilers were fitted with various meters and automatic controls, such as Mason-Neilan Hagan and Bailey, automatic combustion controls, thermo pneumatic and thermo-mechanical feed water regulators, superheater steam flow meters, indicators and alarm devices. All above boilers could be operated with or without the above mentioned controls.

I operated the above singularly and in parallel both manually and or automaticly at constant temperature and pressure to supply steam for the following machinery and equipment, steam turbine main engines (generating in excess of 85,000 shaft horse power,) steam turbine generators, (generating in excess of 5,000 K.W.) And auxilliary equipment such as turbine driven forced draft blowers, turbine driven pumps, steam reciprocating pumps, steam reciprocating air compressors, air ejectors, double and triple effect evaperators, heat exchangers, ship heating and cooking, fuel oil service heaters, tank heating coils, steam wenches. I performed maintenance repairs, complete overhauls, inspections, test, trials, operated and kept records of all the above named machinery and equiptment with exception of the main engine turbines.

Other tasks performed were as follows- Repair, inspect, and test the following pipeing, systems all steam pipeing through out the ship, freah and hot water pipeing, fuel oil service and transfer pipeing, boiler feed water pipeing, evaperator distributing pipeing, compressed air pipeing tank vents. Performed task of oil and water King as follows. recieve, store and test fuel oil and in some cases transfer fuel oil to other ships. Kept daily reports of consuption and tests. Recieve store and test fresh water. Test deairating feed tanks, feed water tanks evaperator destilling tanks. And keep records and daily reports of the latter. Compile data for engineering records, reports, and material histories, and make routine inspections tests, and reports, on fireroom machinery and equiptment. Assign my men (24men) to daily tasks and watches according to their rate and abilities, to accomplish daily operations, maintenance and repairs of all machinery, spaces, and equipment assigned me by the Chief Engineer.

Train, instruct, and supervise men assigned me in all phase of the above. Gave weekly lectures and talks to enlisted men of engineering department on the following subjects, safety precavtions, equipment operation, the use of tools, various war-fare conditions, engineering casualty control, Uniform Code of Military Justice, leadership, what to do if captured by an enemy. Made personel performance reports on all (24) men assigned me.

(See attached Sheets)

(Attach sheet 6-A)

Ducing the procedure of maintenance of the previously mentioned machinery, equipment, and systems, it was often necessary for me to set up and operate the following types of machines. Lathe, Grinders, Drillpress, Hydrolic press, and occasionally milling machinery.

Other tools necessary were as followers. Varous types of measuring devices dial indicator, micrometers, (caliper and other types). Electric and pneumatic powered drill motors, grinders, and impact wrenches taps and dies (threading ) lapping blocks, bearing scrapers and other machine shop tools and equiptment too neumerous to mention.

DESCRIPTION OF WORK IN DETAIL

In order to properly evaluate the time in performance of tasks, it must be understood that the operation of the Plant (boilers, machinery, pumps, systems, etc.) was on a 24 hour/day, 7 day/week bases assigned to groups of men for 4 hour periods, usually 1to 2 periods per day.

Overhauls, maintenance repairs, tests, calibrations, machinery histories and records and other tasks were performed on an 8:00 a.m. to 4:00 p.m. bases on the average of 5 days a week. Estimate 6 hours per day operations, 8 hours repair maintenance, overhauls, tests, calibrations, etc., 10 hours per day leisure time.

The following are overhauls, maintenance repairs, tests, calibrations tests of machinery and equipment in type categories. All tools used will be listed at the end of this description.

PUMPS

Steam Peciprocating Pumps (Some "Worthington" Built)

Using knowledge of machines and mechanical principles, locate sources of defective operation or causes of breakdowns.Isolate pump from system. Obtain manufacturer's pamphlets, manuals, drawings, blueprints, and pump history records. Disassemble and repair or replace as follows:

Scored liquid cylinder, repair by stoning. Replace worn piston packing. Remanufacture and/or replace broken or damaged follower plate or follower plate studs and nuts. Grind in (using valve grind compound) seat and disc of chest valves when scored or pitted. Replace broken or worn valve cages, stems, springs, and binding screws. Replace taper fit valve seats using jack. Remove and replace screwed valve scears. Refit loose liquid piston onto shaft. Select proper gaset material and cut new gaskets for flanges. Replace stuffing box packing. Inspect and replace as necessary worn or broken steam piston rings. Repair steam end valve gear as necessary (reface flat face "D" valves using laping plate and grinding compound. Renew auxilary piston rings when worn in excess.). Check pump alignment by running a wire through the steam and liquid end; secure one end to a finger piece at the bottom of the liquid end and fasten the other end to a beam mounted above the steam cylinder. Center the line at the bottom and top of the liquid end using calipers. Take caliper readings at the top and bottom of the steam cylinder and adjust steam cylinder if necessary by putting shims at the bottom and top of stay rods. See tool list at the end of this description for tools used in the above.

(Attach sheet 6-B)

Centrifugal Pumps (Some "Worthington" and some "DeLaval" and one Keofin)

Using mechanical knowledge and principles locate sources of breakdown or malfunction. Isolate pump from system. Obtain manufacturers pamphlets, manuals, drawing, blueprints, and pump history records. Disassemble and inspect parts for wear in excess of tolerance, broken parts. Check bearing wear by taking bridge gage reading or leads and check reading against allowable tolerance. Check clearance of wearing rings and replace if the clearance exceeds manufacturers instructions. Remove and replace stuffing box packing and lantern ring. Realign pump shaft coupling (grid, gear, and pin types) to drive unit, when out of alignment or when being replaced on foundation. Select proper gasket material and manufacture gaskets and reassemble. Line up system and test run pump. Check for leaks, vibration, or malfunction. Record all repairs, bearing readings, leads, and new parts in pump history record for future reference. For tools used in the above see tool list at the end of description.

Rotary Gear & Screw Pumps

Brand Names: "Worthington," "Pearless," "DeLaval" and others
Types: Simple gear, herringbone gear, helical gear, double screw low pitch, triple screw high pitch.

Using knowledge of machines and mechanical principles, locate sources of defective operation or causes of breakdowns. Isolate pump from system by closing discharge and suction valves. Assemble manufacturers instructions, blueprints, pump history records and/or any other useful data. Disconnect from drive unit at flexible coupling. Using tools and instruments of trade (listed at the end of description) disassemble and inspect parts for excessive wear, corrosion, breakage, erratic wear. Repair, replace, scrape, clean, polish parts as necessary. Reassemble using manufacturer instruction to set proper clearances, setting of jam screws, and setting idler locating caps. Assemble pump and replace shaft packing. Remount or realign pump on foundation (if it had been removed for overhaul or repair or out of alignment) by shimming and to align pump half of coupling to drive motor half. Connect coupling, open system valves. Start drive unit and test pump for proper discharge pressure, volume output, abnormal vibrations or noise, leaks and/or other malfunctions. Record all replaced or remanufactured parts, setting, clearance reading and all other pertinent data in pump history record.

(Attach sheet 6-C)

## AUXILIARY STEAM TURBINES

Turbine Driven Forced Draft Blowers
Turbine Driven Pump Drive Units

Some Brand Names: Westinghouse, DeLaval, Keofin, General Electric
Turbine Types: Simple impulse turbine, velocity-compound impulse turbine, helical-flow turbine, re-entry turbine (single reversing chamber)

Using knowledge of machines and mechanical principles, locate source of defective operations or causes of breakdowns. Locate and assemble all manufacturers technical manual, blueprints, turbine history records for reference and instruction. Isolate turbine from steam and exhaust. Using knowledge of machines and mechanical principals, locate sources of defective operations or causes of breakdowns. Assemble and obtain all manufacturers technical manuals, bleprints, turbine history records. Using tools of the trade disassemble turbine and inspect parts for excessive wear damage and broken parts. Check radial bearings for wear by taking bridge gage readings, crown thickness and taking leads (measuring instruments and tools used are listed in tool and instrument list at end of description). Compare measurements to see if uniform or if they exceed maximum allowable (according to manufacturers instructions). Using bearing scraper, scrape high spots off of new bearings or any bearings being refitted to journal. High spots located by placing light film of prussion blue on journal, apply bearing half and rotate back and forth slightly, prussion blue stickes to high spots. Thrust bearing clearances were taken by means of feeler gage or dial indicator (depending on type of turbine). Check clearance between (axial and radial clearance) stationary and moving blades in turbine or between moving blades and nozzles. Check carbon packing to see if it is worn out of round or needs replacing. Fit carbon ring using carbon ring fitting jig. Grind chisel and bar to fit the angle of the teeth on packing and tap worn lands back into shape.

Reassemble turbine unit. Test run turbine. Check for malfunction. Take tachometer reading or stroboscope reading for records. Record all test results along with all repairs and renewal of parts, clearance readings in turbine history record.

(Attach sheet 6-B)

VALVES

Types: Globe, gate, stop check, butterfly, piston, swing check, lift-check, plugcock, relief, and float
Some Brand Names: Crane, Lunkenheimer, Crosby, Vogt, Yarway, Lesley, Kennedy and others

Using knowledge of valves and mechanical principles, locate sources of defective operation or causes of failure. Repack stuffing box, replace flange gaskets. Using hand tools and instruments listed at the end of description. Overhaul, disassemble, inspect parts, repair, replace or remanufacture parts. Using lathe set up valve in lathe and recut flanges, bonnet, seat when steam cut too deep for hand tool removal. Set up disk in lathe and recut damaged seating surface. Using valve grinding compound grind in seat and disk. Reassemble, repack and hydrostaticly test at one and one half times working pressure.

<u>Similar Automatic Operating Valves</u> (Pressure reducing, press regulators, governor, control, shutdown)

Type Categories and Some Name Brands: "Leslie" spring loaded reducing valve, "Atlas" gas loaded reducing valve, "Mason Neilan," "Bailey" diaphragm operated fuel oil pressure regulator, "Leslie," "Foster-Wheeler" constant pressure pump governor valves. "Bailey," "Hogan," "Mason Neilan," "Hamel Dual" boiler feed water (thermo-mechanical, thermo-pneumatic, single, double and triple element type) regulating valves. "Bailey," "Hogan," "Mason Neilan," "Hamel Dual" pneumatic control valves. "Leslie" auxiliary turbine automatic shutdown valves.

Using knowledge of automatic operating valves, mechanical principles, locate sources of defective operation, breakdown and failures. Assemble manufactuerer's technical manual, blueprints, repair records and all pertinent data. Using hand tools, special gages provided by manufacturer and instruments listed at the end of this description, disassemble, inspect, clean, repair, replace parts as necessary. Grind in valve seat and disc. Select proper diaphragm material and manufacture diaphragm. Polish floating piston and sleeve. Replace piston rings. Replace metal diaphragms. Replace worn or damaged bellows. Replace weak springs. Reassemble setting clearances according to blueprints and technical manuals. Reinstall if unit was removed from position. Line up to system and test for leaks. Put into service and make proper adjustments and calibrations.

(Attach sheet 6-E)

POWER DRIVES

"Hogan," "Bailey" pneumatically operated piston type boiler damper control drive. "Mason Neilan" pneumatically operated diaphgram type boiler damper control drive.

Using knowledge of power drives and mechanical principles, locate causes of failures and breakdowns. Obtain manufacturer's technical manuals, blueprints, repair records. Using hand tools listed at end of this description, disassemble, clean and inspect. Repair, replace, and remanufacture worn or broken parts. Renew piston cup leathers, manufacture diaphragm. Reassemble and cut into system. Check for leaks. Operate by power and reset linkages and drive rod travel.

OIL & WATER METERS

Nutating-Piston

Using knowledge of meters, liquid flow, and mechanical principles, locate sources of defective operation or causes of failure. Isolate meter from system. Disassemble meter. Clean and inspect all parts. Check nutating piston for excessive wear and replace it if necessary. Check reduction gears and replace when worn excessively. Check counter for excessively worn or broken parts and replace. Reassemble meter, replace packing in rotating pin stuffing box. Replace counter on meter. All the above are accomplished using the hand tools listed at the end of description. Line up meter to system. Check for leaks. Pump a known amount of liquid through meter, noting the movement of the counter. Compare counter reading against amount actually pumped to check accuracy of meter.

STEAM TRAPS

Types: Mechanical (ball float or bucket type), Thermostatic (hermetically sealed bellows type), Impulse (steam flash actuated type), Bimetallic (unequal bimetallic expansion actuated).

Some Name Brands: Crane, Yarway, Armstrong and others

Using hand tools and instruments listed at the end of description to accomplish repairs and/or overhauls. Using knowledge of steam straps and the principles by which they operate, locate sources of defective operation or causes of failure. Disassemble, clean and inspect parts. Replace cracked or broken bellows. Replace broken strainers. Replace broken

(Attach sheet C-F)

bi-metallic strips. Replace ball seat and disc. Spotin (grind in) seat and disc using valve grinding compound when corroded or eroded to restore proper seating surface. Bore out clogged passages. Replace bucket, worn out pins and cotter keys. Trap flanges that were badly steam eroded were refaced by setting up in lathe and cuts taken of the flange face until the eroded portion was removed. Replace cap or flange gasket (select proper gasket or gasket material according to trap design and trap working pressure). Reassemble trap. Hydrostaticly test trap at one and one half times designed working pressure for leaks. Replace trap in system if it had been removed and cut into system. Check outlet side to see that trap is emitting only condensate. Hand tools and instruments used to perform the above repair/overhauls are listed at the end of description.

SOOT BLOWERS

Multinozzle Type ("Diamond," "Vulcon" and other makes)

Using knowledge of boiler soot blowers and their mechanical principles, locate sources of defective operation or causes of failure. After boiler has been shutdown and cooled, remove soot blower from boiler and/or disassemble in place. Use hand tools listed at the end of description. Disconnect soot blower valve flange from steam header. Slide back until element coupling is exposed. Remove allen screw locking threads. Unscrew element from coupling. Disassemble soot blower (completely if necessary), clean and inspect all parts. Grind in seat and disc of valve using valve grinding compound when necessary. Replace all broken parts, weak springs, broken links in endless chain, broken cam, and broken triggering arm. Reset pressure control disc. Reassemble soot blower head, repacking valve stem and swivel tube packing. Connect element to swivel tube and soot blower head flange to header. Rotate sheave wheel with endless chain to check for free turning. Adjust element to cam to acquire the desired angle of nozzles during operation.

BOURDON-TUBE PRESSURE GAGES

Test and calibrate annually or when suspected of being faulty or out of calibration.

Using knowledge of gages and a dead-weight pressure gage testing apparatus. Isolate from system and remove gage. Attach gage to dead weight tester at control valve. Using plunger on control valve side, pump instrument full of fluid (the test apparatus filled with water base hydrolic fluid). Unscrew the opposite plunger as far as possible. Apply weights one at a time and observe gage pointer as weight pressure is applied to gage. Screw in main

(Attach sheet G-G)

cylinder plunger and apply enough pressure to keep test plunger freely above cylinder. Reset gage pointer when the amount of travel was correct but total reading was wrong. Change the distance between the pointer spindle and link connection at the sector gear (shortern or lengthen to change pointer travel distance). Replace gage glass and covering. Remove weights from tester. Bleed pressure off at control valve. Remove gage and reinstall in system.

BOILER SAFETY VALVES

Types: Huddling chamber and nozzle reaction types

Makes: Crosby, McDonald, Mitchel, and others

Using calibrating knowledge of boiler safety valves and mechanical principles, locate sources of malfunction (lift and/or reseating pressure) or failure to lift by excess pressure. Using hand tools listed at end of description, remove hand easing gear from safety valve, remove adjusting screw locknut. Lift safety by raising boiler pressure until safety lifts. Observe lift pressure and reseat (or blowback) pressure. If pressures are not accurate to manufacturer's specification, lower boiler pressure well below safety valve lifting pressure and reset adjust spring tension and or adjusting ring (blowback ring). Continue above method until desired setting were acquired.

AIR MOTORS

Boiler Tube Cleaning Drive Motors (Wilson make)

Using knowledge of air motors and mechanical principles, locate sources of defective operation or breakdown. Using special hand tools furnished by manufacturer, disassemble motor. Remove bearing retainer coupling. Remove bearing-orfice plate, rotor and blades from casing cylinder. Clean and inspect all parts; replace all excessively worn or broken parts. Reassemble by placing rotor blades in slots in roter. Replace rotor and blades as a unit. Replace bearing-orfice plate and bearing retainer coupling. Rotate by hand and check for binding. Connect to air and test run.

The following are a list of hand tools, power tools, instruments, machines and devices used to accomplish all the above tasks:

(Attach sheet C-II)

# HAND TOOLS

## Wrenches

Socket Wrench
Ratchet Head
Ratchet Handles
Ratchet Extensions
Socket Wrench ("T" & off set handle)
Torque Wrench
Box & Open Wrenches
Stillson Type Pipe Wrenches
Chain Type Pipe Wrenches
Adjustable Open End Wrenches
Monkey Wrenches

## Metal Cutting Tools

Straight Handsnips
Circle Snips
Trojan Snips
Aviation Snips
Hack (straight & adjustable) Saws
Chisels (round nose, diamond point, cape and cold)
Files (square, three cornered, round, half round, mill, flat)
(single and double cut)
Twist Drills
Reamers (straight, tapered, straight flute,
Counter Sinks
Bolt Cutters

## Screwdrivers

Standard Screwdrivers
Philips Screwdriver
Offset Screwdriver

## Pliers

Slipjoint Pliers
Vise-grip Pliers
Channel-lock Pliers
Diagonal Pliers
Side Cutting Pliers

(Attach sheet 6-I)

Punches

Center Punch
Starting Punch
Pin Punch
Aligning Punch
Hollow Shank Gasket Punch

Taps & Dies

Taper Taps
Plug Taps
Bottoming Taps
Rethreading Dies
Button (split adjustable) Dies
Collet Dies
Tap Wrench Handle (straight & "T" handle)
Die Stock (collet, single screw, three screw)
Die Stock Ratchet

Tap & Stud Extractors

Straight Flute Tap Extractor
Spiral Tapered Extractor
Straight Extractor (easy outs)

Vises

Bench and Pipe Vise
Pipe Vise

Tubing Tools

Tubing Cutters (single & triple blade)
Tubing Benders (open side mandrel, spring types)
Flaring Tool (single & double flare type)

Bars

Pinch
Wrecking
Crow Bar

(Attach sheet 6-J)

Hammers

Ball-peen (straight, cross)
Soft Face Hammers (plastic, rawhide, brass)
Sledge Hammers
Slug Hammers

Power Tools

Portable Electric Drills
Portable electric Grinders
Portable Electric Impact Wrenches
Portable Pneumatic Drills
Pneumatic Chiping Hammer
Portable Pneumatic Impact Wrench

Measuring Tools & Instrument

Tape (retractable, steel, sounding, types)
Rule (steel, folding, hook, types)
Square (carpenters, combination, try, sliding "T")
Outside & Inside Clippers (firm joint, spring, transfer joint, adjustable firm joint)
Hermaphrodite Caliper (adjustable & solid point)
Caliper Square (sliding caliper)
Thread Gages
Thickness (feeler) gages
Wire gages
Depth (rule type) gage
Telescope

Measuring Instruments

Dial Indicator
Vernier Caliper
Micrometers (outside, inside, depth)

(Attach sheet 6-K)

Machines

Drill Press (bench and upright, types)
Bench Grinders
Power Hacksaw
Hydraulic Press
Lathes (belt driver & gear driven) (turret & bench)

Devices

Dead-weight pressure gage testing apparatus
Hydraulic Jacks
Chain Falls
Comealongs
Wire Straps
Sheeves & Hooks
Block & Tackles
Rope Slings

1. Name (Last) (First) (Middle) (Maiden, if any) [x] Mr. [ ] Miss [ ] Mrs.

Koog Arthur R.

Plumber or Pipefitter

2. Birth date (Month, day, year) [redacted]

3-26-72

| | | | | | |
|---|---|---|---|---|---|
| 7 Dates of employment (month, year) From 6-59 To 1-60 | | | Exact title of position Plumber | | If Federal service, classification series and grade |
| Salary or earnings Starting $1.35 per hr. Final $ 1.50 per hr. | Avg. hrs. per week 48 | Place of employment City: San Antonia State: Texas | | Number and kind of employees supervised (1) Laberor | Kind of business or organization (manufacturing, accounting, insurance, etc.) Swimming Pool Construction |
| Name and title of immediate supervisor G. E. Zars Owener operator | | | Name of employer (firm, organization, etc.) and address (including ZIP Code, if known) The Gary Co. 111 N. E. Military Dr. San Antonia, Texas | | |
| Area Code and phone No. if known | | | | | |

Reason for leaving: To serve another enlistment in the Navy.

Description of work

Working from blueprints and sketches accomplished the following plumbing in the construction of new swimming pools and also maintenance of those the company had already constructed. Installed main drain, vent, circulateing, inlet pipeing pryor to the laying of steel in the forms. After the pool were gunited, installed finish fixtures, installed filters, pump and connected all pipeing valves and devices to complete the following systems; circulating, drain and vent, filration and ~~room~~ restroom facilities, laid all stubb outs for hot and cold water and ran all necessary pipeing. Installed all finish fixtures such as urnals, comodes, wash basins, drinking fountains and etc. Installed water heaters, inspected and tested all the above after installation or repair.

Made the following estimates to the supervisor, amount of materials costs, and man hour required for each contract.

Some types of pipe used in the above were, copper, steel, cast iron, clay, asbestos and cement.

All above installations, repairs, and tests were made in accordance with local building codes and ordnances.

The following is a list of the tools and equiptment used in the performance the above tasks.

Tools:
- pipe dies
- pipe cutters
- pipe wrenches
- tubeing cutters
- tubeing flaring set
- tubeing benders
- beading tools

Test gages
Test plugs

Saws:
- hack
- abrasive
- keyhole
- radialarm [illegible]

Levels
Plum bob
Pipe Vise
Bench Vise

Wrenches:
- box and open end
- adjustable open end
- chain wrenches
- spud wrench
- spanner wrench

Calking irons
Yarning irons
Joint runner
Lead pots
Pouring ladle
Fire pots

Hammers:
- ballpeen
- claw
- plastic tip
- rawhide tip

Chisels:
- roundpoint
- diamond
- cape
- cold

Files:
- flat
- round
- square
- triangular
- halfround

Torches
- propane
- oxyacetylene
- gasoline

Expantion agur bit:

Screwdrives
- flat blade
- phillips
- offset

Pliers:
- slipjoint
- sidecutting
- longnose

Measuring tools:
- steel tape
- steel rule
- folding rule
- retractible

(See attached sheet)

(Attach sheet 7-A)

Power Tool And Machines:
- electric and pneumatic drill motors
- electric grinders
- radialarm abrasive saw
- pipe cutting and threading machine
- drill press
- electric sewer snake

Calking irons
Joint runners
Fire pots
Yarning irons
Pouring ladle
Gasoline torch
Propane torch
Oxyacetylene

Try square
Carpenters square
Chalk line
Scratch awl
Force cups
Hand augers

1. Name (Last) (First) (Middle) (Maiden, if any) [X] Mr. [ ] Miss [ ] Mrs. — Koog Arthur R.

Plumber or Pipefitter

2. Birth date (Month, day, year) — [redacted]

3-26-72

| | | |
|---|---|---|
| 8 Dates of employment (month, year): From 4-58 To 6-59 | Exact title of position: Heating Plant Operator | If Federal service, civilian or military grade: 2/nd step |
| Salary or earnings: Starting $ 2.21 per Hr. Final $ 2.55 per Hr. — Avg. hrs. per week: 40 | Place of employment: City: Port Huenme State: California — Number and kind of employees supervised: | Kind of business or organization (manufacturing, accounting, insurance, etc.): U.S. Naval Base |
| Name and title of immediate supervisor: W.N. Jones Leading Man Heat Plants | Name of employer (firm, organization, etc.) and address (including ZIP Code, if known): U.S.N. C.B.C. Port Huenme, California | |
| Area Code and phone No. if known: | | |
| Reason for leaving: Left Vicinty to accept another position. | | |

Description of work

Operated the following heating plants, boilers and assoccealed machinery, and humidification plant. Main boiler plant consisted of three 125 pisig water tube boilers they were combination oil or natural gas fired boilers. Hagan automatic combustion control board arranged so boilers could be operated in paralled or individuall either with fuel oil or natural gas. Auxiliary equipment consisted of the following, oil tanks, heater and pumps, feed water tank, deairating feed heater, steam turbin feed pump. Electric feedpumps. Two 24,000 gal-per day water softners electric forced draft blowers, valves, regulators, controls meters and manifolds, air compressors, emergency disel generator. U.S. Naval test laboritory boiler plant consisted of the same type of boilers and auxilliary machinery and equiptment as the main boiler plant except it did not have the Hagan automatic central system.

The Bard Boiler Plant:

Consisted of three 35 psig locomotive type boiler automaticly controlled fired either on natural gas or fuel oil. Auxilliary machinery consisted of the following; electric driven feed water pumps, condensate pit return pump, fuel oil pump, one 10,000 gal. per. day water softner, gasoline driven emergency generator, water distilling unit. The Cafiterea Plant consisted of the following, one locomotive type boiler, natural gas fired one condensate return tank and pump, meters, valves controls etc. Numerous unattened boilers located throughout the base were operated by automatic and intermittently checked each shift by driving from one to another on a prearranged route. The latter were of numerous types and kinds as follows: vertical scotch type, horrizontal fire tube, and etc. Took water samples from all the above plants and boilers, Tested and made corrective chemical formulas for each boilers and system tested. All the above boilers plants supplied steam hot water compressed air to various buildings on the base at a constant pressure and temperature for the purpose of cooking and heating, domestic purposes, and compressed air to industrial shops etc. Also operated humidification plant for constant humidity and temerature of building containing various I.B.M. equipment. Performed all boiler maintenance, repair, and overhuals to all the above mentioned boilers. Inspected and tested after work performed.

The following is a list of tools, machinery and devises used in the performance of tasks listed above.

Wilson brand
tube cleaning
air turbines
and cutters

Wrenches
- scoket wrenches
- ratchet head
- ratchet handle
- box and open end
- stilson pipe wrench
- chain type pipe wrench
- adjustable open end
- monkey wrench

(See attached sheets)

34. Space for detailed answers. Indicate Item numbers to which answers apply.

| Item No. | |
|---|---|
| 31A | (1) Charles H. [illegible] (2) [illegible] Circle Dr. Oxnard California 93030 (3) brother |
| | (4) U.S. Postal Service |

If more space is required, use full sheets of paper approximately the same size as this page. Write on EACH sheet your name, birth date, and examination (*or position*) title. Attach all sheets to this Statement at the top of Page 3.

**ATTENTION: READ THE FOLLOWING PARAGRAPH CAREFULLY BEFORE SIGNING THIS STATEMENT**

A false answer to any question in this Statement may be grounds for not employing you, or for dismissing you after you begin work, and may be punishable by fine or imprisonment (U.S. Code, Title 18, Sec. 1001). All statements are subject to investigation, including a check of your fingerprints, police records, and former employers. All the information you give will be considered in reviewing your Statement and is subject to investigation. A false answer to Items 25 A or B could deprive you of your right to an annuity when you reach retirement age in addition to the penalties described above.

**CERTIFICATION**

I CERTIFY that all of the statements made in this Statement are true, complete, and correct to the best of my knowledge and belief, and are made in good faith.

SIGNATURE (*Sign in ink*) Arthur R. Hoog

DATE SIGNED 3-26-72

DO NOT WRITE IN THIS BLOCK—FOR USE OF EXAMINING OFFICE ONLY

☐ Refer for medical action ☐ Medical action Approved by ☐ Disapproved (*reason*):

Statement No. | Announcement No. | Name | Entered Register: | Material ☐ Submitted ☐ Returned | ☐ Appor. ☐ Nonappor. | Notations: | Form Reviewed: | Form Approved: | Option | Grade | Earned Rating | Preference | Augmented Rating | Initials and Date

Preference: ☐ 5 Points (Tent.) ☐ 10 Points Comp. Dis. ☐ Other 10 Points ☐ Disal. ☐ Being Investigated

THIS SPACE FOR USE OF APPOINTING OFFICER ONLY

☑ 5-Pt. ☐ 10-Pt. Comp. Disab. ☐ 10-Pt. Other

Preference has been verified through proof that the separation was under honorable conditions, and other proof as required.

Signature and Title: S. L. Walsh, Staffing Clerk

Agency: Navy

Date: 5-22-72

GPO c43—[illegible] 1 1969 234-475

U. S. Civil Service Commission

FEDERAL EMPLOYEES HEALTH BENEFITS PROGRAM

# NOTICE OF CHANGE IN HEALTH BENEFITS ENROLLMENT

2810-110

## Part A.—IDENTIFYING DATA

| 1. NAME (LAST) (FIRST) (MIDDLE INITIAL) | 2. DATE OF BIRTH | 3. CARRIER CONTROL NO. |
|---|---|---|
| KOOG, Arthur R. | [redacted] | 14809076 |
| 4. ADDRESS (INCLUDING ZIP CODE) | 5. PAYROLL OFFICE NO. | 6. ENROLLMENT CODE NO. |
| Civilian Personnel Department<br>Naval Air Station<br>Kingsville, Texas 78363 | 17-060530 | 3 1 2 |
| | 7. DATE THIS ACTION BECOMES EFFECTIVE | |
| | 05-21-72 | |

ONLY THE ITEM WHICH IS CHECKED BELOW AFFECTS YOUR ENROLLMENT. READ THAT ITEM CAREFULLY AND FOLLOW ANY PERTINENT INSTRUCTIONS. KEEP THIS FORM UNLESS YOUR ENROLLMENT IS TERMINATED AND YOU APPLY FOR CONVERSION.

## Part B.—TERMINATION

☐ YOUR ENROLLMENT TERMINATES ON THE DATE IN PART A, ITEM 7, ABOVE.

## Part C.—CHANGE IN PLAN

☐ YOUR ENROLLMENT SHOWN IN PART A, ITEM 6, ABOVE HAS BEEN TERMINATED BECAUSE OF YOUR ENROLLMENT IN ANOTHER PLAN.

## Part D.—TRANSFER OUT

YOUR ENROLLMENT CONTINUES BUT IS TRANSFERRED TO YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM):

xx Civilian Personnel Department
Naval Air Station
Kingsville, Texas 78363

## Part E.—TRANSFER IN

YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM) SHOWN IN PART K BELOW HAS ACCEPTED TRANSFER OF YOUR ENROLLMENT AND WILL CONTINUE IT. ☐

## Part F.—SUSPENSION

☐ YOUR ENROLLMENT HAS BEEN SUSPENDED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE.

## Part G.—REINSTATEMENT

YOUR ENROLLMENT HAS BEEN REINSTATED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE. ☐

## Part H.—CHANGE IN NAME OF ENROLLEE

THE NAME IN WHICH THIS ENROLLMENT IS CARRIED HAS BEEN CHANGED TO: ☐

NAME | DATE OF BIRTH | SEX ☐ MALE ☐ FEMALE

ADDRESS (INCLUDING ZIP CODE) IF DIFFERENT FROM PART A, ITEM 4, ABOVE

## Part I.—CHANGE IN ENROLLMENT — SURVIVOR ANNUITANT

YOUR ENROLLMENT HAS BEEN CHANGED FROM FAMILY COVERAGE TO SELF ONLY. YOUR PLAN WILL SEND YOU A NEW IDENTIFICATION CARD. ☐

YOUR NEW ENROLLMENT CODE NUMBER

(NOTE: THIS ITEM TO BE COMPLETED BY RETIREMENT SYSTEMS ONLY)

## Part J.—REMARKS

27151-D-7421

## Part K.—DATE OF NOTICE

SIGNATURE OF AUTHORIZED AGENCY OFFICIAL

05-26-72
DATE

Personnel Clerk
Naval Weapons Center, China Lake, California 93555

Quadruplicate — For Official Personnel Folder

Standard Form No. 2810
April 1969
FPM Supplement 890-1

NOTIFICATION OF PERSONNEL ACTION

NAME

KOOG ARTHUR R

PAY NUMBER

[redacted]

SOCIAL SECURITY NUMBER

[redacted]

TITLE

PIPEFITTER

ORG CODE

70421

TYPE OF ACTION

820 CHANGE IN OCCUPATION CODE

| | PAY-PLAN | SERIES | GRADE | STEP | RATE | |
|---|---|---|---|---|---|---|
| FROM: | WG | 42004 | 10 | 3 | $5.20 | PH |
| TO: | WG | 4204 | 10 | 3 | $5.20 | PH |

EFFECTIVE DATE 2-28-72, THE OCCUPATION-CODE (SERIES) OF THE ABOVE-NAMED EMPLOYEE IS CHANGED TO REFLECT THE STANDARDIZED FOUR-DIGIT FORMAT ESTABLISHED BY THE CONVERSION TO THE CO-ORDINATED FEDERAL WAGE SYSTEM.

NAVAL WEAPONS CENTER

ACTIVITY CODE: 6700-200

/S/ BRUCE D. MACINTOSH

HEAD, WAGE AND

CLASSIFICATION DIVISION

NOTIFICATION OF PERSONNEL ACTION

| NAME | PAY NUMBER | SOCIAL SECURITY NUMBER |
|---|---|---|
| KOOG ARTHUR R | [redacted] | [redacted] |

| TITLE | ORG CODE |
|---|---|
| PIPEFITTER | 70421 |

TYPE OF ACTION

894 PAY ADJUSTMENT

| | PAY-PLAN | SERIES | GRADE | STEP | RATE | |
|---|---|---|---|---|---|---|
| FROM: | WG | 42004 | 10 | 3 | $4.93 | PH |
| TO: | WG | 42004 | 10 | 3 | $5.20 | PH |

EFFECTIVE DATE 2-6-72. THE PAY OF THE ABOVE-NAMED EMPLOYEE IS ADJUSTED TO REFLECT THE NEW PAY RATES ESTABLISHED AND AUTHORIZED UNDER DOD DIRECTIVE 5120.39, DEPARTMENT OF DEFENSE WAGE FIXING AUTHORITY, DATED 3 FEB 72.

NAVAL WEAPONS CENTER
ACTIVITY CODE: 6700-200

/S/ BRUCE D. MACINTOSH
HEAD, WAGE AND
CLASSIFICATION DIVISION

If typewriter is not available, bear down with ballpoint pen to make legible copies.

# HEALTH BENEFITS REGISTRATION FORM

FEDERAL EMPLOYEES HEALTH BENEFITS PROGRAM

**(Read instructions on back of last page.)**

New Carrier's Control No. 14809076

Old Carrier's Control No.

TO EMPLOYING OFFICE: SHOW OLD CARRIER'S CONTROL NUMBER ONLY IF ELECTION IS TO CANCEL ENROLLMENT OR TO CHANGE OPTIONS OR TYPE OF ENROLLMENT IN THE SAME PLAN.

## PART A

ALL WHO REGISTER MUST FILL IN THIS PART.

1. NAME (LAST) (FIRST) (MIDDLE INITIAL): KOOG, ARTHUR R.
2. DATE OF BIRTH (Use numbers) MONTH DAY YEAR: [redacted]
3. ARE YOU NOW MARRIED? YES [X] 1 NO [ ] 2
4. YOUR MAILING ADDRESS (NUMBER AND STREET) (CITY) (STATE) (ZIP CODE): 220 Bonita St., Ridgecrest, Ca. 93555
5. SEX MALE [X] 1 FEMALE [ ] 2

**IMPORTANT**

IT IS ILLEGAL FOR AN EMPLOYEE OR A MEMBER OF HIS FAMILY TO BE COVERED UNDER MORE THAN ONE ENROLLMENT. IF YOU ARE ALREADY COVERED THROUGH THE FAMILY ENROLLMENT OF ANOTHER FEDERAL OR DISTRICT OF COLUMBIA EMPLOYEE OR ANNUITANT YOU MUST REGISTER NOT TO ENROLL OR THE OTHER ENROLLMENT MUST BE CANCELED OR CHANGED TO SELF ONLY. SIMILARLY, IF A FAMILY MEMBER LISTED BY YOU IN PART B IS COVERED THROUGH HIS (OR HER) OWN ENROLLMENT, YOU CANNOT ELECT A FAMILY ENROLLMENT UNLESS THE FAMILY MEMBER CANCELS HIS (OR HER) ENROLLMENT. ALSO SEE BACK OF PAGES 2 AND 3.

## PART B

FILL IN THIS PART IF YOU WISH TO ENROLL OR CHANGE YOUR ENROLLMENT IN A HEALTH BENEFITS PLAN.

If enrollment is for Self Only, answer item 1. If enrollment is for Self and Family, also answer item 2.

IF YOU ARE CHANGING YOUR ENROLLMENT ALSO FILL IN PART D.

1. I elect to enroll in a health benefits plan as shown below. I authorize deductions from my salary, compensation, or annuity to cover my share of the cost of the enrollment. (Copy the information requested below from back page of brochure of the plan you select.)

| NAME OF PLAN | OPTION (HIGH OR LOW) | ENROLLMENT CODE NUMBER |
|---|---|---|
| GOVERNMENT EMPLOYEES HOSPITAL ASSOCIATION | HIGH | 3 1 2 |

2. In space below list all eligible family members without exception: List your wife or husband first, then your unmarried children under age 22, including (a) legally adopted children and (b) stepchildren, foster children, and illegitimate children who live with you in a regular parent-child relationship. Include also any unmarried child over 22 who became disabled before age 22 and who, because of the disability, is incapable of self-support. (Attach a doctor's certificate for a disabled child age 22 or over, if one is not already on file.) **DO NOT LIST PARENTS OR OTHERS WHO ARE NOT ELIGIBLE FAMILY MEMBERS. THEY WILL NOT RECEIVE BENEFITS, EVEN IF THEY ARE DEPENDENT ON YOU AND ARE LISTED.**

| NAMES OF FAMILY MEMBERS | DATE OF BIRTH (Month, Day, Year) | | NAMES OF FAMILY MEMBERS | DATE OF BIRTH (Month, Day, Year) | |
|---|---|---|---|---|---|
| Wife or Husband Connie | [redacted] | 1 | | | 6 |
| Rhonda | [redacted] | 2 | | | 7 |
| Deniee | [redacted] | 3 | | | 8 |
| Roger | [redacted] | 4 | | | 9 |
| Eric A. | [redacted] | 5 | | | 10 |

## PART C

FILL IN THIS PART IF YOU WISH NOT TO ENROLL OR IF YOU WISH TO CANCEL YOUR ENROLLMENT.

PLACE AN "X" IN ITEM 1 OR 2, WHICHEVER APPLIES:

1. I ELECT NOT TO ENROLL IN A PLAN UNDER THE FEDERAL EMPLOYEES HEALTH BENEFITS PROGRAM. [ ]
2. I ELECT TO CANCEL MY PRESENT ENROLLMENT UNDER THE CODE NUMBER SHOWN BELOW: [ ]

Present Enrollment Code Number:

## PART D

FILL IN THIS PART, AS WELL AS PART B, TO CHANGE YOUR REGISTRATION.

ANSWER ITEMS 1, 2, AND 3 TO SHOW ENROLLMENT CODE BEING CHANGED AND ELIGIBILITY FOR CHANGE.

1. ENROLLMENT CODE NUMBER OF PRESENT PLAN: 2 0 2
2. NUMBER OF EVENT WHICH PERMITS CHANGE. (See table on back of page 2 for proper number.): 1
3. DATE OF EVENT WHICH PERMITS CHANGE. MONTH DAY YEAR:

## PART E

ALL WHO REGISTER MUST FILL IN THIS PART.

A. R. Koog (signature)

(YOUR SIGNATURE—DO NOT PRINT)

12-01-71 (DATE)

WARNING.—Any intentional false statement in this application or willful misrepresentation relative thereto is a violation of the law punishable by a fine of not more than $10,000 or imprisonment of not more than 5 years, or both. (18 U.S.C. 1001.)

## PART F

TO BE COMPLETED BY AGENCY.

1. NAME AND ADDRESS (INCLUDING ZIP CODE) OF EMPLOYING OFFICE: Naval Weapons Center, China Lake, Ca.
2. DATE RECEIVED IN EMPLOYING OFFICE: 12-01-71
3. EFFECTIVE DATE OF ELECTION: 01-10-72
4. PAYROLL OFFICE NO.: 17-060530
5. SF 2811 REPORT NO.:

(signature) Mary M. Morrison, Personnel Clerk

(SIGNATURE OF AUTHORIZED AGENCY OFFICIAL)

## REMARKS

FOR USE ONLY BY AGENCY

27151-D-7421

2809-113

Page 3 — For Official Personnel Folder

Standard Form No. 2809
U.S. Civil Service Commission
FPM Supplement 890-1
April 1970

U.S. Civil Service Commission

FEDERAL EMPLOYEES HEALTH BENEFITS PROGRAM

2810-110

# NOTICE OF CHANGE IN HEALTH BENEFITS ENROLLMENT

## Part A.—IDENTIFYING DATA

| 1. NAME (LAST) (FIRST) (MIDDLE INITIAL) | 2. DATE OF BIRTH | 3. CARRIER CONTROL NO. |
|---|---|---|
| KOOG, ARTHUR R. | [redacted] | 7987560 |
| 4. ADDRESS (INCLUDING ZIP CODE) | 5. PAYROLL OFFICE NO. | 6. ENROLLMENT CODE NO. |
| 220 Bonita St.<br>Ridgecrest, Ca. 93555 | 17-060530 | 2 0 2 |
| | 7. DATE THIS ACTION BECOMES EFFECTIVE | |
| | 01-09-72 | |

ONLY THE ITEM WHICH IS CHECKED BELOW AFFECTS YOUR ENROLLMENT. READ THAT ITEM CAREFULLY AND FOLLOW ANY PERTINENT INSTRUCTIONS. KEEP THIS FORM UNLESS YOUR ENROLLMENT IS TERMINATED AND YOU APPLY FOR CONVERSION.

## Part B.—TERMINATION

☐ YOUR ENROLLMENT TERMINATES ON THE DATE IN PART A, ITEM 7, ABOVE.

## Part C.—CHANGE IN PLAN

☒ XX YOUR ENROLLMENT SHOWN IN PART A, ITEM 6, ABOVE HAS BEEN TERMINATED BECAUSE OF YOUR ENROLLMENT IN ANOTHER PLAN.

## Part D.—TRANSFER OUT

☐ YOUR ENROLLMENT CONTINUES BUT IS TRANSFERRED TO YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM):

## Part E.—TRANSFER IN

☐ YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM) SHOWN IN PART K BELOW HAS ACCEPTED TRANSFER OF YOUR ENROLLMENT AND WILL CONTINUE IT.

## Part F.—SUSPENSION

☐ YOUR ENROLLMENT HAS BEEN SUSPENDED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE.

## Part G.—REINSTATEMENT

☐ YOUR ENROLLMENT HAS BEEN REINSTATED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE.

## Part H.—CHANGE IN NAME OF ENROLLEE

☐ THE NAME IN WHICH THIS ENROLLMENT IS CARRIED HAS BEEN CHANGED TO:

| NAME | DATE OF BIRTH | SEX |
|---|---|---|
| | | ☐ MALE ☐ FEMALE |

ADDRESS (INCLUDING ZIP CODE) IF DIFFERENT FROM PART A, ITEM 4, ABOVE

## Part I.—CHANGE IN ENROLLMENT — SURVIVOR ANNUITANT

☐ YOUR ENROLLMENT HAS BEEN CHANGED FROM FAMILY COVERAGE TO SELF ONLY. YOUR PLAN WILL SEND YOU A NEW IDENTIFICATION CARD.

YOUR NEW ENROLLMENT CODE NUMBER

(NOTE: THIS ITEM TO BE COMPLETED BY RETIREMENT SYSTEMS ONLY)

## Part J.—REMARKS

27151-D-7421

## Part K.—DATE OF NOTICE

Mary M. Morrison, Personnel Clerk — SIGNATURE OF AUTHORIZED AGENCY OFFICIAL

12-01-71 — DATE

Naval Weapons Center, China Lake, Ca. 93555

Quadruplicate—For Official Personnel Folder

Standard Form No. 2810
April 1969
FPM Supplement 890-1

BENE SUGG NOTIFICATION
11ND-NWC-12450/1 (REV. 8-69)



"Benny Sugg"

NAVAL WEAPONS CENTER
CHINA LAKE, CALIFORNIA 93555

Mtg of 7/21/71

FROM: Chairman, Beneficial Suggestion Committee, Code 7004

TO: A. R. Koog, Code 70421

SUBJ: Beneficial Suggestion No.: 70-71-37

Title: Trailer Hitch Jack

1. The Beneficial Suggestion Committee met to consider your suggestion. In order to inform you as quickly as possible as to what is happening to your suggestion, this means of "Action" Notification is being used instead of a personal letter. After giving careful consideration to your suggestion and the investigation report, the following checked items will indicate the present status of the suggestion:

____ Final

____ Partial

Award of $ ________ recommended, based upon:

____ Monetary Savings of $ ________

____ Intangible Benefits

____ Safety

____ Letter of commendation recommended

____ Further investigation requested of ________

____ Placed in suspense because:

____ Suggestion not as yet placed in operation

____ Insufficient funds prohibit adoption at present time

(When suggestion is placed in operation, please notify committee.)

Rejection based upon the following:

____ In line of duty

____ Not a new suggestion

____ Arrangements undertaken to correct situation before suggestion submitted

____ Adopted more than six months prior to formal submission of suggestion

____ Believed impractical to put in use

_X_ Insufficient demand to warrant change or addition

____ Proven unsatisfactory by previous experience

____ Would not justify expense involved

____ Not the best solution to the problem

____ Would make the cost too high

_X_ Already in use at activity

____ Other:

Your suggestion was investigated by: Codes 22, 70403, 70421 and 708

2. It may be possible that all the facts relating to your suggestion have not been adequately presented. If you have questions or desire additional information please contact your Suggestion Committee representative, Rita Smiley, Code 70022, ext. 2780

3. The Beneficial Suggestion Committee wishes to commend you for your desire to be of service to the Navy and to this Center. It is sincerely hoped that you will continue to actively participate in the Beneficial Suggestion program in the future.

[signature]
SIGNATURE (Chairman) J. R. Jackson, LCDR, CEC, USN

[handwritten date]
DATE

AWARD PAYMENT AUTHORIZATION
11ND-NWC-12450/9 (REV. 1-71)

1. Submit to Code 176 in quadruplicate for first civilian awardee plus 2 for each additional civilian, and in sextuplet for first military awardee plus 4 for each additional military member on the award.
2. Panel, Dept., or Command will check and complete "to" space in 2nd Endorsement.

NO. [illegible]

| TO (Command, Panel, or Dept) | FROM (Committee or panel) | RECOMMENDED AWARD |
|---|---|---|
| Public Works Officer | Public Works [illegible] | $ 575.00 [illegible] |

CHECK
- BENEFICIAL SUGGESTION (Title or subject) ☐ — DATE SUBMITTED
- SUPERIOR ACCOMPLISHMENT: ☑ SUPERIOR ACHIEVEMENT ☐ OUTSTANDING PERFORMANCE ☐ SUSTAINED SUPERIOR PERFORMANCE ☐ SPECIAL ACT OR SERVICE

| ESTIMATED ANNUAL SAVINGS/BENEFITS | | COMPLETE ONLY IF SUSTAINED SUPERIOR PERFORMANCE | |
|---|---|---|---|
| INTANGIBLE BENEFITS | MONETARY SAVINGS | MINIMUM STEP OF GRADE/RATE | DATES COVERED IN AWARD |
| | | 9464.00 $ [illegible] P/A | [illegible] TO |

AWARDEE(S)

| NAME | RANK/RATE OR ANNUM/DIEM | SERVICE NO. OR PAY NO. | ACTIVITY (Mil) OR ACCTG SHOP | FOR PAYROLL USE ONLY: CHECK NO. | NET AMOUNT CHECK |
|---|---|---|---|---|---|
| [illegible] | [illegible] | 27151 | 7423 | [redacted] | 135.00 |
| [illegible] | | 22253 | 7421 | | 135.00 |
| [illegible] | | 29892 | 7421 | | 135.00 |
| [illegible] | | 10010 | 7421 | | 135.00 |
| Cash award to be equally divided | | | | | |

☐ CONTINUE ON REVERSE

A statement signed by the awardee(s) waiving further claim against the United States is included in Suggestion File.

SIGNATURE (Chairman, committee or panel) — DATE

FIRST ENDORSEMENT (Please date)

FROM (Panel, Dept, or Command)

TO
HEAD, ACCOUNTING AND DISBURSING STAFF (CODE 176)

In accordance with CNMI 451/SECNAVINST 1650.24A and NWC INST 5305.1A, the award recommended above is approved.

SIGNATURE (Panel chairman, Dept Head, or Commanding Officer) — DATE

SECOND ENDORSEMENT (Complete all blanks)

FROM
HEAD, ACCOUNTING AND DISBURSING STAFF (CODE 176)

CHECK ONE
- ☐ TO (Special routing for one-time only) — PHONE NO.
- ☐ TO (Commanding Officer; Dept. Bene Sugg Representative; or Chairman, Performance Review Panel) — PHONE NO.

The check(s) described above is/are in payment of the approved award.

SIGNATURE — DATE

DISTRIBUTION
(1) Code 1764 retains one copy for each civilian employee on award. Code 1765 retains original and two certified copies for first military member on award, plus three certified copies for each additional member. (2) Upon receipt of Payment Authorization from Code 176, Dept. Representative or Activity retains one copy, forwards one copy to Code 651, and forwards one copy for each official personnel folder to Code 6504 (civilian) or appropriate Military Personnel office.

AWARD RECOMMENDATION FOR SUPERIOR ACCOMPLISHMENT
NAVEXOS 12450/6 (11-63) 0104-942-3960

**70-71-52A**

DATE: **3/29/71**

TO: Incentive Awards Committee (Ref: NCPI 450)

I recommend that award consideration be given for the superior accomplishment herein described which was performed by the employee, or group of employees named below.

RECOMMENDED BY: **Clarence Hardell**

POSITION (Shop, Dept., or Div.) AND NAME OF ACTIVITY: **Gen Foreman I Pipefitter 70421**

| EMPLOYEE (Name: Last, First; Badge or Payroll No.) | POSITION: Shop, Dept. or Div. | GRADE | ANNUAL BASE PAY |
|---|---|---|---|
| A. R. Koog 27151-D- 7421 | Pipefitter | WG-10 | $10,254.40 |
| L. E. Morgan 29259-D-7421 | Helper Plumber | WG-5 | $8361.60 |
| J. M. Crista 29493-D-7421 | Pipefitter | WG-10 | $10,254.40 |

(Attach a list for additional employees)

1. BASIS FOR AWARD RECOMMENDATION

[X] SUPERIOR ACHIEVEMENT [ ] SUSTAINED SUPERIOR PERFORMANCE [ ] SPECIAL ACT OR SERVICES

DATE(S) OF ACCOMPLISHMENT: **FY 71**

2. ESTIMATE OF BENEFITS

A. INTANGIBLE BENEFITS: [ ] SAFETY [ ] IMPROVED METHOD [ ] MORALE [ ] OTHER (Specify)

VALUE: [ ] SLIGHT [ ] MODERATE [ ] HIGH [ ] EXCEPTIONAL

EXTENT OF APPLICATION: [ ] LIMITED [ ] LOCAL [ ] EXTENDED [ ] BROAD [ ] GENERAL

B. TANGIBLE BENEFITS (In table below compute labor savings at actual cost.)

| ITEM | LABOR | | | MATERIAL | | | TOTAL (Labor and materials) |
|---|---|---|---|---|---|---|---|
| | MAN-HRS. PER | DOLLARS PER | TOTAL | UNITS PER | COST PER UNIT | TOTAL | |
| FORMER METHOD | | $ | $ | | $ | $ | $ |
| NEW METHOD | | | | | | | |
| SAVINGS | | | | | | | |

3. DESCRIPTION OF ACCOMPLISHMENT:

**Employees - continued**
**John Dollman 30013-D-7421 Pipefitter WG-10 $10,254.40**

L. E. Sidney
**L. E. Sidney**
**Head, Maint.-Utilities Division**

**J. L. UHE, CDR,CEC,USN**
**Chairman**

(If more space is needed, use reverse side, with this end of the page up.)

| | YES | NO |
|---|---|---|
| 4. DOES THE SUPERIOR ACCOMPLISHMENT CLEARLY EXCEED NORMAL JOB EXPECTANCY? | | |
| 5. IS PATENT INVESTIGATION RECOMMENDED? | | |

6. IF IMPROVEMENT CAN BE USED ELSEWHERE, INDICATE WHERE

[ ] IN THIS ACTIVITY [ ] IN OTHER NAVAL FIELD ACTIVITIES [ ] IN BUREAUS [ ] IN OTHER GOV'T AGENCIES

NAVY INCENTIVE AWARDS PROGRAM

REC'D 29 MAR 1971
70-71-52A

DEPARTMENT OF THE NAVY
NAVAL WEAPONS CENTER
CHINA LAKE, CALIFORNIA 93555

IN REPLY REFER TO:

70421/JLJ:gtl
25 March 1971

MEMORANDUM

From: Clarence Hardell, General Foreman I, Pipefitter (Code 70421)
To: Public Works Department Performance Recognition Committee

Subj: Superior Achievement Award; recommendation for a group award

1. In Fiscal Year 1971, the Public Works Pipe Shop was given the job of putting all the water heaters in Wherry Housing in a safe working condition. This meant to change out and replace the existing pressure relief valves.

2. The engineered estimate on this project was $38,000 for the 600 units in Wherry Housing. This estimate was made by Rick Davis, Mechanical Engineer (Code 7034). These 600 units were completed for an actual cost, including Overhead, of $23,000, a savings of $15,000.

3. The excellent cooperation of all concerned and the genuine interest in accomplishing the task resulted in the job being completed in record time and in an outstanding manner. It is with pleasure that the following men are recommended for a Superior Achievement Award with an accompanying monetary award:

A. R. Koog
L. E. Morgan
J. M. Crista
John Dollman

4. It is also requested that a copy of this letter be put in each employee's Personnel Jacket.

Clarence Hardell

CLARENCE HARDELL

BENE SUGG NOTIFICATIO
11ND-NWC-12450/1 (REV. 8-65)

NAVAL WEAPONS CENTER
CHINA LAKE, CALIFORNIA 93555


"Benny Sugg"

Mtg of 2/17/70

FROM: Chairman, Beneficial Suggestion Committee, Code 7041

TO: A. Asher & A. R Koog, Code 70451

SUBJ: Beneficial Suggestion No.: 70-68-46

Title: 8" Steam Direct Cross Connect (#1 & #2 plants)

1. The Beneficial Suggestion Committee met to consider your suggestion. In order to inform you as quickly as possible as to what is happening to your suggestion, this means of "Action" Notification is being used instead of a personal letter. After giving careful consideration to your suggestion and the investigation report, the following checked items will indicate the present status of the suggestion:

X Final — Award of $ 35.00 (jointly) recommended, based upon:

___ Partial — X Monetary Savings of $ 350.00

___ Intangible Benefits

___ Safety

___ Letter of commendation recommended

___ Further investigation requested of ___

___ Placed in suspense because:

- ___ Suggestion not as yet placed in operation
- ___ Insufficient funds prohibit adoption at present time

(When suggestion is placed in operation, please notify committee.)

Rejection based upon the following:

- ___ In line of duty
- ___ Not a new suggestion
- ___ Arrangements undertaken to correct situation before suggestion submitted
- ___ Adopted more than six months prior to formal submission of suggestion
- ___ Believed impractical to put in use
- ___ Insufficient demand to warrant change or addition
- ___ Proven unsatisfactory by previous experience
- ___ Would not justify expense involved
- ___ Not the best solution to the problem
- ___ Would make the cost too high
- ___ Already in use at activity
- ___ Other:

Your suggestion was investigated by: Codes 70451, 70821 and 7034

2. It may be possible that all the facts relating to your suggestion have not been adequately presented. If you have questions or desire additional information please contact your Suggestion Committee representative, Rita Smiley Code 70101, ext 71780

3. The Beneficial Suggestion Committee wishes to commend you for your desire to be of service to the Navy and to this Center. It is sincerely hoped that you will continue to actively participate in the Beneficial Suggestion program in the future.

SIGNATURE (Chairman) E. J. Seybold

DATE

**AWARD PAYMENT AUTHORIZATION**
11ND-NWC-12450/9 (REV. 8-67)

Submit to Code 176 in quadruplicate for first civilian awardee plus 2 for each additional civilian, and in sextuplet for first military awardee plus 4 for each additional military member on award.

NO. 70-65-45

| TO (Command, Panel, or Dept) | FROM (Committee or panel) | RECOMMENDED AWARD |
|---|---|---|
| Public Works Officer | NWC Beneficial Suggestion Committee | $ 35.00 (jointly) |

CHECK

- BENEFICIAL SUGGESTION (Title or subject): ☐ 5" Steam Direct Cross Connect (#1 & #2 plants) — (Date submitted) Mtg of 2/17/70
- SUPERIOR ACCOMPLISHMENT: ☐ SUPERIOR ACHIEVEMENT ☐ OUTSTANDING PERFORMANCE ☐ SUSTAINED SUPERIOR PERFORMANCE ☐ SPECIAL ACT OR SERVICE

| ESTIMATED ANNUAL SAVINGS/BENEFITS | | COMPLETE ONLY IF SUSTAINED SUPERIOR PERFORMANCE | |
|---|---|---|---|
| INTANGIBLE BENEFITS | MONETARY SAVINGS | MINIMUM STEP OF GRADE/RATE | DATES COVERED IN AWARD |
| | [illegible] | $ P/A | TO |

AWARDEE(S)

| NAME | RANK/RATE OR ANNUM/DIEM | SERVICE NO. OR PAY NO. | ACTIVITY (Mil) OR ACCTG SHOP | FOR PAYROLL USE ONLY: CHECK NO. | NET AMOUNT CHECK |
|---|---|---|---|---|---|
| A. Ashby | D | 14086 | 7451 | | |
| and | | | | | |
| C. R. Koog | D | 27151 | 7451 | | |

☐ CONTINUE ON REVERSE

A statement signed by the awardee(s) waiving further claim against the United States is included in Suggestion File.

SIGNATURE (Chairman, committee or panel): E. A. Seybold, Chairman — DATE: Feb 20, 1970

1959 JUN 22 AM 8 36

**FIRST ENDORSEMENT**

FROM (Panel, Dept, or Command): Public Works Department

TO: HEAD, ACCOUNTING AND DISBURSING STAFF (CODE 176)

In accordance with NCPI 450/SECNAVINST 1650.24 and NWC INST 12450.3, the award recommended above is approved.

SIGNATURE (Panel Chairman, Dept. Head, or Commanding Officer) — DATE

**SECOND ENDORSEMENT**

FROM: HEAD, ACCOUNTING AND DISBURSING STAFF (CODE 176)

CHECK ONE

- ☐ TO (Special routing for one-time only) — PHONE NO.
- ☐ TO (Commanding Officer; Dept. Bene Sugg Representative; or Chairman, Performance Review Panel) — PHONE NO.

The check(s) described above is/are in payment of the approved award.

SIGNATURE: [illegible] Head, Control Staff — DATE: [illegible]

DISTRIBUTION

(1) Code 1762 retains one copy for each civilian employee on award. Code 1765 retains original and two certified copies for first military member on award, plus three certified copies for each additional member. (2) Upon receipt of Payment Authorization from Code 176, Dept. Representative or Activity retains one copy, forwards one copy to Code 651, and forwards one copy for each official personnel folder to Code 6504 (civilian) or appropriate Military Personnel office.

NOTIFICATION OF PERSONNEL ACTION

| NAME | PAY NUMBER | SOCIAL SECURITY NUMBER |
|---|---|---|
| KOOG ARTHUR R | [redacted] | [redacted] |

| TITLE | ORG CODE |
|---|---|
| PIPEFITTER | 70421 |

TYPE OF ACTION

894 PAY ADJUSTMENT

| | PAY-PLAN | SERIES | GRADE | STEP | RATE | |
|---|---|---|---|---|---|---|
| FROM: | WG | 42004 | 10 | 3 | $4.65 | PH |
| TO: | WG | 42004 | 10 | 3 | $4.93 | PH |

EFFECTIVE DATE 11-29-70, THE PAY OF THE ABOVE-NAMED EMPLOYEE IS ADJUSTED TO REFLECT THE NEW PAY RATES ESTABLISHED AND AUTHORIZED UNDER DOD DIRECTIVE 5120.39, DEPARTMENT OF DEFENSE WAGE FIXING AUTHORITY, DATED 6 JUNE 1968.

NAVAL WEAPONS CENTER
ACTIVITY CODE: 6700-200

/S/ RICHARD M SASAKI
ACTING HEAD, WAGE AND
CLASSIFICATION DIVISION

BENE SUGG NOTIFICATION
11ND-NWC-12450/1 (REV. 8-69)

NAVAL WEAPONS CENTER
CHINA LAKE, CALIFORNIA 93555
**Mtg of 8/26/70**



"Benny Sugg"

FROM: Chairman, Beneficial Suggestion Committee, **Code 7041**

TO: **A. R. Koog, Code 70451**

SUBJ: Beneficial Suggestion No.: **70-71-1**

Title: **Adopt Practical Blowdown Valve**

1. The Beneficial Suggestion Committee met to consider your suggestion. In order to inform you as quickly as possible as to what is happening to your suggestion, this means of "Action" Notification is being used instead of a personal letter. After giving careful consideration to your suggestion and the investigation report, the following checked items will indicate the present status of the suggestion:

____ Final

____ Partial

Award of $ **100.00** recommended, based upon:

**X** Monetary Savings of $ **1000.00**

____ Intangible Benefits

____ Safety

____ Letter of commendation recommended

____ Further investigation requested of ____

____ Placed in suspense because:

____ Suggestion not as yet placed in operation

____ Insufficient funds prohibit adoption at present time

(When suggestion is placed in operation, please notify committee.)

Rejection based upon the following:

____ In line of duty

____ Not a new suggestion

____ Arrangements undertaken to correct situation before suggestion submitted

____ Adopted more than six months prior to formal submission of suggestion

____ Believed impractical to put in use

____ Insufficient demand to warrant change or addition

____ Proven unsatisfactory by previous experience

____ Would not justify expense involved

____ Not the best solution to the problem

____ Would make the cost too high

____ Already in use at activity

____ Other:

Your suggestion was investigated by: **Codes 70421, 70423 and 7045**

2. It may be possible that all the facts relating to your suggestion have not been adequately presented. If you have questions or desire additional information please contact your Suggestion Committee representative, **Rita Smiley, extension 2780**

3. The Beneficial Suggestion Committee wishes to commend you for your desire to be of service to the Navy and to this Center. It is sincerely hoped that you will continue to actively participate in the Beneficial Suggestion program in the future.

SIGNATURE (Chairman) **E. J. Seybold**

DATE

Mtg of 8/26/70

**AWARD PAYMENT AUTHORIZATION**
11ND-NWC-12450/9 (REV. 4-69)

Submit to Code 176 in quadruplicate for first civilian awardee plus 2 for each additional civilian, and in sextuplet for first military awardee plus 4 for each additional military member on award.

NO. 70-71-1
XXXXX

TO (Command, Panel, or Dept): Public Works Officer
FROM (Committee or panel): NW Beneficial Suggestion Committee
RECOMMENDED AWARD: $ 100.00

CHECK
- [x] BENEFICIAL SUGGESTION (Title or subject): Adopt practical blowdown valve
- (Date submitted):
- SUPERIOR ACCOMPLISHMENT
  - [ ] SUPERIOR ACHIEVEMENT
  - [ ] OUTSTANDING PERFORMANCE
  - [ ] SUSTAINED SUPERIOR PERFORMANCE
  - [ ] SPECIAL ACT OR SERVICE

| ESTIMATED ANNUAL SAVINGS/BENEFITS | | COMPLETE ONLY IF SUSTAINED SUPERIOR PERFORMANCE | |
|---|---|---|---|
| INTANGIBLE BENEFITS | MONETARY SAVINGS | MINIMUM STEP OF GRADE/RATE | DATES COVERED IN AWARD |
| | $1000.00 | $ P/A | TO |

AWARDEE(S)

| NAME | RANK/RATE OR ANNUM/DIEM | SERVICE NO. OR PAY NO. | ACTIVITY (Mil) OR ACCTG SHOP | FOR PAYROLL USE ONLY: CHECK NO. | FOR PAYROLL USE ONLY: NET AMOUNT CHECK |
|---|---|---|---|---|---|
| A. R. Koog | D | 27151 | 7451 | [redacted] | 80.00 |

- [ ] CONTINUE ON REVERSE

A statement signed by the awardee(s) waiving further claim against the United States is included in Suggestion File.

SIGNATURE (Chairman, committee or panel): E. J. Seybold, [illegible] Chairman
DATE: 8/31/70

**FIRST ENDORSEMENT**

FROM (Panel, Dept, or Command): Public Works Department
TO: HEAD, ACCOUNTING AND DISBURSING STAFF *(CODE 176)*

In accordance with NCPI 450/SECNAVINST 1650.24 and NWC INST 12450.3, the award recommended above is approved.

SIGNATURE (Panel chairman, Dept Head, or Commanding Officer): [signature]
DATE:

**SECOND ENDORSEMENT**

FROM: HEAD, ACCOUNTING AND DISBURSING STAFF *(CODE 176)*

CHECK ONE
- [ ] TO (Special routing for one-time only) — PHONE NO.
- [ ] TO (Commanding Officer; Dept. Bene Sugg Representative; or Chairman, Performance Review Panel) — PHONE NO.

1971 FEB 3 PM 3 21

The check(s) described above is/are in payment of the approved award.

SIGNATURE: [signature] M. R. Sorge, Head Central Staff
DATE: 2/11/71

DISTRIBUTION
(1) Code 1764 retains one copy for each civilian employee on award. Code 1765 retains original and two certified copies for first military member on award, plus three certified copies for each additional member. (2) Upon receipt of Payment Authorization from Code 176, Dept. Representative or Activity retains one copy, forwards one copy to Code 651, and forwards one copy for each official personnel folder to Code 6504 (civilian) or appropriate Military Personnel office.

DEPARTMENT OF THE NAVY

# Suggestion

(See instructions on reverse)

| NAME OF SUGGESTER (Last, first, middle initial) | BADGE OR PAYROLL NO. | POSITION TITLE AND GRADE (Or military grade and serial number) | |
|---|---|---|---|
| Koog Arthur R. | 27151 | Power Plant Controlman Step #3 | |
| ORGANIZATION (Specify activity, installation, bureau or office) | ORGANIZATION SUBDIVISION (Department, division, section, unit or shop) | | PHONE |
| Public Works | Code 70451 | | 2718 |

I UNDERSTAND that the acceptance of a cash award for the use of this suggestion by the United States Government shall not form the basis of a further claim of any nature upon the United States by ~~me, my~~ heirs, or assigns.

A. R. Koog (Signature) 7-1-70 (Date)

DO NOT WRITE IN THIS SPACE
DATE RECEIVED 7/7/70
SUGGESTION NO. 70-71-1

TITLE OR SUBJECT OF SUGGESTION
Adopt Practical Blowdown Valve

PROBLEM (Describe problem, difficulty or circumstances that prompted the submittal of your suggestion.)
28 Piston type blowdown valves exist in the various blowdown systems in boiler plants on station.

OLD METHOD (Describe in detail—give shop, office or other location and conditions involved.)
These valves must be removed overhauled and re enstalled on an avg. of 1½ times annually taking a total of 250 man hours and an estimated parts cost of $750.00 not including stocking and storage of parts. "Annually"

fold

SUGGESTED IMPROVEMENT (Describe your improvement idea, tell how it can be used and state what it will accomplish.)
Replace all these valves with "Angle Globe" type valves. These type valves require about 1/25 the maintenance & upkeep than the piston type do. They require no spare parts. Most of them could be purchased for the amount it normally cost to upkeep the existing blow down valves. They are proven safer & more reliable and are furnished as standard on most modern boiler installations.

(Continued on reverse side)

I BELIEVE THIS SUGGESTION WILL
☑ TIME ☐ MATERIAL ☑ METHODS ☑ SAFETY ☐ SIMPLIFY WORK ☐ OTHER (Specify) ________

7421/JLJ:gtl
8 October 1970

MEMORANDUM

From: Jack L. Joyce, Code 7421
To: A. R. Koog, Code 7421
Via: (1) Floyd Rockwell, Code 7042
(2) John Seybold, Code 704

Subj: Appreciation for a 'Job-Well-Done'

1. I would like to thank you officially for a job well done, Mr. Koog.

2. Due to your efforts and skills, the steam shut-down and repair at Michelson Laboratory was accomplished in a timely and excellent manner.

JACK L. JOYCE

Copy to:
657 (Personnel Jacket)

STANDARD FORM 50—Rev. December 1961
U.S. Civil Service Commission
FPM Chap. 295

# NOTIFICATION OF PERSONNEL ACTION

*(FOR AGENCY USE)*

1. NAME *(CAPS)* LAST-FIRST-MIDDLE MR.-MISS-MRS.
27151-D-7421
KOOG, ARTHUR R., MR.

2. *(FOR AGENCY USE)*: S

3. BIRTH DATE *(Mo.,Day,Year)*: [redacted]

4. SOCIAL SECURITY NO.: [redacted]

5. VETERAN PREFERENCE (1-NO, 2-5 PT., 3-10 PT. DISAB., 4-10 PT. COMP., 5-10 PT. OTHER): 2

6. TENURE GROUP: 1

7. SERVICE COMP. DATE: 07-05-57

9. FEGLI (1-COVERED *(Regular only—declined Optional)*, 2-INELIGIBLE, 3-WAIVED, 4-COVERED *(Reg.—Opt.)*): 1

10. RETIREMENT (1-CS, 2-FICA, 3-FS, 4-NONE, 5-OTHER): 1

11. *(FOR CSC USE)*

12. CODE: 702 — NATURE OF ACTION: Promotion

13. EFFECTIVE DATE *(Mo.,Day,Year)*: 08-23-70

14. CIVIL SERVICE OR OTHER LEGAL AUTHORITY: 335.102

15. FROM: POSITION TITLE AND NUMBER
Power Plant Controlman
JD#243

16. PAY PLAN AND OCCUPATION CODE: WG-54007

17. (a) GRADE OR LEVEL: 09 — (b) STEP OR RATE: 03

18. SALARY: P/H $4.47

19. NAME AND LOCATION OF EMPLOYING OFFICE
Naval Weapons Center
Public Works Department
Maintenance-Utilities Division
Utilities Branch
Steam Section
70451

20. TO: POSITION TITLE AND NUMBER
Pipefitter
JD#206-1

21. PAY PLAN AND OCCUPATION CODE: WG-42004

22. (a) GRADE OR LEVEL: 10 — (b) STEP OR RATE: 03

23. SALARY: P/H $4.65

24. NAME AND LOCATION OF EMPLOYING OFFICE
Naval Weapons Center
Public Works Department
Maintenance-Utilities Division
Metal Trades Branch
Plumbing Section
70421

25. DUTY STATION *(City-county-State)*: China Lake, California

26. LOCATION CODE: 04-0675-029

27. APPROPRIATION

28. POSITION OCCUPIED (1-COMPETITIVE SERVICE, 2-EXCEPTED SERVICE): 1

29. APPORTIONED POSITION — FROM: — TO: — STATE (1-PROVED-1, 2-WAIVED-2)

30. REMARKS: A. SUBJECT TO COMPLETION OF 1 YEAR PROBATIONARY (OR TRIAL) PERIOD COMMENCING ______
B. SERVICE COUNTING TOWARD CAREER (OR PERMANENT) TENURE FROM: ______

SEPARATIONS: SHOW REASONS BELOW, AS REQUIRED, CHECK IF APPLICABLE: ☐ C. DURING PROBATION

6700-200

31. DATE OF APPOINTMENT AFFIDAVIT *(Accessions only)*

32. OFFICE MAINTAINING PERSONNEL FOLDER *(If different from employing office)*

33. CODE: NV 78 — EMPLOYING DEPARTMENT OR AGENCY: DEPARTMENT OF THE NAVY

34. SIGNATURE *(Or other authentication)* AND TITLE
A. RICHARD CASHORE
Head, Personnel Service Division #2

35. DATE: 08-12-70 dc 2896

0109 – 200 – 4240
50 – 131 – 19

4. PERSONNEL FOLDER COPY

Suppl. Form FL-9-21
PIPEFITTER

LOS ANGELES INTERAGENCY BOARD OF U. S. CIVIL SERVICE EXAMINERS
SUPPLEMENTAL EXPERIENCE STATEMENT
(To accompany SF-171)

Form Approved
Budget Bureau No. 50-R279.2

Name (First, middle, maiden, if any, last)
Mr.
~~Mrs.~~
~~Miss~~ Arthur Roger Koog

Birth date (Month, day, year) [redacted]

NOTE TO APPLICANTS: It is suggested that you review this entire form before filling in the information. Use columns II and III, etc., to answer the questions in Column I. You may use additional sheets of plain paper, if necessary. Also be sure your experience, education, training and study is fully described in the SF-171.

| COLUMN I<br>Questions to Competitors | COLUMN II<br>In this column show the number of each job or item from your SF-171 in which you had the experience or training claimed in Col. III | | COLUMN III<br>Check the statement which shows your ability in the reading and use of blueprints, shop sketches, etc. |
|---|---|---|---|
| 2. Blueprints, sketches, technical manuals or specifications: In the space provided in Column III check each statement which shows your ability. | 7-4 | X | Had training in the reading of blueprints. |
| | 1-2-3-4-5-7 | X | Can read blueprints or follow drawings with assistance of supervisor. |
| | 1-2-3-4-5-7 | X | Can handle frequent changes in instructions, specifications, etc., concerning piping. |
| | 1-2-3-4-5-6-7 | X | Can follow shop manuals, work orders, oral instructions, etc. |
| | 1-2-3-4-5-7 | X | Can respond to and carry out pertinent instructions or specifications upon own initiative and under unusual conditions of independence. |
| | 1-2-3-4-5-7 | X | Can determine minor alterations to work plans. |
| | 1-2-3-4-5-7 | X | Can prepare shop drawings to meet work requirements. |
| | 1-2-3-4-5-7 | X | Able to draw rough sketches. |

Give an example of a difficult job you have performed using blueprints or sketches as you have indicated above.

See Example #1



CSC FORM 630-A
June 1969

SUPPLEMENTAL EXPERIENCE STATEMENT

Name *A. R. Koog* | Date of Birth [redacted]

**COLUMN I**

Questions to Competitor

3. Knowledge of equipment: In the space provided in Column III-B after the various systems, etc., on which you had training or experience, show the numbers of any statements listed below that show your ability:
1. Had training on this.
2. Had limited experience under close supervision.
3. Assembly line operation.
4. Work has been limited to installation of prefabricated equipment.
5. Work has been limited to assembly and disassembly of prefabricated components.
6. Can work on own performing installation.
7. Can work on own performing removal.
8. Can work on own performing repair.
9. Can work on own performing fabrication.
10. Can work on own performing testing.
11. Considered an expert, called on to do unusually difficult jobs.
12. Other (teaching, supervising, etc.) (Specify below)

*Teaching Supervising*

**COLUMN II**

In this column enter the number of each job or item from your SF-171 in which you had the experience or training claimed in Column III.

**COLUMN III**

In the space provided in Column B after each kind of system, show the numbers of any statements in Column I that show your ability.

| COLUMN II | COLUMN III A | COLUMN III B |
|---|---|---|
| | OIL PIPING SYSTEMS | |
| 1-2-4-7 | Fuel oil | 1-6-7-8-9-10-12 |
| 1-2-4-7 | Overflow and vent | 1-6-7-8-9-10-12 |
| 1-2-4-7 | Lube oil | 1-6-7-8-9-10 |
| 1-4-7 | Purification pipe | 1-6-7-8-9-10 |
| 1-2-4-7 | Oil pipe | 1-6-7-8-9-10-12 |
| | SALT WATER PIPING SYSTEMS | |
| 1-4-7 | Fire main system | 1-6-7-8-9-10-12 |
| 4-7 | Sprinkling system | 1-6-7-8-9-10-12 |
| 1-4-7 | Salt water pipe | 1-6-7-8-9-10-12 |
| 4-7 | Ballast system | 1-6-7-8-9-10-12 |
| 4-7 | Salt water displacement pipe | 1-6-7-8-9-10-12 |
| | GASOLINE PIPING SYSTEMS | |
| 1-4-7 | Gasoline pipe | 1-6-7-8-9-10 |
| | WATER PIPING SYSTEMS | |
| 1-2-3-4-5-7 | Potable water system | 1-6-7-8-9-10-12 |
| 1-2 | Fresh cooling water | 1-6-7-8-9-10 |
| 1-2-3-4-5-7 | Fresh water | 1-6-7-8-9-1 2 |
| | STEAM PIPING SYSTEMS | |
| 1-2-4-7 | Heating system | 1-6-7-8-9-10-11-12 |
| 1-2-4-7 | Auxiliary steam pipe | 1-6-7-8-9-10-11-12 |
| 2-4-7 | Exhaust steam pipe | 1-6-9-8-9-10-11-12 |
| 4-7 | Main steam pipe | 1-6-7-8-9-10-11-12 |
| | Pressure to which worked: *600 P.S.I.G* | |
| | DISTILLING PLANTS PIPING SYSTEMS | |
| 4-7 | Low pressure plant | 1-6-7-8-9-10-12 |
| 4-7 | Vapor compression | 1-6-7-8-9-10-12 |
| 4-7 | Cleaning | 1-6-7-8-9-10-12 |

2

CSC FORM 630-B
JUNE 1969

SUPPLEMENTAL EXPERIENCE STATEMENT

Name: A. R. Koog — Date of Birth: [redacted]

| COLUMN I<br>Questions to Competitor | COLUMN II<br>In this column enter the number of each job or item from your SF-171 in which you had the experience or training claimed in Column III. | COLUMN III<br>In the space provided in Column B after each kind of system, show the numbers of any statements in Column I that show your ability.<br>A | B |
|---|---|---|---|
| 3. Knowledge of equipment: In the space provided in Column III-B after the various systems, [illegible], on which you had training or experience, show the numbers of any statements listed below that show your ability: | | COMPRESSED AIR AND GAS PIPING SYSTEMS | |
| | 1-2-4-7 | Air pipe | 1-6-7-8-9-10 |
| | 1-2-4-7 | Low and intermediate pressure air pipe | 1-6-7-8-9-10 |
| | 1-4-7 | High pressure air pipe | 1-6-7-8-9-10 |
| | | Nitrogen system | |
| | 4-7 | $CO_2$ pipe | 1-6-7-8-9-10 |
| | | Pressure to which worked: 3,000 P.S.I.G. | |
| | | RADAR WAVE GUIDES | |
| | | Wave guide | |
| | | Wave guide component | |
| | | METALS WORKED | |
| | 1-2-3-4-5-7 | Steel | 1-6-7-8-9-10 |
| | 1-2-3-4-5-7 | Brass | 1-6-7-8-9-10 |
| | 1-2-3-4-5-7 | Copper | 1-6-7-8-9-10 |
| | 4-7 | Copper-nickle | 1-2 |
| | 1-2-3-4-5-7 | Plastic | 1-6-7-8-9-10 |
| | 1-2-3 | Other (Specify) Glass - Clay - Fibreglass - Cast Iron | 1-6-7-8-9-10 |

Statements (Column I):

1. Had training on this.
2. Had limited experience under close supervision.
3. Assembly line operation.
4. Work has been limited to installation of prefabricated equipment.
5. Work has been limited to assembly and disassembly of prefabricated components.
6. Can work on own performing installation.
7. Can work on own performing [illegible]oval.
8. Can work on own performing repair.
9. Can work on own performing fabrications.
10. Can work on own performing testing.
11. Considered an expert, called on to do unusually difficult jobs.
12. Other (teaching, supervising, etc.) (Specify below).

Give an example of one of the more difficult projects you have performed on the above described systems, etc.

See Example #3

3

CSC FORM 630-3
June 1969

SUPPLEMENTAL EXPERIENCE STATEMENT

Name A. R. Koog | Date of Birth [redacted]

COLUMN I

Questions to Competitor

4. Lay out: In the space provided in Column III-B, after the various kinds of lay out, show the numbers of any statements listed below that show your ability:
1. Have assisted journeymen.
2. Have had training other than formal classroom (on-the-job).
3. Have had formal classroom training.
4. Have done lay out for self-fabrication.
5. Have been concerned with lay out for assembly line work only.
6. Have been FULLY RESPONSIBLE for developing patterns for fabrication by myself.
7. Have been FULLY RESPONSIBLE for developing patterns for fabrication by journeymen or other subordinates.
8. Have been consulted by journeymen for advice.
9. Work under infrequent supervision.
10. Work under minimum supervision.
11. Work under close supervision.

COLUMN II: In this column show the number of each job or item from your SF-171 in which you had the experience or training claimed in Column III.

COLUMN III: In the space provided in Column B below, after each kind of lay out shown, show the numbers of any statements in Column I that show your ability.

| COLUMN II | COLUMN III A | B |
|---|---|---|
| 1-2-3-4-5-7 | Lay out piping systems or sections in relation to walls | 2-4-6-7-8-9-10 |
| 1-2-4-5-7 | passageways | 2-4-6-7-8-9 |
| 1-2-3-4-5-7 | obstructions | 2-4-6-7-8-9 |
| 1-2-5 | underground tunnels | 2-4-6-7-8-9-10 |
| 1-2-4-7 | locations of machinery | 2-4-6-7-8-9-10 |
| 1-2-3-4-5-7 | appropriate places for holes and similar considerations. | 2-4-6-7-8-9-10 |
| 1-2-4-5-7 | Preparation of templates. | 2-4-6-7-8-9-10 |
| 2-3 | Plumbing fixtures. | 2-4-6-7-8-9-10 |
| 1-2-3-4-5-7 | Bores holes in bulkheads | 2-4-6-7-8-9-10 |
| 1-2-3-4-5-7 | decks | 2-4-6-7-8-9-10 |
| 1-2-3-4-5-7 | overhead | 2-46-7-8-9-10 |
| 1-2-3-4-5-7 | walls | 2-4-6-7-8-9-10 |
| 1-2-3-4-5-7 | floors | 2-4-6-7-8-9-10 |
| 1-2-3-4-5-7 | ceilings | 2-4-6-7-8-9-10 |
| 1-2-3-4-5-7 | other obstructions to permit passage of pipe, exercising care to avoid impairing structures to be passed through. | 2-46-7-8-9-10 |
| 1-4-7 | Position and align pieces for welding where required. | 2-4-6-7-8-10 |
| 1-2-3-4-5-7 | Do lay outs where there are difficulties such as intersection of conical and cylindrical shapes. | 2-4-6-7-8-9-10 |

Give an example of one of the most difficult lay out problems you have done:

See Example #4



CSC FORM 630-B
JUNE 1969

SUPPLEMENTAL EXPERIENCE STATEMENT

Name *A. R. Koog* | Date of Birth [redacted]

**COLUMN I**

Questions to Competitor

5. Using hand and machine tools: In the space provided in Column I-B, after the various kinds of hand and machine tools on which you have had training or experience, show the numbers of any statements listed below that show your ability:

1. Do simple hand work where tolerance is not a factor.
2. Do a few complex hand tool operations.
3. Do a wide variety of hand work operations to close tolerances.
4. Do work where appearance, pleasing contours, and symmetry are important.
5. Do a variety of very complex jobs involving extreme caution and unusually close tolerances.
6. Do experimental or prototype work where guides and precedents are not available.
7. Work safely.

**COLUMN II** — In this column enter the number of each job or item from your SF-171 in which you had the experience or training claimed in Column III.

**COLUMN III** — In the space provided in Column B below after the kind of hand and machine tools you used, show the number of any statements in Column I that show your ability.

| COLUMN II | COLUMN III A | B |
|---|---|---|
| | MACHINE TOOLS | |
| *1-2-3-4-5-7* | Pipe threader | *3-5-7* |
| *1-2-3-4-5-7* | Pipe cutter | *3-5-7* |
| *1-2-3-4-5-7* | Power saw | *3-5-7* |
| *2-3-4-7* | Pipe bender | *4-5-7* |
| *2-4-7* | Hydraulic press | *5-7* |
| *2-4-7* | Portable pipe bending machine | *4-5-7* |
| *4-7* | Flange facing machine | *5-7* |
| *1-2-3-4-5-7* | Hydrostatic testing equipment | *5-7* |
| *1-2-4-7* | Drill press | *5-7* |
| *1-2-4-7* | Grinders | *1-2-7* |
| *1* | Other (List): *"Victrolic" Pipe Grooving* | *5-7* |
| | *Machine* | |
| | | |
| | HAND TOOLS | |
| *2-4-7* | Soldering irons | *1-2-7* |
| *1-2-3-4-5-7* | Pipe wrenches | *3-5-7* |
| *1-2-3-4-5-7* | Hand dies | *3-5-7* |
| *1-2-3-4-5-7* | Hand cutters | *3-5-7* |
| *2-4-7* | Silver brazing torch | *3-5-7* |
| *1-2-3-4-5-7* | Box wrenches *Hot Tap Machine* | *1-2-3-4-5-6-7* |
| *1-2-3-4-5-7* | Other (List): *Taps & Dies, Tubing* | *1-2-3-4-5-6-7* |
| | *benders & cutters, Torque wrenches, Chain* | *1-2-3-4-5-6-7* |
| | *type pipe wrenches.* | *1-2-3-4-5-6-7* |

Give an example of one of the more difficult projects you have worked on using the above machine and hand tools.

*See Example #5*

5

CSC FORM 630-3
JUNE 1969

SUPPLEMENTAL EXPERIENCE STATEMENT

Name A. R. Koog | Date of Birth [redacted]

| COLUMN I<br>Questions for Competitor | COLUMN II<br>In this column show the number of each job or item from your SF-171 in which you had the experience or training claimed in Column III. | COLUMN III<br>In the space provided in Column B below, after each kind of troubleshooting shown, show the numbers of any statements in Column I that show your ability.<br>A | B |
|---|---|---|---|
| 6. Troubleshooting: In the space provided in Column III-B, after the various kinds of troubleshooting on which you have had training or experience, show the numbers of any statements listed below that show your ability.<br>1. Troubleshooting with assistance of supervisor, etc.<br>2. Troubleshooting on your own by procedures given to you.<br>3. Troubleshooting on your own by trial and error.<br>4. Troubleshooting on your own based on knowledge and reasoning.<br>5. Consulted by others in difficult troubleshooting.<br>6. Other (teaching, supervising, etc.) (Specify below), | 1-2-3-4-5-7 | Locating simple trouble as finding major leak in pipe. | 4-5-6 |
| | 1-2-3-4-5-7 | Operational testing during installation or maintenance; checking to see if everything is O.K. | 4-5-6 |
| | 1-2-3-4-5-7 | Locating trouble by detailed inspection and trial runs or simple tests. | 4-5-6 |
| | 1-2-4-7 | Locating trouble through knowledge of complex relationships of parts of a system. Important safety hazards or material damage may occur if trouble not correctly diagnosed. | 4-5-6 |
| | 1-2-4-7 | Locating trouble in complex systems and/or equipment under conditions of limited time. | 4-5-6 |

Give examples of the most difficult troubleshooting you have done; describe how you located the trouble, the tools used, and the help received from others.



CSC FORM 630-B
JUNE 1969

After completing the application and this form, look them over carefully to make sure that both have been signed and that you have answered every question. Be sure that you have given complete information about your experience. You cannot be given credit for work you do not tell us about.

STATEMENTS CONCERNING QUALIFICATIONS WILL BE VERIFIED BY THE CIVIL SERVICE COMMISSION. EXAGGERATION OR MISSTATEMENTS MAY BE CAUSE FOR YOUR DISQUALIFICATION OR LATER REMOVAL FROM THE SERVICE.

C E R T I F I C A T I O N

I CERTIFY that all of the statements made in this application are true, complete, and correct to the best of my knowledge and belief and are made in good faith.

Signature of Applicant A. R. Roog (Sign in ink) Date 24 July '70



CSC FORM 630-C
JUNE 1969

EXAMPLE #1

Job #1

Using blueprints & sketches built trap farms (crude oil type) and oil & gas collecting stations. This required skills of pipe-fitting trade, complete knowledge of blueprint reading, plus the ability to make necessary changes and alterations in the field. Made sketches of all changes and turned them in to engineering department for records. Made determination of type, gage, and size of fittings & pipe used in systems where the latter was not specified in drawings.

EXAMPLE #3

Job #2

Built an Oxygen Bank Manifold and Distribution System connecting wall recepticals to system in rooms and wards. Using knowledge of trade skills, blueprint readings, drawings & sketches. This was a very difficult project because many solid and plastered walls had to be penetrated. Ennumerable obstructions were encountered such as floors, existing water-waste-firemain-sprinkling systems, false ceiling hangers, conduits for wiring included among them.

EXAMPLE #4

Job #4

Installation of a new type boiler feed water pump. Lay out problem as follows: Made sketches & drawings of proposed water suction & discharge pipeing from water end of pump to intersection points in systems and the same for the steam & exhaust pipeing from the turbine end of the pump to intersection points in the steam and exhaust system.

Using the above sketches & drawing laid out and fabricated pipeing and installed pipeing by passing ennumerable obstructions, instructing welders & burners where to cut holes in plateing, cutting away & relocating bracing etc. This was extremely difficult due to routing having to pass through pipeing, cluttered bilges, up bulkheads, and through pipeing in the overhead. All the above being complicated by a tight time schedule for test, trial and completion.