UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNIE SUE KOOG,<br>Individually and as Personal<br>Representative on Behalf of the<br>Estate of ARTHUR KOOG and all<br>Wrongful Death Beneficiaries<br><br>*Plaintiff,*<br>v.<br><br>A.W. Chesterton Company, ET AL.<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION 4:25-CV-01879<br>ADMIRALTY CASE |

# Exhibit 1 to Plaintiff's First Amended Complaint

## Part 2

## 66 pages

## (66 pages of Records)

## (Redaction of SSNs, Dates of Birth and Financial Acct Nos.)

EXAMPLE #5

Job #1

Complete installation of Water Flood System. Consisting of three multi-stage cyntrifugal pumps connected in series driven by three 2,000 HP internal combustion engines using field gas fuel.

Using all the machine tools and hand tools listed in section "A" (plus many other hand tools) laid out, fabricated, and installed all the following pipeing & tubing systems, water flood, cooling water, field gas, lub/oil, gage lines, control device tubing. Inspected & hydrostaticly tested all systems before trial testing system.

EXAMPLE #6

Job #7

Example A.

Working with machinest mates in engine room to find oil contamination in condensate system. Using complete knowledge of systems found contamination by checking condensate returns from each heating coil in each fuel oil tank, finding it & isolating it from system and repairing it.

Job #4

Example B.

While in process of re-commissioning the USS Naches AO-47 I had the difficult task of tracing out, inspecting & testing all pipeing systems pertaining to engineering dept. such as fuel oil, fresh water, boiler feed water, compressed air, main steam, aux. steam, fire & flushing, etc. all the above systems I tested visually, hydrostaticly and operationally.

Job #7

Example C.

Noting excessive amounts of oil in ship's compressed air system I immediately shut down air compressors to prevent an explosion in the air compressors (caused by compressing a mixture of air and oil). Using knowledge of trade and comp. air system found that a valve on an air bank chamber(on fuel system) had vibrated open and backed fuel oil into the compressor discharge system. By the above I prevented a very dangerous explosion from occuring. Thus protecting equipment & personnel.

Job #4

Example D.

While operating ship's power boilers a fuel oil service pipe line to one of the boilers ruptured. Knowing that the loss of the boiler while entering port would put the ship in danger of running aground I applied a skinner clamp over the ruptured section of pipe and had it repaired and back in operation in less time than it took to notify the bridge of the emergency that had existed in the boiler room.

STANDARD FORM 50–Rev. December 1961
U.S. Civil Service Commission
FPM Chap. 295

# NOTIFICATION OF PERSONNEL ACTION

*(FOR AGENCY USE)*

| 1. NAME (CAPS) LAST-FIRST-MIDDLE MR.-MISS-MRS. | 2. (FOR AGENCY USE) | 3. BIRTH DATE (Mo., Day, Year) | 4. SOCIAL SECURITY NO. |
|---|---|---|---|
| 27151-D-7451<br>KOOG, ARTHUR R., MR. | S | [redacted] | [redacted] |

| 5. VETERAN PREFERENCE (1-NO; 2-5 PT.; 3-10 PT. DISAB.; 4-10 PT. COMP.; 5-10 PT. OTHER) | 6. TENURE GROUP | 7. SERVICE COMP. DATE | |
|---|---|---|---|
| 2 | 1 | 07-05-57 | [redacted] |

| 9. FEGLI (1-COVERED (Regular only declined Optional); 2-INELIGIBLE; 3-WAIVED; 4-COVERED (Reg. – Opt.)) | 10. RETIREMENT (1-CS; 2-FICA; 3-FS; 4-NONE; 5-OTHER) | 11. (FOR CSC USE) |
|---|---|---|
| 1 | 1 | |

| 12. CODE | NATURE OF ACTION | 13. EFFECTIVE DATE (Mo., Day, Year) | 14. CIVIL SERVICE OR OTHER LEGAL AUTHORITY |
|---|---|---|---|
| 715 | Chg to Lower Grade | 06-13-70 | 335.102 |

| 15. FROM: POSITION TITLE AND NUMBER | 16. PAY PLAN AND OCCUPATION CODE | 17. (a) GRADE OR LEVEL | (b) STEP OR RATE | 18. SALARY |
|---|---|---|---|---|
| Foreman Power Plant Controlman<br>JD#370027 | WS-54007 | 09 | 01 | P/A $10,566.40 |

19. NAME AND LOCATION OF EMPLOYING OFFICE

| 20. TO: POSITION TITLE AND NUMBER | 21. PAY PLAN AND OCCUPATION CODE | 22. (a) GRADE OR LEVEL | (b) STEP OR RATE | 23. SALARY |
|---|---|---|---|---|
| Power Plant Controlman<br>JD#243 | WG-54007 | 09 | 03 | P/H $4.47 |

24. NAME AND LOCATION OF EMPLOYING OFFICE

Naval Weapons Center
Public Works Department
Maintenance-Utilities Division
Utilities Branch
Steam Section
70451

| 25. DUTY STATION (City - county - State) | 26. LOCATION CODE |
|---|---|
| China Lake, California | 04-0675-029 |

| 27. APPROPRIATION | 28. POSITION OCCUPIED (1-COMPETITIVE SERVICE; 2-EXCEPTED SERVICE) | 29. APPORTIONED POSITION (FROM: / TO: / STATE; 1-PROVED-1; 2-WAIVED-2) |
|---|---|---|
| | 1 | |

30. REMARKS: A. SUBJECT TO COMPLETION OF 1 YEAR PROBATIONARY (OR TRIAL) PERIOD COMMENCING

B. SERVICE COUNTING TOWARD CAREER (OR PERMANENT) TENURE FROM:

SEPARATIONS: SHOW REASONS BELOW, AS REQUIRED, CHECK IF APPLICABLE: C. DURING PROBATION

"From Temporary Promotion"

6700-200

31. DATE OF APPOINTMENT AFFIDAVIT (Accessions only)

32. OFFICE MAINTAINING PERSONNEL FOLDER (If different from employing office)

33. CODE EMPLOYING DEPARTMENT OR AGENCY

NV 78 DEPARTMENT OF THE NAVY

34. SIGNATURE (Or other authentication) AND TITLE

[signature] for
A. RICHARD CASHORE
Head, Personnel Service Division #2

35. DATE 06-12-70 dc 2896

0109 – 200 – 4240
50 – 131 – 19

4. PERSONNEL FOLDER COPY

STANDARD FORM 50–Rev. December 1961
U.S. Civil Service Commission
FPM Chap. 295

# NOTIFICATION OF PERSONNEL ACTION

(FOR AGENCY USE)

1. NAME (CAPS) LAST-FIRST-MIDDLE MR.-MISS-MRS.
27151-B-7451
KOOG, ARTHUR R., MR.

2. (FOR AGENCY USE) S

3. BIRTH DATE (Mo.,Day,Year) [redacted]

4. SOCIAL SECURITY NO. [redacted]

5. VETERAN PREFERENCE 2 — 1-NO 2-5 PT. 3-10 PT. DISAB. 4-10 PT. COMP. 5-10 PT. OTHER

6. TENURE GROUP 1

7. SERVICE COMP. DATE 07-05-57

8. 

9. FEGLI 1 — 1-COVERED (Regular only – declined Optional) 2-INELIGIBLE 3-WAIVED 4-COVERED (Reg. – Opt.)

10. RETIREMENT 1 — 1-CS 2-FICA 3-FS 4-NONE 5-OTHER

11. (FOR CSC USE)

12. CODE 702 NATURE OF ACTION Promotion - Temp

13. EFFECTIVE DATE (Mo.,Day,Year) 05-25-70

14. CIVIL SERVICE OR OTHER LEGAL AUTHORITY 335.102

15. FROM: POSITION TITLE AND NUMBER
Power Plant Controlman
JD#243

16. PAY PLAN AND OCCUPATION CODE WG-54007

17. (a) GRADE OR LEVEL 09 (b) STEP OR RATE 03

18. SALARY P/H $4.47

19. NAME AND LOCATION OF EMPLOYING OFFICE

20. TO: POSITION TITLE AND NUMBER
Foreman Power Plant Controlman
JD#370027

21. PAY PLAN AND OCCUPATION CODE WS-54007

22. (a) GRADE OR LEVEL 09 (b) STEP OR RATE 01

23. SALARY P/A $10,566.40

24. NAME AND LOCATION OF EMPLOYING OFFICE
Naval Weapons Center
Public Works Department
Maintenance-Utilities Division
Utilities Branch
Steam Section
70451

25. DUTY STATION (City - county - State) China Lake, California

26. LOCATION CODE 04-0675-029

27. APPROPRIATION

28. POSITION OCCUPIED 1 — 1-COMPETITIVE SERVICE 2-EXCEPTED SERVICE

29. APPORTIONED POSITION FROM: TO: STATE 1-PROVED-1 2-WAIVED-2

30. REMARKS: A. SUBJECT TO COMPLETION OF 1 YEAR PROBATIONARY (OR TRIAL) PERIOD COMMENCING
B. SERVICE COUNTING TOWARD CAREER (OR PERMANENT) TENURE FROM:
SEPARATIONS: SHOW REASONS BELOW, AS REQUIRED, CHECK IF APPLICABLE: C. DURING PROBATION

This temporary promotion will expire on 07-04-70 unless terminated earlier by separate SF-50 action.

To temporarily fill a vacant position.

6700-200

31. DATE OF APPOINTMENT AFFIDAVIT (Accessions only)

32. OFFICE MAINTAINING PERSONNEL FOLDER (If different from employing office)

33. CODE NV 78 EMPLOYING DEPARTMENT OR AGENCY DEPARTMENT OF THE NAVY

34. SIGNATURE (Or other authentication) AND TITLE
A. RICHARD CASHORE
Head, Personnel Service Division #2

35. DATE 05-25-70 dc 2896

0109 – 200 – 4240
50 – 131 – 19

4. PERSONNEL FOLDER COPY

Budget Bureau
Approved 50-R0048

# SUPPLEMENTAL EXPERIENCE AND QUALIFICATIONS STATEMENT

1. NAME (Last) (First) (Middle) (Maiden, if any)
Koog, Arthur R.

2. ADDRESS (Number, Street, City, State, ZIP Code)
220 Bonita St., Ridgecrest, California

3. BIRTH DATE (Month, day, year)
[redacted]

4. DATE OF THIS STATEMENT
3-26-70

5. POSITION YOU ARE FILING FOR
Foreman, Power Plant Controlman

IMPORTANT.—READ THESE INSTRUCTIONS CAREFULLY BEFORE FILLING OUT THIS FORM

Typewriter preferred—otherwise, write legibly or print clearly in dark ink.

In Item 6 you *may* include unpaid experience or volunteer work if you feel that it represents qualifying experience for the position(s) for which you are filing. Sign the form in ink in the space provided on the reverse.

THIS FORM HAS THREE PURPOSES:
(1) TO BRING UP TO DATE OR TO SUPPLEMENT AGENCY RECORDS OF YOUR EXPERIENCE AND QUALIFICATIONS;
(2) TO SUPPLEMENT YOUR AGENCY'S REQUEST THAT THE CIVIL SERVICE COMMISSION APPROVE A PROPOSED ACTION AFFECTING YOU; AND
(3) TO BRING UP TO DATE THE INFORMATION YOU PREVIOUSLY FILED WITH THE CIVIL SERVICE COMMISSION.

IF YOU ARE FILLING OUT THIS FORM FOR PURPOSE NUMBER (1): List only the experience, education, and examinations taken (items 6, 7, and 8) which the personnel office of your agency does not have on file.
IF YOU ARE FILLING OUT THIS FORM FOR PURPOSE NUMBER (2): Complete all items, but in item 6 you need list only experience (including military) which is pertinent to the position for which you are being proposed.
IF YOU ARE FILLING OUT THIS FORM FOR PURPOSE NUMBER (3): List only the additional experience, education, and examinations taken (items 6, 7, and 8) since you previously filed your Qualifications Statement with the Civil Service Commission.

May inquiry be made of your present employer regarding your character, qualifications, and record of employment? ☒ YES ☐ NO

## 6. EXPERIENCE (*Start with your PRESENT position and work back*)

DATES OF EMPLOYMENT (month, year): FROM 3-9-66 TO PRESENT TIME 3-26-70
EXACT TITLE OF POSITION: Power Plant Controlman
IF FEDERAL SERVICE, CLASSIFICATION SERIES AND GRADE: WG9 Step 3
SALARY OR EARNINGS: STARTING $ 3.92 PER hr; PRESENT $ 4.47 PER hr
AVG. HRS. PER WEEK:
PLACE OF EMPLOYMENT: CITY: STATE:
NUMBER AND KIND OF EMPLOYEES SUPERVISED:
KIND OF BUSINESS OR ORGANIZATION (manufacturing, accounting, insurance, etc.):
NAME AND TITLE OF IMMEDIATE SUPERVISOR: Jim Turner, Utilities Branch Manager
AREA CODE AND PHONE NO. IF KNOWN: Ext. 2518
NAME OF EMPLOYER (firm, organization, etc.) AND ADDRESS (including ZIP Code, if known): Utilities Code 70451, China Lake, California, 93555
DESCRIPTION OF WORK: See Attached Sheet
FOR AGENCY USE (skill codes, etc.)

DATES OF EMPLOYMENT (month, year): FROM TO
EXACT TITLE OF POSITION:
IF FEDERAL SERVICE, CLASSIFICATION SERIES AND GRADE:
SALARY OR EARNINGS: STARTING $ PER; FINAL $ PER
AVG. HRS. PER WEEK:
PLACE OF EMPLOYMENT: CITY: STATE:
NUMBER AND KIND OF EMPLOYEES SUPERVISED:
KIND OF BUSINESS OR ORGANIZATION (manufacturing, accounting, insurance, etc.):
NAME AND TITLE OF IMMEDIATE SUPERVISOR:
AREA CODE AND PHONE NO. IF KNOWN:
NAME OF EMPLOYER (firm, organization, etc.) AND ADDRESS (including ZIP Code, if known):
REASON FOR LEAVING:
DESCRIPTION OF WORK:
FOR AGENCY USE (skill codes, etc.)

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER 172-101
Standard Form 172 (Formerly SF 58)
U.S. Civil Service Commission July 1968

| DATES OF EMPLOYMENT *(month, year)* FROM TO | | EXACT TITLE OF POSITION | | IF FEDERAL SERVICE, CLASSIFICATION SERIES AND GRADE |
|---|---|---|---|---|
| SALARY OR EARNINGS STARTING $ PER FINAL $ PER | AVG. HRS. PER WEEK | PLACE OF EMPLOYMENT CITY: STATE: | NUMBER AND KIND OF EMPLOYEES SUPERVISED | KIND OF BUSINESS OR ORGANIZATION *(manufacturing, accounting, insurance, etc.)* |
| NAME AND TITLE OF IMMEDIATE SUPERVISOR | | NAME OF EMPLOYER *(firm, organization, etc.)* AND ADDRESS *(including ZIP Code, if known)* | | |
| AREA CODE AND PHONE NO. IF KNOWN | | | | |
| REASON FOR LEAVING | | | | |
| DESCRIPTION OF WORK | | | | |
| | | | | FOR AGENCY USE *(skill codes, etc.)* |

| DATES OF EMPLOYMENT *(month, year)* FROM TO | | EXACT TITLE OF POSITION | | IF FEDERAL SERVICE, CLASSIFICATION SERIES AND GRADE |
|---|---|---|---|---|
| SALARY OR EARNINGS STARTING $ PER FINAL $ PER | AVG. HRS. PER WEEK | PLACE OF EMPLOYMENT CITY: STATE: | NUMBER AND KIND OF EMPLOYEES SUPERVISED | KIND OF BUSINESS OR ORGANIZATION *(manufacturing, accounting, insurance, etc.)* |
| NAME AND TITLE OF IMMEDIATE SUPERVISOR | | NAME OF EMPLOYER *(firm, organization, etc.)* AND ADDRESS *(including ZIP Code, if known)* | | |
| AREA CODE AND PHONE NO. IF KNOWN | | | | |
| REASON FOR LEAVING | | | | |
| DESCRIPTION OF WORK | | | | |
| | | | | FOR AGENCY USE *(skill codes, etc.)* |

## 7. EDUCATION

A. GIVE THE HIGHEST ELEMENTARY OR HIGH SCHOOL GRADE COMPLETED ______

B. IF YOU COMPLETED HIGH SCHOOL, GIVE DATE ______

| C. NAME AND LOCATION *(city, State, and ZIP Code if known)* OF COLLEGE OR UNIVERSITY. *(If you expect to graduate within 9 months, give MONTH and year you expect degree.)* | DATES ATTENDED | | YEARS COMPLETED | | CREDITS COMPLETED | | TYPE OF DEGREE | YEAR OF DEGREE |
|---|---|---|---|---|---|---|---|---|
| | FROM | TO | DAY | NIGHT | SEMESTER HOURS | QUARTER HOURS | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| D. CHIEF UNDERGRADUATE COLLEGE SUBJECTS | CREDITS COMPLETED | | E. CHIEF GRADUATE COLLEGE SUBJECTS | CREDITS COMPLETED | |
|---|---|---|---|---|---|
| | SEMESTER HOURS | QUARTER HOURS | | SEMESTER HOURS | QUARTER HOURS |
| | | | | | |

F. OTHER SCHOOLS OR TRAINING, SUCH AS TRADE, VOCATIONAL, ARMED FORCES, OR BUSINESS. GIVE FOR EACH: NAME AND LOCATION *(incl. ZIP Code)* OF SCHOOL, DATES ATTENDED, SUBJECTS STUDIED, CERTIFICATES, AND ANY OTHER PERTINENT DATA.

## 8. EXAMINATIONS *(List below any Federal Civil Service examinations for which you filed within the last 5 years):*

| TITLE OF EXAMINATION | NAME AND ADDRESS OF COMMISSION OFFICE OR BOARD OF EXAMINERS WITH WHICH YOU FILED YOUR APPLICATION | MONTH AND YEAR | RATING |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

I CERTIFY that the statements made by me on this form are true, complete, and correct to the best of my knowledge and belief, and are made in good faith.

Arthur R. [signature]
*(Signature)*

FALSE STATEMENT ON THI' 'RM IS PUNISHABLE BY LAW.

☆ U.S. GOVERNMENT PRINTING OFFICE : 1968 O—313-751

DESCRIPTION OF WORK

I control the operation of boilers where the normal evaporation capacity of the individual boilers operated have an evaporation rate of up to 50,000 lbs. of water per hr. and boilers normally operate at 125 psig and up to 300 psig, and have a superheater temperature of 500 degrees F. Boilers operated are fired with gas, oil, solid coal, or pulverized coal to generate steam at a constant pressure and temperature for industrial processes and heating purposes.

~~I operate steam turbo-generators with individual capacities of up to 5,000 kw.~~ a.R.K. I also operate other steam or electric powered units such as pumps and Air compressors.

I take boiler water analysis on boiler water samples and treat individual boilers with chemicals as necessary.

I'm assigned the responsibility of boiler maintenance, repair, test, inspection, and tests. I disassemble and clean using conventional mechanical cleaning and also chemicals (a process that I introduced).

I inspect boilers and make necessary repairs to brick work, fire tunnels, burner cones, and boiler accessories. At times I have rebricked entire fire boxes on boilers. I keep boilers repaired, clean, and ready for use.

EMPLOYEE SUPPLEMENTAL INFORMATION SHEET

FOR
FOREMAN POWER PLANT CONTROLMAN

(To accompany Form 58)

| TITLE OF POSITION | |
|---|---|
| Foreman, Power Plant Controlman | |
| NAME | DATE: |
| Arthur R. Long | 3-26-70 |

The information requested on this form is needed to rate your application and will help determine your final rating for this position. Answer the questions completely and accurately. The questions have been designed to cover a wide range of skills and knowledges. Be sure your answers reflect your own skills and knowledges and are supported by employment information in your form 58 and Personnel Folder. If you need additional space to answer the questions attach blank sheets of paper.

This supplemental information sheet must be returned to Personnel By:

Date: 3-30-70

Supplemental Experience Statement

Foreman Power Plant Controlman

1. Have you supervised other workers and instructed them on how to do the work of your trade? On what Jobs? Give examples of your experience in supervising and instructing. Tell about jobs you have supervised, the number of employees involved, nature of assignments you made, how you planned, organized and accomplished the jobs.

See Attached Sheet #1

2. List the kinds of power plant equipment you had to assemble, make, install, test, repair, etc, and show type and size of equipment, and where you worked with each. Indicate if you worked with units, components, accessories or complete systems, (specify which, units or systems). Give examples of work you did.

See Attached Sheet #2

3. List the kinds of power plant equipment you can operate. Indicate only equipment you can; operate on your own, set up, adjust, oil, do minor maintenance (explain), keep records or logs of operation. Tell how you gained the experience with this equipment and give examples of the most difficult work you have done.

See Attached sheet #3

4. Tell about your training and experience that shows you have ability in the following areas:

a. Technical principles that must be understood to meet power plant operating requirements.

b. Trade Math - give examples of formulas, computations, etc, applicable to power plant operation.

c. Knowledge and experience in new and up-to-date trade practices.

d. Determining new methods to do tasks that cannot be done in regular ways.

See Attached sheets #4 A 4 B 4 C 4 D

5. To what extent have you used blueprints and specification, written directions, work orders, manufacturers guides, catalogues, etc., technical manuals, bulletins, codes. Give examples of how you used each of these instructions. How often and for what purposes?

See Attached sheet #5

6. Tell about safety training you have received and how it pertains to the work of a power plant controlman. What are the precautions necessary for a safe power plant operating environment. Describe steps you have taken to insure safe boiler operation through detecting and correcting improper equipment and operating procedures.

See Attached sheets #6

7. Use this space to explain about any experience, training or ability not already mentioned which you feel would qualify for the work of this position. For example, you may want to elaborate on some of your special skills or your ability to perform all phases of a power plant operator's work.

See Attached sheet #7

SUPPLEMENTAL EXPERIENCE STATEMENT

1. Supervisory Experience.

From 5-20-68 to 5-24-68, I was temporarily assigned Foreman Power Plant Controlman. I performed all tasks as stated in Foreman Power Plant Controlman job description.

From 1956-1958 and from 1960-1964, while stationed on board various U. S. Navy ships, I supervised as many as 24 men assigned to my division in the operation, maintenance, repair, test, and inspection of all ship boilers, auxiliary equipment systems, and machinery. I kept records, planned work, made work requests for yard overhauls, assigned men to the repair and operation of all above listed boiler room equipment systems, etc.

I trained subordinates in all aspects of operation, maintenance, repair, inspection, tests, record keeping, safety precaution, machinery casuality control, use of hand and power tools by personal contact and delegation of authority to key qualified men. I supervised and trained Firemen, Firemen Apprentists, and Third, Second, and First Class Boilerman.

I also lectured Engineering Department enlisted personnel on the Responsibilities of Petty Officers, Supervision, What to do if Captured by Enemy Forces, Atomic-Biological-Chemical warfare, and Uniform Code of Military Justice.

2. Kinds of Power Plant Equipment.

Boilers of the following types; Sectional Header, "D" type Express, "M" type (Separate fired superheater). Evaporation capacities up to 85,000 lbs. of water per hr. and pressure of 600PSIG and superheater temperature of 850 F.

Pump types; steam reciprocation, steam turbine and electrical driven centrifical, multipiston variable stroke, gear, screw, lobe, and jet.

Steam turbine and electric driven forced draft blowers, Air Compressors--high and low pressure, Evaporator distilleries--double and triple effect capacities of 45,000 gal. per. day.

Automatic combustion control systems, types, Bailey, Haggen, and Mason Neilan.

| | |
|---|---|
| Main Steam system. | Feed water systems. |
| Aux. steam systems. | Compressed air systems. |
| Fresh water systems. | Lube oil systems. |
| Air ejecter systems. | Soot-blower systems. |
| Firemain systems. | Flushing systems. |
| Balasting systems. | Steam smothering systems. |
| Tank stripping systems. | |

I assembled, disassembled, made parts, repaired, installed, tested, inspected, etc. all the above plant equipment, accessories, and complete systems.

Renewed or repaired boiler brick work. Replaced boiler tubes. Repaired and tested boiler safety valves. Made minor and major overhauls of all above pumps, boilers, blowers, turbines, automatic combustion, control systems, and listed systems.

Also see #7a.

3. Power Plant Equipment.

I can operate:

Stationary or Marine Power boilers

Pumps of all types

Forced draft blowers of all types

Evaporator Distilleries

De-airateing Feed tanks

Air ejectors

Automatic combustion control systems

Numerous water analysis tests and test equipment

Numerous recording instruments, Flowmeters Liquid, Steam, and etc.

Remote water level indicators

Feedwater regulators

Steam turbines. Power Drives

Keep records & logs on all plant operation, maintenance, repairs, tests, and inspections.

This experience was gained while employed as power plant Controlman at Port Hueneme and China Lake; also while on duty in U.S. Navy as Boiler 1st Class.

Some difficult work performed on the above are as follows. Complete overhaul on "Mason Neilan," Automatic Combustion Control System without the aid of manuals and manufacturers instructions due to the non-existance of same. This task required the fullest knowledge of trade skills.

Complete overhaul of Steam turbine, feed water pump, and its constant pressure governor.

Also see #7a.

4. Training and Experience.

a. Technical Principles.

The basic principle of changing stored energy into mechanical energy or work often involves many other principles--thermal energy, units of Btu. measurement, heat transfer methods, conduction, radiation, and convection.

The principles involved in the conversion of energy, or the transforming of matter from one state to another (liquid to gas, etc.) should also be understood. A workable knowledge of metals and the effects of temperatures, stresses, and pressures applied to them is also required.

b. Trade Math.

Simple math--addition, subtraction, multiplication, and division--applies to power plant operation.

Formulas are:

(1). Area of square--L ✕ H = Area.

(2). Area of circle--r sq x p = Area.

(3). Cube of a cylinder--r sq x p x h = Cube.

(4). Area of a triangle--A = $\frac{1}{2}$ bh.

Compute the amount of water evaporated per hour by subtracting meter readings from one given time to another and multiply by the meter factor specified. Take all meter readings, add them, and divide by the time periods used (hourly in most cases) to arrive at daily per centages, etc.

The formulas given in the first portion are used to find total areas, or volumes of boilers, tanks, and other power plant equipment and systems.

4. c. Knowledge and Experience.

I gained knowledge and experience in new and up-to-date trade methods and practices by Navy training courses, Engineering, Operation and Maintenance NAVPERS 10813-A, Boilerman 3 & 2 NAVPERS 1053-E, Boilerman 1 & C NAVPERS 10536-C, Boilermaker 1 & C NAVPERS 10537-C (The later course was completed recently while attached to Local Naval Reserve unit). I gained experience while applying the above in actual practice--8 years as a Navy Boilerman and 5 years as a Power Plant Controlman.

d. Determining New Methods.

On some new package type boilers that were impractical to clean by regular mechanical means, I introduced a method of chemical cleaning that in the past was not utilized because of chemical strength loss due to exposure to the atmosphere. I perfected the method by applying it in a closed circulatory system (Here at China Lake).

One boiler, where the water washing phase of cleaning required that a man crawl half sub-merged on his back through a 20"drum and water wash 588 intersecting tubes, required periodic cleaning. This was dangerous because a man could get hung up, cramps, or heart seizure in cold water and drown before rescue could take place. I eliminated the problem by designing and perfecting an aparatus that can be inserted into the drum and operated externally. See my record for Benny Suggs, title "Boiler Tube Water Washing Aparatus"(Externally Operated).

The above are two examples. Two more are in my record under Benny Suggs. Another has been approved but money not yet appropriated. The latter concerns main steamline cross connection inside # 1 and 2 Boiler Plants.

5. Blueprints, Written directions, Work orders, and etc.

I have used blueprints, specifications, written directions, work orders, manufacturer's guides, catalogues, technical manuals, and codes daily while performing repair maintenance, inspection and tests on boilers, pumps, turbines, systems and all power plant equipment during my two four year hitches in the Navy.

I used drawings, sketches and blueprints and written and verbal instructions while employed in pipe department in Shell Oil Company (Pipefitting and Rigg building).

The water washing aparatus previously mentioned was built by the machine and sheet metal shop from sketches, drawings and instructions that I drew up.

I worked from blueprints daily while employed by the Gary Company (pool contractors) as a plumber.

I used sketches, drawings, blueprints, written instructions daily while employed by "Mobile Holdings Corporation"(custom mobile home builders), and by St. Johns Hospital as a plumber.

Also see #7a.

6. Safety.

I received safety training from many sources as follows:

Navy training courses, drills in shipboard power plants, covering fire, explosion, gas attack, atomic attack, plant safety precaution for separate plant equipment and systems; also entire plant operating safety as a plant unit.

Some precautions are maintain all boilers, pumps, heaters, systems, at the designed water level, pressure, temperature, and operate at the designed capacity. Do not exceed limits maximum or minimum. One needs a constant alertness and trade skill to detect trouble before it becomes serious and make necessary changes, adjustments, and or repairs as necessary to maintain steam output at the required amount safely and efficiently.

7. Other Qualifications.

I operate all of the different Power Plants frequently, and am constantly accquainted with all plant characteristics. I work on boilers or plant equipment daily.

I maintain a complete supply of spare parts, repair parts, equipment necessary to perform maintenance repair of boilers & plant equipment. I supply list numbers, kinds, types, and amounts of the above to foreman for ordering or I acquire them from local base sources myself.

I received an award for Outstanding Performance and Superior Accomplishment in 4-67 (See records).

I have been recommended by Foreman Power Plant Controlman for another Outstanding Performance and Sustained Superior Accomplishment dated 3-31-69 to 3-31-70.

I have trained subordinate and equally rated personnel in all aspects of the previously mentioned experiences. Some apprentices whom I trained in the Navy are now Petty Officers and Chiefs.

While attached to the Local Naval Reserve Unit I attended an entensive training for a period of two weeks at N.T.C., San Diego. Instructor Training School Class C-1 Course "D" completed 12 May '67, 160 hr. course (See records).

Also see #7a.

#7a.

Marine Power Plant Repairs Etc.

DESCRIPTION OF WORK IN DETAIL

In order to properly evaluate the time in performance of tasks, it must be understood that the operation of the Plant (boilers, machinery, pumps, systems, etc.) was on a 24 hour/day, 7 day/week bases assigned to groups of men for 4 hour periods, usually 1 to 2 periods per day.

Overhauls, maintenance repairs, tests, calibrations, machinery histories and records and other tasks were performed on an 8:00 a.m. to 4:00 p.m. bases on the average of 5 days a week. Estimate 6 hours per day operations, 8 hours repair maintenance, overhauls, tests, calibrations, etc., 10 hours per day leisure time.

The following are overhauls, maintenance repairs, tests, calibrations tests of machinery and equipment in type categories. All tools used will be listed at the end of this description.

PUMPS

<u>Steam Reciprocating Pumps</u> (Some "Worthington" Built)

Using knowledge of machines and mechanical principles, locate sources of defective operation or causes of breakdowns. Isolate pump from system. Obtain manufacturer's pamphlets, manuals, drawings, blueprints, and pump history records. Disassemble and repair or replace as follows:

Scored liquid cylinder, repair by stoning. Replace worn piston packing. Remanufacture and/or replace broken or damaged follower plate or follower plate studs and nuts. Grind in (using valve grind compound) seat and disc of chest valves when scored or pitted. Replace broken or worn valve cages, stems, springs, and binding screws. Replace taper fit valve seats using jack. Remove and replace screwed valve seats. Refit loose liquid piston onto shaft. Select proper gasket material and cut new gaskets for flanges. Replace stuffing box packing. Inspect and replace as necessary worn or broken steam piston rings. Repair steam end valve gear as necessary (reface flat face "D" valves using laping plate and grinding compound. Renew auxiliary piston rings when worn in excess.). Check pump alignment by running a wire through the steam and liquid end; secure one end to a finger piece at the bottom of the liquid end and fasten the other end to a beam mounted above the steam cylinder. Center the line at the bottom and top of the liquid end using calipers. Take caliper readings at the top and bottom of the steam cylinder

and adjust steam cylinder if necessary by putting shims at the bottom and top of stay rods. See tool list at the end of this description for tools used in the above.

Centrifugal Pumps (Some "Worthington" and some "DeLaval" and one Keofin)

Using mechanical knowledge and principles locate sources of breakdown or malfunction. Isolate pump from system. Obtain manufacturers pamphlets, manuals, drawing, blueprints, and pump history records. Disassemble and inspect parts for wear in excess of tolerance, broken parts. Check bearing wear by taking bridge gage reading or leads and check reading against allowable tolerance. Check clearance of wearing rings and replace if the clearance exceeds manufacturers instructions. Remove and replace stuffing box packing and lantern ring. Realign pump shaft coupling (grid, gear, and pin types) to drive unit, when out of alignment or when being replaced on foundation. Select proper gasket material and manufacture gaskets and reassemble. Line up system and test run pump. Check for leaks, vibration, or malfunction. Record all repairs, bearing readings, leads, and new parts in pump history record for future reference. For tools used in the above see tool list at the end of description.

Rotary Gear & Screw Pumps

Brand Names: "Worthington," "Pearless," "DeLaval" and others
Types: Simple gear, herringbone gear, helical gear, double screw low pitch, triple screw high pitch.

Using knowledge of machines and mechanical principles, locate sources of defective operation or causes of breakdowns. Isolate pump from system by closing discharge and suction valves. Assemble manufacturers instructions, blueprints, pump history records and/or any other useful data. Disconnect from drive unit at flexible coupling. Using tools and instruments of trade (listed at the end of description) disassemble and inspect parts for excessive wear, corrosion, breakage, erratic wear. Repair, replace, scrape, clean, polish parts as necessary. Reassemble using manufacturer instruction to set proper clearances, setting of jam screws, and setting idler locating caps. Assemble pump and replace shaft packing. Remount or realign pump on foundation (if it had been removed for overhaul or repair or out of alignment) by shimming and to align pump half of coupling to drive moter half. Connect coupling, open system valves. Start drive unit and test pump for proper discharge pressure, volume output, abnormal vibrations or noise, leaks and/or other malfunctions. Record all replaced or remanufactured parts, setting, clearance reading and all other pertinent data in pump history record.

# AUXILIARY STEAM TURBINES

Turbine Driven Forced Draft Blowers
Turbine Driven Pump Drive Units

Some Brand Names: Westinghouse, DeLaval, Keofin, General Electric
Turbine Types: Simple impulse turbine, velocity-compound impulse turbine, helical-flow turbine, re-entry turbine (single reversing chamber)

Using knowledge of machines and mechanical principles, locate source of defective operations or causes of breakdowns. Locate and assemble all manufacturers technical manual, blueprints, turbine history records for reference and instruction. Isolate turbine from steam and exhaust. Using knowledge of machines and mechanical principals, locate sources of defective operations or causes of breakdowns. Assemble and obtain all manufacturers technical manuals, bleprints, turbine history records. Using tools of the trade disassemble turbine and inspect parts for excessive wear damage and broken parts. Check radial bearings for wear by taking bridge gage readings, crown thickness and taking leads (measuring instruments and tools used are listed in tool and instrument list at end of description). Compare measurements to see if uniform or if they exceed maximum allowable (according to manufacturers instructions). Using bearing scraper, scrape high spots off of new bearings or any bearings being refitted to journal. High spots located by placing light film of prussion blue on journal, apply bearing half and rotate back and forth slightly, prussion blue stickes to high spots. Thrust bearing clearances were taken by means of feeler gage or dial indicator (depending on type of turbine). Check clearance between (axial and radial clearance) stationary and moving blades in turbine or between moving blades and nozzles. Check carbon packing to see if it is worn out of round or needs replacing. Fit carbon ring using carbon ring fitting jig. Grind chisel and bar to fit the angle of the teeth on Labyrinth packing and tap worn lands back into shape.

Reassemble turbine unit. Test run turbine. Check for malfunction. Take tachometer reading or stroboscope reading for records. Record all test results along with all repairs and renewal of parts, clearance readings in turbine history record.

VALVES

Types: Globe, gate, stop check, butterfly, piston, swing check, lift-check, plugcock, relief, and float
Some Brand Names: Crane, Lunkenheimer, Crosby, Vogt, Yarway, Lesley, Kennedy and others

Using knowledge of valves and mechanical principles, locate sources of defective operation or causes of failure. Repack stuffing box, replace flange gaskets. Using hand tools and instruments listed at the end of description. Overhaul, disassemble, inspect parts, repair, replace or remanufacture parts. Using lathe set up valve in lathe and recut flanges, bonnet, seat when steam cut too deep for hand tool removal. Set up disk in lathe and recut damaged seating surface. Using valve grinding compound grind in seat and disk. Reassemble, repack and hydrostaticly test at one and one half times working pressure.

Similar Automatic Operating Valves (Pressure reducing, press regulators, governor, control, shutdown)

Type Categories and Some Name Brands: "Leslie" spring loaded reducing valve, "Atlas" gas loaded reducing valve, "Mason Neilan," "Bailey" diaphragm operated fuel oil pressure regulator, "Leslie," "Foster-Wheeler" constant pressure pump governor valves. "Bailey," "Hogan," "Mason Neilan," "Hamel Dual" boiler feed water (thermo-mechanical, thermo-pneumatic, single, double and triple element type) regulating valves. "Bailey," "Hogan," "Mason Neilan," "Hamel Dual" pneumatic control valves. "Leslie" auxiliary turbine automatic shutdown valves.

Using knowledge of automatic operating valves, mechanical principles, locate sources of defective operation, breakdown and failures. Assemble manufactuerer's technical manual, blueprints, repair records and all pertinent data. Using hand tools, special gages provided by manufacturer and instruments listed at the end of this description, disassemble, inspect, clean, repair, replace parts as necessary. Grind in valve seat and disc. Select proper diaphragm material and manufacture diaphragm. Polish floating piston and sleeve. Replace piston rings. Replace metal diaphragms. Replace worn or damaged bellows. Replace weak springs. Reassemble setting clearances according to blueprints and technical manuals. Reinstall if unit was removed from position. Line up to system and test for leaks. Put into service and make proper adjustments and calibrations.

## POWER DRIVES

"Hagan," "Bailey" pneumatically operated piston type boiler damper control drive. "Mason Neilan" pneumatically operated diaphgram type boiler damper control drive.

Using knowledge of power drives and mechanical principles, locate causes of failures and breakdowns. Obtain manufacturer's technical manuals, blueprints, repair records. Using hand tools listed at end of this description, disassemble, clean and inspect. Repair, replace, and remanufacture worn or broken parts. Renew piston cup leathers, manufacture diaphragm. Reassemble and cut into system. Check for leaks. Operate by power and reset linkages and drive rod travel.

## OIL & WATER METERS

Nutating-Piston

Using knowledge of meters, liquid flow, and mechanical principles, locate sources of defective operation or causes of failure. Isolate meter from system. Disassemble meter. Clean and inspect all parts. Check nutating piston for excessive wear and replace it if necessary. Check reduction gears and replace when worn excessively. Check counter for excessively worn or broken parts and replace. Reassemble meter, replace packing in rotating pin stuffing box. Replace counter on meter. All the above are accomplished using the hand tools listed at the end of description. Line up meter to system. Check for leaks. Pump a known amount of liquid through meter, noting the movement of the counter. Compare counter reading against amount actually pumped to check accuracy of meter.

## STEAM TRAPS

Types: Mechanical (ball float or bucket type), Thermostatic (hermetically sealed bellows type), Impulse (steam flash actuated type), Bimetallic (unequal bimetallic expansion actuated).

Some Name Brands: Crane, Yarway, Armstrong and others

Using hand tools and instruments listed at the end of description to accomplish repairs and/or overhauls. Using knowledge of steam straps and the principles by which they operate, locate sources of defective operation or causes of failure. Disassemble, clean and inspect parts. Replace cracked or broken bellows. Replace broken strainers. Replace broken

bi-metallic strips. Replace ball seat and disc. Spotin (grind in) seat and disc using valve grinding compound when corroded or eroded to restore proper seating surface. Bore out clogged passages. Replace bucket, worn out pins and cotter keys. Trap flanges that were badly steam eroded were refaced by setting up in lathe and cuts taken of the flange face until the eroded portion was removed. Replace cap or flange gasket (select proper gasket or gasket material according to trap design and trap working pressure). Reassemble trap. Hydrostaticly test trap at one and one half times designed working pressure for leaks. Replace trap in system if it had been removed and cut into system. Check outlet side to see that trap is emitting only condensate. Hand tools and instruments used to perform the above repair/overhauls are listed at the end of description.

## SOOT BLOWERS

Multinozzle Type ("Diamond," "Vulcon" and other makes)

Using knowledge of boiler soot blowers and their mechanical principles, locate sources of defective operation or causes of failure. After boiler has been shutdown and cooled, remove soot blower from boiler and/or disassemble in place. Use hand tools listed at the end of description. Disconnect soot blower valve flange from steam header. Slide back until element coupling is exposed. Remove allen screw locking threads. Unscrew element from coupling. Disassemble soot blower (completely if necessary), clean and inspect all parts. Grind in seat and disc of valve using valve grinding compound when necessary. Replace all broken parts, weak springs, broken links in endless chain, broken cam, and broken triggering arm. Reset pressure control disc. Reassemble soot blower head, repacking valve stem and swivel tube packing. Connect element to swivel tube and soot blower head flange to header. Rotate sheave wheel with endless chain to check for free turning. Adjust element to cam to acquire the desired angle of nozzles during operation.

## BOURDON-TUBE PRESSURE GAGES

Test and calibrate annually or when suspected of being faulty or out of calibration.

Using knowledge of gages and a dead-weight pressure gage testing apparatus. Isolate from system and remove gage. Attach gage to dead weight tester at control valve. Using plunger on control valve side, pump instrument full of fluid (the test apparatus filled with water base hydrolic fluid). Unscrew the opposite plunger as far as possible. Apply weights one at a time and observe gage pointer as weight pressure is applied to gage. Screw in main

cylinder plunger and apply enough pressure to keep test plunger freely above cylinder. Reset gage pointer when the amount of travel was correct but total reading was wrong. Change the distance between the pointer spindle and link connection at the sector gear (shortern or lengthen to change pointer travel distance). Replace gage glass and covering. Remove weights from tester. Bleed pressure off at control valve. Remove gage and reinstall in system.

## BOILER SAFETY VALVES

Types: Huddling chamber and nozzle reaction types

Makes: Crosby, McDonald, Mitchel, and others

Using calibrating knowledge of boiler safety valves and mechanical principles, locate sources of malfunction (lift and/or reseating pressure) or failure to lift by excess pressure. Using hand tools listed at end of description, remove hand easing gear from safety valve, remove adjusting screw locknut. Lift safety by raising boiler pressure until safety lifts. Observe lift pressure and reseat (or blowback) pressure. If pressures are not accurate to manufacturer's specification, lower boiler pressure well below safety valve lifting pressure and reset adjust spring tension and or adjusting ring (blowback ring). Continue above method until desired setting were acquired.

## AIR MOTORS

<u>Boiler Tube Cleaning Drive Motors</u> (Wilson make)

Using knowledge of air motors and mechanical principles, locate sources of defective operation or breakdown. Using special hand tools furnished by manufacturer, disassemble motor. Remove bearing retainer coupling. Remove bearing-orfice plate, rotor and blades from casing cylinder. Clean and inspect all parts; replace all excessively worn or broken parts. Reassemble by placing rotor blades in slots in roter. Replace rotor and blades as a unit. Replace bearing-orfice plate and bearing retainer coupling. Rotate by hand and check for binding. Connect to air and test run.

The following are a list of hand tools, power tools, instruments, machines and devices used to accomplish all the above tasks:

# HAND TOOLS

## Wrenches

Socket Wrench
Ratchet Head
Ratchet Handles
Ratchet Extensions
Socket Wrench ("T" & off set handle)
Torque Wrench
Box & Open Wrenches
Stillson Type Pipe Wrenches
Chain Type Pipe Wrenches
Adjustable Open End Wrenches
Monkey Wrenches

## Metal Cutting Tools

Straight Handsnips
Circle Snips
Trojan Snips
Aviation Snips
Hack (straight & adjustable) Saws
Chisels (round nose, diamond point, cape and cold)
Files (square, three cornered, round, half round, mill, flat)
(single and double cut)
Twist Drills
Reamers (straight, tapered, straight flute,
Counter Sinks
Bolt Cutters

## Screwdrivers

Standard Screwdrivers
Philips Screwdriver
Offset Screwdriver

## Pliers

Slipjoint Pliers
Vise-grip Pliers
Channel-Lock Pliers
Diagonal Pliers
Side Cutting Pliers

Punches

Center Punch
Starting Punch
Pin Punch
Aligning Punch
Hollow Shank Gasket Punch

Taps & Dies

Taper Taps
Plug Taps
Bottoming Taps
Rethreading Dies
Button (split adjustable) Dies
Collet Dies
Tap Wrench Handle (straight & "T" handle)
Die Stock (collet, single screw, three screw)
Die Stock Ratchet

Tap & Stud Extractors

Straight Flute Tap Extractor
Spiral Tapered Extractor
Straight Extractor (easy outs)

Vises

Bench and Pipe Vise
Pipe Vise

Tubing Tools

Tubing Cutters (single & triple blade)
Tubing Benders (open side mandrel, spring types)
Flaring Tool (single & double flare type)

Bars

Pinch
Wrecking
Crow Bar

Hammers

Ball-peen (straight, cross)
Soft Face Hammers (plastic, rawhide, brass)
Sledge Hammers
Slug Hammers

Power Tools

Portable Electric Drills
Portable electric Grinders
Portable Electric Impact Wrenches
Portable Pneumatic Drills
Pneumatic Chiping Hammer
Portable Pneumatic Impact Wrench

Measuring Tools & Instrument

Tape (retractable, steel, sounding, types)
Rule (steel, folding, hook, types)
Square (carpenters, combination, try, sliding "T")
Outside & Inside Clippers (firm joint, spring, transfer joint, adjustable firm joint)
Hermaphrodite Caliper (adjustable & solid point)
Caliper Square (sliding caliper)
Thread Gages
Thickness (feeler) gages
Wire gages
Depth (rule type) gage
Telescope

Measuring Instruments

Dial Indicator
Vernier Caliper
Micrometers (outside, inside, depth)

Machines

Drill Press (bench and upright, types)
Bench Grinders
Power Hacksaw
Hydraulic Press
Lathes (belt driver & gear driven) (turret & bench)

Devices

Dead-weight pressure gage testing apparatus
Hydraulic Jacks
Chain Falls
Comealongs
Wire Straps
Sheeves & Hooks
Block & Tackles
Rope Slings

PERFORMANCE RATING
NAVEXOS-3238 (6-51)

| TYPE OF POSITION | | | | KIND OF RATING | |
|---|---|---|---|---|---|
| [ ] GRADED SUPERVISORY | [ ] GRADED NON-SUPERVISORY | [ ] UNGRADED SUPERVISORY | [X] UNGRADED NON-SUPERVISORY | [ ] OFFICIAL | [ ] UNOFFICIAL |

| NAME | | RATING PERIOD |
|---|---|---|
| Arthur R. Koog | | FROM 3/31/69 TO 3/31/70 |
| CHECK NO. | PAYROLL TITLE: Power Plant Controlman | UNIT, SECTION OR SHOP: Utilities Branch, Steam Section |
| NAME OF ACTIVITY: Naval Weapons Center | | LOCATION OF ACTIVITY: China Lake, California |

EXPLANATION

Mark characteristic work performance in each factor. In marking supervisors, also consider effectiveness as a supervisor in getting work done.

DEFINITIONS

OUTSTANDING - All aspects of performance not only exceeded normal requirements but were outstanding and, in addition, deserved special commendation.

SATISFACTORY - Acceptable performance that met or exceeded minimum requirements.

UNSATISFACTORY - Performance that clearly failed to meet minimum requirements.

FACTORS

Use O, S, and U to denote Outstanding, Satisfactory and Unsatisfactory performance respectively.

QUALITY OF WORK ____ ( O )
QUANTITY OF WORK ____ ( O )
ADAPTABILITY ____ ( O )

ADJECTIVE PERFORMANCE RATING

Each "O" or "U" rating must be supported by supervisor's signed statement attached hereto showing specifically and in detail wherein employee's performance was outstanding or unsatisfactory.

"O" marks in all three factors, fully supported in writing ____ OUTSTANDING ____ ( O )

"S", or "S" and "O" marks ____ SATISFACTORY ____ ( )

One or more "U" marks, fully supported in writing ____ UNSATISFACTORY ____ ( )

DEVIATIONS MAY BE MADE BUT MUST BE JUSTIFIED IN WRITING

| RATED BY (Name) | TITLE | | DATE |
|---|---|---|---|
| W. G. Ferguson (signature) W. G. Ferguson | Foreman, Power Plant Controlman | | 3-20-70 |
| DISCUSSED WITH EMPLOYEE BY (Name) | DATE | DISCUSSION ACKNOWLEDGED (Employee's Initials) | |
| W. G. Ferguson (signature) W. G. Ferguson | 3-20-70 | (initials) | |
| REVIEWED BY (Name) | TITLE | | DATE |
| J. W. Turner (signature) J. W. Turner | General Foreman I Utilities | | 3-20-70 |
| DATE APPROVED BY BOARD | DATE COPY FURNISHED EMPLOYEE | | |
| 3/30/70 | 31 MAR 1970 | | |

NOTICE TO EMPLOYEE

BY THIS COPY OF YOUR PERFORMANCE RATING FOR THE PERIOD INDICATED YOU ARE NOTIFIED WHAT YOUR ADJECTIVE RATING IS AND HOW IT IS DEFINED. IF THIS IS AN OFFICIAL RATING YOU HAVE A RIGHT TO APPEAL IT WITHIN 30 DAYS AFTER RECEIPT OF THIS NOTICE. CONSULT YOUR SUPERVISOR OR YOUR PERSONNEL OFFICER AS TO YOUR APPEAL RIGHTS.

**AWARD PAYMENT AUTHORIZATION**
11ND-NWC-12450/9 (REV. 4-69)

Submit to Code 176 in quadruplicate for first civilian awardee plus 2 for each additional civilian, and in sextuplet for first military awardee plus 4 for each additional military member on award.

NO. 70-70-79A

TO (Command, Panel, or Dept): Public Works Officer
FROM (Committee or panel): PW Performance Recognition Committee
RECOMMENDED AWARD: $ 200.00

CHECK:
- [ ] BENEFICIAL SUGGESTION (Title or subject) — (Date submitted)
- SUPERIOR ACCOMPLISHMENT
  - [ ] SUPERIOR ACHIEVEMENT
  - [ ] OUTSTANDING PERFORMANCE
  - [ ] SUSTAINED SUPERIOR PERFORMANCE
  - [ ] SPECIAL ACT OR SERVICE

| ESTIMATED ANNUAL SAVINGS/BENEFITS | | COMPLETE ONLY IF SUSTAINED SUPERIOR PERFORMANCE | |
|---|---|---|---|
| INTANGIBLE BENEFITS | MONETARY SAVINGS | MINIMUM STEP OF GRADE/RATE | DATES COVERED IN AWARD |
| | | $ 8,590.40 P/A | 3/31/69 TO 3/31/70 |

AWARDEE(S)

| NAME | RANK/RATE OR ANNUM/DIEM | SERVICE NO. OR PAY NO. | ACTIVITY (Mil) OR ACCTG SHOP | FOR PAYROLL USE ONLY: CHECK NO. | NET AMOUNT CHECK |
|---|---|---|---|---|---|
| Arthur R. Koog | 0 | 77151 | 7451 | [redacted] | [illegible] |

- [ ] CONTINUE ON REVERSE

A statement signed by the awardee(s) waiving further claim against the United States is included in Suggestion File.

SIGNATURE (Chairman, committee or panel): W. J. Schell, LCDR, CEC, USNR, Chairman
DATE:

**FIRST ENDORSEMENT**

FROM (Panel, Dept, or Command): Public Works Department

TO: HEAD, ACCOUNTING AND DISBURSING STAFF (CODE 176)

In accordance with NCPI 450/SECNAVINST 1650.24 and NWC INST 12450.3, the award recommended above is approved.

SIGNATURE (Panel chairman, Dept Head, or Commanding Officer): [signature] M. C. Abplanalp, CAPT, CEC, USN PWO
DATE:

**SECOND ENDORSEMENT**

FROM: HEAD, ACCOUNTING AND DISBURSING STAFF (CODE 176)

CHECK ONE:
- [ ] TO (Special routing for one-time only) — PHONE NO.
- [ ] TO (Commanding Officer; Dept. Bene Sugg Representative; or Chairman, Performance Review Panel) — PHONE NO.

The check(s) described above is/are in payment of the approved award.

SIGNATURE: [signature] M. B. SORGE, Head Central Staff
DATE: 5-02-70

DISTRIBUTION

(1) Code 1764 retains one copy for each civilian employee on award. Code 1765 retains original and two certified copies for first military member on award, plus three certified copies for each additional member. (2) Upon receipt of Payment Authorization from Code 176, Dept. Representative or Activity retains one copy, forwards one copy to Code 651, and forwards one copy for each official personnel folder to Code 6504 (civilian) or appropriate Military Personnel office.

70-70-79A

NAVAL WEAPONS CENTER
China Lake, California

From: W. G. Ferguson, Foreman, Power Plant Controlman (Code 70451)
To: Public Works Department Performance Recognition Committee

Subj: Outstanding Performance Rating for Mr. A. R. Koog; recommendation for

1. It is requested that Mr. A. R. Koog, Power Plant Controlman, be considered for an Outstanding Performance Rating for the period 31 March 1969 to 31 March 1970.

a. QUALITY OF WORK

I consider Mr. Koog's work to be outstanding in all respects. He is capable of doing an outstanding job because of his exceptional mechanical ability in his trade, his physical fitness to do a hard, dirty day's work and his desire and pride in doing a good job.

Mr. Koog is always looking for ways to do his job better and comes up with many good workable and improved ideas. As one example: He designed and perfected a boiler cleaning tool for washing down boiler tubes that is operated from outside the boiler drum. This equipment is especially useful in one boiler that has small drums and the cleaning operator had to lay in water while washing down boiler tubes.

b. QUANTITY OF WORK

Mr. Koog works with one other man as a team. The two of them keep all our boilers clean and do many repairs on these boilers, from patching brick work to completely rebuilding fire boxes as well as many other repairs.

They take care of all their equipment and cleaning gear keeping them in good repair and in safe and efficient operating condition.

c. ADAPTABILITY

The 30 boilers cleaned and maintained by Mr. Koog and his assistant include 10 different makes of boilers. Mr. Koog has a thorough knowledge of the jobs he performs on all these boilers and has to do these jobs under varying conditions, being capable of isolating a boiler and auxiliary equipment in order to perform maintenance and repairs in a safe and efficient manner.

Mr. Koog works very congenially with all Controlmen and supervisors alike. Always leaves the job clean and orderly. He requires very little supervision.

2. I very strongly recommend the awarding of an Outstanding Performance Rating to Mr Koog, accompanied by a monetary award.

W. G. Ferguson

W. G. FERGUSON

CUMULATIVE RECORD OF GOVERNMENT-SPONSORED TRAINING
NAVAL WEAPONS CENTER CHINA LAKE, CALIFORNIA
FROM JULY 1959 TO DEC 1969 PROGRAM 702-053

CODE 70451 KOOG ARTHUR R [redacted]

| COURSE | COMPLETION DATE | TRAINING FACILITY | TOTAL HOU[RS] GOVT | O[THER] |
|---|---|---|---|---|
| 8544 FUND OF SUPERVISION | 7-67 | NWC | 20 | |

NOTIFICATION OF PERSONNEL ACTION

| NAME | PAY-NUMBER | SOC-SEC-N( |
|---|---|---|
| KOOG ARTHUR R | [redacted] | [redacted] |

| TITLE | ORG-COI |
|---|---|
| POWER PLANT CONTROLMAN | 7045: |

CODE 898 - PAY SYSTEM CHANGE

EFFECTIVE 11-23-69 YOUR POSITION IS CONVERTED TO THE GRADING AND PAY STRUCTURE OF THE NEW COORDINATED FEDERAL WAGE SYSTEM. THE APPROPRIATE PAY-PLAN, GRADE, AND STEP OF THE POSITION UNDER BOTH THE OLD AND NEW SYSTEMS ARE SHOWN.

IN CONVERTING YOUR POSITION, YOUR EXISTING AVERAGE AGGREGATE PAY RATE RESULTED IN A RATE OF PAY THAT IS LESS THAN THE NEW AVERAGE AGGREGATE RATE AT THE SAME STEP OF YOUR GRADE ON THE NEW SCHEDULE. THEREFORE, YOUR POSITION IS CONVERTED TO THAT SAME STEP RATE OF YOUR GRADE ON TH NEW SCHEDULE.

| | PAY-PLAN | SERIES | GRADE | STEP | RATE |
|---|---|---|---|---|---|
| FROM OLD SYSTEM | WB | 54007 | 10 | 3 | $4.19 |
| TO NEW SYSTEM | WG | 54007 | 9 | 3 | $4.47 |

NAVAL WEAPONS CENTER
ACTIVITY CODE: 6700-200

/S/ JOHN A. BARHOUM
ACTING HEAD, EMPLOYMENT DIVISION
10 DECEMBER 1969

11ND-NOTS-12450/1 (4-62)
(Replaces 11ND-NOTS-120..,1)

NAVAL WEAPONS CENTER
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
3/11/69



"Benny Sugg"

From: Chairman, Beneficial Suggestion Panel , Code 7041
To: A. R. Koog, Code 70451

Subj: Beneficial Suggestion # 70-69-28

Title Sectional Burner Cone Form

1. The Beneficial Suggestion Panel has met today to consider your suggestion. In order to inform you as quickly as possible as to what is happening to your suggestion, this means of "action" notification is being used instead of a personal letter. After giving careful consideration to your suggestion and the investigation report, the following checked items will indicate the present status of the suggestion:

a. XX Final — Award of $ 15.00 recommended, based upon:
XX Monetary savings of $ 198.16
☐ Partial — ☐ Intangible Benefits
☐ Safety

b. ☐ Letter of commendation recommended

c. ☐ Referred to Office of Industrial Relations, Washington, D. C., for further consideration

d. ☐ Further investigation requested of ______

e. ☐ Placed in suspense because
(1) ☐ Suggestion not as yet placed in operation
(2) ☐ Insufficient funds prohibit adoption at present time
(When suggestion is placed into operation, please notify panel)

f. ☐ Rejection based upon the following reason or reasons:
(1) ☐ In line of duty
(2) ☐ Not a new suggestion
(3) ☐ Arrangements undertaken to correct situation before suggestion submitted
(4) ☐ Adopted more than six months prior to formal submission of suggestion
(5) ☐ Believed impractical to put into use
(6) ☐ Insufficient demand to warrant change or addition
(7) ☐ Proven unsatisfactory by previous experience
(8) ☐ Would not justify expense involved
(9) ☐ Not the best solution to the problem
(10) ☐ Would make the cost too high
(11) ☐ Already in use at activity
(12) ☐ Other

Your suggestion was investigated by Code 70451

2. It may be possible that all the facts relating to your suggestion have not been adequately presented. If you have questions or desire additional information please contact your Suggestion Panel representative Rita Smiley, Code 70101, Ext. 71780.

3. The Beneficial Suggestion Panel wishes to commend you for your desire to be of service to the Navy and to this Station. It is sincerely hoped that you will continue to actively participate in the Beneficial Suggestion program in the future.

L. E. Sidney, Chairman

AWARD PAYMENT AUTHORIZATION
11ND-NWC-12450/9 (REV. 8-67)

Submit to Code 176 in quadruplicate for first civilian awardee plus 2 for each additional civilian, and in sextuplet for first military awardee plus 4 for each additional military member on award.

NO. 70-69-28

| TO (Command, Panel, or Dept) | FROM (Committee or panel) | RECOMMENDED AWARD |
|---|---|---|
| Public Works Officer | PW Beneficial Suggestion Committee | $ ~~xxxxxx~~ 15.00 |

CHECK

BENEFICIAL SUGGESTION (Title or subject) [X] Sectional Burner Cone Form — (Date submitted)

SUPERIOR ACCOMPLISHMENT

[ ] SUPERIOR ACHIEVEMENT [ ] OUTSTANDING PERFORMANCE [ ] SUSTAINED SUPERIOR PERFORMANCE [ ] SPECIAL ACT OR SERVICE

| ESTIMATED ANNUAL SAVINGS/BENEFITS | | COMPLETE ONLY IF SUSTAINED SUPERIOR PERFORMANCE | |
|---|---|---|---|
| INTANGIBLE BENEFITS | MONETARY SAVINGS | MINIMUM STEP OF GRADE/RATE | DATES COVERED IN AWARD |
| | $198.16 | $ P/A | TO |

AWARDEE(S)

| NAME | RANK/RATE OR ANNUM/DIEM | SERVICE NO. OR PAY NO. | ACTIVITY (Mil) OR ACCTG SHOP | FOR PAYROLL USE ONLY: CHECK NO. | NET AMOUNT CHECK |
|---|---|---|---|---|---|
| A. R. Koog | D | 27151 | 7451 | [redacted] | 12.00 |

[ ] CONTINUE ON REVERSE

A statement signed by the awardee(s) waiving further claim against the United States is included in Suggestion File.

SIGNATURE (Chairman, committee or panel) L. E. Sidney, Chairman — DATE 3-11-69

FIRST ENDORSEMENT

FROM (Panel, Dept, or Command) Public Works Department

TO
HEAD, ACCOUNTING AND DISBURSING STAFF (CODE 176)

In accordance with NCPI 450/SECNAVINST 1650.24 and NWC INST 12450.3, the award recommended above is approved.

SIGNATURE (Panel chairman, Dept Head, or Commanding Officer) — DATE

SECOND ENDORSEMENT

FROM
HEAD, ACCOUNTING AND DISBURSING STAFF (CODE 176)

CHECK ONE

[ ] TO (Special routing for one-time only) — PHONE NO.

[ ] TO (Commanding Officer; Dept. Bene Sugg Representative; or Chairman, Performance Review Panel) — PHONE NO.

The check(s) described above is/are in payment of the approved award.

SIGNATURE R H Driggs — DATE 4/2/69

DISTRIBUTION

(1) Code 1762 retains one copy for each civilian employee on award. Code 1765 retains original and two certified copies for first military member on award, plus three certified copies for each additional member. (2) Upon receipt of Payment Authorization from Code 176, Dept. Representative or Activity retains one copy, forwards one copy to Code 651, and forwards one copy for each official personnel folder to Code 6504 (civilian) or appropriate Military Personnel office.

STANDARD FORM 50–Rev. December 1961
U.S. Civil Service Commission
FPM Chap. 295

# NOTIFICATION OF PERSONNEL ACTION

NAVY OVERPRINT 6-65 7 PART
50-126 11

*(FOR AGENCY USE)*

| 1. NAME *(CAPS)* LAST-FIRST-MIDDLE MR.-MISS-MRS. | 2. *(FOR AGENCY USE)* | 3. BIRTH DATE *(Mo.,Day,Year)* | 4. SOCIAL SECURITY NO. |
|---|---|---|---|
| 27151-D-7451<br>KOOG, ARTHUR R., MR. | S | [redacted] | [redacted] |
| 5. VETERAN PREFERENCE: 2 (1-NO; 2-5 PT.; 3-10 PT. DISAB.; 4-10 PT. COMP.; 5-10 PT. OTHER) | 6. TENURE GROUP: 1 | 7. SERVICE COMP. DATE: 07-05-57 | 8. PHYSICAL HANDICAP CODE |
| 9. FEGLI: 1 (1-COVERED; 2-INELIGIBLE; 3-WAIVED) | 10. RETIREMENT: 1 (1-CS; 2-FICA; 3-FS; 4-NONE; 5-OTHER) | | 11. *(FOR CSC USE)* |
| 12. CODE NATURE OF ACTION: 602 Conv to Career Tenure | 13. EFFECTIVE DATE *(Mo.,Day,Year)*: 03-09-69 | 14. CIVIL SERVICE OR OTHER LEGAL AUTHORITY: 315.202 | |

| 15. FROM: POSITION TITLE AND NUMBER | 16. PAY PLAN AND OCCUPATION CODE | 17. (a) GRADE OR LEVEL | (b) STEP OR RATE | 18. SALARY |
|---|---|---|---|---|
| | | | | |

19. NAME AND LOCATION OF EMPLOYING OFFICE

| 20. TO: POSITION TITLE AND NUMBER | 21. PAY PLAN AND OCCUPATION CODE | 22. (a) GRADE OR LEVEL | (b) STEP OR RATE | 23. SALARY |
|---|---|---|---|---|
| Power Plant Controlman<br>JD#243 | WB-54007 | 10 | 03 | P/H $4.19 |

24. NAME AND LOCATION OF EMPLOYING OFFICE

Naval Weapons Center
Public Works Department
Maintenance-Utilities Division
Utilities Branch
Steam Section
70451

| 25. DUTY STATION *(City-county-State)* | 26. LOCATION CODE |
|---|---|
| China Lake, California | 04-0675-029 |

| 27. APPROPRIATION | 28. POSITION OCCUPIED (1-COMPETITIVE SERVICE; 2-EXCEPTED SERVICE) | 29. APPORTIONED POSITION FROM: (1-PROVED-1; 2-WAIVED-2) TO: STATE |
|---|---|---|
| | 1 | |

30. REMARKS: [ ] A. SUBJECT TO COMPLETION OF 1 YEAR PROBATIONARY (OR TRIAL) PERIOD COMMENCING
[x] B. SERVICE COUNTING TOWARD CAREER (OR PERMANENT) TENURE FROM: 03-09-66 through 03-08-69.
SEPARATIONS: SHOW REASONS BELOW, AS REQUIRED, CHECK IF APPLICABLE: [ ] C. DURING PROBATION [ ] D. FROM APPOINTMENT OF 6 MONTHS OR LESS

Fegli: Regular Only.

6700-200

| 31. DATE OF APPOINTMENT AFFIDAVIT *(Accessions only)* | 34. SIGNATURE *(Or other authentication)* AND TITLE |
|---|---|
| 32. OFFICE MAINTAINING PERSONNEL FOLDER *(If different from employing office)* | RICHARD M. SASAKI<br>Head, Personnel Service Division #2 |
| 33. CODE EMPLOYING DEPARTMENT OR AGENCY: NV 37 DEPARTMENT OF THE NAVY | 35. DATE: 03-04-69 dc 2896 |

☆U.S. GOVERNMENT PRINTING OFFICE: 1967 – 269-149

4. PERSONNEL FOLDER COPY

U. S. NAVAL ORDNANCE TEST STATION

RECORD OF SUPERVISORY EXPERIENCE
IND-NOTS-12410/25 (REV. 11-66)

*No carbon required*

| FROM | CODE | DATE |
| --- | --- | --- |
| J.W. Turner, General Foreman, Utilities Operations | 7045 | 1-15-69 |
| TO: CODE 6504 *(Personnel Jacket)* — EMPLOYEE: Arthur R. Koog | | |

THIS IS TO CERTIFY THAT THE ABOVE NAMED EMPLOYEE WAS DETAILED TO DUTIES AS FOLLOWS DURING THE QUARTER ENDING: 12-31-68

| DUTIES | DATE FROM | DATE TO |
| --- | --- | --- |
| Performing the duties of the Foreman, Power Plant Controlman, in his absence. Hrs 40 | 5-20-68 | 5-24-68 |

COPY TO EMPLOYEE ✓

SUPERVISOR'S SIGNATURE: James W. Turner

11ND-NOTS-12450/1 (4-62,
(Replaces 11ND-NOTS-12087/1)

NAVAL WEAPONS CENTER
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
3/28/68


"Benny Sugg"

From: Chairman, Beneficial Suggestion Panel, Code 7042
To: A. R. Koog, Code 70451

Subj: Beneficial Suggestion # 70-68-61

Title Boiler Tube Water Washing Apparatus (externally operated)

1. The Beneficial Suggestion Panel has met today to consider your suggestion. In order to inform you as quickly as possible as to what is happening to your suggestion, this means of "action" notification is being used instead of a personal letter. After giving careful consideration to your suggestion and the investigation report, the following checked items will indicate the present status of the suggestion:

a. [X] Final   Award of $ 40.00 recommended, based upon:
   [ ] Monetary savings of $ ______
   [ ] Partial   [ ] Intangible Benefits
   [X] Safety 47 points

b. [ ] Letter of commendation recommended

c. [ ] Referred to Office of Industrial Relations, Washington, D.C., for further consideration

d. [ ] Further investigation requested of ______

e. [ ] Placed in suspense because
   (1) [ ] Suggestion not as yet placed in operation
   (2) [ ] Insufficient funds prohibit adoption at present time
   (When suggestion is placed into operation, please notify panel)

f. [ ] Rejection based upon the following reason or reasons:
   (1) [ ] In line of duty
   (2) [ ] Not a new suggestion
   (3) [ ] Arrangements undertaken to correct situation before suggestion submitted
   (4) [ ] Adopted more than six months prior to formal submission of suggestion
   (5) [ ] Believed impractical to put into use
   (6) [ ] Insufficient demand to warrant change or addition
   (7) [ ] Proven unsatisfactory by previous experience
   (8) [ ] Would not justify expense involved
   (9) [ ] Not the best solution to the problem
   (10) [ ] Would make the cost too high
   (11) [ ] Already in use at activity
   (12) [ ] Other

Your suggestion was investigated by the PW Benny Sugg Committee

2. It may be possible that all the facts relating to your suggestion have not been adequately presented. If you have questions or desire additional information please contact your Suggestion Panel representative Rita Smiley, Code 70101, Ext. 71780.

3. The Beneficial Suggestion Panel wishes to commend you for your desire to be of service to the Navy and to this Station. It is sincerely hoped that you will continue to actively participate in the Beneficial Suggestion program in the future.

F E Rockwell
F. E. ROCKWELL, Chairman

**AWARD PAYMENT AUTHORIZATION**
11ND-NWC-12450/9 (REV. 8-67)

Submit to Code 176 in quadruplicate for first civilian awardee plus 2 for each additional civilian, and in sextuplet for first military awardee plus 4 for each additional military member on award.

NO. 70-68-61

TO (Command, Panel, or Dept): Public Works Officer
FROM (Committee or panel): PW Beneficial Suggestion Committee
RECOMMENDED AWARD: $ 40.00

CHECK
- [x] BENEFICIAL SUGGESTION (Title or subject): Boiler Tube Water Washing Apparatus (Externally Operated) — (Date submitted) 3/11/68
- SUPERIOR ACCOMPLISHMENT
  - [ ] SUPERIOR ACHIEVEMENT
  - [ ] OUTSTANDING PERFORMANCE
  - [ ] SUSTAINED SUPERIOR PERFORMANCE
  - [ ] SPECIAL ACT OR SERVICE

| ESTIMATED ANNUAL SAVINGS/BENEFITS | | COMPLETE ONLY IF SUSTAINED SUPERIOR PERFORMANCE | |
|---|---|---|---|
| INTANGIBLE BENEFITS | MONETARY SAVINGS | MINIMUM STEP OF GRADE/RATE | DATES COVERED IN AWARD |
| 47 points-safety | | $ P/A | TO |

AWARDEE(S)

| NAME | RANK/RATE OR ANNUM/DIEM | SERVICE NO. OR PAY NO. | ACTIVITY (Mil) OR ACCTG SHOP | FOR PAYROLL USE ONLY: CHECK NO. | FOR PAYROLL USE ONLY: NET AMOUNT CHECK |
|---|---|---|---|---|---|
| A. R. Koog | D | 27151 | 7451 | [redacted] | [redacted] |

- [ ] CONTINUE ON REVERSE

A statement signed by the awardee(s) waiving further claim against the United States is included in Suggestion File.

SIGNATURE (Chairman, committee or panel): F. E. Rockwell (signature) F. E. Rockwell, Chairman
DATE:

**FIRST ENDORSEMENT**

FROM (Panel, Dept, or Command)

TO
HEAD, ACCOUNTING AND DISBURSING STAFF (CODE 176)

In accordance with NCPI 450/SECNAVINST 1650.24 and NWC INST 12450.3, the award recommended above is approved.

SIGNATURE (Panel chairman, Dept Head, or Commanding Officer): (signature)
DATE: 2/28

**SECOND ENDORSEMENT**

FROM
HEAD, ACCOUNTING AND DISBURSING STAFF (CODE 176)

CHECK ONE
- [ ] TO (Special routing for one-time only) — PHONE NO.
- [ ] TO (Commanding Officer; Dept. Bene Sugg Representative, or Chairman, Performance Review Panel) — PHONE NO.

The check(s) described above is/are in payment of the approved award.

SIGNATURE: (signature) H. D. Korge
DATE:

DISTRIBUTION

(1) Code 1762 retains one copy for each civilian employee on award; Code 1765 retains original and two certified copies for first military member on award, plus three certified copies for each additional member. (2) Upon receipt of Payment Authorization from Code 176, Dept. Representative or Activity retains one copy, forwards one copy to Code 651, and forwards one copy for each official personnel folder to Code 6504 (civilian) or appropriate Military Personnel office.

AWARD PAYMENT AUTHORIZATION
1 ND-NWC-12450/9 (REV. 8-67)

Submit to Code 176 in quadruplicate for first civilian awardee plus 2 for each additional civilian, and in sextuplet for first military awardee plus 4 for each additional military member on award.

NO. 70-68-18

TO (Command, Panel, or Dept): Public Works Officer

FROM (Committee or panel): PW Performance Recognition Committee

RECOMMENDED AWARD: $ 150.00

(Date submitted)

CHECK:
- [ ] BENEFICIAL SUGGESTION (Title or subject)
- SUPERIOR ACCOMPLISHMENT
  - [ ] SUPERIOR ACHIEVEMENT
  - [x] OUTSTANDING PERFORMANCE Rating and
  - [XX] SUSTAINED SUPERIOR PERFORMANCE
  - [ ] SPECIAL ACT OR SERVICE

ESTIMATED ANNUAL SAVINGS/BENEFITS

| INTANGIBLE BENEFITS | MONETARY SAVINGS |
|---|---|
| | |

COMPLETE ONLY IF SUSTAINED SUPERIOR PERFORMANCE

| MINIMUM STEP OF GRADE/RATE | DATES COVERED IN AWARD |
|---|---|
| $ 7529.60 P/A | 4/1/67 TO 3/31/6 |

AWARDEE(S)

| NAME | RANK/RATE OR ANNUM/DIEM | SERVICE NO. OR PAY NO. | ACTIVITY (Mil) OR ACCTG SHOP | FOR PAYROLL USE ONLY: CHECK NO. | FOR PAYROLL USE ONLY: NET AMOUNT CHECK |
|---|---|---|---|---|---|
| Arthur R. Koog | D | 27151 | 7451 | [redacted] | $129.08 |
| M R LC-4 | | WB 103 | | | |

- [ ] CONTINUE ON REVERSE

A statement signed by the awardee(s) waiving further claim against the United States is included in Suggestion File.

SIGNATURE (Chairman, committee or panel): J. J. Farbarik, Chairman DATE 4/11/68

FIRST ENDORSEMENT

FROM (Panel, Dept, or Command): PW

TO
HEAD, ACCOUNTING AND DISBURSING STAFF (CODE 176)

In accordance with NCPI 450/SECNAVINST 1650.24 and NWC INST 12450.3, the award recommended above is approved.

SIGNATURE (Panel chairman, Dept Head, or Commanding Officer) DATE

SECOND ENDORSEMENT

FROM
HEAD, ACCOUNTING AND DISBURSING STAFF (CODE 176)

CHECK ONE:
- [ ] TO (Special routing for one-time only) PHONE NO.
- [ ] TO (Commanding Officer; Dept. Bene Sugg Representative; or Chairman, Performance Review Panel) Code 704 PHONE NO.

The check(s) described above is/are in payment of the approved award.

SIGNATURE: M. B. Sorge, Head, Central Staff DATE 5-9-68

DISTRIBUTION

(1) Code 1762 retains one copy for each civilian employee on award. Code 1765 retains original and two certified copies for first military member on award, plus three certified copies for each additional member. (2) Upon receipt of Payment Authorization from Code 176, Dept. Representative or Activity retains one copy, forwards one copy to Code 651, and forwards one copy for each official personnel folder to Code 6504 (civilian) or appropriate Military Personnel office.

AWARD RECOMMENDATION FOR SUPE · R ACCOMPLISHMENT
NAVEXOS 12450/6 (11-63)

70-68-18
DATE: 26 March 1968

TO: Incentive Awards Committee (Code 70) *(Ref: NCPI 450)*

*I recommend that award consideration be given for the superior accomplishment herein described which was performed by the employee, or group of employees named below.*

| RECOMMENDED BY | POSITION *(Shop, Dept., or Div.)* AND NAME OF ACTIVITY |
|---|---|
| R. N. Patterson, Foreman (Leadingman)..... | Power Plant Controlman (Code 70451) |

| EMPLOYEE *(Name: Last, First; Badge or Payroll No.)* | POSITION: *Shop, Dept. or Div.* | GRADE | ANNUAL BASE PAY |
|---|---|---|---|
| Koog, Arthur R. 27151 | Power Plant Controlman 70451 | III | $8153.60 |
| | | | |
| | | | |

*(Attach a list for additional employees)*

1. BASIS FOR AWARD RECOMMENDATION

☐ SUPERIOR ACHIEVEMENT ☒ SUSTAINED SUPERIOR PERFORMANCE ☐ SPECIAL ACT OR SERVICES

DATE(S) OF ACCOMPLISHMENT: 1 April 67 thru 31 Mar 68

2. ESTIMATE OF BENEFITS

A. INTANGIBLE BENEFITS: ☐ SAFETY ☐ IMPROVED METHOD ☐ MORALE ☐ OTHER *(Specify)*

VALUE ☐ SLIGHT ☐ MODERATE ☐ HIGH ☐ EXCEPTIONAL

EXTENT OF APPLICATION ☐ LIMITED ☐ LOCAL ☐ EXTENDED ☐ BROAD ☐ GENERAL

B. TANGIBLE BENEFITS *(In table below compute labor savings at actual cost.)*

| ITEM | LABOR | | | MATERIAL | | | TOTAL *(Labor and materials)* |
|---|---|---|---|---|---|---|---|
| | MAN-HRS. PER | DOLLARS PER | TOTAL | UNITS PER | COST PER UNIT | TOTAL | |
| FORMER METHOD | | $ | $ | | $ | $ | $ |
| NEW METHOD | | | | | | | |
| SAVINGS | | | | | | | |

3. DESCRIPTION OF ACCOMPLISHMENT:

see attached sheets

Chairman,
RW Performance Recognition Committee

J. W. TURNER
General Foreman I 7045

*(If more space is needed, use reverse side, with this end of the page up.)*

| 4. DOES THE SUPERIOR ACCOMPLISHMENT CLEARLY EXCEED NORMAL JOB EXPECTANCY? | YES | NO | 6. IF IMPROVEMENT CAN BE USED ELSEWHERE, INDICATE WHERE |
|---|---|---|---|
| 5. IS PATENT INVESTIGATION RECOMMENDED? | | | ☐ IN THIS ACTIVITY ☐ IN OTHER NAVAL FIELD ACTIVITIES ☐ IN BUREAUS ☐ IN OTHER GOV'T AGENCIES |

C-21680

NAVY INCENTIVE AWARDS PROGRAM

PERFORMANCE RATING
NAVEXOS-3238 (6-51)

TYPE OF POSITION

[ ] GRADED SUPERVISORY [ ] GRADED NON-SUPERVISORY [ ] UNGRADED SUPERVISORY [X] UNGRADED NON-SUPERVISORY

KIND OF RATING

[X] OFFICIAL [ ] UNOFFICIAL

| | |
|---|---|
| NAME: A. R. Koog | RATING PERIOD: FROM 4/1/67 TO 3/31/68 |
| CHECK NO.: / PAYROLL TITLE: Power Plant Controlman | UNIT, SECTION OR SHOP: Steam Section, Code 70451 |
| NAME OF ACTIVITY: Naval Weapons Center, Public Works Department | LOCATION OF ACTIVITY: China Lake, California |

EXPLANATION

Mark characteristic work performance in each factor. In marking supervisors, also consider effectiveness as a supervisor in getting work done.

DEFINITIONS

OUTSTANDING - All aspects of performance not only exceeded normal requirements but were outstanding and, in addition, deserved special commendation.

SATISFACTORY - Acceptable performance that met or exceeded minimum requirements.

UNSATISFACTORY - Performance that clearly failed to meet minimum requirements.

FACTORS

Use O, S, and U to denote Outstanding, Satisfactory and Unsatisfactory performance respectively.

QUALITY OF WORK ____ ( O )
QUANTITY OF WORK ____ ( O )
ADAPTABILITY ____ ( O )

ADJECTIVE PERFORMANCE RATING

Each "O" or "U" rating must be supported by supervisor's signed statement attached hereto showing specifically and in detail wherein employee's performance was outstanding or unsatisfactory.

"O" marks in all three factors, fully supported in writing ____ OUTSTANDING ____ ( O )

"S", or "S" and "O" marks ____ SATISFACTORY ____ ( )

One or more "U" marks, fully supported in writing ____ UNSATISFACTORY ____ ( )

DEVIATIONS MAY BE MADE BUT MUST BE JUSTIFIED IN WRITING

| | | |
|---|---|---|
| RATED BY (Name): R. N. Patterson | TITLE: Foreman (Ldgm) Power Plant Controlman | DATE: |
| DISCUSSED WITH EMPLOYEE BY (Name): Ralph N. Patterson | DATE: 4-12-68 | DISCUSSION ACKNOWLEDGED (Employee's Initials): ARK |
| REVIEWED BY (Name): James W. Turner | TITLE: General Foreman, Utilities | DATE: 4-12-68 |
| DATE APPROVED BY BOARD: 9 April 1968 | DATE COPY FURNISHED EMPLOYEE: 4/12/68 | |

NOTICE TO EMPLOYEE

BY THIS COPY OF YOUR PERFORMANCE RATING FOR THE PERIOD INDICATED YOU ARE NOTIFIED WHAT YOUR ADJECTIVE RATING IS AND HOW IT IS DEFINED. IF THIS IS AN OFFICIAL RATING YOU HAVE A RIGHT TO APPEAL IT WITHIN 30 DAYS AFTER RECEIPT OF THIS NOTICE. CONSULT YOUR SUPERVISOR OR YOUR PERSONNEL OFFICER AS TO YOUR APPEAL RIGHTS.

NAVAL WEAPONS CENTER
China Lake, California

70-68-18

MEMORANDUM

From: R. N. Patterson, Foreman (Leadingman)Power Plant Controlman (Code 70451)
To: Public Works Department Performance Recognition Committee

Subj: Outstanding Rating and Sustained Superior Performance Award for Mr. A. R. Koog; recommendation for

1. It is requested that Mr. A. R. Koog, Power Plant Controlman be considered for an Outstanding Performance Rating and Sustained Superior Performance Award for the period 1 April 1967 through 31 March 1968.

a. QUALITY

Mr. Koog is assigned to our Boiler Maintenance Crew, consisting of him and one other controlman. This job requires men that are willing and capable of doing hard, dirty jobs and possessing very good mechanical ability, to clean, repair, and improve the conditions of our boilers. Mr. Koog and his partner perform these duties with a very high efficiency. He is always looking for a better way to do the job and comes up with many good ideas.

Mr. Koog and his partner in the past year has completely rebuilt the fire tunnels in 4 of our boilers, I judge it to be equal to or better that the original factory job. They are among the very few of our controlmen that can do this job,

Aside from Mr. Koog's job of boiler maintenance, he is very often called on to operate at one of our main plants, he is top operator at any of our plants he may be assigned to. At other times he is called upon to perform the duties of water tender, which consists of taking and testing samples of boiler water, and recommending treatment in order to cut down on boiler fouling and corrosion. He does this in a very efficient manner.

b. QUANTITY

Mr. Koog and his partner does all the cleaning and many maintenance jobs on 20 steam boilers ranging from 40 hp to over 700 hp and another 10 smaller boilers, also at times on some 28 hot water circulating boilers, besides at times being called upon to operate boilers at various plants, and also being called upon occassionally to perform the duties of water tender. He is able to accomplish this unusual quantity of work due to the following reasons: His willingness to do hard dirty jobs, the systematic way he performs the job, his mechanical ability for this type of work, his cooperative attitude, his physical fittness, good planning, developing new methods of doing the job, and doing the jobs in a safe and efficient manner. Mr. Koog takes care of all his cleaning and maintenance tools and equipment, keeping them in good repair and in safe and efficient operating condition.

c. ADAPTABILITY

The 30 steam boilers cleaned by Mr. Koog and his partner include 10 different makes of boilers. The 28 hot water circulating boilers are of about 4 different makes. He knows his job thoroughly in working on all these boilers, he has to do work under varying circumstances; he is capable of isolating a boiler and auxiliary equipment in order to perform maintenance and repairs in a safe and efficient manner. He is able to do repair work on the furnace refractories, such as laying bricks and pounding plastic refractories. Also making repairs to internal and external fittings, within his scope of responsibility. The above repairs require men of exceptional mechanical ability to work under varying conditions.

Mr. Koog and his partner always leave the job they have finished clean and orderly, and work harmoniously with the controlmen on watch, and with their supervisors.

Mr. Koog and his partner requires very little supervision and is congenial and cooperative with supervisors and controlmen alike.

Mr. Koog and his partner have submitted several beneficial suggestions, that have been approved and some have been put in operation.

2. I very strongly recommend the award of an outstanding performance rating to Mr. Koog, accompanied by a monetary award.

Ralph N. Patterson
RALPH N. PATTERSON

11ND-NOTS-12450/1 (4-62)
(Replaces 11ND-NOTS-12087/1)

NAVAL WEAPONS CENTER
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
2/21/68



"Benny Sugg"

From: Chairman, Beneficial Suggestion Panel, Code 7042
To: A. R. Koog, and A. Asher, Code 70451

Subj: Beneficial Suggestion # 70-68-40
Title Secondary Steam Supply to Fuel Oil Service Heaters (#11 & #12 at #5 Boiler Plant)

1. The Beneficial Suggestion Panel has met today to consider your suggestion. In order to inform you as quickly as possible as to what is happening to your suggestion, this means of "action" notification is being used instead of a personal letter. After giving careful consideration to your suggestion and the investigation report, the following checked items will indicate the present status of the suggestion:

a. ☒ Final — Award of $ 15.00 (jointly) recommended, based upon:
- ☒ Monetary savings of $ 192.00
- ☐ Intangible Benefits
- ☐ Safety

☐ Partial

b. ☐ Letter of commendation recommended

c. ☐ Referred to Office of Industrial Relations, Washington, D.C., for further consideration

d. ☐ Further investigation requested of ____

e. ☐ Placed in suspense because
- (1) ☐ Suggestion not as yet placed in operation
- (2) ☐ Insufficient funds prohibit adoption at present time

(When suggestion is placed into operation, please notify panel)

f. ☐ Rejection based upon the following reason or reasons:
- (1) ☐ In line of duty
- (2) ☐ Not a new suggestion
- (3) ☐ Arrangements undertaken to correct situation before suggestion submitted
- (4) ☐ Adopted more than six months prior to formal submission of suggestion
- (5) ☐ Believed impractical to put into use
- (6) ☐ Insufficient demand to warrant change or addition
- (7) ☐ Proven unsatisfactory by previous experience
- (8) ☐ Would not justify expense involved
- (9) ☐ Not the best solution to the problem
- (10) ☐ Would make the cost too high
- (11) ☐ Already in use at activity
- (12) ☐ Other

Your suggestion was investigated by Codes 703, 70451 and 70821

2. It may be possible that all the facts relating to your suggestion have not been adequately presented. If you have questions or desire additional information please contact your Suggestion Panel representative Rita Smiley, Code 70101, Ext. 71780.

3. The Beneficial Suggestion Panel wishes to commend you for your desire to be of service to the Navy and to this Station. It is sincerely hoped that you will continue to actively participate in the Beneficial Suggestion program in the future.

F E Rockwell
F. E. ROCKWELL, Chairman

TRANSMITTAL OF AWARD AUTHORIZATION
IIND-NOTS-12450/9 (4-62)

This form is to be used to recommend and approve monetary awards for Beneficial Suggestions and to approve monetary awards for Superior Accomplishment. (Submit in quadruplicate)

NO. 70-68-40

| EMPLOYEE'S NAME, PAY NO. AND ACCTG. SHOP | TITLE OR SUBJECT OF BENEFICIAL SUGGESTION | DATE SUBMITTED / DATE ADOPTED |
|---|---|---|
| MR<br>Asher, A. 24084-D-7451<br>and<br>Koog, A. R. 27151-D-7451<br>MR | Secondary Steam Supply to Fuel Oil Service Heaters (#11 & #12 at #5 Boiler Plant) | DATE SUBMITTED: 12/27/67<br>DATE ADOPTED: 12/20/67 |

TYPE OF SUPERIOR ACCOMPLISHMENT (Check one)

☐ SUPERIOR ACHIEVEMENT ☐ SUSTAINED SUPERIOR PERFORMANCE (Not more than once annually) ☐ SPECIAL ACT OR SERVICE

A statement signed by the suggester(s) waiving further claim against the United States is included in suggestion file.

**COMPLETE THIS SECTION FOR BENEFICIAL SUGGESTION**

The Beneficial Suggestion Committee recommends an award for the above employee as listed below.

| RECOMMENDED AWARD | MONETARY SAVINGS |
|---|---|
| $15.00 Jointly | $192.00 |

INTANGIBLE BENEFITS

SIGNATURE
*[signature]*
E. E. Rockwell, Code 7042

CHAIRMAN, Public Works Beneficial Suggestion Committee

**COMPLETE THIS SECTION FOR SUPERIOR ACCOMPLISHMENT**

If award is based on Sustained Performance for six month period, award must be in accordance with NCPI 87 for period of performance using minimum salary of grade or Ist step for per diem:

| MINIMUM SALARY FOR GRADE | APPROVED AWARD |
|---|---|
| | |

If award is based on Superior Achievement or Special Act

| MONETARY SAVINGS | INTANGIBLE BENEFIT |
|---|---|
| | |

APPROVED AWARD

**AWARD APPROVAL**

FROM: COMMANDER, TO: HEAD, CENTRAL STAFF (CODE 1762)

In accordance with NCPI 87 and delegated authority in NOTS Instruction 12087.3A the award recommendation for Beneficial Suggestion or Superior Accomplishment is approved for the above employee.

| DATE | SIGNATURE |
|---|---|
| 30 Feb | *[signature]* BY DIRECTION |

1968 MAR 7 PM 4 41

**NOTIFICATION OF PAYMENT**

FROM: HEAD, CENTRAL STAFF, CODE 17 TO: Code 70

The check described below is forwarded in payment of the approved award.

| CHECK NO. | PAY PERIOD ENDING | NET AMOUNT CHECK |
|---|---|---|
| 2138231<br>2138375 | Pre 3-23-68 | $7.50<br>$7.50 |

| DATE | SIGNATURE |
|---|---|
| | *[signature]* |

# DEPARTMENT OF THE NAVY

# Suggestion

(See instructions on reverse)

| NAME OF SUGGESTER (Last, first, middle initial) | BADGE OR PAYROLL NO. | POSITION TITLE AND GRADE (Or military grade and serial number) |
|---|---|---|
| Koog, Arthur R.<br>Asher, Andrew | D-27151<br>D-24084 | Power Plant Controlman Step 3<br>Power Plant Controlman Step 3 |

| ORGANIZATION (Specify activity, installation, bureau or office) | ORGANIZATION SUBDIVISION (Department, division, section, unit or shop) | PHONE |
|---|---|---|
| Naval Weapons Center<br>China Lake, California | Public Works Department<br>Code 70434 Power Plants | 71418 |

I UNDERSTAND that the acceptance of a cash award for the use of this suggestion by the United States Government shall not form the basis of a further claim of any nature upon the United States by me, my heirs, or assigns.

A. R. Koog
/s/ A. Asher
(Signature)

12/19/67
(Date)

DO NOT WRITE IN THIS SPACE

DATE RECEIVED: 12/27/67

SUGGESTION NO.: 70-68-40

TITLE OR SUBJECT OF SUGGESTION
Secondary Steam Supply to Fuel Oil Service Heaters (#11 and #12 at #5 Boiler Plant)

PROBLEM (Describe problem, difficulty or circumstances that prompted the submittal of your suggestion.)
#11 and #12 Electric Fuel Oil service heaters cannot heat large enough volumes of Fuel Oil to circulate cold oil between Fuel Oil tanks and Fuel Oil service pumps, preventing the operator from lighting off cold plant in cold weather.

OLD METHOD (Describe in detail—give shop, office or other location and conditions involved.)
Existing steam supply to #11 and #12 Steam Fuel Oil Heaters comes from #11 and #12 boilers respectively. Code 70434 - #5 Boiler Plant.

fold

SUGGESTED IMPROVEMENT (Describe your improvement idea, tell how it can be used and state what it will accomplish.)
Install 3/4" X 3/4" X 3/4" "T" on 3/3" Outlet from Main Steam Heater (#3 & #5 Boiler Plant Cross Connection). Run 1/2" O.D. Copper Tubing from #11 and #12 Fuel Oil heaters to 3/4" "T" on Main header. This will give operator steam from #3 Boiler Plant which can be used to heat Fuel oil in large enough volumes to circulate oil between Fuel Oil service tanks and Fuel Oil service pumps. This will change the lighting off procedure in cold weather, from days to hours.

(Continued on reverse side)

I BELIEVE THIS SUGGESTION WILL
[X] SAVE TIME [ ] SAVE MATERIAL [X] IMPROVE METHODS [ ] IMPROVE SAFETY [X] SIMPLIFY WORK [ ] OTHER (Specify)

# ELECTION, DECLINATION, OR WAIVER OF LIFE INSURANCE COVERAGE

FEDERAL EMPLOYEES GROUP LIFE INSURANCE PROGRAM

**IMPORTANT AGENCY INSTRUCTIONS ON BACK OF ORIGINAL**

## TO COMPLETE THIS FORM—

**1** FOLLOW THESE GENERAL INSTRUCTIONS:

- Read the back of the "Duplicate" carefully before you fill in the form.
- Fill in BOTH COPIES of the form. Type or use ink.
- Do not detach any part.

**2** FILL IN THE IDENTIFYING INFORMATION BELOW (please print or type):

| NAME (last) (first) (middle) | DATE OF BIRTH (month, day, year) | SOCIAL SECURITY NUMBER |
|---|---|---|
| KOOG, ARTHUR R. | [redacted] | [redacted] |
| EMPLOYING DEPARTMENT OR AGENCY: NAVAL WEAPONS CENTER | LOCATION (City, State, ZIP Code): CHINA LAKE, CALIFORNIA 93555 | |

**3** MARK AN "X" IN ONE OF THE BOXES BELOW (do NOT mark more than one):

Mark here if you WANT BOTH optional and regular insurance → ☐ **(A)**

ELECTION OF OPTIONAL (IN ADDITION TO REGULAR) INSURANCE

I elect the $10,000 additional optional insurance and authorize the required deductions from my salary, compensation, or annuity to pay the full cost of the optional insurance. This optional insurance is in addition to my regular insurance.

Mark here if you DO NOT WANT OPTIONAL but do want regular insurance → ☒ **(B)**

DECLINATION OF OPTIONAL (BUT NOT REGULAR) INSURANCE

I decline the $10,000 additional optional insurance. I understand that I cannot elect optional insurance until at least 1 year after the effective date of this declination and unless at the time I apply for it I am under age 50 and present satisfactory medical evidence of insurability. I understand also that my regular insurance is not affected by this declination of additional optional insurance.

Mark here if you WANT NEITHER regular nor optional insurance → ☐ **(C)**

WAIVER OF LIFE INSURANCE COVERAGE

I desire not to be insured and I waive coverage under the Federal Employees Group Life Insurance Program. I understand that I cannot cancel this waiver and obtain regular insurance until at least 1 year after the effective date of this waiver and unless at the time I apply for insurance I am under age 50 and present satisfactory medical evidence of insurability. I understand also that I cannot now or later have the $10,000 additional optional insurance unless I have the regular insurance.

**4** SIGN AND DATE. IF YOU MARKED BOX "A" OR "C", COMPLETE THE "STATISTICAL STUB." THEN RETURN THE ENTIRE FORM TO YOUR EMPLOYING OFFICE.

SIGNATURE (do not print): A. R. Koog

DATE: 2-9-68

FOR EMPLOYING OFFICE USE ONLY

(official receiving date stamp)

Robert L. Patterson

2/13/68 Dc

See Table of Effective Dates on back of Original

ORIGINAL COPY—Retain in Official Personnel Folder

STANDARD FORM No. 176-T
JANUARY 1968
(For use only until April 14, 1968)
176-101

STANDARD FORM 50—Rev. December 1961
U.S. Civil Service Commission
FPM Chap. 295

# NOTIFICATION OF PERSONNEL ACTION

(EMPLOYEE — See General Information on Reverse)

NAVY OVERPRINT 6-65 7 PART
50-126 11

(FOR AGENCY USE)

1. NAME (CAPS) LAST–FIRST–MIDDLE MR.–MISS–MRS.: 27151-D-7451 KOOG, ARTHUR R., MR.
2. (FOR AGENCY USE): S
3. BIRTH DATE (Mo., Day, Year): [redacted]
4. SOCIAL SECURITY NO.: [redacted]
5. VETERAN PREFERENCE (1—NO, 2—5 PT., 3—10 PT. DISAB., 4—10 PT. COMP., 5—10 PT. OTHER): 2
6. TENURE GROUP: 2
7. SERVICE COMP. DATE: 07-05-57
8. PHYSICAL HANDICAP CODE: 00
9. FEGLI (1—COVERED, 2—INELIGIBLE, 3—WAIVED): 1
10. RETIREMENT (1—CS, 2—FICA, 3—FS, 4—NONE, 5—OTHER): 1
11. (FOR CSC USE)
12. CODE: 790 NATURE OF ACTION: Mass Change
13. EFFECTIVE DATE (Mo., Day, Year): 12-31-67
14. CIVIL SERVICE OR OTHER LEGAL AUTHORITY: PW NOTICE 5400 dtd 12/26/67
15. FROM: POSITION TITLE AND NUMBER
16. PAY PLAN AND OCCUPATION CODE
17. (a) GRADE OR LEVEL (b) STEP OR RATE
18. SALARY
19. NAME AND LOCATION OF EMPLOYING OFFICE: Naval Weapons Center, Public Works Department, Maintenance-Utilities Division, Utilities Operations/Electrical Maintenance Branch, Utilities Operations Section 70434
20. TO: POSITION TITLE AND NUMBER: Power Plant Controlman JD#243
21. PAY PLAN AND OCCUPATION CODE: WB-54007
22. (a) GRADE OR LEVEL: 10 (b) STEP OR RATE: 03
23. SALARY: P/H $3.92
24. NAME AND LOCATION OF EMPLOYING OFFICE: Naval Weapons Center, Public Works Department, Maintenance-Utilities Division, Utilities Branch, Steam Section 70451
25. DUTY STATION (City—county—State): China Lake, California
26. LOCATION CODE: 04-0675-029
27. APPROPRIATION
28. POSITION OCCUPIED (1—COMPETITIVE SERVICE, 2—EXCEPTED SERVICE): 1
29. APPORTIONED POSITION FROM: TO: STATE (1—PROVED–1, 2—WAIVED–2)
30. REMARKS: A. SUBJECT TO COMPLETION OF 1 YEAR PROBATIONARY (OR TRIAL) PERIOD COMMENCING
B. SERVICE COUNTING TOWARD CAREER (OR PERMANENT) TENURE FROM:
SEPARATIONS: SHOW REASONS BELOW, AS REQUIRED. CHECK IF APPLICABLE: C. DURING PROBATION D. FROM APPOINTMENT OF 6 MONTHS OR LESS

5530-200

31. DATE OF APPOINTMENT AFFIDAVIT (Accessions only)
32. OFFICE MAINTAINING PERSONNEL FOLDER (If different from employing office)
33. CODE: NV 37 EMPLOYING DEPARTMENT OR AGENCY: DEPARTMENT OF THE NAVY
34. SIGNATURE (Or other authentication) AND TITLE: [signature] RICHARD M. SASAKI, Acting Head, Personnel Service Division #2
35. DATE: 12-29-67 dc 2896

4. PERSONNEL FOLDER COPY

U.S. GOVERNMENT PRINTING OFFICE : 1966—O-224-107

| PAY NO. | NAME | TITLE | CODE |
|---|---|---|---|
| 27151 | KOOG ARTHUR R | POWER PLANT CONTRO | 7043 |

| FROM | | | | TO | | | |
|---|---|---|---|---|---|---|---|
| CURRENT | | | DTE LST INCREASE | NEW | | SOCIAL SECURITY NUMBER | EFFECTIVE DATE |
| GS | SALARY | STEP | MO. DAY YR. | SALARY | STEP | | MO. DAY YR. |
| 1 | 362 | 2 | 3-9-66 | 3.76. | 3 | [redacted] | 9-10-67 |

~~PERFORMANCE CERTIFICATION~~

~~I certify that this employee is performing at an acceptable level of competence.~~

SIGNATURE (Certifying Supervisor)

X

SIGNATURE (Head, Personnel Service Division)

X Keith M Marshall

SCHEDULED STEP INCREASE 11ND-NOTS-12552/3 (REV. 8-66)

790 MASS CHANGE

EFFECTIVE 07-01-67, THE EMPLOYEES LISTED BELOW WERE CHANGED FROM NAVAL ORDNANCE TEST STATION CHINA LAKE CALIF TO NAVAL WEAPONS CENTER, CHINA LAKE CALIF 040675029 AUTHORITY FOR CHANGE SECNAV NOTICE 5450 OF 28 JUN 1967

TYPE OF APPOINTMENT, POSITION, GRADE, OCCUPATION CODE AND SALARY REMAIN UNCHANGED.

| NAME | SOCIAL SECURITY NUMBER |
| --- | --- |
| KOOG ARTHUR R | [redacted] |

JOSEPH E. DOUCETTE

HEAD-EMPLOYMENT DIVISION

NV19 DEPARTMENT OF THE NAVY
AGENCY CODE NAME OF AGENCY

SIGNATURE (OR OTHER AUTHENTICATION) AND TITLE

SUBMITTING OFFICE NUMBER 2896

# Department of the Navy

## Bureau of Naval Personnel

Service Schools

*This certifies that*

ARTHUR R. KOOG

BOILERMAN FIRST CLASS, U.S. NAVAL RESERVE

*has satisfactorily completed the prescribed course of study at the*
NAVAL SCHOOL, INSTRUCTORS, CLASS C-1, COURSE "D", NAVAL RESERVE INSTRUCTOR TRAINING, SERVICE SCHOOL COMMAND, NTC, SAN DIEGO, CALIFORNIA

*this* 12th *day of* MAY *, 19* 67

D. K. CHIGOS
LIEUTENANT, U.S. NAVY, XXXXXXXXXXX
OFFICER IN CHARGE

NAVPERS 674 (REV. 4-63)

STANDARD FORM 58
REVISED MARCH 1961
U.S. CIVIL SERVICE COMMISSION
0109-200-5102

# SUPPLEMENTAL EXPERIENCE AND QUALIFICATIONS STATEMENT

58-105

1. NAME (*First, middle, maiden, if any, last*)
Arthur Roger Koog

2. ADDRESS (*Number, Street, City, State, ZIP code*)
220 Bonita Street, Ridgecrest, Calif

3. [redacted]

4. DATE OF THIS STATEMENT
1-13-67

5. POSITION APPLIED FOR

IMPORTANT.—READ THESE INSTRUCTIONS CAREFULLY BEFORE FILLING OUT THIS FORM

Typewriter preferred—otherwise, write legibly or print clearly in dark ink.

Sign the form in ink in the space provided on the reverse.

THIS FORM HAS THREE PURPOSES:
(1) TO BRING UP TO DATE OR TO SUPPLEMENT AGENCY RECORDS OF YOUR EXPERIENCE AND QUALIFICATIONS;
(2) TO SUPPLEMENT YOUR AGENCY'S REQUEST THAT THE CIVIL SERVICE COMMISSION APPROVE A PROPOSED ACTION AFFECTING YOU; AND
(3) TO BRING UP TO DATE THE INFORMATION YOU PREVIOUSLY FILED WITH THE CIVIL SERVICE COMMISSION.
IF YOU ARE FILLING OUT THIS FORM FOR PURPOSE NUMBER (1): List only the experience, education, and examinations taken (items 6, 7, and 8) which the personnel office of your agency does not have on file.
IF YOU ARE FILLING OUT THIS FORM FOR PURPOSE NUMBER (2): Complete all items, but in item 6 you need list only experience (including military) which is pertinent to the position for which you are being proposed.
IF YOU ARE FILLING OUT THIS FORM FOR PURPOSE NUMBER (3): List only the additional experience, education, and examinations taken (items 6, 7, and 8) since you previously filed your application with the Civil Service Commission.
IN COMPLETING ITEM 6, EXPERIENCE, INCLUDE IN THE DESCRIPTION OF YOUR WORK: (*a*) the number and kind of employees you supervised, if supervision was one of your substantial or important duties, and (*b*) the average number of hours per week you worked if the employment was part time.

6. EXPERIENCE (*Start with your PRESENT position and work back*)

DATES OF EMPLOYMENT (*month, year*)
FROM 2-60 to 1-64 TO PRESENT TIME

EXACT TITLE OF YOUR POSITION
Boiler First Class

SALARY OR EARNINGS
STARTING $ 290. PER Mo
FINAL $ 290. PER Mo

CLASSIFICATION GRADE (*if in Federal Service*)
BT, 0000 (Boiler Repairs)

PLACE OF EMPLOYMENT
USS Calvert APA32
CITY USS Neches AO-47
STATE USSGen. W. A. Mann.

KIND OF BUSINESS OR ORGANIZATION (*manufacturing, accounting, insurance, etc.*)
US Navy

NAME AND ADDRESS OF EMPLOYER (*firm, organization, etc.*)
US Navy

NAME AND TITLE OF IMMEDIATE SUPERVISOR
W. J. Nelson Lt. USN
USS Gen. W.A..Mann TAP 112 %FPO
San Francisco

DESCRIPTION OF WORK

During the procedur of maintenance & repair of the previously mentioned machinery, equipment, and systems, it was often necessary for me to set up and operate the following types of machines. Lathe, Grinders, drillpress, hydrolic press, and occasionally milling machine.

Other tools necessary were as followers, Varous types of measuring devices dial indicator, micrometers, (caliper & other types). Electric and pneumatic powered drill motors, grinders, and impact wrenches, taps and dies (threading), lapping blocks, bearing scrapers and other machine shop tools and equiptment too numerous to mention.

(See Std. Form 57 Date 2-2-66 Item #4)

I CERTIFY that the statements made by me on this form are true, complete, and crrect to the best of my knowledge and belief, and are made in good faith.

A. R. Koog

Jacket,

STANDARD FORM 58
REVISED MARCH 1961
U.S. CIVIL SERVICE COMMISSION
0109-200-5102

# SUPPLEMENTAL EXPERIENCE AND QUALIFICATIONS STATEMENT

58-105

| | |
|---|---|
| 1. NAME (*First, middle, maiden, if any, last*) Arthur Roger Koog | |
| 2. ADDRESS (*Number, Street, City, State, ZIP code*) 220 Bonita Street Ridgecrest, California | |
| 3. BIRTH DATE (*Month, day, year*) [redacted] | 4. DATE OF THIS STATEMENT 1-13-67 |
| 5. POSITION APPLIED FOR Plumber- Pipefitter | |

IMPORTANT.—READ THESE INSTRUCTIONS CAREFULLY BEFORE FILLING OUT THIS FORM

Typewriter preferred—otherwise, write legibly or print clearly in dark ink.

Sign the form in ink in the space provided on the reverse.

THIS FORM HAS THREE PURPOSES:
(1) TO BRING UP TO DATE OR TO SUPPLEMENT AGENCY RECORDS OF YOUR EXPERIENCE AND QUALIFICATIONS;
(2) TO SUPPLEMENT YOUR AGENCY'S REQUEST THAT THE CIVIL SERVICE COMMISSION APPROVE A PROPOSED ACTION AFFECTING YOU; AND
(3) TO BRING UP TO DATE THE INFORMATION YOU PREVIOUSLY FILED WITH THE CIVIL SERVICE COMMISSION.

IF YOU ARE FILLING OUT THIS FORM FOR PURPOSE NUMBER (1): List only the experience, education, and examinations taken (items 6, 7, and 8) which the personnel office of your agency does not have on file.
IF YOU ARE FILLING OUT THIS FORM FOR PURPOSE NUMBER (2): Complete all items, but in item 6 you need list only experience (including military) which is pertinent to the position for which you are being proposed.
IF YOU ARE FILLING OUT THIS FORM FOR PURPOSE NUMBER (3): List only the additional experience, education, and examinations taken (items 6, 7, and 8) since you previously filed your application with the Civil Service Commission.
IN COMPLETING ITEM 6, EXPERIENCE, INCLUDE IN THE DESCRIPTION OF YOUR WORK: (*a*) the number and kind of employees you supervised, if supervision was one of your substantial or important duties, and (*b*) the average number of hours per week you worked if the employment was part time.

## 6. EXPERIENCE (*Start with your PRESENT position and work back*)

| | | | |
|---|---|---|---|
| DATES OF EMPLOYMENT (*month, year*) FROM 3-9-66 TO PRESENT TIME | | EXACT TITLE OF YOUR POSITION Power Plant Controlman | |
| SALARY OR EARNINGS STARTING $ 3.49 PER Hour; FINAL $ 3.62 PER Hour | CLASSIFICATION GRADE (*if in Federal Service*) W B 10-02 | PLACE OF EMPLOYMENT CITY China Lake STATE California | KIND OF BUSINESS OR ORGANIZATION (*manufacturing, accounting, insurance, etc.*) Civil Service |
| NAME AND ADDRESS OF EMPLOYER (*firm, organization, etc.*) U.S. N.O.T.S. China Lake, California Code 70434 | | NAME AND TITLE OF IMMEDIATE SUPERVISOR R.N. Patterson "Leadman Power Plant Controlman" Code 70434 | |

DESCRIPTION OF WORK Control the operation of boilers where the normal evaporation capacity of the indiviual boilers operated have an evaporation rate of up to 50,000 pounds of water per hour and the boilers normally operated at steam pressures above 100 psig and up to 300 pounds per square inch gage, and super heat temperatures 500 F. Boilers operated are fired with solid coal, pulverized coal, oil, or gas to gerate ~~stea~~ steam at a constant tempersture and pressure for industrial processes and heating ~~purpo~~ purposes.

Operate steam turbo-generators with individual capacties up to 5,000 KW. Also operate other steam or electric-powered equipment such as pumps, air compressors, water pumping plants, and sewage pumping plants. Make analysis of water and treat with with procedures and chemicals as necessary.

| | | | |
|---|---|---|---|
| DATES OF EMPLOYMENT (*month, year*) FROM TO | | EXACT TITLE OF YOUR POSITION | |
| SALARY OR EARNINGS STARTING $ PER; FINAL $ PER | CLASSIFICATION GRADE (*if in Federal Service*) | PLACE OF EMPLOYMENT CITY STATE | KIND OF BUSINESS OR ORGANIZATION (*manufacturing, accounting, insurance, etc.*) |
| NAME AND ADDRESS OF EMPLOYER (*firm, organization, etc.*) | | NAME AND TITLE OF IMMEDIATE SUPERVISOR | |

REASON FOR LEAVING

DESCRIPTION OF WORK

DATES OF EMPLOYMENT (*month, year*)

FROM TO

EXACT TITLE OF YOUR POSITION

SALARY OR EARNINGS

STARTING $ PER

FINAL $ PER

CLASSIFICATION GRADE (*if in Federal Service*)

PLACE OF EMPLOYMENT

CITY

STATE

KIND OF BUSINESS OR ORGANIZATION (*manufacturing, accounting, insurance, etc.*)

NAME AND ADDRESS OF EMPLOYER (*firm, organization, etc.*)

NAME AND TITLE OF IMMEDIATE SUPERVISOR

REASON FOR LEAVING

DESCRIPTION OF WORK

DATES OF EMPLOYMENT (*month, year*)

FROM TO

EXACT TITLE OF YOUR POSITION

SALARY OR EARNINGS

STARTING $ PER

FINAL $ PER

CLASSIFICATION GRADE (*if in Federal Service*)

PLACE OF EMPLOYMENT

CITY

STATE

KIND OF BUSINESS OR ORGANIZATION (*manufacturing, accounting, insurance, etc.*)

NAME AND ADDRESS OF EMPLOYER (*firm, organization, etc.*)

NAME AND TITLE OF IMMEDIATE SUPERVISOR

REASON FOR LEAVING

DESCRIPTION OF WORK

## 7. EDUCATION

A. GIVE THE HIGHEST ELEMENTARY OR HIGH SCHOOL GRADE COMPLETED ........................

B. IF YOU COMPLETED HIGH SCHOOL, GIVE DATE ..........................

| C. NAME AND LOCATION OF COLLEGE OR UNIVERSITY | DATES ATTENDED | | YEARS COMPLETED | | CREDIT HOURS | | DEGREES RECEIVED |
|---|---|---|---|---|---|---|---|
| | FROM | TO | DAY | NIGHT | SEMESTER OR QUARTER | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| D. CHIEF GRADUATE COLLEGE SUBJECTS | CREDIT HOURS | |
|---|---|---|
| | SEMESTER OR QUARTER | |
| | | |

| E. CHIEF UNDERGRADUATE COLLEGE SUBJECTS | CREDIT HOURS | |
|---|---|---|
| | SEMESTER OR QUARTER | |
| | | |

F. OTHER SCHOOLS OR TRAINING, SUCH AS TRADE, VOCATIONAL, ARMED FORCES, OR BUSINESS. GIVE FOR EACH: NAME AND LOCATION OF SCHOOL, DATES ATTENDED, SUBJECTS STUDIED, CERTIFICATES, AND ANY OTHER PERTINENT DATA.

## 8. EXAMINATIONS (*List below any Federal Civil Service examinations for which you filed within the last 5 years*):

| TITLE OF EXAMINATION | NAME AND ADDRESS OF COMMISSION OFFICE OR BOARD OF EXAMINERS WITH WHICH YOU FILED YOUR APPLICATION | MONTH AND YEAR | RATING |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

I CERTIFY that the statements made by me on this form are true, complete, and correct to the best of my knowledge and belief, and are made in good faith

Arthur R. Koog
(SIGNATURE)

FALSE STATEMENT ON THIS FORM IS PUNISHABLE BY LAW.

STD 58 (REV. 3-62) (BACK)

Standard Form No. 2809
CPM Supplement 890-1
6 GAO 5000
June 1964

# HEALTH BENEFITS REGISTRATION FORM

FEDERAL EMPLOYEES HEALTH BENEFITS PROGRAM

(Read instructions on back of last page. Use only typewriter or ballpoint pen.)

TO EMPLOYING OFFICE: SHOW OLD CARRIER'S CONTROL NUMBER ONLY IF ELECTION IS TO CANCEL ENROLLMENT OR TO CHANGE OPTIONS OR TYPE OF ENROLLMENT IN THE SAME PLAN.

New Carrier's Control No.

Old Carrier's Control No. 7987560

## PART A

ALL WHO REGISTER MUST FILL IN THIS PART.

1. NAME (LAST) (FIRST) (MIDDLE INITIAL): KOOG, Arthur R.
2. DATE OF BIRTH (Use numbers) MONTH DAY YEAR: [redacted]
3. ARE YOU NOW MARRIED? YES [X] 1 NO [ ] 2
4. YOUR MAILING ADDRESS (NUMBER AND STREET) (CITY) (STATE) (ZIP CODE): 220 Bonita St., Ridgecrest, California 93555
5. SEX MALE [X] 1 FEMALE [ ] 2

IMPORTANT

IT IS ILLEGAL FOR AN EMPLOYEE OR A MEMBER OF HIS FAMILY TO BE COVERED UNDER MORE THAN ONE ENROLLMENT. IF YOU ARE ALREADY COVERED THROUGH THE FAMILY ENROLLMENT OF ANOTHER FEDERAL OR DISTRICT OF COLUMBIA EMPLOYEE OR ANNUITANT YOU MUST REGISTER NOT TO ENROLL OR THE OTHER ENROLLMENT MUST BE CANCELED OR CHANGED TO SELF ONLY. SIMILARLY, IF A FAMILY MEMBER LISTED BY YOU IN PART B IS COVERED THROUGH HIS (OR HER) OWN ENROLLMENT, YOU CANNOT ELECT A FAMILY ENROLLMENT UNLESS THE FAMILY MEMBER CANCELS HIS (OR HER) ENROLLMENT.

## PART B

FILL IN THIS PART IF YOU WISH TO ENROLL OR CHANGE YOUR ENROLLMENT IN A HEALTH BENEFITS PLAN.

If enrollment is for self only, answer item 1. If enrollment is for self and family, also answer item 2.

IF YOU ARE CHANGING YOUR ENROLLMENT ALSO FILL IN PART D.

1. I elect to enroll in a health benefits plan as shown below. I authorize deductions from my salary, compensation, or annuity to cover my share of the cost of the enrollment. (Copy the information requested below from back page of brochure of the plan you select.)

| NAME OF PLAN | OPTION (HIGH OR LOW) | ENROLLMENT CODE NUMBER |
|---|---|---|
| INDEMNITY BENEFIT PLAN | HIGH | 2 0 2 |

2. In space below list all eligible family members without exception: List your wife or husband first, then your unmarried children under age 21, including, (a) legally adopted children, and, (b) stepchildren, foster children, and illegitimate children who live with you in a regular parent-child relationship. Include also any unmarried child over 21 who became disabled before age 21 and who, because of the disability, is incapable of self-support. (Attach a doctor's certificate for a disabled child age 21 or over, if one is not already on file.) DO NOT LIST PARENTS OR OTHERS WHO ARE NOT ELIGIBLE FAMILY MEMBERS. THEY WILL NOT RECEIVE BENEFITS, EVEN IF THEY ARE DEPENDENT ON YOU AND ARE LISTED.

| NAMES OF FAMILY MEMBERS | DATE OF BIRTH (Month, Day, Year) | | NAMES OF FAMILY MEMBERS | DATE OF BIRTH (Month, Day, Year) | |
|---|---|---|---|---|---|
| Wife or Husband Connie | [redacted] | 1 | | | 6 |
| Rhonda | [redacted] | 2 | | | 7 |
| Denise | [redacted] | 3 | | | 8 |
| Roger | [redacted] | 4 | | | 9 |
| | | 5 | | | 10 |

17 AM 1:03 (stamp)

## PART C

FILL IN THIS PART IF YOU WISH NOT TO ENROLL OR IF YOU WISH TO CANCEL YOUR ENROLLMENT.

PLACE AN "X" IN ITEM 1 OR 2, WHICHEVER APPLIES:

1. I ELECT NOT TO ENROLL IN A PLAN UNDER THE FEDERAL EMPLOYEES HEALTH BENEFITS ACT. [ ]
2. I ELECT TO CANCEL MY PRESENT ENROLLMENT UNDER THE CODE NUMBER SHOWN BELOW: [ ]

Present Enrollment Code Number

## PART D

FILL IN THIS PART, AS WELL AS PART B, TO CHANGE YOUR ENROLLMENT.

ANSWER ITEMS 1, 2, AND 3 TO SHOW ENROLLMENT CODE BEING CHANGED AND ELIGIBILITY FOR CHANGE.

1. ENROLLMENT CODE NUMBER OF PRESENT PLAN: 2 0 5
2. NUMBER OF EVENT WHICH PERMITS CHANGE. (See table on back of duplicate for proper number.): 1
3. DATE OF EVENT WHICH PERMITS CHANGE. MONTH 11 DAY 15 YEAR 66

## PART E

ALL WHO REGISTER MUST FILL IN THIS PART.

A. R. Koog (signature) 11-15-66
(YOUR SIGNATURE—DO NOT PRINT) (DATE)

WARNING.—Any intentional false statement in this application or willful misrepresentation relative thereto is a violation of the law punishable by a fine of not more than $10,000 or imprisonment of not more than 5 years, or both. (18 U.S.C. 1001.)

## PART F

TO BE COMPLETED BY AGENCY.

1. NAME AND ADDRESS OF EMPLOYING OFFICE: U. S. NAVAL ORDNANCE TEST STATION, CHINA LAKE, CALIFORNIA
Robert L. Patterson (signature)
ROBERT L. PATERSON, Hd., Pers.Serv.Div. #2
(SIGNATURE OF AUTHORIZED AGENCY OFFICIAL)
2. DATE RECEIVED IN EMPLOYING OFFICE: 11-15-66
3. EFFECTIVE DATE OF ELECTION: 1/1/67
4. PAYROLL OFFICE NO. 17-060530
5. SF 2811 REPORT NO. 66-31

REMARKS FOR USE ONLY BY AGENCY.

Open Season 27151-D-7451

PLEASE PRINT

Name: KOOG, ARTHUR

Badge No: E00313

Supervisors: PATTERSON, RALPH N.

Department: 70434

480-66

U.S. DEPARTMENT OF LABOR
Bureau of Employees' Compensation

EMPLOYEE'S NOTICE OF INJURY OR OCCUPATIONAL DISEASE
(Under the Federal Employees' Compensation Act)

INSTRUCTIONS

This form should be completed by the injured employee or someone on his behalf whenever an injury is sustained in the performance of duty and given to his immediate superior within 48 hours. It should be placed in the employee's official personnel file unless the injury causes disability for work beyond the day when it occurred; is likely to result in prolonged treatment or permanent disability; or in a charge for medical or related expenses when it should be forwarded to this Bureau with Form CA-2, Official Superior's Report of Injury. This form is also completed whenever an employee believes he suffers from a disease related to his employment. (See Sections 1.2, 1.3, 2.2 and 2.3 of the Bureau's Regulations.)

**The immediate superior should also complete the reverse side of this form.**

1. NAME OF INJURED EMPLOYEE (*Last, first, middle*): Koog Arthur R.

2. DATE OF THIS NOTICE (*Mo., day, yr.*): 9-27-66

3. PLACE OF EMPLOYMENT (*Name and location of office or establishment*): Code 70434

4. DATE OF INJURY (*Mo., day, yr.*): 9-27-66

5. OCCUPATION: Power Plant Control man

6. HOUR OF INJURY (*a.m. or p.m.*): 0930

7. PLACE OR LOCATION WHERE INJURY OCCURRED: #2 Boiler Plant

8. CAUSE OF INJURY (*Describe how and why injury occurred*): Seeking out leak in pipeing in bilge cut finger (2nd LH.) in process

9. NATURE OF INJURY (*Name part of body affected—fractured left leg, bruised right thumb, etc.*): Cut left ~~third~~ second finger

10. NAMES OF WITNESSES TO INJURY: Miller & G. Bohannon

11. IF THIS NOTICE WAS NOT GIVEN WITHIN 48 HOURS AFTER THE INJURY, EXPLAIN REASON FOR DELAY. IF EARLIER NOTICE WAS GIVEN, VERBAL OR WRITTEN, STATE WHEN AND TO WHOM.

I certify that the injury described above was sustained in the performance of my duties as an employee of the U.S. Government and that it was not caused by my willful misconduct, intention to bring about the injury or death of myself, or another, nor by my intoxication. I hereby make claim for compensation and medical treatment to which I may be entitled by reason of this injury.

12. SIGNATURE: A. R. Koog

13. HOME ADDRESS OF INJURED EMPLOYEE: 220 Bonita St. Ridgecrest Calif

Form CA-1, Apr. 1962. Edition of Oct. 1952 may be used.

CA-20
U. S. DEPARTMENT OF LABOR
Bureau of Employees' Compensation
(Revised January 28, 1960)

# AT[illegible]NDING PHYSICIAN'S REPORT

480-66

Name of claimant Koog, Arthur Age 24 Marital status M Sex M

Home address 220 Bonita St. Date of injury 9/27/66

CLAIMANT'S HISTORY OF INJURY

Place of employment 70434 Other? 107 By Patterson, Roop

Referred on CA-16? CA-17? Discharged? Date

Date of first visit 9/27/66 Hour 0840 

FINDINGS DUE TO TRAUMA Laceration tip left 2 [illegible]

(a) Results of X-ray, laboratory examination

(b) Other disabilities?

TYPE AND FREQUENCY OF TREATMENT PROVIDED Phisohex with Taped.

Hospitalized? Date Where Date discharged

DISABILITY (describe in terms of function) No.

In bed?

DISABLED FOR WORK? No. Began (date) (b) usual duty

Probable duration of disability for (a) light duty

DIAGNOSIS (a) due to injury As above.

(b) Other

PROGNOSIS Good Probable permanent effects

RECOMMENDATIONS (treatment, hospitalization, reexamination) Follow up.

SUPPLEMENTARY STATEMENT WHEN INJURY IS IN DOUBT OR RELATION TO CAUSE ALLEGED IS NOT CLEA

Onset and sequence of symptoms before first visit

Explain medical opinion *why* condition found is (is not) result of injury

Signed [signature] Title 9/27/66

Address

Date of report

(RECORD SUPPORTING DETAILS ON BACK OF THIS REPORT)

16-4990-3 GPO

STANDARD FORM 57
REVISED MARCH 1961
U.S. CIVIL SERVICE COMMISSION

dated 2-16-6

57-103

# APPLICATION FOR FEDERAL EMPLOYMENT

SF '66 72792

DO NOT WRITE IN THIS SPACE — APPLICATION NO. 027264 — ANNOUNCEMENT NO.

Processed under section 3(A), E.O. 10450 Date JUN 14 1966 Initials

1. Kind of position applied for, or name of examination: Power Plant Controlman
Announcement No.: ~~12-20-25~~ (62)

2. Options for which you wish to be considered (*if listed in examination announcement*): ~~Plumber, Announcement No. SF-20-44 (65)~~

3. Primary place(s) of employment applied for (*City and State*): China Lake, California

4. Name (*First, middle, maiden, if any, last*): Mr. Arthur Roger Koog

5. Address (*Number, Street, City, Zone, State*): 1199 South "N" Street, Oxnard, California

6. Home phone: 486-6281

7. Office phone:

8. Legal or voting residence (*State*): California

9. Height without shoes: 5 feet 6 inches

10. Weight: 149

11. Sex: [X] Male [ ] Female

12. Marital status: [X] Married [ ] Single (*Incl. widowed, divorced*)

13. Birthplace (*City and State, or foreign country*): Del Rio, Texas

14. Birth date (*Month, day, year*): [redacted]

15. Social Security Number: [redacted]

16. If you have ever been employed by the Federal Government, indicate last grade and job title: Heating Plant Operator (numerical rating 81.0) $2.55 per. hr., 2nd step
Dates of service in that grade From 4-58 To 6-59

DO NOT WRITE IN THIS BLOCK
For Use of Examining Office Only

[ ] Appor. [ ] Nonappor.
Material [ ] Submitted [ ] Returned
Entered Register: FEB 16 1966
Notations:
App. Reviewed:
App. Approved:

| Option | Grade | Earned Rating | Preference | Augm. Rating |
|---|---|---|---|---|
| | | 84.33 | [✓] 5 points (Tent.) | 89.33 |
| | | | [ ] 10 points Comp. Dis. | |
| | | | [ ] Other 10 Point | |
| | | | [ ] Disal. | |
| | | | [ ] Being Investigated | |

Initials and date: 2/16/66

## 17. AVAILABILITY INFORMATION

A. Lowest grade or pay you will accept: $2.93 Per hr. or grade

B. Will you accept temporary appointment? (*Acceptance or refusal of temporary employment will not affect your consideration for other appointments.*) [X] Yes [ ] No If "Yes," indicate by "X" in appropriate box or boxes. [ ] 1 mo. or less [ ] 1 to 4 months [X] 4 to 12 months

C. Will you accept less than full-time employment (less than 40 hours per week)? [ ] Yes [X] No

D. Are you willing to travel? [ ] Not at all [X] Occasionally [ ] Frequently

E. Will you accept employment: In Washington, D.C.? [X] Yes [ ] No Outside U.S.? [X] Yes [ ] No

F. Will you accept appointment only in certain locations? [ ] Yes [X] No If "Yes," list locations:

## 18. ACTIVE MILITARY SERVICE AND VETERAN PREFERENCE

A. List Dates, Branch, and Serial or Service Number of All Active Service

| From | To | Branch of Service | Serial or Service Number |
|---|---|---|---|
| 8-24-54 | 4-16-58 | U.S. Navy | 362-46-25 |
| 2-10-60 | 1-17-64 | U.S. Navy | 362-46-25 |

B. Have you ever been discharged from the armed forces under other than honorable conditions? [ ] Yes (*Give details in Item 39*) [X] No

C. Do you claim 5-point preference based on wartime military service? [ ] Yes [X] No

D. Do you claim 5-point preference based on service during peacetime campaigns? (*Complete and attach Standard Form 15*) [ ] No

E. Do you claim 10-point preference? [ ] Yes [X] No If "Yes," check type of preference claimed and complete and attach Standard Form 15, "Veteran Preference Claim" TYPE: [ ] Compensable disability [ ] Disability [ ] Wife [ ] Widow [ ] Mother

RECEIVED MAR 14 1966 SF-ID

THIS SPACE FOR USE OF APPOINTING OFFICER ONLY

The information given in answer to Question 18 has been verified with the discharge certificate and/or other proof which shows that the separation was under honorable conditions.

VETERAN PREFERENCE ALLOWED: [ ] 5-point [ ] 10-point Comp. Dis. [ ] Other 10-point [ ] None

| Signature and title | Agency | Date |
|---|---|---|
| | | |

16-76419-1

**PLEASE BE SURE TO READ ATTACHED INSTRUCTIONS BEFORE COMPLETING ITEM 19**

19. EXPERIENCE *(Start with your PRESENT position and work back)*

May inquiry be made of your present employer regarding your character, qualifications, and record of employment? [X] Yes [ ] No

**1**

Dates of employment *(month, year)* From 6-65 To present time

Exact title of position: Roustabout

Number and kind of employees you supervise:

Salary or earnings: Starting $ 21.50 per day; Present $ 23.90 per day

Classification Grade *(If in Federal service)*:

Place of employment *(City & State)*: Ventura, Calif.

Kind of business or organization, *(Manufacturing, accounting, insurance, etc.)*: Oil Production

Name and address of employer *(firm, organization, etc.)*: Shell Oil Co. 3587 North Ventura Avenue Ventura, California

Name, title, and present address of immediate supervisor: Hank Hewston, Production Supervisor 3587 North Ventura Ave. Ventura, Calif

Reason for wanting to leave: I want to make a career in Government Cival Service.

Description of work: Install pipe fittings valves, regulators, controls and pumps useing sketches, drawings, blueprints, and etc. To construct and maintain pipeing systems such as field gas, liquid petrolium gas. crude oil, drilling mud, fire protection, drainage, and sewer lines. assemble, install, level, and grout large oilwell pumps. Assemble, install, and test Hydrill well heads and flanges.

**2**

Dates of employment *(month, year)* From 6-64 To 6-65

Exact title of position: Plumber

Number and kind of employees you supervised:

Salary or earnings: Starting $ 2.55 per hr.; Final $ 2.55 per hr.

Classification Grade *(If in Federal service)*:

Place of employment *(City & State)*: Oxnard, Calfornia

Kind of business or organization, *(Manufacturing, accounting, insurance, etc.)*: Hospital Non-Profit

Name and address of employer *(firm, organization, etc.)*: St. Johns Hosipital 333 North "F" Street Oxnard, California

Name, title, and present address of immediate supervisor: John F. Conroy, Chief Engineer 317 North "J" St. Oxnard, California

Reason for leaving: Future Not Promiseing.

Description of work: Maintain all plumbing fixtures, pipeing systems, such as fresh water, hot water, distilled water, sanitary drains, high and low pressure steam, condensate returnes, oxygen, nitrous, sewer, fire mains, fire protection spranklers, landscape sprinkles, supply and refridgeration. Locate leaks and obstructions and repair same. Useing blueprints drawing laid out and assembled pipeing, sanitary drains etc. To accomplish new construction, rerouting, renewing, and remodeling. Test and inspect pipeing valves regulators and etc.

See continuation sheet No. 2

**3**

Dates of employment *(month, year)* From 1-64 To 6-65

Exact title of position: Plumber

Number and kind of employees you supervised:

Salary or earnings: Starting $2.10 per hr.; Final $2.25 per hr.

Classification Grade *(If in Federal service)*:

Place of employment *(City & State)*: Cypress, California

Kind of business or organization, *(Manufacturing, accounting, insurance, etc.)*: manufacturing Mobile Homes

Name and address of employer *(firm, organization, etc.)*: Mobil Holdings Corperation 4656 East Lincoln Ave. Cypress, Calif.

Name, title, and present address of immediate supervisor: William Foster, Plumbing Supervisor #3 Serpintine Rd. Los Alamedos, Calif.

Reason for leaving: Wages not sufficient.

Description of work: In the construction of custom mobile homes and folding houses. (The latter under U.S. Air Force contract) The following was accomplished. Useing blueprints; install all plumbing and heating such as hot water tanks, cold water pipeing, natural gas or liquid petrolium gas pipeing, sanitray drains and vents, bath tubs, showers, wash basins, pullman basins, double sinks, garbage disposals, dish washers, dishmasters, ovens, ranges, oven vent hot water heater vents, furnaces, washing machines, dryers. Converted burner orfices (in oven, ranges, hot water heaters, furnaces and clothes dryers).

**IF YOU NEED ADDITIONAL EXPERIENCE BLOCKS USE STANDARD FORM 57-A OR BLANK SHEETS**
**SEE INSTRUCTION SHEET**

STANDARD FORM 57-A
REVISED MARCH 1961
U.S. CIVIL SERVICE COMMISSION

# CONTINUATION SHEET FOR STANDARD FORM 57
## "Application for Federal Employment"

57-203

INSTRUCTIONS—Fill out this form only when necessary for completion of Item 19, "EXPERIENCE," on Standard Form 57. Enclose with your application. Typewrite or write clearly in dark ink.

| | |
|---|---|
| 1. Name (First, middle, maiden, if any, last) Arthur Roger Koog | 2. Birth date (Month, day, year) April 19, 1937 |
| 3. Kind of position applied for, or name of examination Power Plant Controlman | 4. Date of this continuation sheet 2-1-66 |

| | | |
|---|---|---|
| 2 Dates of employment (month, year) From 6-64 To 6-65 | Exact title of position Plumber | Number and kind of employees you supervised |
| Salary or earnings Starting $ 2.55 per hr. Final $ 2.55 per hr. | Classification Grade (If in Federal service) | Place of employment (City & State) Oxnard, California |
| Kind of business or organization (Manufacturing, accounting, insurance, etc.) Hospital Non-Profit | | |
| Name and address of employer (firm, organization, etc.) St. Johns Hospital 333 North "F" Street Oxnard, California | Name, title, and present address of immediate supervisor John F. Conroy, Chief Engineer 317 North "J" Street Oxnard, California | |
| Reason for leaving Future Not Promiseing. | | |

49 49

Description of work Estimate materials and costs. Order parts, fixtures, repair parts as nessary for maintenance, repair, installation and stock. Heating, ventilation, and air condition systems. Make tests, inspections, and repairs as necessary to the above. Such as rerouteing, cleaning, and repairing ducting, Calibrate install, replace meters, and controls wall thermastats, aquastats, thermo couples, pilotstats, vacuumstats, pneumatic controlers. Boiler room, operate combination natural gas or oil fireed boilers manully or automaticly regulate

| | | |
|---|---|---|
| 2 Dates of employment (month, year) From To XXXXXXXXXXXXXXXXXXXXXXXXXXX | Exact title of position XXXXXXXXXXXXXXXXXXXXXXX | Number and kind of employees you supervised XXXXXXXXXXXXXXXXXXXXXXX |
| Salary or earnings Starting $ per Final $ per XXXXXXXXXXXXXXXXXXXXXX | Classification Grade (If in Federal service) XXXXXXXXXXXXX | Place of employment (City & State) XXXXXXXXXXXXXXXXXX |
| Kind of business or organization (Manufacturing, accounting, insurance, etc.) XXXXXXXXXXXXXXXXXX | | |
| Name and address of employer (firm, organization, etc.) XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | Name, title, and present address of immediate supervisor XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | |
| Reason for leaving XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |

Description of work gas or fuel supply, dambers, forced draft blowers, to maintaine s steam pressure at proper operating pressure (125psgi). Operate boileroom aux-illuries such as reduceing manifoldsds, fueloil pumps, boiler feed water pumps hot water tanks, hot water circulating pumps, condensate pumps, deaerateing feed water tank, water softners (50,000 gal capasity) air compressors (high and low pressure), emergency diesel generators 250 kw, and 650 kw. Test boiler water and condensate returnes and add chemical as necessary.

| | | |
|---|---|---|
| 3 Dates of employment (month, year) From 1-64 To 6-65 | Exact title of position Plumber | Number and kind of employees you supervised |
| Salary or earnings Starting $ 2.10 per hr. Final $ 2.25 per hr. | Classification Grade (If in Federal service) | Place of employment (City & State) Cypress, California |
| Kind of business or organization (Manufacturing, accounting, insurance, etc.) Manufacturing Mobil Homes. | | |
| Name and address of employer (firm, organization, etc.) Mobil Holdings Corperation 4656 East Lincoln Ave. Cypress, Calif. | Name, title, and present address of immediate supervisor William Foster, Plumbing Supervisor #3 Serpintine Rd. Los Alamedos, Calif. | |
| Reason for leaving Wage not sufficient. | | |

49 49

Description of work from natural gas to liquid petrolium gas and vise-versa. Inspected and tested all the above after work was completed.

4 Dates of employment *(month, year)* From 2-60 To 1-64

Exact title of position: Boilerman Frist Class

Number and kind of employees you supervised: 24(BT2/c BT3/c BTFN FNFA)

Salary or earnings: Starting $ 210.00 Month; Final $ 290.00 per Mo.

Classification Grade *(If in Federal service)*: BT0000 (Boiler repair)

Place of employment *(City & State)*: U.S.S. Calvert APA 32, USS. Neches AO-47, USS. Gen. W. A. Mann

Kind of business or organization, *(Manufacturing, accounting, insurance, etc.)*: U.S. Navy

Name and address of employer *(firm, organization, etc.)*: USS. Gen. W. A. Mann TAP-112 (last duty station) %Fleet Post Office San Francisco, California 3-11

Name, title, and present address of immediate supervisor: W.J.Nelson LT. U.S.N. USS. Gen. W.A. Mann TAP-112 %FPO. San Francisco, California

Reason for leaving: Expiration of enlistment

Description of work: While assigned to the above named ships I performed the following work. Operated ships power boilers with evaperation rate well above 50,000 pounds of water per hour and at pressures in excess of 450 paig and with superheat temperatures in excess of 750 F. Types of boilers were as followeres sectional header type, "D" type express, "M" type with seperate fired superheater. The above boilers were all oil fired boilers employing high pressure

Dates of employment *(month, year)*: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | Exact title of position: XXXXXXXXXXXXXXXXXXXX | Number and kind of employees you supervised: XXXXXXXXXXXXXXXXXXXXXXXX

Salary or earnings: Starting $ per, Final $ per XXXXXXXXXXXXXXXXXXXX | Classification Grade *(If in Federal service)*: XXXXXXXXXXXXXX | Place of employment *(City & State)*: XXXXXXXXXXXXXXXXXXX | Kind of business or organization, *(Manufacturing, accounting, insurance, etc.)*: XXXXXXXXXXXXXXXXXX

Name and address of employer *(firm, organization, etc.)*: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | Name, title, and present address of immediate supervisor: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Reason for leaving: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Description of work: oil systems up to 450 psig and preheated above 125 F. And also employed forced draft air at up to twenty inches of water. Some of the above boilers were fitted with variours meters and automatic controls such as Mason-Neilan Hagan and Bailey, automatic combustion controls, thermo pneumatic and thermo-mechanicaly feed water regulators, superheater steam flow meters, indicators and alarm devices. All above boilers could be operated with or with-

4 Dates of employment *(month, year)*: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | Exact title of position: XXXXXXXXXXXXXXXXXXXXXX | Number and kind of employees you supervised: XXXXXXXXXXXXXXXXXXXXXXXX

Salary or earnings: Starting $ per, Final $ per XXXXXXXXXXXXXXXXXXXX | Classification Grade *(If in Federal service)*: XXXXXXXXXXXXXX | Place of employment *(City & State)*: XXXXXXXXXXXXXXXXXXX | Kind of business or organization, *(Manufacturing, accounting, insurance, etc.)*: XXXXXXXXXXXXXXXXXXX

Name and address of employer *(firm, organization, etc.)*: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | Name, title, and present address of immediate supervisor: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Reason for leaving: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Description of work: out the above mentioned controls. I operated the above singular and in parallel both manually and or automaticaly at constant temperature and pressure to supply steam for the following machinery and equiptment, steam burbine main engines (generating in the excess of 85,000 shaft horse power), steam turbine generators (generating in excess of 5,000 K.W., and auxiliary equiptment such as turbine driven forced draft blowers, turbine driven pumps,

4 Dates of employment *(month, year)* From To: XXXXXXXXXXXXXXXXXXXXXXXXXX | Exact title of position: XXXXXXXXXXXXXXXXXX | Number and kind of employees you supervised: XXXXXXXXXXXXXXXXXX

Salary or earnings: Starting $ per, Final $ per XXXXXXXXXXXXXXXXXXXX | Classification Grade *(If in Federal service)*: XXXXXXXXXXXXX | Place of employment *(City & State)*: XXXXXXXXXXXXXXXXXX | Kind of business or organization, *(Manufacturing, accounting, insurance, etc.)*: XXXXXXXXXXXXXXXX

Name and address of employer *(firm, organization, etc.)*: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | Name, title, and present address of immediate supervisor: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Reason for leaving: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Description of work: steam reciprocating pumps, steam reciprocating air compressors, steam air ejectors, double and triple effect evaperators, heat exchangers, ships heating and cooking, fuel oil service heaters, tank heating coils, steam wenches, I performed maintenance, repair, complete overhauls, inspections, tests, trials, operated and kept rec[illegible] of all the above named mac[illegible] and equiptment

(See continuation sheet # 4)

STANDARD FORM 57-A
REVISED MARCH 1961
U.S. CIVIL SERVICE COMMISSION

# CONTINUATION SHEET FOR STANDARD FORM 57
## "Application for Federal Employment"

57-203

INSTRUCTIONS—Fill out this form only when necessary for completion of Item 19, "EXPERIENCE," on Standard Form 57. Enclose with your application. Typewrite or write clearly in dark ink.

| | |
|---|---|
| 1. Name *(First, middle, maiden, if any, last)*<br>Arthur Roger Koog | 2. Birth date *(Month, day, year)*<br>April 19, 1937 |
| 3. Kind of position applied for, or name of examination<br>Power Plant Controlman | 4. Date of this continuation sheet<br>2-1-66 |

4

| | | | |
|---|---|---|---|
| Dates of employment *(month, year)*<br>From 2-60 To 1-64 | Exact title of position<br>Boilerman Frist Class | Number and kind of employees you supervised<br>24(BT2/cBT3/c BTFN FNFA) | |
| Salary or earnings<br>Starting $210.00 per Month<br>Final $ per | Classification Grade *(If in Federal service)*<br>BT0000<br>Boiler repair | Place of employment *(City & State)*<br>USS. Calvert APA 32<br>USS. Neches AO-47<br>USS. Gen. W.A. Mann | Kind of business or organization, *(Manufacturing, accounting, insurance, etc.)*<br>U.S. Navy |
| Name and address of employer *(firm, organization, etc.)*<br>USS. Gen. W. A. MannTAP-112<br>% Fleet Post Office San Francisco, Calif. | | Name, title, and present address of immediate supervisor<br>W. J. Nelson Lt. U.S.N.<br>USS. Gen. W. A. Mann TAP-112 %F.P.O.<br>San Francisco, Calif. | |

Reason for leaving Eixpiration of enlistment.

Description of work with exception of the main engin turbines. Other tasks performed were as followers. Repair, inspect, and test the following pipeing, systems all steam pipeing through out the ship, fresh and hot water pipeing, fuel oil service and transfer pipeing, boiler feed water pipeing, evaperator distributing pipeing, compressed air pipeing tank vents. Performed task of Oil and Water King as follows recieve, store, and test fuel oil and in some cases transfer fuel oil to other ships. Kept daily reports of consuption and tests.

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX (Dates of employment *(month, year)* From To; Exact title of position; Number and kind of employees you supervised)

Salary or earnings Starting $ per Final $ per XXXXXXXXXXXXXXXXXXXX; Classification Grade *(If in Federal service)* XXXXXXXXXXXXXX; Place of employment *(City & State)* XXXXXXXXXXXXXXXXXXX; Kind of business or organization, *(Manufacturing, accounting, insurance, etc.)* XXXXXXXXXXXXXXXXXXX

Name and address of employer *(firm, organization, etc.)* XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX; Name, title, and present address of immediate supervisor XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Reason for leaving

Description of work Receive store and test fresh water. Test boiler water, deairating feed tanks, feed water tanks, evaperator destilling tanks. And keep records and daily reports of the latter. Compile data for engineering records, reports, and material histeries, and make routine inspections tests, and reports on fireroom machinery and equiptement. Assign my men (24 men) to daily tasks and watches according to their rate and abilities, to accomplish daily opertions, maintenance and repairs of all machinery, spaces, and equiptment assigne

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX (Dates of employment *(month, year)* From To; Exact title of position; Number and kind of employees you supervised)

Salary or earnings Starting $ per Final $ per XXXXXXXXXXXXXXXXXXXX; Classification Grade *(If in Federal service)* XXXXXXXXXXXXXX; Place of employment *(City & State)* XXXXXXXXXXXXXXXXXXXX; Kind of business or organization, *(Manufacturing, accounting, insurance, etc.)* XXXXXX XXXXXXXXXXXXX

Name and address of employer *(firm, organization, etc.)* XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX; Name, title, and present address of immediate supervisor XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Reason for leaving XXXXXXXXXX XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Description of work me by the Chief Engineer. Train, instruct, and supervise men assigned me in all phases of the above. Gave weekley lectures and talks to enlisted men of engineering department on the following subjects, safety precautions operation, the use of tools, various war fare conditions, engineering casulty control, Uniform Code of Military Justice, leadership, what to do if captured by an enemy. Made personell performance reports an all (24) men a ssigned me.