UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNIE SUE KOOG,<br>Individually and as Personal<br>Representative on Behalf of the<br>Estate of ARTHUR KOOG and all<br>Wrongful Death Beneficiaries<br><br>*Plaintiff,*<br>v.<br><br>A.W. Chesterton Company, ET AL.<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION 4:25-CV-01879<br>ADMIRALTY CASE |

# Exhibit 1 to Plaintiff's First Amended Complaint

# Part 3

# 65 pages

# (65 pages of Records)

# (Redaction of SSNs, Dates of Birth and Financial Acct Nos.)

5 Dates of employment (month, year) From 6-59 To 1-60
Exact title of position: Plumber
Number and kind of employees you supervised: 1 laberor
Salary or earnings: Starting $ 1.35 per hr. Final $ 1.50 per hr.
Classification Grade (If in Federal service)
Place of employment (City & State): San Antonio, Texas
Kind of business or organization (Manufacturing, accounting, insurance, etc.): pool construction.
Name and address of employer (firm, organization, etc.): The Gary Co. Pools 111 North East Military Dr. San Antonio, Texas
Name, title, and present address of immediate supervisor: Gary E. Zars, Owner Operator 111 North East Military Dr. San Antonio, Texas
Reason for leaving: To fullfil the desire to serve another enlistment in the Navy.
Description of work: Working from blueprints and sketches accomplished the following plumbing in the construction of new swimming pools and also maintenance of those the company had already constructed. Installed main drain, vent, circulateing, inlet pipeing pryor to the laying of steel in the forms. After the pools were gunited, installed finish fixtures, installed filters, pump and connected all pipeing valves and deveces to complete the following systems;

Dates of employment (month, year) From To XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Exact title of position XXXXXXXXXXXXXXXXXXXXXXX
Number and kind of employees you supervised XXXXXXXXXXXXXXXXXXXXXXX
Salary or earnings Starting $ per Final $ per XXXXXXXXXXXXXXXXXXXXXXX
Classification Grade (If in Federal service) XXXXXXXXXXXXX
Place of employment (City & State) XXXXXXXXXXXXXXXXXX
Kind of business or organization (Manufacturing, accounting, insurance, etc.) XXXXXXXXXXXXXXXXXX
Name and address of employer (firm, organization, etc.) XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Name, title, and present address of immediate supervisor XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Reason for leaving XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Description of work: Ciculating, drain and vent, filling, filration and chemical injection. In contracts that required public facilities such as shower room and restroom facilities, I laid all stubb outs for hot and cold water and ran all necessary pipeing. Installed all finsh fixtures such as, urnals, comodes, wash basins, drinking fountains, andect. Installed hot water heaters. Inspected and tested all the above after installation or repair. Made the estimates

Dates of employment (month, year) From To XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Exact title of position XXXXXXXXXXXXXXXXXXXXXXX
Number and kind of employees you supervised XXXXXXXXXXXXXXXXXXXXXXX
Salary or earnings Starting $ per Final $ per XXXXXXXXXXXXXXXXXXXXXXX
Classification Grade (If in Federal service) XXXXXXXXXXXXX
Place of employment (City & State) XXXXXXXXXXXXXXXXXX
Kind of business or organization (Manufacturing, accounting, insurance, etc.) XXXXXXXXXXXXXXXXXX
Name and address of employer (firm, organization, etc.) XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Name, title, and present address of immediate supervisor XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Reason for leaving XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Description of work: to the supervisor, amount of materials costs, and man hour required for each contract.

6 Dates of employment (month, year) From 4-58 To 6-59
Exact title of position: Heating Plant Operator
Number and kind of employees you supervised:
Salary or earnings: Starting $2.21 per hr. Final $2.55 per hr.
Classification Grade (If in Federal service)
Place of employment (City & State): Port Huemene, Calif.
Kind of business or organization (Manufacturing, accounting, insurance, etc.): U.S. Naval Base
Name and address of employer (firm, organization, etc.): U.S. Naval Construction Battalion Center Utilities Division, Port Hueneme, Calif.
Name, title, and present address of immediate supervisor: Wm.N. Jones, Leadman Heating Plants 1064 No. 6th St. Port Hueneme, Calif.
Reason for leaving: Left vicinity to accept another position.
Description of work: Operated the following heating plants, boilers and assocealed machinery, and humidification plant. ~~Main boiler plant cosisted of three 125~~ pisig water tube boilers they were combination oil or natural gas fired boilers. Hagan automatic combustion control board arranged so boilers could be operated in paral[illegible]l or individuall either with [illegible]uel oil or natural gas.

Continuation sheet #6

STANDARD FORM 57-A
REVISED MARCH 1961
U.S. CIVIL SERVICE COMMISSION

**CONTINUATION SHEET FOR STANDARD FORM 57**
**"Application for Federal Employment"**

57-203

INSTRUCTIONS—Fill out this form only when necessary for completion of Item 19, "EXPERIENCE," on Standard Form 57. Enclose with your application. Typewrite or write clearly in dark ink.

| | |
|---|---|
| 1. Name (First, middle, maiden, if any, last) Arthur Roger Koog | 2. Birth date (Month, day, year) April 19, 1937 |
| 3. Kind of position applied for, or name of examination Power Plant Controlman | 4. Date of this continuation sheet 2-1-66 |

| | | | |
|---|---|---|---|
| 6 Dates of employment (month, year) From 4-58 To 6-59 | Exact title of position Heating Plant Operator | | Number and kind of employees you supervised |
| Salary or earnings Starting $ 2.21 per hr. Final $ 2.55 per hr | Classification Grade (If in Federal service) | Place of employment (City & State) Port Huemene, Calif. | Kind of business or organization, (Manufacturing, accounting, insurance, etc.) U.S. Naval Base |
| Name and address of employer (firm, organization, etc.) U.S. Naval Construction Battalion Center Utilities Division, Port Hueneme, Calif. | | Name, title, and present address of immediate supervisor Wm. N. Jones, Leadman Heating Plants 1064 No. 6th St. Port Hueneme, Calif. | |
| Reason for leaving Left vicinity to accept another position. | | | |

Description of work Auxiliary equiptment consisted of the following oil tanks, heater and pumps, feed water tank, deairating feed heater, steam turbine feed pump. electric feed pumps. Two 24,000 gal-per day water softners electric forced draft bowers, valves, regulators, controls meters and manifolds, air compressors, emergency disel generator. U. S. Naval test laboritory boiler plant consisted of the same type of boilers and aurileary machinery and equiptment as the main ~~bo~~ boiler plant except it did not have the Hagan automatic control system.

| | | | |
|---|---|---|---|
| Dates of employment (month, year) XXXXXXXXXXXXXXXXXXXXXXXXXXX | Exact title of position XXXXXXXXXXXXXXXXXXXXXXX | | Number and kind of employees you supervised XXXXXXXXXXXXXXXXXXXXXXXX |
| Salary or earnings XXXXXXXXXXXXXXXXXXXXXXXXXX | Classification Grade (If in Federal service) XXXXXXXXXXXXXX | Place of employment (City & State) XXXXXXXXXXXXXX XXXX | Kind of business or organization, (Manufacturing, accounting, insurance, etc.) XXXXXXXXXXXXXXXXXXX |
| Name and address of employer (firm, organization, etc.) XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | Name, title, and present address of immediate supervisor XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | |
| Reason for leaving XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | |

Description of work The Bard Boiler Plant
Consisted of three 35 psig locomotive type boiler automalicy controlled
~~fired either on natural gas or fuel oil. Auxiliary machinery consisted of the following; electric driven feed water pumps, condensate pit return pump, fuel oil pump, one 10,000 gal. per. day water softner gasoline driven emergency generator, water distelling unit. The Cafiterea plant consisted of the followin one locomotive type boiler, natural gas fired one condensate return tank and~~

| | | | |
|---|---|---|---|
| Dates of employment (month, year) XXXXXXXXXXXXXXXXXXXXXXXXXXX | Exact title of position XXXXXXXXXXXXXXXXXXXXXXX | | Number and kind of employees you supervised XXXXXXXXXXXXXXXXXXXXXXXX |
| Salary or earnings XXXXXXXXXXXXXXXXXXXXXXXXXXX | Classification Grade (If in Federal service) XXXXXXXXXXXXXX | Place of employment (City & State) XXXXXXXXXXXXXXXXXXXX | Kind of business or organization, (Manufacturing, accounting, insurance, etc.) XXXXXXXXXXXXXXXXXXX |
| Name and address of employer (firm, organization, etc.) XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | Name, title, and present address of immediate supervisor XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | |
| Reason for leaving XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | |

Description of work ~~pump, meters, valves controlsetc. Numerous unattended boilers locate throughout the base were operated by automatic and intermittently checked each shift by driveing from one to another on a prearranged route. The latter were of numerous types and kinds as follows; vertical scotch type, horrizontal fire tube, and etc. Took water samples from all the above plants and boilers, tested~~ and made corrective chemical formulas for each boilers and system teste
All the above boilers plants supplied steam hot water compressed air to various

| 6 | Dates of employment *(month, year)* From 4-58 To 6-59 | Exact title of position: Heating Plant Operator | Number and kind of employees you supervised |
|---|---|---|---|
| | Salary or earnings: Starting $ 2.21 per hr. Final $ 2.55 per hr. | Classification Grade *(If in Federal service)* | Place of employment *(City & State)*: Port Hueneme, Calif. / Kind of business or organization, *(Manufacturing, accounting, insurance, etc.)*: U.S. Naval Base |
| | Name and address of employer *(firm, organization, etc.)*: U.S.Naval Construction Battalion Center Utilities Division, Port Hueneme, Calif. | | Name, title, and present address of immediate supervisor: Wm. N. Jones, Leadman Heating Plants 1064 No. 6th St. Port Hueneme, Calif. |

Reason for leaving: Left vicinity to accept another position.

Description of work: buildings on the base at a constant pressure and temperature for the purpose of cooking and heating, and domestic purposes, and compressed air to industrial shops etc. Also operated humidification plant for constant humidity and temperature of building containing various I.B.M. equiptment. Performed all boiler maintenance, repair, and overhuals to all the above mentioned boilers. Inspected and tested after work performed.

| 7 | Dates of employment *(month, year)* From 8-54 To 4-58 | Exact title of position: Boilerman Second Class | Number and kind of employees you supervised: 9(BT2/c BT3/c BTFN FNFA |
|---|---|---|---|
| | Salary or earnings: Starting $ 98.00 per mo. Final $ 185.00 per Mo. | Classification Grade *(If in Federal service)*: BT0000 (boiler repair) | Place of employment *(City & State)*: U.S. Navy / Kind of business or organization, *(Manufacturing, accounting, insurance, etc.)*: U.S. Navy |
| | Name and address of employer *(firm, organization, etc.)*: USS. Mogoffin APA-119 %Fleet Post Office San Francisco, Calif. 3-8 | | Name, title, and present address of immediate supervisor: G.S. Huntaman U.SN. Cheif Engineer U.S.S. Magoffin APA-119 |

Reason for leaving: Expiration of enlistment.

Description of work: While assigned to the boilerroom I performed the following work and tasks. Operated two sectional header type boiler at a constant pressure of 450 psig and a superheat temperature of 750 degrees supplying steam to the main turbine engin and steam to the following auxilleries, systems and equipment, double effect low pressure evaporators, direct contract feed heater, steam turbine driven boiler feed pump, forced draft blowers, main condensate

| | Dates of employment *(month, year)* XXXXXXXXXXXXXXXXXXXXXXXXX | Exact title of position XXXXXXXXXXXXXXXXXXX | Number and kind of employees you supervised XXXXXXXXXXXXXXXXXXXXX |
|---|---|---|---|
| | Salary or earnings Starting $ per Final $ per XXXXXXXXXXXXXXXX | Classification Grade *(If in Federal service)* XXXXXXXXXXXXX | Place of employment *(City & State)* XXXXXXXXXXXXXXXXXX / Kind of business or organization, *(Manufacturing, accounting, insurance, etc.)* XXXXXXXXXXXXXXXXXX |
| | Name and address of employer *(firm, organization, etc.)* XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | Name, title, and present address of immediate supervisor XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |

Reason for leaving XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Description of work pump, steam reciprocating, feed water pumps, fresh water pumps, fuel oil service pumps, fuel oil tranfes pumps, bilge and balast pumps, steam jet air ejectors, fuel oil service heaters, fuel oil tank heating coils, steam hot water tank, ships whistle and horn, steam for laundry, cooking and heating. Performed, operation, all overhauls, maintenance, repairs, inspection and test on all boilers, auriliaries, equiptment, pipeing valves, controls,

| | Dates of employment *(month, year)* From To XXXXXXXXXXXXXXXXXXXXXXXXXX | Exact title of position XXXXXXXXXXXXXXXXXXXXX | Number and kind of employees you supervised XXXXXXXXXXXXXXXXXXXXX |
|---|---|---|---|
| | Salary or earnings Starting $ per Final $ per XXXXXXXXXXXXXXXXXX | Classification Grade *(If in Federal service)* XXXXXXXXXXXX | Place of employment *(City & State)* XXXXXXXXXXXXXXXXX / Kind of business or organization, *(Manufacturing, accounting, insurance, etc.)* XXXXXXXXXXXXXX |
| | Name and address of employer *(firm, organization, etc.)* XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | Name, title, and present address of immediate supervisor XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |

Reason for leaving XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Description of work ~~air compressors mentioned above with and without supervision of~~ XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
~~first class boilermen in charge. Performed duties of first class boilermen~~
~~on numerous occasions for~~ XXXXXXXXXXXXXXXXXXXX periods of time in excess of six months, XXXX
~~viseing nine men of division~~ for periods of time in e
XXXXXXXXXXXXXXXXXXXX XXXXXXXXXXXXXXXXXXXXXXXX XXXXXXXXXXXXXXXXXXXXX

Please excuse mistakes, Continuation sheet # 7

STANDARD FORM 57-A
REVISED MARCH 1961
U.S. CIVIL SERVICE COMMISSION

# CONTINUATION SHEET FOR STANDARD FORM 57
## "Application for Federal Employment"

57-203

INSTRUCTIONS—Fill out this form only when necessary for completion of Item 19, "EXPERIENCE," on Standard Form 57. Enclose with your application. Typewrite or write clearly in dark ink.

| | |
|---|---|
| 1. Name (First, middle, maiden, if any, last) Arthur Roger Koog | 2. Birth date (Month, day, year) April 19, 1937 |
| 3. Kind of position applied for, or name of examination Power Plant Controlman | 4. Date of this continuation sheet 2-2-66 |

7 Dates of employment (month, year) From 8-54 To 4-58

Exact title of position: Boilerman Second Class

Number and kind of employees you supervised: 9(BT3/c BT2/c BTFN FNFA

Salary or earnings: Starting $ 98.00 per mo. Final $ 185.00 per Mo.

Classification Grade (If in Federal service): BT0000 (boiler repair)

Place of employment (City & State): U.S. Navy

Kind of business or organization (Manufacturing, accounting, insurance, etc.): U.S. Navy

Name and address of employer (firm, organization, etc.): USS. Magoffin APA-119 % Fleet Post Office San Francisco, Calif

Name, title, and present address of immediate supervisor: G. S. Huntsman U.S.N. Chief Engineer USS. Magoffin APA-119

Reason for leaving: Expiration Of enlistment.

Description of work: Performed, operation, all overhauls, maintenance repair, inspections and test on all boilers, auriliaries, equiptment, pipeing valves, controls, air compressors, mentioned above with and without supervision of first class boilerman in charge. Performed duties of first class boilerman on numerous accaisions for periods of time in excess of six months; superviseing nine men of the same rate as I and lessor rates. As Oil And Water King received, tested, stored, distributed fuel oil in some cases transfered the

Dates of employment (month, year) From To: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exact title of position: XXXXXXXXXXXXXXXXXXXX

Number and kind of employees you supervised: XXXXXXXXXXXXXXXXXXXXXXXXX

Salary or earnings Starting $ per Final $ per: XXXXXXXXXXXXXXXXXXXXXXXXXX

Classification Grade (If in Federal service): XXXXXXXXXXXXXX

Place of employment (City & State): XXXXXXXXXXXXXXXXXXXX

Kind of business or organization (Manufacturing, accounting, insurance, etc.): XXXXXXXXXXXXXXXXXX

Name and address of employer (firm, organization, etc.): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Name, title, and present address of immediate supervisor: XXXXXXXXXXXXXXXXXXXX XXXXXXXXXXXXXXXXXX

Reason for leaving: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Description of work: latter to other ships. Received, tested stored , fresh water. Routed all fresh water and feed water from ships evaperators. Tested all fresh water feed water, boiler water, condensate. Made daily records and reports of the ships receit and consumption of all liquids on the ship to the ships Chief Engineer and Captain. Compile data for engineering records, reports, material heaties, and make routine inspections, tests, and reports machinery and equiptment mentioned aboue. To accomplish daily operation maintenance of boiler-

Dates of employment (month, year) From To: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exact title of position: XXXXXXXXXXXX XXXXXXXXXX

Number and kind of employees you supervised: XXXXXXXXXXXXXXXXXXXXXXXXX

Salary or earnings Starting $ per Final $ per: XXXXXXXXXXXXXXXXXXXXXXXXXX

Classification Grade (If in Federal service): XXXXXXXXXXXXXX

Place of employment (City & State): XXXXXXXXXXXXXXXXXXXX

Kind of business or organization (Manufacturing, accounting, insurance, etc.): XXXXXXXXXXXXXXXXXX

Name and address of employer (firm, organization, etc.): XXXXXXXXXXXXXXXXXX XXXXXXX XXXXXXXXXXXX

Name, title, and present address of immediate supervisor: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX XXXXXXXXXX

Reason for leaving: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Description of work: room and auxiliaries. I assigned my men (9men) to watches and tasks according to their rate and abilities. Train, instruct, and supervise (9) men assigned me in all phases of the above.

| Dates of employment (*month, year*) From To | Exact title of position | Number and kind of employees you supervised | |
|---|---|---|---|
| Salary or earnings Starting $ per Final $ per | Classification Grade (*If in Federal service*) | Place of employment (*City & State*) | Kind of business or organization, (*Manufacturing, accounting, insurance, etc.*) |
| Name and address of employer (*firm, organization, etc.*) | | Name, title, and present address of immediate supervisor | |
| Reason for leaving | | | |
| Description of work | | | |

| Dates of employment (*month, year*) From To | Exact title of position | Number and kind of employees you supervised | |
|---|---|---|---|
| Salary or earnings Starting $ per Final $ per | Classification Grade (*If in Federal service*) | Place of employment (*City & State*) | Kind of business or organization, (*Manufacturing, accounting, insurance, etc.*) |
| Name and address of employer (*firm, organization, etc.*) | | Name, title, and present address of immediate supervisor | |
| Reason for leaving | | | |
| Description of work | | | |

| Dates of employment (*month, year*) From To | Exact title of position | Number and kind of employees you supervised | |
|---|---|---|---|
| Salary or earnings Starting $ per Final $ per | Classification Grade (*If in Federal service*) | Place of employment (*City & State*) | Kind of business or organization, (*Manufacturing, accounting, insurance, etc.*) |
| Name and address of employer (*firm, organization, etc.*) | | Name, title, and present address of immediate supervisor | |
| Reason for leaving | | | |
| Description of work | | | |

| Dates of employment (*month, year*) From To | Exact title of position | Number and kind of employees you supervised | |
|---|---|---|---|
| Salary or earnings Starting $ per Final $ per | Classification Grade (*If in Federal service*) | Place of employment (*City & State*) | Kind of business or organization, (*Manufacturing, accounting, insurance, etc.*) |
| Name and address of employer (*firm, organization, etc.*) | | Name, title, and present address of immediate supervisor | |
| Reason for leaving | | | |
| Description of work | | | |

**A⸱⸱ACH SUPPLEMENTAL SHEETS OR FORM⸱⸱ HERE**

**● ANSWER ALL QUESTIONS CORRECTLY AND FULLY**

20. SPECIAL QUALIFICATIONS AND SKILLS

| A. Kind of License or Certificate *(For example, pilot, teacher, registered nurse, lawyer, radio operator, C.P.A., etc.)* | B. State or other licensing authority | C. Year of first license or certificate | D. Year of latest license or certificate |
|---|---|---|---|
| | | | |

E. Special skills you possess and machines and equipment you can use. *(For example, short wave radio, multilith, comptometer, key punch, turret lathe, transcribing machine, scientific or professional devices)*
Binch Lathe, Milling machine

F. Approximate number of words per minute:
Typing | Shorthand

G. Special qualifications not covered in application. *(For example, your most important publications (do not submit copies unless requested); your patents or inventions; public speaking and publications experience; membership in professional or scientific societies, etc.; and honors and fellowships received.)*

21. EDUCATION

A. Place "X" in column indicating highest grade completed

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | X |

B. If you graduated from high school, give date: 1957

C. Name and location of last high school attended: U.S. Armed Forces Institute Madison 3, Wisconsin

| D. Name and location of college or university | Dates attended From | Dates attended To | Years completed Day | Years completed Night | Credit hours Semester | Credit hours Quarter | Degree received | Year received |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| E. Chief undergraduate college subjects | Semester Hours Credit | Quarter Hours Credit | F. Chief graduate college subjects | Semester Hours Credit | Quarter Hours Credit |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

G. State major field of study at highest level of college work

H. Other schools or training *(for example, trade, vocational, Armed Forces, or business)*. Give for each the name and location of school, dates attended, subjects studied, certificates, and any other pertinent data. G.E.D. High School level U.S.A.F.I. Madison 3, Wisconsin Boiler water analysis school, Advanced fireroom school, and Engineering auxillaries school, U.S. Fleet Training Center, San Diego, Calif.

22. FOREIGN TRAVEL

Have you lived or traveled in any foreign countries?
[X] Yes [ ] No

*If "Yes," give in Item 39 names of countries, dates and length of time spent there and reason or purpose (military service, business, education, or vacation).*

23. FOREIGN LANGUAGES

| Enter foreign language and indicate your knowledge of each by placing "X" in proper column | Reading Exc. | Reading Good | Reading Fair | Speaking Exc. | Speaking Good | Speaking Fair | Understanding Exc. | Understanding Good | Understanding Fair | Writing Exc. | Writing Good | Writing Fair |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

24. REFERENCES

List three persons living in the United States or territories of the United States who are NOT RELATED TO YOU AND WHO HAVE DEFINITE KNOWLEDGE of your qualifications and fitness for the position for which you are applying. Do not repeat names of supervisors listed under Item 19.

| | FULL NAME | PRESENT BUSINESS OR HOME ADDRESS *(Number, Street, City, Zone, and State)* | BUSINESS OR OCCUPATION |
|---|---|---|---|
| 49 | Clifford W. Spence | 944 South "G" Street Oxnard, California | Plumber |
| 49 | John T. Laing | 435 East Elm Street Oxnard, California | Stationary Steam plant Operator |
| 49 | Henry I. Rhodes | 612 West Fir Street Oxnard, California | Air Craft Electrician |

16-76419-1

| ANSWER ALL QUESTIONS BY PLACING "X" IN PROPER COLUMN | YES | NO |
|---|---|---|
| 25. Are you a citizen of the United States of America? If "No," give country of which you are a citizen: | X | |
| 26. Are you now, or have you ever been, a member of the Communist Party, U.S.A., the Communist Political Association, the Young Communist League, or any Communist organization? | | X |
| 27. Are you now or have you ever been a member of any foreign or domestic organization, association, movement, group, or combination of persons which is totalitarian, Fascist, Communist, or subversive, or which has adopted, or shows, a policy of advocating or approving the commission of acts of force or violence to deny other persons their rights under the Constitution of the United States, or which seeks to alter the form of government of the United States by unconstitutional means? | | X |
| *If your answer to 26 and/or 27 above is "Yes," state on a separate sheet attached to and made a part of this application the names of all such organizations, associations, movements, groups or combination of persons and dates of membership. Give complete details of your activities therein and make any explanation you desire regarding your membership or activities. (See Instruction Sheet.)* | | |
| 28. Have you any physical handicap, chronic disease, or other disability? | | X |
| 29. Have you ever had a nervous breakdown? | | X |
| 30. Have you ever had tuberculosis? *If your answer to 28, 29, or 30 above is "Yes," give details in Item 39.* | | X |
| 31. Have you ever been barred by the U.S. Civil Service Commission from taking examinations or accepting civil service appointment? *(If your answer is "Yes," give dates of and reasons for such debarment in Item 39.)* | | X |
| 32. Does the United States Government employ in a civilian capacity any relative of yours (by blood or marriage) with whom you live or have lived within the past 24 months? *If your answer is "Yes," give in Item 39 for EACH such relative (1) full name; (2) present address; (3) relationship; (4) department or agency by which employed; and (5) kind of appointment.* | | X |
| 33. Do you receive or have you applied for an annuity from the United States or District of Columbia Government under any retirement act or any pension or other compensation for military or naval service? *If your answer is "Yes," give details in Item 39.* | | X |
| 34. Are you an official or employee of any State, territory, county, or municipality? *If your answer is "Yes," give details in Item 39.* | | X |
| 35. Have you ever been discharged (fired) from employment for any reason? | | X |
| 36. Have you ever resigned (quit) after being informed that your employer intended to discharge (fire) you for any reason? *If your answer to 35 or 36 above is "Yes," give details in Item 39. Show the name and address of employer, approximate date, and reasons in each case. This information should agree with statements made in Item 19—Experience.* | | X |
| 37. Have you ever been arrested, taken into custody, held for investigation or questioning, or charged by any law enforcement authority? (You may omit: (1) Traffic violations for which you paid a fine of $30.00 or less; and (2) anything that happened before your 16th birthday. All other incidents must be included, even though they were dismissed or you merely forfeited collateral.) | | X |
| 38. While in the military service were you ever arrested for an offense which resulted in a trial by deck court or by summary, special, or general court-martial? | | X |
| *If your answer to 37 or 38 is "Yes," give details in Item 39, showing for each incident: (1) date, (2) charge, (3) place, (4) law enforcing authority or type of court or court-martial, and (5) action taken.* | | |

39. SPACE FOR DETAILED ANSWERS TO OTHER QUESTIONS. Indicate item numbers to which answers apply.

| Item No. | | | Item No. | | |
|---|---|---|---|---|---|
| | | U.S. Navy | | | U.S. Navy |
| 22 | Japan | 1954-1958 | 22 | Bornio | 1954-1958 |
| 22 | Hong Kong | 1960-1964 | 22 | Formosa | 1960-1964 |
| 22 | Canada | Dates too | 22 | Korea | Dates too Numerous |
| 22 | Panama | Numerous to | | | to mention in space |
| | | mention. | | | provided. |

If more space is required, use full sheets of paper approximately the same size as this page. Write on each sheet your name, date of birth, and examination title. Attach on inside of this application.

## ATTENTION: READ THE FOLLOWING PARAGRAPH CAREFULLY BEFORE SIGNING THIS APPLICATION

**A false or dishonest answer to any question in this application may be grounds for rating you ineligible for Federal employment, or for dismissing you after appointment, and may be punishable by fine or imprisonment (U.S. Code, Title 18, Sec. 1001). All statements made in the application are subject to investigation, including a check of your fingerprints, police records, and former employers. All information will be considered in determining your present fitness for Federal employment.**

## CERTIFICATION

I CERTIFY that all of the statements made in this application are true, complete, and correct to the best of my knowledge and belief and are made in good faith.

Signature of applicant *Arthur R. Koog* (Sign in ink) Date 2-2-66

U.S. GOVERNMENT PRINTING OFFICE 1961 OF—589220 16-76415-1

Standard Form No. 2809
FPM Supplement 890-1
6 GAO 5000
June 1964

# HEALTH BENEFITS REGISTRATION FORM

FEDERAL EMPLOYEES HEALTH BENEFITS PROGRAM

(Read instructions on back of last page. Use only typewriter or ballpoint pen.)

New Carrier's Control No. **7987560**

Old Carrier's Control No.

TO EMPLOYING OFFICE: SHOW OLD CARRIER'S CONTROL NUMBER ONLY IF ELECTION IS TO CANCEL ENROLLMENT OR TO CHANGE OPTIONS OR TYPE OF ENROLLMENT IN THE SAME PLAN.

## PART A

ALL WHO REGISTER MUST FILL IN THIS PART.

1. NAME (LAST) (FIRST) (MIDDLE INITIAL): **KOOG, Arthur R.**
2. DATE OF BIRTH (Use numbers) MONTH DAY YEAR: [redacted]
3. ARE YOU NOW MARRIED? YES [X] 1 NO [ ] 2
4. YOUR MAILING ADDRESS (NUMBER AND STREET) (CITY) (STATE) (ZIP CODE): **1199 So. N Street, Oxnard, California**
5. SEX MALE [X] 1 FEMALE [ ] 2

IMPORTANT

IT IS ILLEGAL FOR AN EMPLOYEE OR A MEMBER OF HIS FAMILY TO BE COVERED UNDER MORE THAN ONE ENROLLMENT. IF YOU ARE ALREADY COVERED THROUGH THE FAMILY ENROLLMENT OF ANOTHER FEDERAL OR DISTRICT OF COLUMBIA EMPLOYEE OR ANNUITANT YOU MUST REGISTER NOT TO ENROLL OR THE OTHER ENROLLMENT MUST BE CANCELED OR CHANGED TO SELF ONLY. SIMILARLY, IF A FAMILY MEMBER LISTED BY YOU IN PART B IS COVERED THROUGH HIS (OR HER) OWN ENROLLMENT, YOU CANNOT ELECT A FAMILY ENROLLMENT UNLESS THE FAMILY MEMBER CANCELS HIS (OR HER) ENROLLMENT.

## PART B

FILL IN THIS PART IF YOU WISH TO ENROLL OR CHANGE YOUR ENROLLMENT IN A HEALTH BENEFITS PLAN.

If enrollment is for self only, answer item 1. If enrollment is for self and family, also answer item 2.

IF YOU ARE CHANGING YOUR ENROLLMENT ALSO FILL IN PART D.

1. I elect to enroll in a health benefits plan as shown below. I authorize deductions from my salary, compensation, or annuity to cover my share of the cost of the enrollment. (Copy the information requested below from back page of brochure of the plan you select.)

| NAME OF PLAN | OPTION (HIGH OR LOW) | ENROLLMENT CODE NUMBER |
|---|---|---|
| **INDEMNITY BENEFIT PLAN** | **LOW** | **2 0 5** |

2. In space below list all eligible family members without exception: List your wife or husband first, then your unmarried children under age 21, including, (a) legally adopted children, and, (b) stepchildren, foster children, and illegitimate children who live with you in a regular parent-child relationship. Include also any unmarried child over 21 who became disabled before age 21 and who, because of the disability, is incapable of self-support. (Attach a doctor's certificate for a disabled child age 21 or over, if one is not already on file.) DO NOT LIST PARENTS OR OTHERS WHO ARE NOT ELIGIBLE FAMILY MEMBERS. THEY WILL NOT RECEIVE BENEFITS, EVEN IF THEY ARE DEPENDENT ON YOU AND ARE LISTED.

| NAMES OF FAMILY MEMBERS | DATE OF BIRTH (Month, Day, Year) | | NAMES OF FAMILY MEMBERS | DATE OF BIRTH (Month, Day, Year) | |
|---|---|---|---|---|---|
| Wife or Husband **Connie** | [redacted] | 1 | | | 6 |
| **Rhonda** | [redacted] | 2 | | | 7 |
| **Denise** | [redacted] | 3 | | | 8 |
| **Roger** | [redacted] | 4 | | | 9 |
| | | 5 | | | 10 |

## PART C

FILL IN THIS PART IF YOU WISH NOT TO ENROLL OR IF YOU WISH TO CANCEL YOUR ENROLLMENT.

PLACE AN "X" IN ITEM 1 OR 2, WHICHEVER APPLIES:

1. I ELECT NOT TO ENROLL IN A PLAN UNDER THE FEDERAL EMPLOYEES HEALTH BENEFITS ACT. [ ]
2. I ELECT TO CANCEL MY PRESENT ENROLLMENT UNDER THE CODE NUMBER SHOWN BELOW: [ ]

Present Enrollment Code Number: 

## PART D

FILL IN THIS PART, AS WELL AS PART B, TO CHANGE YOUR ENROLLMENT.

ANSWER ITEMS 1, 2, AND 3 TO SHOW ENROLLMENT CODE BEING CHANGED AND ELIGIBILITY FOR CHANGE.

1. ENROLLMENT CODE NUMBER OF PRESENT PLAN.
2. NUMBER OF EVENT WHICH PERMITS CHANGE. (See table on back of duplicate for proper number.)
3. DATE OF EVENT WHICH PERMITS CHANGE. MONTH DAY YEAR

## PART E

ALL WHO REGISTER MUST FILL IN THIS PART.

(YOUR SIGNATURE—DO NOT PRINT) (DATE) **3-11-66**

WARNING.—Any intentional false statement in this application or willful misrepresentation relative thereto is a violation of the law punishable by a fine of not more than $10,000 or imprisonment of not more than 5 years, or both. (18 U.S.C. 1001.)

## PART F

TO BE COMPLETED BY AGENCY.

1. NAME AND ADDRESS OF EMPLOYING OFFICE: **U. S. NAVAL ORDNANCE TEST STATION, CHINA LAKE, CALIFORNIA**
   **ROBERT L. PATTERSON, Hd., Pers. Serv. Div. #2**
   (SIGNATURE OF AUTHORIZED AGENCY OFFICIAL)
2. DATE RECEIVED IN EMPLOYING OFFICE: **3-11-66** [illegible]
3. EFFECTIVE DATE OF ELECTION: 3/13/66 [illegible]
4. PAYROLL OFFICE NO.: **17-060530**
5. SF 2811 REPORT NO.: 66-7

## REMARKS

FOR USE ONLY BY AGENCY.

**Career-Conditional Appt. 3-9-66 27151-D-7451**

STANDARD FORM 61
REVISED JUNE 1957
U. S. CIVIL SERVICE COMMISSION
F. P. M. CHAPTER A6
0109-200-5400

# APPOINTMENT AFFIDAVITS

IMPORTANT.—*Before swearing to these appointment affidavits, you should read and understand the attached information for appointee*

DEPARTMENT OF THE NAVY (Department or agency) BUREAU OF WEAPONS (Bureau or division) U. S. NOTS, CHINA LAKE, CALIFORNIA (Place of employment)

I, Arthur Roger Koog, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely without any mental reservation or purpose of evasion; that I will well and faithfully discharge the duties of the office on which I am about to enter, SO HELP ME GOD.

## B. AFFIDAVIT AS TO SUBVERSIVE ACTIVITY AND AFFILIATION

I am not a Communist or Fascist. I do not advocate nor am I knowingly a member of any organization that advocates the overthrow of the constitutional form of the Government of the United States, or which seeks by force or violence to deny other persons their rights under the Constitution of the United States. I do further swear (or affirm) that I will not so advocate, nor will I knowingly become a member of such organization during the period that I am an employee of the Federal Government or any agency thereof.

## C. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof. I do not and will not assert the right to strike against the Government of the United States or any agency thereof while an employee of the Government of the United States or any agency thereof. I do further swear (or affirm) that I am not knowingly a member of an organization of Government employees that asserts the right to strike against the Government of the United States or any agency thereof and I will not, while an employee of the Government of the United States or any agency thereof, knowingly become a member of such an organization.

## D. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing such appointment.

## E. AFFIDAVIT AS TO DECLARATION OF APPOINTEE

The answers given in the Declaration of Appointee on the reverse of this form are true and correct.

3-9-66 (Date of entrance on duty) Arthur R. Koog (Signature of appointee)

Subscribed and sworn before me this 9th day of March A. D. 19 66,

at China Lake, (City) California (State)

Dora B. Childers (Signature of officer)

Pursuant to authority con[SEAL] in section 1½ of the Act of 2 August 1946 (Public Law 600, 79th Congress):

Auth: Act of Congress 26 June 1943
U.S. Naval Ordnance Test Station, China Lake, Calif.
Personnel Clerk (Gen) (Title) (Typing)

NOTE.—*The oath of office must be administered by a person specified in 5 U. S. C. 18, or by a person designated to administer oaths under Section 206, Act of June 26, 1943, 5 U. S. C. 16a. If by a Notary Public, the date of expiration of his commission should be shown.*

# DECLARATION OF APPOINTEE

This form is to be completed before entrance on duty. Answer all questions. Admitted unfavorable information about such matters as arrests or discharges will be considered together with the favorable information in your record in determining your present fitness for Federal employment. However, a false statement or dishonest answer to any question may be grounds for dismissal after appointment and is punishable by law.

1. PRESENT ADDRESS (*street and number, city and State*)
1199 So. "N" St. Oxnard, California

2. (A) DATE OF BIRTH [redacted]
(B) PLACE OF BIRTH (*city and State or city and foreign country*)
Del Rio, Texas

3. (A) IN CASE OF EMERGENCY, PLEASE NOTIFY: Connie S. Koog
(B) RELATIONSHIP: Wife
(C) STREET AND NUMBER, CITY AND STATE: 1199 So. "N" St. Oxnard, California
(D) TELEPHONE NO. 486-6281

4. DOES THE UNITED STATES GOVERNMENT EMPLOY, IN A CIVILIAN CAPACITY, ANY RELATIVE OF YOURS (EITHER BY BLOOD OR MARRIAGE) WITH WHOM YOU LIVE OR HAVE LIVED WITHIN THE PAST 24 MONTHS? ☐ YES ☐ NO ✓
*If so, for each such relative fill in the blank below. If additional space is necessary, complete under Item 12.*

| NAME | POST OFFICE ADDRESS (*Give street number, if any*) | (1) POSITION (2) TEMPORARY OR NOT (3) DEPARTMENT OR AGENCY IN WHICH EMPLOYED | RELATIONSHIP | MAR-RIED | SIN-GLE |
|---|---|---|---|---|---|
| | | 1. 2. 3. | | | |
| | | 1. 2. 3. | | | |
| | | 1. 2. 3. | | | |

| INDICATE ANSWER BY PLACING "X" IN PROPER COLUMN | YES | NO |
|---|---|---|
| 5. (A) ARE YOU A CITIZEN OF THE UNITED STATES OF AMERICA, OR (B) AS A NATIVE OF AMERICAN SAMOA DO YOU OWE ALLEGIANCE TO THE UNITED STATES OF AMERICA? | X | |
| 6. ARE YOU AN OFFICIAL OR EMPLOYEE OF ANY STATE, TERRITORY, COUNTY, OR MUNICIPALITY? *If your answer is "Yes," give details in Item 12.* | | X |
| 7. DO YOU RECEIVE OR HAVE YOU APPLIED FOR AN ANNUITY FROM THE UNITED STATES OR DISTRICT OF COLUMBIA GOVERNMENT UNDER ANY RETIREMENT ACT OR ANY PENSION OR OTHER COMPENSATION FOR MILITARY OR NAVAL SERVICE? *If your answer is "Yes," give details in Item 12.* | | X |
| 8. SINCE YOU FILED APPLICATION RESULTING IN THIS APPOINTMENT, HAVE YOU BEEN ARRESTED, CHARGED, OR HELD BY FEDERAL, STATE, OR OTHER LAW ENFORCEMENT AUTHORITIES, FOR ANY VIOLATION OF ANY FEDERAL LAW, STATE LAW, COUNTY OR MUNICIPAL LAW, REGULATION OR ORDINANCE? DO NOT INCLUDE TRAFFIC VIOLATIONS FOR WHICH A FINE OF $25 OR LESS WAS IMPOSED. ALL OTHER CHARGES MUST BE INCLUDED EVEN IF THEY WERE DISMISSED. *If your answer is "Yes," give in Item 12 for each case: (1) approximate date, (2) charge, (3) place, (4) action taken.* | | X |
| 9. SINCE YOU FILED APPLICATION RESULTING IN THIS APPOINTMENT, HAVE YOU BEEN BARRED BY THE U. S. CIVIL SERVICE COMMISSION FROM TAKING EXAMINATIONS OR ACCEPTING CIVIL SERVICE APPOINTMENTS? *If your answer is "Yes," give dates of and reasons for such debarment in Item 12.* | | X |

| INDICATE ANSWER BY PLACING "X" IN PROPER COLUMN | YES | NO |
|---|---|---|
| 10. (A) HAVE YOU EVER FILED A WAIVER OF LIFE INSURANCE COVERAGE UNDER THE FEDERAL EMPLOYEES' GROUP LIFE INSURANCE ACT? | | X |
| (B) IF YOU HAVE FILED SUCH A WAIVER, HAS IT BEEN CANCELED OR REVOKED? | | X |
| 11. SINCE YOU FILED APPLICATION RESULTING IN THIS APPOINTMENT: A. HAVE YOU BEEN DISCHARGED FROM EMPLOYMENT BECAUSE: (1) YOUR CONDUCT WAS NOT SATISFACTORY? | | X |
| (2) YOUR WORK WAS NOT SATISFACTORY? | | X |
| B. HAVE YOU RESIGNED AFTER OFFICIAL NOTIFICATION THAT: (1) YOUR CONDUCT WAS NOT SATISFACTORY? | | X |
| (2) YOUR WORK WAS NOT SATISFACTORY? | | X |
| C. HAVE YOU BEEN DISCHARGED FROM THE ARMED SERVICES UNDER OTHER THAN HONORABLE CONDITIONS? *If your answer to A, B, or C is "Yes," give details in Item 12 as clearly as you can remember, including the name and address of employer, approximate date, and reasons in each case.* | | |

12. SPACE FOR DETAILED ANSWERS TO OTHER QUESTIONS (*Indicate item numbers to which answers apply.*)

| ITEM NO. | | ITEM NO. | |
|---|---|---|---|
| | | | |

INSTRUCTIONS TO APPOINTING OFFICER.—You must determine that this appointment would be in conformance with the Civil Service Act, applicable Civil Service Rules and Regulations, and acts of Congress pertaining to appointment.

This form should be checked for holding of office, pension, any record of recent discharge or arrest, age, citizenship, and members of family. Also, to establish the identity of the appointee, you should particularly check (1) his signature and handwriting against the application and/or other pertinent papers and (2) his physical appearance against the medical certificate.

STANDARD FORM 50 —Rev. December 1961
U.S. Civil Service Commission
FPM Chap. 295

# NOTIFICATION OF PERSONNEL ACTION

NAVY OVERPRINT 6-65 7 PART
50-126 11

(FOR AGENCY USE)

| 1. NAME (CAPS) LAST-FIRST-MIDDLE MR.-MISS-MRS. | 2. (FOR AGENCY USE) | 3. BIRTH DATE (Mo., Day, Year) | 4. SOCIAL SECURITY NO. |
|---|---|---|---|
| 27151-D-7451<br>KOOG, ARTHUR R., MR. | N | [redacted] | [redacted] |
| 5. VETERAN PREFERENCE (1 - NO; 2 - 5 PT.; 3 - 10 PT. DISAB.; 4 - 10 PT. COMP.; 5 - 10 PT. OTHER): 2 | 6. TENURE GROUP: 2 | 7. SERVICE COMP. DATE: 07-05-57 | 8. PHYSICAL HANDICAP CODE: 00 |
| 9. FEGLI (1 - COVERED; 2 - INELIGIBLE; 3 - WAIVED): 1 | 10. RETIREMENT (1 - CS; 2 - FICA; 3 - FS; 4 - NONE; 5 - OTHER): 1 | | 11. (FOR CSC USE) |
| 12. CODE NATURE OF ACTION: 101 Career-Conditional Appointment | 13. EFFECTIVE DATE (Mo., Day, Year): 03-09-66 | 14. CIVIL SERVICE OR OTHER LEGAL AUTHORITY: SF-20-2612 Dr Bd USCSE 11ND China Lake, Calif. dtd 2-16-66 | |

| 15. FROM: POSITION TITLE AND NUMBER | 16. PAY PLAN AND OCCUPATION CODE | 17. (a) GRADE OR LEVEL | (b) STEP OR RATE | 18. SALARY |
|---|---|---|---|---|
| | | | | |

19. NAME AND LOCATION OF EMPLOYING OFFICE

| 20. TO: POSITION TITLE AND NUMBER | 21. PAY PLAN AND OCCUPATION CODE | 22. (a) GRADE OR LEVEL | (b) STEP OR RATE | 23. SALARY |
|---|---|---|---|---|
| Power Plant Controlman<br>JD#243 | WB-54007 | 10 | 02 | P/H $3.49 |

24. NAME AND LOCATION OF EMPLOYING OFFICE

U. S. Naval Ordnance Test Station
Public Works Department
Maintenance-Utilities Division
Utilities Operations/Electrical
Maintenance Branch
Utilities Operations Section 70434

| 25. DUTY STATION (City-county-State) | 26. LOCATION CODE |
|---|---|
| China Lake, California | 04-0675-029 |

| 27. APPROPRIATION | 28. POSITION OCCUPIED (1-COMPETITIVE SERVICE; 2-EXCEPTED SERVICE) | 29. APPORTIONED POSITION FROM: | TO: | STATE |
|---|---|---|---|---|
| | 1 | (1-PROVED-1; 2-WAIVED-2) | | |

30. REMARKS:
- [x] A. SUBJECT TO COMPLETION OF 1 YEAR PROBATIONARY (OR TRIAL) PERIOD COMMENCING 03-09-66
- [x] B. SERVICE COUNTING TOWARD CAREER (OR PERMANENT) TENURE FROM: 03-09-66

SEPARATIONS: SHOW REASONS BELOW, AS REQUIRED. CHECK IF APPLICABLE: [ ] C. DURING PROBATION [ ] D. FROM APPOINTMENT OF 6 MONTHS OR LESS

The salary rate has been fixed in consideration of prior Federal service with Department of the Navy, Construction Battalion Center, Port Hueneme, California between 03-23-59 to 06-02-59 as Heating Plant Operator, Step 2, $2.55 p/h.

| | |
|---|---|
| 4621-500<br>31. DATE OF APPOINTMENT AFFIDAVIT (Accessions only): 03-09-66 | 34. SIGNATURE (Or other Authentication) AND TITLE<br>ROBERT L. PATTERSON<br>Head, Personnel Service Division #2 |
| 32. OFFICE MAINTAINING PERSONNEL FOLDER (If different from employing office) | |
| 33. CODE: NV-19 EMPLOYING DEPARTMENT OR AGENCY: DEPARTMENT OF THE NAVY | 35. DATE: 03-09-66 dc 2896 |

4. PERSONNEL FOLDER COPY

Standard Form No. 54
Revised April 1958
U. S. Civil Service Commission
F. P. M. Chapter Z1
54-103

# DESIGNATION OF BENEFICIARY
## FEDERAL EMPLOYEES' GROUP LIFE INSURANCE ACT OF 1954

IMPORTANT
Read instructions on back of duplicate before filling in this form

INFORMATION CONCERNING THE INSURED:

NAME (Last) (First) (Middle): KOOG, Arthur Roger

DATE OF BIRTH (Month, day, year): [redacted]

PLACE AN "X" IN THE APPROPRIATE BOX BELOW TO SHOW WHETHER YOU ARE:

[XX] AN EMPLOYEE  [ ] RETIRED OR AN APPLICANT FOR RETIREMENT  [ ] RECEIVING FEDERAL EMPLOYEES' COMPENSATION BENEFITS OR AN APPLICANT FOR SUCH BENEFITS

IF YOU ARE RETIRED OR RECEIVING FEDERAL EMPLOYEES' COMPENSATION GIVE YOUR "CSA," "CSI," or "X" NUMBER

(CSA or CSI or X number)

DEPARTMENT OR AGENCY IN WHICH LAST EMPLOYED (If retired, former department or agency):

| (Department or agency) | (Bureau) | (Division) | (Location—City and State) |
|---|---|---|---|
| DEPARTMENT OF THE NAVY | BUREAU OF WEAPONS | U. S. NOTS, | CHINA LAKE, CALIFORNIA |

*I, the individual identified above, canceling any and all previous Designations of Beneficiary under the Federal Employees' Group Life Insurance Act heretofore made by me, do now designate the beneficiary or beneficiaries named below to receive any amount of GROUP LIFE INSURANCE and GROUP ACCIDENTAL DEATH INSURANCE due and payable at my death. I understand that this Designation of Beneficiary will remain in full force and effect, with respect to any amount payable, unless or until canceled by me in writing, or until such time as it is automatically canceled (see regulation "f" on reverse side of duplicate copy).*

INFORMATION CONCERNING THE BENEFICIARY OR BENEFICIARIES:

| Type or print first name, middle initial, and last name of each beneficiary | Type or print address of each beneficiary | Relationship | Share to be paid to each beneficiary |
|---|---|---|---|
| Connie S. Koog | 1199 So. "[illegible]" St., Oxnard, Calif. | Wife | All |
| | | | |
| | | | |
| | | | |
| | | | |

*I hereby direct, unless otherwise indicated above, that, if more than one beneficiary is named, the share of any deceased beneficiary who may predecease me shall be distributed equally among the surviving beneficiaries, or entirely to the survivor. I understand that this Designation of Beneficiary shall be void if none of the designated beneficiaries is living at the time of my death.*
*I hereby specifically reserve the right to cancel or change any Designation of Beneficiary at any time without knowledge or consent of the beneficiary.*

3-9-66 (Date of execution—month, day, year)

Arthur R. Koog (Signature of insured)

WITNESSES TO SIGNATURE (*A witness is ineligible to receive payment as a beneficiary*):

| (Signature of witness) | (Number and street) | (City, zone number, and State) |
|---|---|---|
| Dora B. Childers | 404-B Fowler | China Lake, California |
| Mary M. Monsen | 221 Dorado | Ridgecrest, California |

PRINT OR TYPE NAME AND ADDRESS OF INSURED

Mr. Arthur R. Koog
1199 So. "N" Street
Oxnard, California

THIS SPACE RESERVED FOR RECEIVING AGENCY

Robert L. Patterson

3-9-66 RC (Indicate date and by whom received)

SEE REVERSE SIDE OF DUPLICATE COPY FOR INSTRUCTIONS ON WHERE TO FILE THESE FORMS.
DO NOT FILE WITH THE OFFICE OF FEDERAL EMPLOYEES' GROUP LIFE INSURANCE.

16—70610-3

STANDARD FORM 144
REV. OCTOBER 1961
U.S. CIVIL SERVICE COMMISSION
FPM CHAPTERS L-1 AND R-3

# STATEMENT OF PRIOR FEDERAL CIVILIAN AND MILITARY SERVICE

0109-201-0102

144-105

IMPORTANT: This form is required to be used only to establish creditability of service, which is otherwise not verified in the Official Personnel Folder, for leave and reduction in force purposes. The employee will complete Part I and the Personnel Office Parts II and III. When this form is used as a cumulative record or the employee's affidavit is used in the absence of a verified record, it must be filed on the right side of the Official Personnel Folder.

## PART 1.—EMPLOYEE'S STATEMENT

1. NAME (Last, first, initial) Mr. ~~xxxx~~ KOOG, Arthur Roger

2. BIRTH DATE (Mo., day, yr.) [redacted]

3. LIST THE FOLLOWING INFORMATION ABOUT ANY CLAIMED FEDERAL OR DISTRICT OF COLUMBIA SERVICE YOU HAVE HAD WHICH HAS NOT YET BEEN VERIFIED. (Do not include military service.) IF ANY OF THIS SERVICE WAS PART-TIME, WAE, OR INTERMITTENT, NOTE THIS UNDER "TYPE OF APPOINTMENT."

| NAME AND LOCATION OF AGENCY | FROM | | | TO | | | TYPE OF APPOINTMENT (If known) |
|---|---|---|---|---|---|---|---|
| | YEAR | MONTH | DAY | YEAR | MONTH | DAY | |
| Port Hueneme, California | 58 | 04 | 29 | 59 | 06 | 02 | C. C. Appt. |

4. LIST PERIODS OF ANY CLAIMED ACTIVE SERVICE YOU HAVE HAD IN ANY BRANCH OF THE ARMED FORCES OF THE UNITED STATES, WHICH HAS NOT YET BEEN VERIFIED. (Also list Merchant Marine service, if it interrupted service shown in Item 3.)

| BRANCH | FROM | | | TO | | | DISCHARGE (Honorable or Dishonorable) |
|---|---|---|---|---|---|---|---|
| | YEAR | MONTH | DAY | YEAR | MONTH | DAY | |
| U. S. Navy | 54 | 08 | 24 | 58 | 04 | 16 | Honorable. |
| U.S. Navy | 60 | 02 | 11 | 64 | 01 | 17 | Honorable. |

5. DURING PERIODS OF EMPLOYMENT SHOWN IN ITEM 3, DID YOU HAVE A TOTAL OF MORE THAN 6 MONTHS ABSENCE WITHOUT PAY DURING ANY ONE CALENDAR YEAR? (If YES, list following information.) ☐ YES ☐ NO

| TYPE IF KNOWN (L.W.O.P., Furl., Susp., A.W.O.L.) | FROM | | | TO | | | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|
| | YEAR | MONTH | DAY | YEAR | MONTH | DAY | YEARS | MONTHS | DAYS |
| | | | | | | | | | |

6. IF YOU CLAIM ANY TYPE OF VETERAN PREFERENCE WHICH HAS NOT BEEN VERIFIED, CHECK THE APPROPRIATE BOX BELOW.
   A. ARE YOU THE WIFE OF A DISABLED VETERAN? ☐ YES
   B. ARE YOU THE MOTHER OF A DECEASED OR DISABLED VETERAN? ☐ YES
   C. ARE YOU THE UNREMARRIED WIDOW OF A VETERAN? ☐ YES

7. TO BE EXECUTED BEFORE A NOTARY PUBLIC OR OTHER PERSONS AUTHORIZED TO ADMINISTER OATHS.

I swear (or affirm) that the above statements are true to the best of my knowledge and belief.

Date: 3-9-66 Arthur R. Koog (Signature)

Subscribed and sworn to before me on this 9th day of March (Month) 19 66 at China Lake, California (City) (State)

Pursuant to authority contained in section 12 of the Act of 2 August 1946 (Public Law 600, 79th Congress).

Dora B. Childers

NOTE: If oath is taken before a Notary Public, the date of expiration of his Commission must be shown.

TO BE COMPLETED BY THE PERSONNEL OFFICE

PART II.—DETERMINATION OF CREDITABLE SERVICE AND SERVICE COMPUTATION DATE FOR LEAVE PURPOSES (See FPM, Chapter L-1)
NOTE: For year below, show only last two numbers, for months show numerical equivalent.

| SERVICE | DATE OF APPOINTMENT | | | DATE OF SEPARATION | | | NON-CREDITABLE SERVICE |
|---|---|---|---|---|---|---|---|
| | YEAR | MONTH | DAY | YEAR | MONTH | DAY | |
| Port Hueneme, Calif. | 58 | 04 | 29 | 59 | 06 | 02 | |
| U. S. Navy | 54 | 08 | 24 | 58 | 04 | 16 | |
| U. S. Navy | 60 | 02 | 11 | 64 | 01 | 17 | |
| | | | | | | 3 | |
| TOTAL (a) | 172 | 14 | 64 | (b) 181 | 11 | 38 | |
| TOTAL PRIOR SERVICE (b–a, above) | 8 | 08 | 04 | | | | |
| LESS NON-CREDITABLE SERVICE | | | | | | | |
| TOTAL CREDITABLE SERVICE | 8 | 08 | 04 | | | | |

DATE OF ENTRANCE ON DUTY 66-03-09
LESS CREDITABLE SERVICE 08-08-04
SERVICE COMPUTATION DATE 07-05-57 SCD

PART III.—DETERMINATION OF CREDITABLE SERVICE AND SERVICE DATE FOR REDUCTION IN FORCE PURPOSES. (Complete only in cases where the amount of creditable service for reduction in force purposes differs from the amount creditable for leave purposes.) (See FPM, Chapter R-3.)

| SERVICE | DATE OF APPOINTMENT | | | DATE OF SEPARATION | | | NON-CREDITABLE SERVICE |
|---|---|---|---|---|---|---|---|
| | YEAR | MONTH | DAY | YEAR | MONTH | DAY | |
| TOTAL CREDITABLE SERVICE (Fr. Part II) | | | | | | | |
| TOTAL (a) | | | | (b) | | | |
| TOTAL PRIOR SERVICE (b–a, above) | | | | | | | |
| LESS NON-CREDITABLE SERVICE | | | | | | | |
| TOTAL CREDITABLE SERVICE | | | | | | | |

DATE OF ENTRANCE ON DUTY
LESS CREDITABLE SERVICE
SERVICE DATE *

* Enter as the "Service Date" on Standard Form 7, "Service Record Card."

REMARKS:

STD 144 (REV. 10-61) (BACK)

UNITED STATES CIVIL SERVICE COMMISSION

# PROOF OF SELECTION FOR CAREER (OR CAREER-CONDITIONAL) APPOINTMENT

Date: 24 February 1966

Head, Employment Division (Code 652)
U. S. Naval Ordnance Test Station
China Lake, California 93557

The United States Civil Service Commission hereby certifies that the person named below has been selected in regular order from a competitive register. Entry on duty and completion of probation under a career or career-conditional appointment as a result of this selection will confer a competitive civil service status upon the person concerned.

| NAME *(First, middle, maiden, if any, last)* | | BIRTH DATE *(Mo., day, year)* | |
|---|---|---|---|
| KOOG, Arthur R. | | [redacted] | |
| TITLE OF POSITION | GRADE | SALARY | CIVIL SERVICE CERTIFICATE NO. |
| Power Plant Controlman | 1stStep | $3.35 p/h | SF-20-2612 |
| CERTIFYING OFFICE *(Office, name, and address)* | | SIGNATURE OF AUTHORIZING OFFICER | |
| Detached Representative<br>Board of U. S. Civil Service Examiners<br>11th Naval District<br>U. S. Naval Ordnance Test Station<br>China Lake, California 93555 | | Betty J. Geiser<br>OFFICIAL TITLE<br>Detached Representative | |

If the person covered by this selection enters on duty under this authority, file this form on the permanent (right) side of the employee's Official Personnel Folder.

## AGENCY REPORT TO THE CIVIL SERVICE COMMISSION THAT ELIGIBLE SELECTED WAS NOT APPOINTED

If the person selected is not appointed, check the reason below, address to the authorizing office of the Commission, and return to that office for appropriate action. (Other notification of cancellation of this selection is not required.)

REASON FOR CANCELLATION:

- ☐ DECLINATION
- ☐ FAILURE TO REPLY
- ☐ FAILURE TO REPORT
- ☐ OTHER *(Specify)*

CHECK ONE

- ☐ APPLICATION ATTACHED
- ☐ APPLICATION NOT ATTACHED (STATE REASON)

CSC FORM 2800-A
NOVEMBER 1961

STANDARD FORM 85
Revised October 1954
U. S. Civil Service Commission
(Chapter I2, F. P. M.)

# SECURITY INVESTIGATION DATA FOR NONSENSITIVE POSITION

(SEE INSTRUCTIONS ON OTHER SIDE)

CASE SERIAL NO. (CSC Use Only)

DATE OF THIS REQUEST: 9 March 1966

1. FULL NAME (Initials and abridgments of full name are not acceptable)

A. (Last Name) KOOG (First Name) Arthur (Middle Name) Roger

B. OTHER NAMES USED (Maiden name, names by former marriages, former names changed legally or otherwise, aliases, nicknames, etc. Specify which, and show dates used).

NONE

2. DATE OF BIRTH: [redacted]

3. PLACE OF BIRTH: Del Rio, Texas

4. [X] MALE [ ] FEMALE

5. [ ] SINGLE [X] MARRIED [ ] WIDOW(ER) [ ] DIVORCED

6. IF MARRIED, WIDOWED, OR DIVORCED, GIVE FULL NAME AND DATE AND PLACE OF BIRTH OF SPOUSE OR FORMER SPOUSE, AND DATE AND PLACE OF MARRIAGE. INCLUDE WIFE'S MAIDEN NAME. (Give same information regarding all previous marriages).

Connie Sue Dameron; DPOB: [redacted], Fowler, Colorado
DPOM: 3 June 1957, Ventura, California

7. IDENTIFYING NUMBERS (Armed Services serial numbers, Social Security number, passport number, alien registration number, seaman's certificate of identification, etc. Specify which).

Serial #362 46 25 (U.S. Navy); SS#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

8. ORGANIZATIONS WITH WHICH AFFILIATED (Past and present) OTHER THAN RELIGIOUS OR POLITICAL ORGANIZATIONS OR THOSE WHICH SHOW RELIGIOUS OR POLITICAL AFFILIATIONS (If "None," so state).

NONE

9. DATES AND PLACES OF RESIDENCE (Begin with present and go back to January 1, 1937. Continue under item 19 on other side if necessary).

| From | To | Number and Street | City | State |
|---|---|---|---|---|
| 3/66 | Present | 77 Bard, Room 14 | China Lake | California |
| 9/65 | 3/66 | 1199 So. "N" Street | Oxnard | California |
| 8/64 | 9/65 | 417 W. Kamala Street | Oxnard | California |
| 2/64 | 8/64 | 12347 W. 223rd Street | Artesia | California |
| 1/64 | 2/64 | 414 1/2 4th Avenue | Chula Vista | California |
| 5/62 | 1/64 | USS General W. A. Mann(TAP-112) | San Francisco | California |
| 11/61 | 5/62 | USS Neches (AO-47) | San Diego, | California |
| 9/61 | 11/61 | Navy Barracks(USFTC) | San Diego | California |
| 3/60 | 9/61 | USS Calvert (APA-32) | San Diego | California |
| 2/60 | 3/60 | Navy Barracks(USRS) | Long Beach | California |
| 6/59 | 2/60 | 606 Sunglo Drive | San Antonio | Texas |

10. DATES, NAMES AND ADDRESSES OF EMPLOYERS (Begin with present and go back to January 1, 1937. Continue under item 19 on other side if necessary).

| From | To | Employer | Address |
|---|---|---|---|
| 3/66 | Present | U. S. Civil Service | USNOTS, China Lake, California |
| 6/65 | 3/66 | Shell Oil Co., 3587 N. Ventura Ave., | Ventura, California |
| 6/64 | 6/65 | St. Johns Hospital, 333 No. "F" St., | Oxnard, California |
| 1/64 | 6/64 | Mobile Holdings Corp., 4656 E. Lincoln Ave., | Cypress, California |
| 2/60 | 1/64 | U. S. Navy | |
| 6/59 | 2/60 | The Gary Co., 111 N. E. Military Drive, | San Antonio, Texas |
| 4/58 | 6/59 | U. S. Civil Service | USNCBC, Port Hueneme, California |
| 8/54 | 4/58 | U. S. Navy | |
| Previous Student | | | |

## CERTIFICATION

False statement on this form is punishable by law.

I CERTIFY that the above statements are true, complete, and correct to the best of my knowledge and belief, and are made in good faith.

9 March 1966 — DATE

Arthur Roger Koog — SIGNATURE (sign original only)

11. DATE OF APPOINTMENT: 9 March 1966

12. TITLE OF POSITION AND GRADE OR SALARY: Power Plant Controlman

13. PLACE OF DUTY: China Lake, California

14. TYPE OF APPOINTMENT: [ ] EXCEPTED [X] COMPETITIVE (Includes indefinite and temporary types of competitive appointment.)

15. CIVIL SERVICE OR OTHER LEGAL AUTHORITY FOR APPOINTMENT: SF-20-2612 DR Bd USCSE, 11ND China Lake, Calif. dtd 2/16/66

16. This is a Nonsensitive Position.

W. E. O'NEILL, HEAD, INTERNAL SECURITY (Signature and title of authorized agency official)

17. THIS SPACE FOR FBI USE (See also item 20)

18. NAME, AGENCY, AND MAILING ADDRESS OF PERSONNEL SECURITY OFFICER

Commander (8411)
U. S. Naval Ordnance Test Station
China Lake, California 93555

☆ U. S. GOVERNMENT PRINTING OFFICE: 1955-337139

19. SPACE FOR CONTINUING ANSWERS TO C[illegible] QUESTIONS (Show item numbers to which answers [illegible]ly. Reverse the carbon paper before writing on this side).

Item No. 9 - Residences - Continued

| From | To | Address | City | State |
|---|---|---|---|---|
| 4/58 | 6/59 | 334 E. McFarlain Street | San Diego | California |
| 11/54 | 4/58 | USS Magoffin(APA-199) | San Diego | California |
| 8/54 | 11/54 | Navy Barracks(USNRTC) | San Diego | California |
| 1952 | 8/54 | 1708 W. Craig Place | San Antonio | Texas |
| 1946 | 1952 | 317 W. 3rd Street | Del Rio | Texas |
| 1942 | 1946 | ? So Pecan Street | Del Rio | Texas |
| 1937 | 1942 | Unknown | Del Rio | Texas |

If more space is needed use a separate sheet of paper. Write name on each sheet and attach it to this form.

20. REPORT OF INFORMATION DEVELOPED *(THIS SPACE RESERVED FOR FBI USE)* Date:

INSTRUCTIONS

1. This form must be submitted for each appointee to a nonsensitive position unless an exception has been approved by the U. S. Civil Service Commission. See Federal Personnel Manual Chapter I2 for details on use of this form.
2. This form is to be prepared in quadruplicate by the employing agency. Type all answers. Fill in all items except 17 and 20. If the answer is "No" or "None," so state.
3. Items 1A, 2, 3, 4 and 10 can be obtained from the application. The appointee should be asked to furnish information for items 1B and 5 thru 9. Items 11 thru 15 may be obtained from the agency copy of Standard Form 50 or other personnel records. In item 18 give name and full mailing address of the Personnel Security Officer in your department or agency to whom the reports of investigation should be sent. If more space is needed for any item continue under item 19.
4. The appointee must sign (on the original and the first carbon copy) the certification below item 10.
5. Submit the following forms and papers within three days after appointment to the office of the United States Civil Service Commission which serves your office:
   A. Three carbon copies of this form (Standard Form 85).
   B. Standard Form 87 (Fingerprint Chart).
   C. Original application from which appointment was made. Include investigative information about the person received on voucher forms or otherwise.
6. RETAIN THE ORIGINAL COPY OF STANDARD FORM 85 (SIGNED BY THE APPOINTEE) FOR YOUR FILES.

☆ U. S. GOVERNMENT PRINTING OFFICE: 1955-337139

STANDARD FORM 57
REVISED MARCH 1961
U.S. CIVIL SERVICE COMMISSION

# 'PLICATION FOR FEDERAL EMPLOYMENT

57-103

DO NOT WRITE IN THIS SPACE — APPLICATION NO. 027264 — ANNOUNCEMENT NO. 5F-20-6(65)

1. Kind of position applied for, or name of examination: Power Plant Controlman
Announcement No. ~~12-20-25 (62)~~

2. Options for which you wish to be considered *(if listed in examination announcement)*: ~~Plumber, Announcement No.~~ SF-20-44 (65)

3. Primary place(s) of employment applied for *(City and State)*: China Lake, California

4. Name *(First, middle, maiden, if any, last)* Mr. Mrs. Miss: Arthur Roger Koog

5. Address *(Number, Street, City, Zone, State)*: 1199 South "N" Street, Oxnard, California

6. Home phone: 486-6281

7. Office phone:

8. Legal or voting residence *(State)*: California

9. Height without shoes: 5 feet 6 inches

10. Weight: 149

11. Sex: [X] Male [ ] Female

12. Marital status: [X] Married [ ] Single *(Incl. widowed, divorced)*

13. Birthplace *(City and State, or foreign country)*: Del Rio, Texas

14. Birth date *(Month, day, year)*: [redacted]

15. Social Security Number: [redacted]

16. If you have ever been employed by the Federal Government, indicate last grade and job title: Heating Plant Operator (numerical rating 81.0) $2.55 per. hr., 2nd step
Dates of service in that grade: From 4-58 To 6-59

**DO NOT WRITE IN THIS BLOCK — For Use of Examining Office Only**

| Appor. / Nonappor. | Material: Submitted / Returned | Entered Register: FEB 16 1966 |
|---|---|---|

Notations:

App. Reviewed:

App. Approved:

| Option | Grade | Earned Rating | Preference | Augm. Rating |
|---|---|---|---|---|
| | | 84.33 | [X] 5 points (Tent.) | 89.33 |
| | | | [ ] 10 points Comp. Dis. | |
| | | | [ ] Other 10 Point | |
| | | | [ ] Disal. | |
| | | | [ ] Being Investigated | |

Initials and date:

## 17. AVAILABILITY INFORMATION

A. Lowest grade or pay you will accept: $2.93 Per hr. or grade

B. Will you accept temporary appointment? *(Acceptance or refusal of temporary employment will not affect your consideration for other appointments.)* [X] Yes [ ] No If "Yes," indicate by "X" in appropriate box or boxes. [ ] 1 mo. or less [ ] 1 to 4 months [X] 4 to 12 months

C. Will you accept less than full-time employment (less than 40 hours per week)? [ ] Yes [X] No

D. Are you willing to travel? [ ] Not at all [X] Occasionally [ ] Frequently

E. Will you accept employment: In Washington, D.C.? [X] Yes [ ] No Outside U.S.? [X] Yes [ ] No

F. Will you accept appointment only in certain locations? [ ] Yes [X] No If "Yes," list locations:

## 18. ACTIVE MILITARY SERVICE AND VETERAN PREFERENCE

A. List Dates, Branch, and Serial or Service Number of All Active Service

| From | To | Branch of Service | Serial or Service Number |
|---|---|---|---|
| 8-24-54 | 4-16-58 | U.S. Navy | 362-46-25 |
| 2-10-60 | 1-17-64 | U.S. Navy | 362-46-25 |

Verified

B. Have you ever been discharged from the armed forces under other than honorable conditions? [ ] Yes *(Give details in Item 39)* [X] No

C. Do you claim 5-point preference based on wartime military service? [ ] Yes [X] No

D. Do you claim 5-point preference based on service during peacetime campaign? [X] Yes *(Complete and attach Standard Form 15)* [ ] No

E. Do you claim 10-point preference? [ ] Yes [X] No *If "Yes," check type of preference claimed and complete and attach Standard Form 15, 'Veteran Preference Claim"* TYPE: [ ] Compensable disability [ ] Disability [ ] Wife [ ] Widow [ ] Mother

**THIS SPACE FOR USE OF APPOINTING OFFICER ONLY**

The information given in answer to Question 18 has been verified with the discharge certificate and/or other proof which shows that the separation was under honorable conditions.

VETERAN PREFERENCE ALLOWED: [ ] 5-point [ ] 10-point Comp. Disab. [ ] Other 10-point [ ] None

Signature and title: Dora B. Olson, Pers. Clerk (Gen) (Typing) Agency: U.S. NOTS, China Lake, Calif. Date: 3/9/66

16-76419-1

STANDARD FORM 15
DECEMBER 1955
CIVIL SERVICE COMMISSION
FPM CHAPTER VI

# VETERAN PREFERENCE CLAIM

INSTRUCTIONS: All preference claimants must fill in questions 1–21 and sign part 5. Claimants should read the instructions on the reverse side of this form to see what other requirements *they* must fulfill.

## PART 1. All preference claimants

1. NAME OF VETERAN ON WHOSE SERVICE PREFERENCE IS CLAIMED (*exactly as it appears on discharge form*): Koog, Arthur Roger

2. VETERAN'S DATE OF BIRTH (*mo., day, yr.*): [redacted]

3. IS THE VETERAN DECEASED? ☐ YES ☒ NO — *If deceased, give date of death:*

4. GIVE CLAIM NUMBER IF VETERAN HAS AN EXISTING DISABILITY RECOGNIZED BY VETERANS ADMINISTRATION AS SERVICE-CONNECTED, OR IF HE IS RECEIVING COMPENSATION, PENSION, OR DISABILITY RETIREMENT BENEFITS FROM THAT AGENCY — CLAIM NO. ______

5. IS VETERAN RECEIVING DISABILITY RETIREMENT BENEFITS FROM A BRANCH OF THE ARMED FORCES? ☐ YES ☒ NO

6. HAS VETERAN BEEN AWARDED THE PURPLE HEART FOR WOUNDS OR INJURIES RECEIVED IN ACTION? ☐ YES ☒ NO

7. YOUR NAME (*First*) (*Middle*) (*Last*): Arthur Roger Koog

8. YOUR ADDRESS: 1199 South "N" Street, Oxnard, California

9. YOUR DATE OF BIRTH (*mo., day, year*): 4-19-37

10. WHICH ARE YOU? (*check one*) ☒ THE VETERAN ☐ THE VETERAN'S WIDOW ☐ THE WIFE OF A DISABLED VETERAN ☐ THE MOTHER OF A DECEASED OR DISABLED VETERAN

11. TITLE OF EXAMINATION FOR WHICH THIS FORM IS SUBMITTED: Power Plant Controlman / Plumber

12. ANNOUNCEMENT NO.: 12-20-25 / SF-20-44

13. DATE TEST HELD OR APPLICATION FILED: 2-2-66

14. RATING, IF KNOWN:

15. WAS THE VETERAN'S SERVICE IN PEACETIME ONLY? ☒ YES ☐ NO

16. IF ANSWER TO QUESTION 15 IS "YES," WAS CAMPAIGN OR SERVICE MEDAL AUTHORIZED? ☐ YES ☒ NO

17. BRANCH OF SERVICE: U. S. Navy

18. SERIAL OR SERVICE NUMBER (*if none, give grade or rating*): 362-46-25

19. DATE OF ENTRY(IES) INTO ARMED FORCES: 8-24-54

20. DATE OF SEPARATION(S) FROM ARMED FORCES: 4-16-58

21. WAS THE SEPARATION HONORABLE? ☒ YES ☐ NO

## PART 2. Wives and widows

22. DATE YOU MARRIED VETERAN:

23. ARE YOU (*or were you before his death*) DIVORCED FROM THE VETERAN? ☐ YES ☐ NO

24. DATE OF DIVORCE:

25. IF WIDOWED OR DIVORCED FROM VETERAN HUSBAND, HAVE YOU REMARRIED? ☐ YES ☐ NO

## PART 3. Mothers of deceased or disabled veterans

26. IS THE VETERAN YOUR NATURAL CHILD? (*Preference cannot be granted on the service of a stepchild, foster child, or adopted child*) ☐ YES ☐ NO

27. IS THE NATURAL FATHER OF YOUR CHILD (*check one*) ☐ LIVING WITH YOU? ☐ DIVORCED FROM YOU? ☐ DECEASED? ☐ SEPARATED FROM YOU?

28. IS THE NATURAL FATHER OF YOUR CHILD (*or the husband of your remarriage*) WITH WHOM YOU ARE NOW LIVING TOTALLY AND PERMANENTLY DISABLED (*See instruction G*)? ☐ YES ☐ NO

29. IF NATURAL FATHER OF VETERAN IS DECEASED OR DIVORCED FROM YOU, HAVE YOU REMARRIED? ☐ YES ☐ NO

30. ARE YOU WIDOWED, DIVORCED, OR LEGALLY SEPARATED FROM THE HUSBAND OF YOUR REMARRIAGE? ☐ YES ☐ NO

## PART 4. Wives or mothers of disabled veterans

31. IS VETERAN NOW EMPLOYED — FULL-TIME? ☐ YES ☐ NO; PART-TIME? ☐ YES ☐ NO

32. IF THE VETERAN IS NOW EMPLOYED PART-TIME, CHECK THE BOX BELOW WHICH BEST INDICATES THE EXTENT OF PART-TIME EMPLOYMENT: ☐ REGULAR, ½-TIME OR MORE ☐ REGULAR, LESS THAN ½-TIME ☐ OCCASIONAL

33. NATURE OF VETERAN'S EMPLOYMENT BEFORE MILITARY SERVICE, IF ANY (*such as porter, bond salesman, radio mechanic, etc.*)

34. NATURE OF VETERAN'S PRESENT OR MOST RECENT EMPLOYMENT SUBSEQUENT TO MILITARY SERVICE (*such as porter, bond salesman, radio mechanic, etc.*)

35. IF VETERAN HAS APPLIED FOR FEDERAL CIVIL SERVICE EXAMINATION IN PAST 3 YEARS, GIVE: TITLE OF EXAMINATION / DATE TEST HELD OR APPLICATION FILED / RATING, IF KNOWN

36. IF VETERAN HAS BEEN EMPLOYED IN FEDERAL CIVIL SERVICE IN PAST 3 YEARS, GIVE: TITLE AND GRADE OF POSITION / NAME AND ADDRESS OF AGENCY

## PART 5. All preference claimants must sign here

I CERTIFY that the statements made by me in answer to the foregoing questions are true to the best of my knowledge and belief.

DATE: February 2, 1966

SIGNATURE: Arthur R. Koog

Be sure to attach the proof called for on the other side. Preference cannot be allowed unless required proof is furnished

(OVER)

Standard Form 50—5 Part
Rev. July 1957
Promulgated by U. S. Civil Service Commission—FPM-R-1

# NOTIFICATION OF PERSONNEL ACTION

| 1. NAME (LAST [CAPS]—First—Middle—Mr.—Miss—Mrs.) | 2. DATE OF BIRTH | 3. IDENTIFICATION (optional) |
|---|---|---|
| KOOG, Arthur R., Mr. | [redacted] | Pay No. 470400 kd |

4. THIS IS AN OFFICIAL NOTICE OF THE PERSONNEL ACTION DESCRIBED BELOW, WHICH AFFECTS YOUR EMPLOYMENT. GENERAL INFORMATION CONCERNING YOUR EMPLOYMENT APPEARS ON THE REVERSE SIDE OF THIS FORM.

| 5. NATURE OF ACTION (standard terminology must be used) | 6. EFFECTIVE DATE OF ACTION | 7. CIVIL SERVICE OR OTHER LEGAL AUTHORITY |
|---|---|---|
| Resignation | 6-2-59 2400 | |

| FROM | | TO |
|---|---|---|
| Heating Plant Operator | 8. POSITION TITLE AND NUMBER | |
| $2.55 ph, 2nd Step | 9. SERIES, GRADE, SALARY | |
| Public Works Department<br>Utilities Division<br>Heating Plant Branch | 10. NAME AND LOCATION OF OFFICE BY WHICH EMPLOYED | |
| Construction Battalion Center<br>Port Hueneme, California | 11. DUTY STATION | |
| [ ] Yes | 12. APPORTIONED POSITION | [ ] Yes [ ] Apportionment Waived [ ] Proved<br>STATE: |

| 13. VETERAN PREFERENCE | | | | 14. TENURE GROUP | 15. POSITION OCCUPIED IS IN THE: | |
|---|---|---|---|---|---|---|
| No | 5-pt. | 10-pt. Disab. | 10-pt. Other | | Competitive Service | Excepted Service |
| | x | | | II | x | |

| 16. APPROPRIATION | 17. PAYROLL DEDUCTIONS | | | 18. DATE OF APPOINTMENT AFFIDAVITS (accessions only) |
|---|---|---|---|---|
| From: | CSR | FICA | FEGLI | |
| To: | x | | x | |

19. REMARKS:

[ ] a. Subject to completion of 1 year probationary (or trial) period commencing

[x] b. Service counting toward career (or permanent) tenure from: 10-20-58

Separations: Show reasons below, as required. Check, if applicable: [ ] c. During probation [ ] d. From appointment of 6 months or less

Reason: Leaving the vicinity to accept another position.

Lump sum payment to be made for 116 hours, ending 6-23-59 at 2000.

Forwarding Address:
c/o Charles Koog
606 Sunglo Drive
San Antonio, Texas

20. EMPLOYING DEPARTMENT OR AGENCY

DEPARTMENT OF THE NAVY

22. SIGNATURE (or other authentication) AND TITLE

NORMAN S. HILL
Director, Industrial Relations Division

21. OFFICE MAINTAINING OFFICIAL PERSONNEL FOLDER (if different than item 10, above)

23. DATE: 6-5-59

☆ U. S. GOVERNMENT PRINTING OFFICE: 1958-458582

4. PERSONNEL FOLDER COPY

Standard Form 52—Rev. July 1957
Promulgated by the U. S. Civil Service Commission FPM, R-1.

# REQUEST FOR PERSONNEL ACTION

**PART I. REQUESTING OFFICE:** Unless otherwise instructed, fill in all items in this part except those inside the heavy lines. If applicable, obtain resignation and separation data on reverse side

| 1. NAME (Last—First—Middle—Mr.—Miss—Mrs.) | 2. DATE OF BIRTH | 3. IDENTIFICATION (Optional) | A. Request Number |
|---|---|---|---|
| KOOG, Arthur R. | [redacted] | Pay No. [redacted] | |

B. Kind of Action Requested:
(1) Personnel (Specify appointment, reassignment, resignation, etc.) Resignation
(2) Position (Specify establish, review, abolish, etc.)

C. Proposed Effective Date:
D. Date of Request: 6-3-59
E. Position Sensitivity:

| 5. NATURE OF ACTION (Use standard terminology) | 6. EFFECTIVE DATE OF ACTION | 7. CIVIL SERVICE OR OTHER LEGAL AUTHORITY |
|---|---|---|
| Resignation | 6-2-59 | |

| FROM— | | TO— |
|---|---|---|
| Heating Plant Operator | 8. POSITION TITLE AND NUMBER | |
| $2.55 ph, 2nd Step | 9. SERIES, GRADE, SALARY | |
| Public Works Department<br>Utilities Division<br>Heating Plant Branch | 10. NAME AND LOCATION OF OFFICE BY WHICH EMPLOYED | |
| Construction Battalion Center<br>Port Hueneme, California | 11. DUTY STATION | |
| ☐ Yes | 12. APPORTIONED POSITION | ☐ Yes STATE: ☐ Apportionment Waived ☐ Proved |

F. Remarks by Requesting Office (Continue in item F on reverse side, if necessary. Show, if applicable, any known additional or modified reasons for resignation)

G. Requested by (Signature and Title)

H. For additional information Call (Name and telephone number)

I. Request approved by:
Signature: R A Davis
Title: R. A. DAVIS DIRECTOR PUBLIC WORKS ADMIN.

**PART II. TO BE COMPLETED BY PERSONNEL OFFICE** (Items inside heavy lines in Part I above also to be completed)

13. VETERAN PREFERENCE

| No. | 5-pt. | 10-pt. Disab. | 10-pt. Other |
|---|---|---|---|
| | | | |

14. TENURE GROUP

15. POSITION TO BE OCCUPIED IS IN THE: ☐ Competitive Service ☐ Excepted Service

16. APPROPRIATION
From:
To:

17. PAYROLL DEDUCTIONS

| CSR | FICA | FEGLI |
|---|---|---|
| | | |

J. Position Classification Action

| New | Vice | I. A. | Regr. |
|---|---|---|---|
| | | | |

| K. CLEARANCES | Initials or Signature | Date |
|---|---|---|
| (1) | | |
| (2) CEIL. OR POS. CONTROL | | |
| (3) CLASSIFICATION | | |
| (4) PLACEMENT OR EMPL. | | |
| (5) | | |
| (6) APPROVED BY: | | |

(7) Remarks: (Note: Use item 19 on reverse for Standard Form 50 remarks)
Qualification Standard:

STANDARD FORM 52
Rev. July 1957

## PART III. TO BE COMPLETED BY EMPLOYEE

RESIGNATION (IMPORTANT—NOTE TO EMPLOYEE: Give specific reasons for your resignation. Avoid generalized reasons, such as, "ill health," personal reason.")

I RESIGN FOR THE FOLLOWING REASONS:

6-3-59
(DATE RESIGNATION IS WRITTEN)

Another position, leaving the vicinity.

The effective date of my resignation will be 6-02-59

Arthur R. Koog
(SIGNATURE)

## PART IV. SEPARATION DATA

FORWARD COMMUNICATIONS, INCLUDING SALARY CHECKS AND BONDS, TO THE FOLLOWING ADDRESS:

| (Street) | (City) | (Zone) | (State) |
|---|---|---|---|
| C/O Charles Koog 606 Sunglo Drive | San Antonio | | Texas |

## PART I. (Continued)

F. Remarks by Requesting Office:

## PART II. (Continued)

19. STANDARD FORM 50 REMARKS

☐ Subject to completion of 1 year probationary (or trial) period commencing ______

☐ Service counting toward career (or permanent) tenure from: ______

☐ Successor position—employee retained in the competitive service.

☐ Entrance performance rating satisfactory

Separations: Show reasons below, as required. Check, if applicable: ☐ During probation ☐ From appointment of 6 months or less

STANDARD FORM 55
SEPTEMBER 1954
U. S. CIVIL SERVICE COMMISSION
CHAPTER 13 F. P. M.

# NOTICE OF CONVERSION PRIVILEGE

## Federal Employees' Group Life Insurance Act of 1954

An employee is entitled to convert to an individual policy when his group insurance terminates because of separation from an agency, transfer or appointment to a group excluded by law or regulation from insurance coverage, expiration of 12 continuous months in a nonpay status, or entry into the military service of the United States and acquisition of coverage under the Servicemen's Indemnity Act of 1951.

An employee whose group insurance terminates as indicated above may, under provisions set forth in his Certificate of Group Insurance, purchase an individual policy of life insurance without medical examination. The individual policy may be in an amount not exceeding the employee's group life insurance and will be issued at rates applicable to the type of policy purchased and to his current age and class of risk.

If you are entitled to convert group life insurance to an individual policy and wish to exercise this privilege, you must:

1. Ask the agency identified in the block below to give you a completed Agency Certification of Insurance Status, and
2. Follow the instructions printed on the Agency Certification of Insurance Status, and mail it to the Office of Federal Employees' Group Life Insurance, 330 Fourth Avenue, New York 10, N. Y. That office will promptly mail to you detailed information on how to apply for conversion.

**IMPORTANT**

THE TIME IN WHICH AN EMPLOYEE MAY CONVERT IS LIMITED. THE COMPLETED "AGENCY CERTIFICATION OF INSURANCE STATUS" (NOT THIS FORM) MUST BE MAILED TO THE OFFICE OF FEDERAL EMPLOYEES' GROUP LIFE INSURANCE WITHIN 31 DAYS AFTER YOUR GROUP INSURANCE TERMINATES, OR WITHIN 15 DAYS AFTER THE DATE OF THIS NOTICE, WHICHEVER BASIS GIVES YOU THE MOST TIME.

UNDER CERTAIN CONDITIONS, LIFE INSURANCE IS PAYABLE IF DEATH OCCURS WITHIN 31 DAYS AFTER AN EMPLOYEE'S GROUP INSURANCE TERMINATES, EVEN THOUGH HE HAS NOT APPLIED FOR CONVERSION. IF DEATH OCCURS WITHIN THIS PERIOD FURTHER INFORMATION CONCERNING POSSIBLE BENEFITS MAY BE OBTAINED FROM THE AGENCY NAMED BELOW.

DATE OF THIS NOTICE

6-3-59

INSTRUCTIONS TO EMPLOYING AGENCY

1. Fill in the name and address of the office which issues this notice (overprint or stamp if desired).
2. Fill in the date this notice is issued, and note this date in your records for possible future reference.
3. Give this notice, as required, to every employee on the date his insurance terminates (except by waiver).

NAME AND MAILING ADDRESS OF AGENCY

Construction Battalion Center
Port Hueneme, California

U. S. NAVAL CONSTRUCTION BATTALION CENTER
PORT HUENEME, CALIFORNIA

12C/kd

MEMORANDUM

From: Industrial Relations Officer
To: **Arthur R. Koeg, Pay No. 470400**
**Heating Plant Operator**

Subj: Organizational changes

1. You are advised that, effective **4-13-59**, the organizational location of your position is as follows:
**Public Works Department**
**Utilities Division**
**Heating Plant Branch**

NORMAN S. HILL

Copy to:
Official Personnel Folder
Payroll Section
Department



| PAY NO. | NAME | SHOP CODE | PAY ADJUSTMENT FROM SALARY | PAY ADJUSTMENT TO SALARY | EFFECTIVE DATE |
|---|---|---|---|---|---|
| 470400 | A R KOOG | 41 | $ 2.48 | $ 2.55 | 3/23/59 |

THIS IS YOUR OFFICIAL NOTICE OF PAY ADJUSTMENT AUTHORIZED BY OIR NOTICE 12250, OIR 410: AJT DTD 3 MARCH 1959

APDPPO/21359/12C/1T

Org. Chg. Effect. 11-3-58

| BADGE NUMBER | NAME | RATE | PRESENT DIV | PRESENT BR | PRESENT WC | NEW DIV | NEW BR | NEW WC |
|---|---|---|---|---|---|---|---|---|
| 037400 | Barlow, R. L. | Boil., Fire. | Util | Heat., Wat., Sup & Sani. | 61 | Util | Heat Pl Operations | 61 |
| 720400 | Rife, G. J. | " | " | " | " | " | " | " |
| 580392 | Miller, J. R. | Air Com Plant Op | " | " | " | " | " | " |
| 004275 | Adams, G. B. | Heat Pl Opr | " | " | " | " | Heat PL Opr | 61 |
| 017050 | Anderson, T. | " | " | " | " | " | " | " |
| 073390 | Boots, J. H. | " | " | " | " | " | " | " |
| 099050 | Brunner, A. W. | " | " | " | " | " | " | " |
| 144265 | Chase, V. J. | " | " | " | " | " | " | " |
| 207250 | Decou, R. H. | " | " | " | " | " | " | " |
| 342965 | Hagen, R. | " | " | " | " | " | " | " |
| 413050 | Hughart, R.K. | " | " | " | " | " | " | " |
| 416185 | Hunter, L. | " | " | " | " | " | " | " |
| 443800 | Jones, C. J. | " | " | " | " | " | " | " |
| → 470400 | Koog, A. R. | " | " | " | " | " | " | " |
| 483400 | Lavin, J. A. | " | " | " | " | " | " | " |
| 500154 | Loiselle, M. H. | " | " | " | " | " | " | " |
| 529200 | Martin, J. | " | " | " | " | " | " | " |
| 572300 | Menerey, C. L. | " | " | " | " | " | " | " |
| 583600 | Mitchell, C. A. | " | " | " | " | " | " | " |
| 607000 | Murphy, J. E. | " | " | " | " | " | " | " |
| 630630 | Nunneloe, F. | " | " | " | " | " | " | " |
| 835875 | Tarpley, C. H. | " | " | " | " | " | " | " |
| 841425 | Tereault, R. F. | " | " | " | " | " | " | " |
| 854475 | Todd, R. | " | " | " | " | " | " | " |

| BADGE NUMBER | NAME | RATE | PRESENT DIV | PRESENT BR | PRESENT WC | NEW DIV | NEW BR | NEW WC |
|---|---|---|---|---|---|---|---|---|
| 137350 | Catlin, G. H. | Rad Mech | Util | Pow & Communication | 66 | Maint | Elec | 52 |
| 601000 | Morton, C. H. Jr. | " | " | " | " | " | " | " |
| 730975 | Roddenberry, R. R. | " | " | " | " | " | " | " |
| 014000 | Alstot, J. W. | Tele Elec | " | " | " | " | " | " |
| 088400 | Briscoe, W. L. | " | " | " | " | " | " | " |
| 035160 | Bamford, G. B. | Cen Of Repairman | " | " | " | " | " | " |
| 242000 | Eddington, C. R. | " | " | " | " | " | " | " |
| 267940 | Felgen, E. G. | Cable Splicer | " | " | " | " | " | " |
| 686430 | Power, E. K. | Helper(Gen) | " | " | " | " | " | " |
| 690675 | Proud, R. T. | Shop Planner | Maint | Bldg. Tr | 20 | Maint | Elec | 20 |
| C24913 | Austin, C. | Chief Quart Rds & Gr | " | Rds & Gr | " | " | Gen Ser | 20 |
| 371200 | Hayes, J. S. | Shop Planner(R&G) | " | " | " | " | " | " |
| 155800 | Clifford, J. J. | Quart (R&G) | " | " | 32 | " | " | " |
| 119600 | Calverley, G. D. | Quart (Elec) | " | Bldg Tr | 24 | " | Elec | " |
| 814600 | Stevens, V. V. | Lead, Elect (Lineman) | Util | Power & Communications | 65 | " | " | 51 |
| 104025 | Bull, J. L. | Electrician (Lineman) | " | " | " | " | " | " |
| 306595 | Garofalo, L. J. | " | " | " | " | " | " | " |
| 320756 | Goddard, J. H. | " | " | " | " | " | " | " |
| 342650 | Haberman, F. | " | " | " | " | " | " | " |
| 390010 | Higginbotham, C. J. | " | " | " | " | " | " | " |
| 772299 | Shelton, K. A. | " | " | " | " | " | " | " |
| 782350 | Sims, R. D. | " | " | " | " | " | " | " |
| 446809 | Jones, W. N. | Lead. Heat. Plant Oper | Util | Heat, Wat., Sup & San | 61 | Util | Heat Pl Oper | 61 |
| 827400 | Sullivan, D. M. | Head Heat Plant Opr | " | " | " | " | " | " |

☆ U. S. GOVERNMENT PRINTING OFFICE: 1956-O-400561

| 1. Agency and organizational designations | 2. Payroll period | 3. Block No. | 4. Slip No. |
|---|---|---|---|
| CBC, Port Hueneme, California | [redacted] | 470400 | |

| 5. Employee's name (and social security account number when appropriate) | 6. Grade and salary |
|---|---|
| . Arthur R. Koog<br>1580 ✓ | $2.48 ph, 2nd Step |

PAYROLL CHANGE DATA

| | BASE PAY | OVERTIME | | GROSS PAY | RET. | FEDERAL TAX | BOND | F. I. C. A. | STATE TAX | GROUP LIFE INS. | | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7. Previous normal | | | | | | | | | | | | | |
| 8. New normal | | | | | | | | | | | | | |
| 9. Pay this period | | | | | | | | | | | | | |

10. Remarks:

Public Works Department
Utilities Division
41 ✓ 41106 ✓
(Career-Conditional)

11. Appropriation(s)

12. Prepared by

13. Audited by

☒ Periodic step-increase ☐ Pay adjustment ☐ Other step-increase

| 14. Effective date | 15. Date last equivalent increase | 16. Old salary rate | 17. New salary rate | 18. Performance rating is satisfactory or better. |
|---|---|---|---|---|
| 1-3-58 | 4-29-58 | $2.38/1st | $2.48/2nd | Director, Industrial Relations Division<br>(Signature of authorized official) |

LWOP data (Fill in appropriate spaces covering LWOP during following periods):
Period(s):

☒ No excess LWOP. Total excess LWOP

(Check applicable box in case of excess LWOP)
☐ In pay status at end of waiting period.
☐ In LWOP status at end of waiting period.

Initials of Clerk

STANDARD FORM NO. 1126d—Revised
Form prescribed by Comp. Gen., U. S.
October 26, 1954, General Regulations No. 102

PAYROLL CHANGE SLIP — PERSONNEL COPY

K

STANDARD FORM 50
REV. APRIL 1951
PROMULGATED BY
U. S. CIVIL SERVICE COMMISSION
CHAPTER R1, FEDERAL PERSONNEL MANUAL

# NAVY DEPARTMENT

Pay No. 470400

## NOTIFICATION OF PERSONNEL ACTION

| 1. NAME (MR.—MISS—MRS.—ONE GIVEN NAME, INITIAL(S), AND SURNAME) | 2. DATE OF BIRTH | 3. JOURNAL OR ACTION NO. | 4. DATE |
|---|---|---|---|
| Mr. Arthur R. Koog | [redacted] | kd | 10-20-58 F |

*This is to notify you of the following action affecting your employment subject to provisions on reverse par.*

| 5. NATURE OF ACTION (USE STANDARD TERMINOLOGY) | 6. EFFECTIVE DATE | 7. CIVIL SERVICE OR OTHER LEGAL AUTHORITY |
|---|---|---|
| Conversion to Career-Conditional Appointment | 10-20-58 | Cert.# 12-20-246 FHBdCSE 11ND PHCalif. dtd 10-20-58. |

| FROM | | TO |
|---|---|---|
| | 8. POSITION TITLE | Heating Plant Operator |
| | 9. SERVICE, SERIES, GRADE, SALARY | $2.38 ph, 1st Step |
| | 10. ORGANIZATIONAL DESIGNATIONS | Public Works Department Utilities Division Heating, Water Supply and Sanitation Branch |
| | 11. HEADQUARTERS | Construction Battalion Center Port Hueneme, California |
| FIELD / DEPARTMENTAL | 12. FIELD OR DEPT'L | X FIELD / DEPARTMENTAL |

13. VETERAN'S PREFERENCE

| NONE | WWII | OTHER | 5-PT. | 10-POINT DISAB. | 10-POINT OTHER |
|---|---|---|---|---|---|
| | | | X | | |

14. POSITION CLASSIFICATION ACTION

| NEW | VICE | I. A. | REAL. |
|---|---|---|---|
| | | | |

| 15. SEX | 16. APPROPRIATION | 17. SUBJECT TO C. S. RETIREMENT ACT (YES—NO) | 18. DATE OF APPOINTMENT AFFIDAVITS (ACCESSIONS ONLY) | 19. LEGAL RESIDENCE |
|---|---|---|---|---|
| M | FROM: TO: | Yes | | ☐ CLAIMED ☐ PROVED STATE: |

20. REMARKS: This action is subject to all applicable laws, rules, and regulations and may be subject to investigation and approval by the United States Civil Service Commission. The action may be corrected or canceled if not in accordance with all requirements.

Substantially continuous creditable service begins 10-20-58.
Service credited from 4-29-58 toward completion of probationary period.

ENTRANCE PERFORMANCE RATING:

NORMAN S. HILL
Director, Industrial Relations Division
21. SIGNATURE OR OTHER AUTHENTICATION

4. PERSONNEL FOLDER COPY ☆ U. S. GOVERNMENT PRINTING OFFICE: 1957—425020

STANDARD FORM 61
REVISED MARCH 1956
U. S. CIVIL SERVICE COMMISSION
F. P. M. CHAPTER A6

# APPOINTMENT AFFIDAVITS

IMPORTANT.—*Before swearing to these appointment affidavits, you should read and understand the attached information for appointee*

Navy Construction Battalion Center Port Hueneme, California
(Department or agency) (Bureau or division) (Place of employment)

I, Arthur R. Koog, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely without any mental reservation or purpose of evasion; that I will well and faithfully discharge the duties of the office on which I am about to enter, SO HELP ME GOD.

## B. AFFIDAVIT AS TO SUBVERSIVE ACTIVITY AND AFFILIATION

I am not a Communist or Fascist. I do not advocate nor am I knowingly a member of any organization that advocates the overthrow of the constitutional form of the Government of the United States, or which seeks by force or violence to deny other persons their rights under the Constitution of the United States. I do further swear (or affirm) that I will not so advocate, nor will I knowingly become a member of such organization during the period that I am an employee of the Federal Government or any agency thereof.

## C. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof. I do not and will not assert the right to strike against the Government of the United States or any agency thereof while an employee of the Government of the United States or any agency thereof. I do further swear (or affirm) that I am not knowingly a member of an organization of Government employees that asserts the right to strike against the Government of the United States or any agency thereof and I will not, while an employee of the Government of the United States or any agency thereof, knowingly become a member of such an organization.

## D. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing such appointment.

## E. AFFIDAVIT AS TO DECLARATION OF APPOINTEE

The answers given in the Declaration of Appointee on the reverse of this form are true and correct.

10-20-58 (Date of entrance on duty) — /s/ Arthur R. Koog (Signature of appointee)

Subscribed and sworn before me this 20th day of October A. D. 1958,

at Port Hueneme (City) California (State)

[SEAL] — Margery A. Martin (Signature of officer)

Auth Act Congress 26 Jun 43 — Appointment Unit Supervisor (Title)

NOTE.—*If the oath is taken before a Notary Public the date of expiration of his commission should be shown.*

# DECLARATION OF APPOINTEE

This form is to be completed before entrance on duty. Answer all questions. Admitted unfavorable information about such matters as arrests or discharges will be considered together with the favorable information in your record in determining your present fitness for Federal employment. However, a false statement or dishonest answer to any question may be grounds for dismissal after appointment and is punishable by law.

1. PRESENT ADDRESS (*street and number, city and State*)
332 East McFarlane Street

2. (A) DATE OF BIRTH: Apr. 19 - 1937
(B) PLACE OF BIRTH (*city and State or city and foreign country*): Del Rio, Texas

3. (A) IN CASE OF EMERGENCY, PLEASE NOTIFY: Connie Skoog
(B) RELATIONSHIP: Wife
(C) STREET AND NUMBER, CITY AND STATE: Same as above
(D) TELEPHONE NO.: None

4. DOES THE UNITED STATES GOVERNMENT EMPLOY, IN A CIVILIAN CAPACITY, ANY RELATIVE OF YOURS (EITHER BY BLOOD OR MARRIAGE) WITH WHOM YOU LIVE OR HAVE LIVED WITHIN THE PAST 24 MONTHS? ☐ YES ☒ NO
*If so, for each such relative fill in the blank below. If additional space is necessary, complete under Item 12.*

| NAME | POST OFFICE ADDRESS (*Give street number, if any*) | (1) POSITION (2) TEMPORARY OR NOT (3) DEPARTMENT OR AGENCY IN WHICH EMPLOYED | RELATIONSHIP | MARRIED (*Check one*) | SINGLE |
|---|---|---|---|---|---|
| | | 1. 2. 3. | | | |
| | | 1. 2. 3. | | | |
| | | 1. 2. 3. | | | |

| INDICATE ANSWER BY PLACING "X" IN PROPER COLUMN | YES | NO |
|---|---|---|
| 5. (A) ARE YOU A CITIZEN OF THE UNITED STATES OF AMERICA, OR (B) AS A NATIVE OF AMERICAN SAMOA DO YOU OWE ALLEGIANCE TO THE UNITED STATES OF AMERICA? | X | |
| 6. ARE YOU AN OFFICIAL OR EMPLOYEE OF ANY STATE, TERRITORY, COUNTY, OR MUNICIPALITY? *If your answer is "Yes," give details in Item 12.* | | X |
| 7. DO YOU RECEIVE OR HAVE YOU APPLIED FOR AN ANNUITY FROM THE UNITED STATES OR DISTRICT OF COLUMBIA GOVERNMENT UNDER ANY RETIREMENT ACT OR ANY PENSION OR OTHER COMPENSATION FOR MILITARY OR NAVAL SERVICE? *If your answer is "Yes," give details in Item 12.* | | X |
| 8. SINCE YOU FILED APPLICATION RESULTING IN THIS APPOINTMENT, HAVE YOU BEEN ARRESTED, CHARGED, OR HELD BY FEDERAL, STATE, OR OTHER LAW ENFORCEMENT AUTHORITIES, FOR ANY VIOLATION OF ANY FEDERAL LAW, STATE LAW, COUNTY OR MUNICIPAL LAW, REGULATION OR ORDINANCE? DO NOT INCLUDE TRAFFIC VIOLATIONS FOR WHICH A FINE OF $25 OR LESS WAS IMPOSED. ALL OTHER CHARGES MUST BE INCLUDED EVEN IF THEY WERE DISMISSED. *If your answer is "Yes," give in Item 12 for each case: (1) approximate date, (2) charge, (3) place, (4) action taken.* | | X |
| 9. SINCE YOU FILED APPLICATION RESULTING IN THIS APPOINTMENT, HAVE YOU BEEN BARRED BY THE U.S. CIVIL SERVICE COMMISSION FROM TAKING EXAMINATIONS OR ACCEPTING CIVIL SERVICE APPOINTMENTS? *If your answer is "Yes," give dates of and reasons for such debarment in Item 12.* | | X |

| INDICATE ANSWER BY PLACING "X" IN PROPER COLUMN | YES | NO |
|---|---|---|
| 10. (A) HAVE YOU EVER FILED A WAIVER OF LIFE INSURANCE COVERAGE UNDER THE FEDERAL EMPLOYEES' GROUP LIFE INSURANCE ACT? | | X |
| (B) IF YOU HAVE FILED SUCH A WAIVER, HAS IT BEEN CANCELED OR REVOKED? | | X |
| 11. SINCE YOU FILED APPLICATION RESULTING IN THIS APPOINTMENT: A. HAVE YOU BEEN DISCHARGED FROM EMPLOYMENT BECAUSE: (1) YOUR CONDUCT WAS NOT SATISFACTORY? | | X |
| (2) YOUR WORK WAS NOT SATISFACTORY? | | X |
| B. HAVE YOU RESIGNED AFTER OFFICIAL NOTIFICATION THAT: (1) YOUR CONDUCT WAS NOT SATISFACTORY? | | X |
| (2) YOUR WORK WAS NOT SATISFACTORY? | | X |
| C. HAVE YOU BEEN DISCHARGED FROM THE ARMED SERVICES UNDER OTHER THAN HONORABLE CONDITIONS? *If your answer to A, B, or C is "Yes," give details in Item 12 as clearly as you can remember, including the name and address of employer, approximate date, and reasons in each case.* | | X |

12. SPACE FOR DETAILED ANSWERS TO OTHER QUESTIONS (*Indicate item numbers to which answers apply.*)

| ITEM NO. | | ITEM NO. | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

INSTRUCTIONS TO APPOINTING OFFICER.—You must determine that this appointment would be in conformance with the Civil Service Act, applicable Civil Service Rules and Regulations, and acts of Congress pertaining to appointment.

This form should be checked for holding of office, pension, any record of recent discharge or arrest, age, citizenship, and members of family. Also, to establish the identity of the appointee, you should particularly check (1) his signature and handwriting against the application and/or other pertinent papers and (2) his physical appearance against the medical certificate.

U. S. GOVERNMENT PRINTING OFFICE 16—55160-5

UNITED STATES CIVIL SERVICE COMMISSION

# PROOF OF SELECTION FOR CAREER (OR CAREER-CONDITIONAL) APPOINTMENT

Director, Industrial Relations Division
U. S. Naval Construction Battalion Center
Port Hueneme, California

Date: 20 October 1958

The United States Civil Service Commission hereby certifies that the person named below has been selected in regular order from a competitive register. Entry on duty and completion of probation under a career or career-conditional appointment as a result of this selection will confer a competitive civil service status upon the person concerned.

| NAME (*One given name, initial(s), and surname*) | | DATE OF BIRTH | |
|---|---|---|---|
| Arthur R. Koog | | [redacted] | |
| TITLE OF POSITION | GRADE | SALARY | CIVIL SERVICE CERTIFICATE NO. |
| Heating Plant Operator | Step I | $2.38 p/h | 12-20-246 PH |
| CERTIFYING OFFICE (*Office, name, and address*) | | SIGNATURE OF AUTHORIZING OFFICER | |
| BD OF US CIVIL SERVICE EXAMINERS<br>ELEVENTH NAVAL DISTRICT (SOUTHERN SECTOR)<br>US NAVAL CONSTRUCTION BATTALION CENTER<br>PORT HUENEME, CALIFORNIA | | Farra P. Carson<br>OFFICIAL TITLE FARRA P. CARSON<br>Detached Representative | |

If the person covered by this selection enters on duty under this authority, file this form on the permanent (right) side of the employee's Official Personnel Folder.

## AGENCY REPORT TO THE CIVIL SERVICE COMMISSION THAT PERSON SELECTED WAS NOT APPOINTED

If the person selected is not appointed, check the reason below, address to the authorizing office of the Commission, and return to that office for appropriate action.

REASON FOR CANCELLATION:

☐ DECLINATION ☐ FAILURE TO REPLY ☐ FAILURE TO REPORT

☐ OTHER (*Specify*)

U. S. GOVERNMENT PRINTING OFFICE 16—59159-2

CSC FORM 2800a
JANUARY 1955



| PAY NO. | NAME | SHOP CODE | PAY ADJUSTMENT | | EFFECTIVE DATE |
|---|---|---|---|---|---|
| | | | FROM SALARY | TO SALARY | |
| [redacted] | KOOG ARTHUR R | 41 | $2.21 | $2.38 | 07/21/58 |

THIS IS YOUR OFFICIAL NOTICE OF PAY ADJUSTMENT AUTHORIZED BY OIR NOTICE 12250, OIR 410:VRV DTD 2 JULY 1958

STANDARD FORM 50
REV. APRIL 1951
PROMULGATED BY
U. S. CIVIL SERVICE COMMISSION
CHAPTER R1, FEDERAL PERSONNEL MANUAL

# NAVY DEPARTMENT

Pay No. 470400

## NOTIFICATION OF PERSONNEL ACTION

235

| 1. NAME (MR.—MISS—MRS.—ONE GIVEN NAME, INITIAL(S), AND SURNAME) | 2. DATE OF BIRTH | 3. JOURNAL OR ACTION NO. | 4. DATE |
|---|---|---|---|
| Mr. Arthur R. Koog SS# 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 | [redacted] | mp | 4-28-58 |

*This is to notify you of the following action affecting your employment subject to provisions on reverse par.* F

| 5. NATURE OF ACTION (USE STANDARD TERMINOLOGY) | 6. EFFECTIVE DATE | 7. CIVIL SERVICE OR OTHER LEGAL AUTHORITY |
|---|---|---|
| Temporary Appointment - PER | 4-29-58 | Auth.#T-A12-20-111 PH BUCSE 11ND PHCalif. dtd 4-28-58 |

31580

| FROM | | TO |
|---|---|---|
| | 8. POSITION TITLE | Heating Plant Operator |
| | 9. SERVICE, SERIES, GRADE, SALARY | $2.21 per hour 1st Step |
| | 10. ORGANIZATIONAL DESIGNATIONS | Public Works Department<br>Utilities Division<br>Heating, Water Supply &<br>Sanitation Branch 41 |
| | 11. HEADQUARTERS | Construction Battalion Center<br>Port Hueneme, California 41106 |
| FIELD [ ] DEPARTMENTAL [ ] | 12. FIELD OR DEPT'L | FIELD [X] DEPARTMENTAL [ ] |

| 13. VETERAN'S PREFERENCE: NONE | WWII | OTHER | 5-PT. | 10-POINT DISAB. | 10-POINT OTHER | 14. POSITION CLASSIFICATION ACTION: NEW | VICE | I. A. | REAL. |
|---|---|---|---|---|---|---|---|---|---|
| | | | X | | | | | | |

| 15. SEX | 16. APPROPRIATION | 17. SUBJECT TO C. S. RETIREMENT ACT (YES—NO) | 18. DATE OF APPOINTMENT AFFIDAVITS (ACCESSIONS ONLY) | 19. LEGAL RESIDENCE |
|---|---|---|---|---|
| M | FROM:<br>TO: | No | 4-29-58 | [ ] CLAIMED [ ] PROVED<br>STATE: |

20. REMARKS: This action is subject to all applicable laws, rules, and regulations and may be subject to investigation and approval by the United States Civil Service Commission. The action may be corrected or canceled if not in accordance with all requirements.

**Subject to satisfactory physical examination.**
**Subject to FEGLI.**

Occ Code 31580
Org Unit 41A
Milt Pref 2
Tenure 5
Handic 4
Date Action 042958
Action Code 54
PD Number 41106
Series

ENTRANCE PERFORMANCE RATING:

NORMAN S. HILL
Director, Industrial Relations Division
21. SIGNATURE OR OTHER AUTHENTICATION

4. PERSONNEL FOLDER COPY ☆ U. S. GOVERNMENT PRINTING OFFICE: 1957—425020

STANDARD FORM 144
REVISED SEPTEMBER 1954
U. S. CIVIL SERVICE COMMISSION
FPM CHAPTERS L1, R3, AND S2

# STATEMENT OF PRIOR FEDERAL CI\ AN AND MILITARY SERVICE AND DETERMINATION OF COMPETITIVE STATUS

IMPORTANT: The information on this form will be used (1) in determining creditable service for leave purposes and retention credits for reduction in force, and (2) in recording agency determination of competitive status. The employee should complete Part I and the Personnel Office should complete Parts II through V.

## PART I.—EMPLOYEE'S STATEMENT

1. NAME (*Last, first, middle initial*)
Koog, Arthur R.

2. DATE OF BIRTH
[redacted]

3. LIST THE FOLLOWING INFORMATION CONCERNING ALL FEDERAL AND DISTRICT OF COLUMBIA SERVICE YOU HAVE HAD PRIOR TO YOUR PRESENT APPOINTMENT (*Do not include military service.*)

| NAME AND LOCATION OF AGENCY | FROM— YEAR | MONTH | DAY | TO— YEAR | MONTH | DAY | TYPE OF APPOINTMENT IF KNOWN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

4. LIST PERIODS OF ACTIVE SERVICE IN ANY BRANCH OF THE ARMED FORCES OF THE UNITED STATES. IF YOU HAD NO ACTIVE MILITARY SERVICE, WRITE "NONE."

| BRANCH | FROM— YEAR | MONTH | DAY | TO— YEAR | MONTH | DAY | DISCHARGE (*Hon. or dishon.?*) |
|---|---|---|---|---|---|---|---|
| U. S. Navy | 54 | 8 | 24 | 58 | 4 | 16 | Honorable |

5. DURING PERIODS OF EMPLOYMENT SHOWN IN ITEM 3, DID YOU HAVE A TOTAL OF MORE THAN 6 MONTHS ABSENCE WITHOUT PAY, INCLUDING PERIODS OF MERCHANT MARINE SERVICE, DURING ANY ONE CALENDAR YEAR? ☐ YES ☐ NO
IF ANSWER IS "YES," LIST FOLLOWING INFORMATION.

| TYPE IF KNOWN (*LWOP, Furl, Susp, AWOL, Mer Mar*) | FROM— YEAR | MONTH | DAY | TO— YEAR | MONTH | DAY | TOTAL YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

6. DURING THE FEDERAL SERVICE LISTED IN ITEM 3, DID YOU ACQUIRE A PERMANENT COMPETITIVE CIVIL SERVICE STATUS?
☐ YES ☐ NO
(*If answer is "Yes," in what agency were you employed at the time status was acquired?*)

7. ARE YOU:
A. THE WIFE OF A DISABLED VETERAN? ☐ YES ☐ NO
B. THE MOTHER OF A DECEASED OR DISABLED VETERAN? ☐ YES ☐ NO
C. THE UNREMARRIED WIDOW OF A VETERAN? ☐ YES ☐ NO

## PART II.—THIS COLUMN IS FOR PERSONNEL OFFICE USE

9. RETENTION GROUP
III - A

10. A. CSC STATUS ☐ YES ☑ NO
B. TYPE OF PRESENT APPOINTMENT

11. SERVICE

| YEAR | MONTH | DAY |
|---|---|---|
| 3 | 7 | 23 |

12. TOTAL SERVICE
3 7 23

13. NONCREDITABLE SERVICE (*Leave purposes only*):

14. NONCREDITABLE SERVICE (*RIF purposes only*):

15. REEMPLOYMENT RIGHTS ☐ YES ☐ NO

16. RETENTION RIGHTS ☐ YES ☐ NO

17. EXPIRATION DATE OF RETENTION RIGHTS

8. TO BE EXECUTED BEFORE A NOTARY PUBLIC OR OTHER PERSONS AUTHORIZED TO ADMINISTER OATHS.
I swear (or affirm) that the above statements are true to the best of my knowledge and belief.

4-29-58
(DATE)

Arthur R. Koog
(SIGNATURE)

Subscribed and sworn to before me on this 29th day of April (MONTH) 19 58 at Port Hueneme (CITY), California (STATE)

SEAL

My commission expires 4-1-60.

[signature]
Notary Public

NOTE: If oath is taken before a Notary Public, the date of expiration of his Commission should be shown.

INSTRUCTIONS: File this form on the permanent side of the employee's official personnel folder immediately before or after the personnel action involved.

(OVER)

16—66480-3

STANDARD FORM 61
REVISED MARCH 1956
U. S. CIVIL SERVICE COMMISSION
F. P. M. CHAPTER A6

# APPOINTMENT AFFIDAVITS

IMPORTANT.—*Before swearing to these appointment affidavits, you should read and understand the attached information for appointee*

Construction Battalion Center (Department or agency) ______ (Bureau or division) Port Hueneme, California (Place of employment)

I, Arthur R. Koog, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely without any mental reservation or purpose of evasion; that I will well and faithfully discharge the duties of the office on which I am about to enter, SO HELP ME GOD.

## B. AFFIDAVIT AS TO SUBVERSIVE ACTIVITY AND AFFILIATION

I am not a Communist or Fascist. I do not advocate nor am I knowingly a member of any organization that advocates the overthrow of the constitutional form of the Government of the United States, or which seeks by force or violence to deny other persons their rights under the Constitution of the United States. I do further swear (or affirm) that I will not so advocate, nor will I knowingly become a member of such organization during the period that I am an employee of the Federal Government or any agency thereof.

## C. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof. I do not and will not assert the right to strike against the Government of the United States or any agency thereof while an employee of the Government of the United States or any agency thereof. I do further swear (or affirm) that I am not knowingly a member of an organization of Government employees that asserts the right to strike against the Government of the United States or any agency thereof and I will not, while an employee of the Government of the United States or any agency thereof, knowingly become a member of such an organization.

## D. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing such appointment.

## E. AFFIDAVIT AS TO DECLARATION OF APPOINTEE

The answers given in the Declaration of Appointee on the reverse of this form are true and correct.

4-29-58 (Date of entrance on duty) — *Arthur R. Koog* (Signature of appointee)

Subscribed and sworn before me this 29th day of April A. D. 1958,

at Port Hueneme (City) California (State)

[SEAL] — *Margery A. Martin* (Signature of officer)

Auth Act of Congress 4-26-43 — Appointment Unit Supervisor (Title)

NOTE.—*If the oath is taken before a Notary Public the date of expiration of his commission should be shown.*

16—55160-5

# DECLARATION OF APPOINTEE

This form is to be completed before entrance on duty. Answer all questions. Admitted unfavorable information about such matters as arrests or discharges will be considered together with the favorable information in your record in determining your present fitness for Federal employment. However, a false statement or dishonest answer to any question may be grounds for dismissal after appointment and is punishable by law.

1. PRESENT ADDRESS (*street and number, city and State*)
272 Leighton Dr. Ventura, California

2. (A) DATE OF BIRTH: [redacted]
(B) PLACE OF BIRTH (*city and State or city and foreign country*): Del Rio, Texas

3. (A) IN CASE OF EMERGENCY, PLEASE NOTIFY: Connie S. Koog
(B) RELATIONSHIP: Wife
(C) STREET AND NUMBER, CITY AND STATE: 272 Leighton Dr. Ventura Cal.
(D) TELEPHONE NO.: None

4. DOES THE UNITED STATES GOVERNMENT EMPLOY, IN A CIVILIAN CAPACITY, ANY RELATIVE OF YOURS (EITHER BY BLOOD OR MARRIAGE) WITH WHOM YOU LIVE OR HAVE LIVED WITHIN THE PAST 24 MONTHS? ☐ YES ☒ NO
*If so, for each such relative fill in the blank below. If additional space is necessary, complete under Item 12.*

| NAME | POST OFFICE ADDRESS (*Give street number, if any*) | (1) POSITION (2) TEMPORARY OR NOT (3) DEPARTMENT OR AGENCY IN WHICH EMPLOYED | RELATIONSHIP | MARRIED | SINGLE |
|---|---|---|---|---|---|
| | | 1. 2. 3. | | | |
| | | 1. 2. 3. | | | |
| | | 1. 2. 3. | | | |

| INDICATE ANSWER BY PLACING "X" IN PROPER COLUMN | YES | NO |
|---|---|---|
| 5. (A) ARE YOU A CITIZEN OF THE UNITED STATES OF AMERICA, OR (B) AS A NATIVE OF AMERICAN SAMOA DO YOU OWE ALLEGIANCE TO THE UNITED STATES OF AMERICA? | X | |
| 6. ARE YOU AN OFFICIAL OR EMPLOYEE OF ANY STATE, TERRITORY, COUNTY, OR MUNICIPALITY? *If your answer is "Yes," give details in Item 12.* | | X |
| 7. DO YOU RECEIVE OR HAVE YOU APPLIED FOR AN ANNUITY FROM THE UNITED STATES OR DISTRICT OF COLUMBIA GOVERNMENT UNDER ANY RETIREMENT ACT OR ANY PENSION OR OTHER COMPENSATION FOR MILITARY OR NAVAL SERVICE? *If your answer is "Yes," give details in Item 12.* | | X |
| 8. SINCE YOU FILED APPLICATION RESULTING IN THIS APPOINTMENT, HAVE YOU BEEN ARRESTED, CHARGED, OR HELD BY FEDERAL, STATE, OR OTHER LAW ENFORCEMENT AUTHORITIES, FOR ANY VIOLATION OF ANY FEDERAL LAW, STATE LAW, COUNTY OR MUNICIPAL LAW, REGULATION OR ORDINANCE? DO NOT INCLUDE TRAFFIC VIOLATIONS FOR WHICH A FINE OF $25 OR LESS WAS IMPOSED. ALL OTHER CHARGES MUST BE INCLUDED EVEN IF THEY WERE DISMISSED. *If your answer is "Yes," give in Item 12 for each case: (1) approximate date, (2) charge, (3) place, (4) action taken.* | | X |
| 9. SINCE YOU FILED APPLICATION RESULTING IN THIS APPOINTMENT, HAVE YOU BEEN BARRED BY THE U. S. CIVIL SERVICE COMMISSION FROM TAKING EXAMINATIONS OR ACCEPTING CIVIL SERVICE APPOINTMENTS? *If your answer is "Yes," give dates of and reasons for such debarment in Item 12.* | | |

| INDICATE ANSWER BY PLACING "X" IN PROPER COLUMN | YES | NO |
|---|---|---|
| 10. (A) HAVE YOU EVER FILED A WAIVER OF LIFE INSURANCE COVERAGE UNDER THE FEDERAL EMPLOYEES' GROUP LIFE INSURANCE ACT? | | X |
| (B) IF YOU HAVE FILED SUCH A WAIVER, HAS IT BEEN CANCELED OR REVOKED? | | X |
| 11. SINCE YOU FILED APPLICATION RESULTING IN THIS APPOINTMENT: A. HAVE YOU BEEN DISCHARGED FROM EMPLOYMENT BECAUSE: (1) YOUR CONDUCT WAS NOT SATISFACTORY? | | X |
| (2) YOUR WORK WAS NOT SATISFACTORY? | | ✓ |
| B. HAVE YOU RESIGNED AFTER OFFICIAL NOTIFICATION THAT: (1) YOUR CONDUCT WAS NOT SATISFACTORY? | | X |
| (2) YOUR WORK WAS NOT SATISFACTORY? | | X |
| C. HAVE YOU BEEN DISCHARGED FROM THE ARMED SERVICES UNDER OTHER THAN HONORABLE CONDITIONS? *If your answer to A, B, or C is "Yes," give details in Item 12 as clearly as you can remember, including the name and address of employer, approximate date, and reasons in each case.* | | X |

12. SPACE FOR DETAILED ANSWERS TO OTHER QUESTIONS (*Indicate item numbers to which answers apply.*)

| ITEM NO. | | ITEM NO. | |
|---|---|---|---|
| | | | |

INSTRUCTIONS TO APPOINTING OFFICER.—You must determine that this appointment would be in conformance with the Civil Service Act, applicable Civil Service Rules and Regulations, and acts of Congress pertaining to appointment.

This form should be checked for holding of office, pension, any record of recent discharge or arrest, age, citizenship, and members of family. Also, to establish the identity of the appointee, you should particularly check (1) his signature and handwriting against the application and/or other pertinent papers and (2) his physical appearance against the medical certificate.

U. S. GOVERNMENT PRINTING OFFICE 16—55160-5

STANDARD FORM 57
REVISED MAY 1954
U. S. CIVIL SERVICE COMMISSION

# APPLICATION FOR FEDERAL EMPLOYMENT

12.58 25595

Processed under Sec. 3(a) EO 10450
Initials [illegible] Date JUN 24 1958
APPLICATION NO.
ANNOUNCEMENT

1. Kind of position applied for or name of examination: Heating Plant Operator ~~Pump Station Operator~~
2. Option(s) (if mentioned in examination announcement): ~~Fireman or Lineman~~
3. Place of employment applied for (city and State): Port Heuenme or Point Magu Cal.
4. (First name) (Middle) (Maiden, if any) (Last)
Mr. ~~Mrs.~~ ~~Miss~~ Arthur Roger Koog
5. Street and number or R. D. number: 272 Leighton Drive
City or post office (including postal zone) and State: Ventura, California
6. Place of birth: City Del Rio
State or foreign country: Texas
7. Date of birth (month, day, year): [redacted]
8. [X] Male [ ] Female
9. Height without shoes: Five feet Six inches
Weight: 149 pounds
10. [X] Married [ ] Single

DO NOT WRITE IN THIS BLOCK
For Use of
Civil Service Commission Only

| | Material | Entered Register: |
|---|---|---|
| [ ] Appor. | [ ] Submitted | |
| [ ] Nonappor. | [ ] Returned | |

Notations:
App. Review:
Approved:

| Option | Grade | Earned Rating | Preference | Augm. Rating |
|---|---|---|---|---|
| Heating Plant Operator | | Elig. | [ ] 5 Points (Tent.) | |
| | | | [ ] 10 Point Comp. Dis. | |
| | | | [ ] Other 10 Point | |
| CS 12-54-11(55) | | | [ ] Disal. | |
| | | | [ ] Being Investigated | |

Initials and Date: [illegible] 4/25/58

JUL 11 1958 [illegible]

11. Home phone: None
Office phone: None
12. Legal or voting residence (State): California
13. If you have ever been employed by the Federal Government, indicate last grade: U.S. Navy
Dates of service in that grade: From 24 Aug. 54 To 16 April 58

14. AVAILABILITY INFORMATION. A. Indicate the lowest salary you will accept $ 300 per month
You will not be considered for any position with a lower entrance salary.
B. If you are now a Federal employee, indicate the lowest grade you will accept
C. Will you accept appointment for [ ] 1 to 3 months? [ ] 3 to 6 months? [X] 6 to 12 months?
Acceptance or refusal of a short-term appointment will not affect your consideration for another appointment.
D. Are you willing to travel [X] Occasionally? [ ] Frequently? [ ] Constantly?
E. Will you accept appointment [ ] In Washington, D. C.? [ ] Anywhere in United States? [ ] Outside U.S.?
F. If you will accept appointment only in certain locations, list them:
Port Heuenme, Point Magu Calif

TWELFTH CIVIL SERVICE REGION
RECEIVED
MAY 2 1958
SAN FRANCISCO, CALIF.

15. VETERAN PREFERENCE. A. If you claim 5-point preference based on wartime military service, indicate:

| Date(s) of entry into active service | Date(s) of separation | Branch of service (Army, Navy, Air Force, etc.) | Serial number. If none, give grade or rating at separation |
|---|---|---|---|
| August 24-54 ok | April 16-58 ok | Navy | ~~362-46-25~~ |

B. Do you claim 5-point preference as a peacetime campaign veteran? [X] Yes [ ] No
C. Do you claim 10-point preference? [ ] Yes [X] No
D. Have you ever been granted 10-point veteran preference or 5-point preference as a peacetime campaign veteran by the U. S. Civil Service Commission? [ ] Yes [X] No If so, indicate below the office which granted this preference to you. Attach your notice of preference allowance if available. It will be returned to you.

Name of U. S. Civil Service Commission office or name of Board of U. S. Civil Service Examiners
Address of Commission office or Board of Examiners
City
State

THIS SPACE FOR USE OF APPOINTING OFFICER ONLY. The information contained in answer to question 15A has been verified with the discharge certificate, which shows that the separation was under honorable conditions.

Signature: Margaret Rayne Agency: USN CBC Pt. Hueneme, Calif.
Title: Appointment Clerk Date: 4-28-58

PROCESSED UNDER E O 10450

(Continued on next page)

16—53946-3

16. EXPERIENCE. *(Start with your present position and work back)*

**(1)** Dates of employment *(month, year)* Unemployed
From 16 April 58 - 21 April 58 To present time

Exact title of your position: Boilerman 2nd Class U.S.N.

Salary or earnings
Starting $ 85.00 per Month
Final $ 160.00 per Month

Classification Grade *(if in Federal service)*: BT2

Place of employment: U.S.S. Magoffin APA.199
City: c/o F.P.O. San Francisco
State: California

Kind of business or organization *(manufacturing, accounting, insurance, etc.)*: U.S. Navy

Name and address of employer *(firm, organization, etc.)*: U.S. Navy

Name and title of immediate supervisor: G. S. Huntsman Lt. U.S.N.

Reason for wanting to leave: Discharged

Description of work: Care and Maintainance and operation of ships Boilers. Operation and Maintainance of pumps, Air compressors and all boiler auxilleries. Storeage and testing of all Fuel, Fresh water and Feedwater. Second in charge of all major repairs. In charge of all minor repair. Responsible for daily, monthly and quatrly reports of Machinery History, Fuel and Water, and repair reports. In charge of Training and lectureing of all the above listed. In charge of training and lectureing of Fire prevention and Safety precaution in boiler room spaces.

**(2)** Dates of employment *(month, year)*
From 4 July 54 To 25 July 54

Exact title of your position: Route salesman's Helper

Salary or earnings
Starting $ 16.00 per week
Final $ 16.00 per week

Classification Grade *(if in Federal service)*:

Place of employment
City: North Pleasanton
State: Texas

Kind of business or organization *(manufacturing, accounting, insurance, etc.)*: Dr. Pepper Bottleing Co.

Name and address of employer *(firm, organization, etc.)*: Distributing Ware House Dr. Pepper North Pleasanton Texas

Name and title of immediate supervisor: Fredrick Newman

Reason for leaving: Insuficiant Salery

Description of work: Helping in delivering and selling of product

**(3)** Dates of employment *(month, year)*
From 30 Nov. 53 To 3 Feb. 54

Exact title of your position: Stock boy

Salary or earnings
Starting $ .50 per hour
Final $ .75 per hour

Classification Grade *(if in Federal service)*:

Place of employment
City: San Antonio
State: Texas

Kind of business or organization *(manufacturing, accounting, insurance, etc.)*: H.E. Butt Grocery

Name and address of employer *(firm, organization, etc.)*: H.E. Butt Grocery Store Military HWY

Name and title of immediate supervisor: "Can't remember"

Reason for leaving: Moved out of Location

Description of work: Put goods on display and Helped Take inventory

16—53946-3

ATTAC[illegible] SUPPLEMENTAL SHEETS OR FOR[illegible] HERE

(4) Dates of employment (*month, year*)
From 1 Nov. 53 To 26 Nov. 53

Exact title of your position: Surveying Engineer's Helper

Salary or earnings
Starting $ .90 per hour
Final $ 1.10 per hour

Classification Grade (*if in Federal service*)

Place of employment
City Del Rio
State Texas

Kind of business or organization (*manufacturing, accounting, insurance, etc.*) H.B Zachery Construction Co.

Name and address of employer (*firm, organization, etc.*)
H. B Zachery Construction Co.
San Antonio, Texas

Name and title of immediate supervisor: Perez Surveying Engineer

Reason for leaving: Job completed

Description of work: Holding visual markers and in measuring and in taking elevation readings. Driving Temporary markers. And carried surveying equipment for surveyor.

If you need additional experience blocks, use supplemental sheets. SEE INSTRUCTION SHEET.

17. SPECIAL QUALIFICATIONS AND SKILLS.

(A) Licenses and Certificates.—Indicate the kind of license or certificate and the State or other licensing authority which granted it; for example, pilot, teacher, electrician, lawyer, radio operator, C. P. A., etc.

Kind of License ______ Licensing Authority ______

(B) List any special skills you possess and machines and equipment you can use, such as short-wave radio, multilith, comptometer, key-punch, turret lathe, scientific or professional devices.

(C) Approximate number of words per minute in:
Typing ______ Shorthand ______

(D) Give any special qualifications not covered elsewhere in your application, such as:
(1) Your more important publications. (*Do not submit copies unless requested*)
(2) Your patents or inventions.
(3) Public speaking and public relations experience.
(4) Membership in professional or scientific societies, etc.
(5) Honors and fellowships received.

18. EDUCATION.

A. Give the highest elementary or high-school grade completed 8
If you completed high school, give date ______

B. Name and location of last high school attended:
G.E.D. SEE "F" BELOW
(2-19-57) DIPLOMA REC'D.

| C. Name and location of college or university: | Dates attended From | To | Years completed Day | Night | Credit hours Semester | or Quarter | Degrees received |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| D. Chief undergraduate college subjects | Credit hours Semester | or Quarter |
|---|---|---|
| | | |

| E. Chief graduate college subjects | Credit hours Semester | or Quarter |
|---|---|---|
| | | |

F. Other schools or training, such as trade, vocational, Armed Forces, or business. Give for each name and location of school, dates attended, subjects studied, certificates, and any other pertinent data:
U.S. Armed Forces Institute APO 613 Japan or Madison 3, Wisc.
Dates 18 and 19 February 1957
Certificate of General Education Development High School Level

19. Have you lived or traveled in any foreign countries?
[X] Yes [ ] No

If answer is "Yes," give in Item 34 names of countries, dates, and length of time spent there and reason or purpose (*military service, business, education, or vacation*).

| 20. Indicate your knowledge of foreign languages. | Reading EXC. | GOOD | FAIR | Speaking EXC. | GOOD | FAIR | Underst'ng EXC. | GOOD | FAIR | Writing EXC. | GOOD | FAIR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| None | | | | | | | | | | | | |
| " | | | | | | | | | | | | |

21. REFERENCES.—List three persons living in the United States or Territories of the United States who are NOT RELATED TO YOU AND WHO HAVE DEFINITE KNOWLEDGE of your qualifications and fitness for the position for which you are applying. Do not repeat names of supervisors listed under Item 16, EXPERIENCE.

| FULL NAME | PRESENT BUSINESS OR HOME ADDRESS Give complete current address | BUSINESS OR OCCUPATION |
|---|---|---|
| 1. William Hathoway | 222 Lewis St. Ventura Cal. | Citrus Packing House worker |
| 2. Joe Mays | 354 Comstock Dr. Ventura, Cal. | Truck driver |
| 3. Robert Neitherlein | 224 West Center Ventura, Cal. | Rough Neck |

| INDICATE ANSWER BY PLACING "X" IN PROPER COLUMN | YES | NO |
|---|---|---|
| 22. (a) Are you a citizen of the United States of America, or (b) as a native of American Samoa do you owe allegiance to the United States of America? | X | |
| 23. Are you now, or have you ever been, a member of the Communist Party, U. S. A., or any Communist organization? | | X |
| 24. Are you now, or have you ever been, a member of a Fascist organization? | | X |
| 25. Are you now or have you ever been a member of any foreign or domestic organization, association, movement, group, or combination of persons which is totalitarian, Fascist, Communist, or subversive, or which has adopted, or shows, a policy of advocating or approving the commission of acts of force or violence to deny other persons their rights under the Constitution of the United States, or which seeks to alter the form of government of the United States by unconstitutional means? | | X |
| *If your answer to question 23, 24, or 25 above is "Yes," state on a separate sheet to be attached to and made a part of this application the names of all such organizations, associations, movements, groups, or combination of persons and dates of membership. Give complete details of your activities therein and make any explanation you desire regarding your membership or activities. (See instruction sheet)* | | |
| 26. Does the United States Government employ in a civilian capacity any relative of yours (by blood or marriage) with whom you live or have lived within the past 24 months? *If your answer is "Yes," give in Item 34 for EACH such relative (1) full name; (2) present address; (3) relationship; (4) department or agency by which employed; and (5) kind of appointment.* | | X |
| 27. A. Have you any physical handicap, chronic disease, or other disability? | | X |
| B. Have you ever had a nervous breakdown? | | X |
| C. Have you ever had tuberculosis? | | X |
| *If your answer to A, B, or C is "Yes," give details in Item 34.* | | |

| INDICATE ANSWER BY PLACING "X" IN PROPER COLUMN | YES | NO |
|---|---|---|
| 28. May inquiry be made of your present employer regarding your character, qualifications, etc? | X | |
| 29. Do you receive or have you applied for an annuity from the United States or District of Columbia Government under any retirement act or any pension or other compensation for military or naval service? *If your answer is "Yes," give details in Item 34.* | | X |
| 30. Are you an official or employee of any State, Territory, county, or municipality? *If your answer is "Yes," give details in Item 34.* | | X |
| 31. Have you ever been barred by the U. S. Civil Service Commission from taking examinations or accepting civil-service appointments? *If your answer is "Yes," give dates of and reasons for such debarment in Item 34.* | | X |
| 32. A. Have you ever been discharged from employment because: (1) Your conduct was not satisfactory? | | X |
| (2) Your work was not satisfactory? | | X |
| B. Have you ever resigned after official notification that: (1) Your conduct was not satisfactory? | | X |
| (2) Your work was not satisfactory? | | X |
| C. Have you ever been discharged from the Armed Services under other than honorable conditions? | | X |
| *If your answer to A, B, or C is "Yes," give details in Item 34 as clearly as you can remember, including the name and address of employer, approximate date, and reasons in each case.* | | |
| 33. Have you ever been arrested, charged, or held by Federal, State, or other law-enforcement authorities for any violation of any Federal law, State law, county or municipal law, regulation or ordinance? Do not include anything that happened before your 16th birthday. Do not include traffic violations for which a fine of $25 or less was imposed. All other charges must be included even if they were dismissed. *If your answer is "Yes," give in Item 34 for each case: (1) approximate date, (2) charge, (3) place, (4) action taken.* | | X |

34. SPACE FOR DETAILED ANSWERS TO OTHER QUESTIONS. Indicate item numbers to which answers apply.

| Item No. | | Item No. | |
|---|---|---|---|
| 19 | Japan 19 April 55 to 7 August 55. Season, Military service. | | |
| 19 | Japan Sept. 56 to July 57 Military Service | | |
| 19 | Hong Kong China Nov. 56 Military Service | | |

If more space is required, use paper the same size as this page. Write on each sheet your name, date of birth, and examination title. Attach to inside of this application.

ATTENTION: If you are appointed, all facts you give will be subject to investigation including a check of your fingerprints. Before signing this application, go back over it to make sure you have answered all questions correctly and fully, so that your eligibility can be decided on the basis of all the facts. Admitted unfavorable information about such matters as arrests or discharges will be considered together with the favorable information in your record in determining your present fitness for Federal employment. However, a false statement or dishonest answer to any question may be grounds for cancellation of your application or your dismissal after appointment and is punishable by law.

I CERTIFY that the statements made by me in this application are true, complete, and correct to the best of my knowledge and belief, and are made in good faith.

Date April 21, 1958 Signature of applicant Arthur R. King

16—53940-3 U. S. GOVERNMENT PRINTING OFFICE

STANDARD FORM 85
Revised October 1954
U. S. Civil Service Commission
(Chapter I2, F. P. M.)

# SECURITY INVESTIGATION DATA FOR NONSENSITIVE POSITION

(SEE INSTRUCTIONS ON OTHER SIDE)

CASE SERIAL NO. (CSC Use Only) 12.58 25595

1. FULL NAME (Initials and abbreviations of full name are not acceptable)

| A. (Last Name) | (First Name) | (Middle Name) |
|---|---|---|
| Koog | Arthur | Roger |

B. OTHER NAMES USED (Maiden name, names by former marriages, former names changed legally or otherwise, aliases, nicknames, etc. Specify which, and show dates used).

none

DATE OF THIS REQUEST: 4-29-58

2. DATE OF BIRTH: [redacted]

3. PLACE OF BIRTH: Del Rio, Texas

4. [X] MALE [ ] FEMALE

5. [ ] SINGLE [X] MARRIED [ ] WIDOW(ER) [ ] DIVORCED

6. IF MARRIED, WIDOWED, OR DIVORCED, GIVE FULL NAME AND DATE AND PLACE OF BIRTH OF SPOUSE OR FORMER SPOUSE, AND DATE AND PLACE OF MARRIAGE. INCLUDE WIFE'S MAIDEN NAME. (Give same information regarding all previous marriages).

Connie Sue Dameron, Born at Fowler, Colorado [redacted]
Married at Ventura, California 6-3-57

7. IDENTIFYING NUMBERS (Armed Services serial numbers, Social Security number, passport number, alien registration number, seaman's certificate of identification, etc. Specify which).

Navy Serial No. 362-46-25 SS# [redacted]

8. ORGANIZATIONS WITH WHICH AFFILIATED (Past and present) OTHER THAN RELIGIOUS OR POLITICAL ORGANIZATIONS OR THOSE WHICH SHOW RELIGIOUS OR POLITICAL AFFILIATIONS (If "None," so state).

none

9. DATES AND PLACES OF RESIDENCE (Begin with present and go back to January 1, 1937. Continue under item 19 on other side if necessary).

| From | To | Number and Street | City | State |
|---|---|---|---|---|
| 4-12-58 | Present | 272 Leighton Drive | Ventura | California |
| 11-24-57 | 4-12-58 | 227 S. California St. | Ventura | California |
| 8-57 | 11-24-57 | 2264 Market St. | San Diego | California |
| 6-3-57 | 8-57 | 95 E. Simpson St. | Ventura | California |
| 1-53 | 6-3-57 | 1708 W. Craig Pl. | San Antonio | Texas |
| 52 | 1-53 | West 1st St. | Del Rio | Texas |
| 46 | 52 | 417 West 3rd St. | Del Rio | Texas |
| 45 | 45 | Corner 4th & Main St | Del Rio | Texas |
| 43 | 45 | South Pecon Street | Del Rio | Texas |
| 40 | 43 | Yost Estate | Del Rio | Texas |
| 37 | 40 | East 11th Street | Del Rio | Texas |

10. DATES, NAMES AND ADDRESSES OF EMPLOYERS (Begin with present and go back to January 1, 1937. Continue under item 19 on other side if necessary).

| From | To | Employer | Address |
|---|---|---|---|
| 8-24-54 | 4-16-58 | U. S. Navy | |
| 7-4-54 | 7-25-54 | Dr. Pepper Distributors | North Pleasanton, Texas |
| 11-30-53 | 2-3-54 | H. E. Butt Grocery | Military H.W.Y. San Antonio, Texas |
| 11-1-53 | 11-26-53 | H. B. Zachery Cont. Co. | San Antonio, Texas |

(Prior to 1953, student and unemployed)

CERTIFICATION

False statement on this form is punishable by law.

I CERTIFY that the above statements are true, complete, and correct to the best of my knowledge and belief, and are made in good faith.

4-29-58 DATE — Arthur R. Koog SIGNATURE (sign original only)

11. DATE OF APPOINTMENT: 4-29-58

12. TITLE OF POSITION AND GRADE OR SALARY: Heating Plant Operator, 1st Step

13. PLACE OF DUTY: Port Hueneme, California

14. TYPE OF APPOINTMENT: [ ] EXCEPTED [X] COMPETITIVE (Includes indefinite and temporary types of competitive appointment)

15. CIVIL SERVICE OR OTHER LEGAL AUTHORITY FOR APPOINTMENT: Auth. #T-12-28-11h PHBdCSE 11ND PHCalif. GSA 148 ... 2.302(a)

16. This is a Nonsensitive Position.

(Signature and title of appointing officer) Director, Industrial Relations Division

17. THIS SPACE FOR CSC USE (See also item 20)

NO DEROGATORY DATA F B I FILES MAY 22 1958 NOT TO BE CONSIDERED AS CLEARANCE

18. NAME, AGENCY, AND MAILING ADDRESS OF PERSONNEL SECURITY OFFICER

Director, Industrial Relations Division
USN Construction Battalion Center
Port Hueneme, California

U. S. GOVERNMENT PRINTING OFFICE: 1955-337135

OCT 13 1958

STANDARD FORM 57
REVISED MAY 1954
U. S. CIVIL SERVICE COMMISSION

# APPLICATION FOR FEDERAL EMPLOYMENT

APPLICATION NO. 1622

ANNOUNCEMENT 12-20-93(58)

1. Kind of position applied for or name of examination: Heating Plant Operator

2. Option(s) (if mentioned in examination announcement)

3. Place of employment applied for (city and State): Port Hueneme, California

4. Mr. ✓ Mrs. Miss (First name) (Middle) (Maiden, if any) (Last): Arthur Roger Koog

5. Street and number or R. D. number: 332 E. McFarlane Street
City or post office (including postal zone) and State: Ventura, California

6. Place of birth
City: Del Rio
State or foreign country: Texas

7. Date of birth (month, day, year): [redacted]

8. [X] Male [ ] Female

9. Height without shoes: 5 feet 6 inches
Weight: 149 pounds

10. [X] Married [ ] Single

**DO NOT WRITE IN THIS BLOCK**
For Use of
Civil Service Commission Only

| | Material | Entered Register: |
|---|---|---|
| [ ] Appor. [ ] Nonappor. | [ ] Submitted [ ] Returned | OCT 15 1958 |

Notations:

App. Review:

Approved: JDD

| Option | Grade | Earned Rating | Preference | Augm. Rating |
|---|---|---|---|---|
| | | 76.0 | [✓] 5 Points (Tent.) | 81.0 |
| | | | [ ] 10 Point Comp. Dis. | |
| | | | [ ] Other 10 Point | |
| | | | [ ] Disal. | |
| | | | [ ] Being Investigated | |
| Initials and Date | 10/14/58 | | | |

11. Home phone: None
Office phone: None

12. Legal or voting residence (State): California

13. If you have ever been employed by the Federal Government, indicate last grade: 1st Step Heating Plant Operator
Dates of service in that grade: From Apr. 29-58 To Oct. 13-58

14. AVAILABILITY INFORMATION. A. Indicate the lowest salary you will accept $ per
*You will not be considered for any position with a lower entrance salary.*

B. If you are now a Federal employee, indicate the lowest grade you will accept

C. Will you accept appointment for [ ] 1 to 3 months? [ ] 3 to 6 months? [X] 6 to 12 months?
*Acceptance or refusal of a short-term appointment will not affect your consideration for another appointment.*

D. Are you willing to travel [X] Occasionally? [ ] Frequently? [ ] Constantly?

E. Will you accept appointment [ ] In Washington, D. C.? [X] Anywhere in United States? [ ] Outside U. S.?

F. If you will accept appointment only in certain locations, list them:

15. VETERAN PREFERENCE. A. If you claim 5-point preference based on wartime military service, indicate:

| Date(s) of entry into active service | Date(s) of separation | Branch of service (Army, Navy, Air Force, etc.) | Serial number. If none, give grade or rating at separation |
|---|---|---|---|
| Aug. 24-54 | Apr. 16-58 | Navy | 362-41-25 |

B. Do you claim 5-point preference as a peacetime campaign veteran? [X] Yes [ ] No

C. Do you claim 10-point preference? [ ] Yes [ ] No

D. Have you ever been granted 10-point veteran preference or 5-point preference as a peacetime campaign veteran by the U. S. Civil Service Commission? [ ] Yes [ ] No If so, indicate below the office which granted this preference to you. Attach your notice of preference allowance if available. It will be returned to you.

Name of U. S. Civil Service Commission office or name of Board of U. S. Civil Service Examiners

Address of Commission office or Board of Examiners
City
State

THIS SPACE FOR USE OF APPOINTING OFFICER ONLY. The information contained in answer to question 15A has been verified with the discharge certificate, which shows that the separation was under honorable conditions.

Signature ______ Agency ______

Title ______ Date ______

(Continued on next page)

16—53946-3

16. EXPERIENCE. *(Start with your present position and work back)*

**①**

| | |
|---|---|
| Dates of employment *(month, year)* From Apr. 29 -58 To present time | Exact title of your position: Heating Plant Operator |
| Salary or earnings: Starting $ 2.21 per Hour; Final $ 2.38 per Hour | Classification Grade *(if in Federal service)*: |
| Place of employment: City Port Hueneme; State California | Kind of business or organization *(manufacturing, accounting, insurance, etc.)*: Utilities |
| Name and address of employer *(firm, organization, etc.)*: U.S.N CBC Port Hueneme, California | Name and title of immediate supervisor: Heating Plants W.N. Jones - Leading Man |

Reason for wanting to leave [illegible]

Description of work [illegible]

6-5

**②**

| | |
|---|---|
| Dates of employment *(month, year)* From Aug. 24-54 To Apr. 16-58 | Exact title of your position: Boilerman 2nd Class U.S.N. |
| Salary or earnings: Starting $ 78 per Mo.; Final $ 160 per Mo. | Classification Grade *(if in Federal service)*: BT 2 |
| Place of employment: U.S.S Magoffin APA 199; City FPO; State San Francisco | Kind of business or organization *(manufacturing, accounting, insurance, etc.)*: U.S.N. |
| Name and address of employer *(firm, organization, etc.)*: U.S Navy | Name and title of immediate supervisor: G.S. Huntsman LT. U.S.N |

Reason for leaving: Enlistment expired.

Description of work [illegible]

3-7

**③**

| | |
|---|---|
| Dates of employment *(month, year)* From July 4 -54 To 25 July 54 | Exact title of your position: Route Salesman's Helper |
| Salary or earnings: Starting $ 16.00 per Wk.; Final $ 16.00 per Wk. | Classification Grade *(if in Federal service)*: |
| Place of employment: City North Pleasanton; State Texas | Kind of business or organization *(manufacturing, accounting, insurance, etc.)*: Dr. Pepper Btl. Co. |
| Name and address of employer *(firm, organization, etc.)*: Dr. Pepper Bottling Co Distributing Ware House North Pleasanton Texas | Name and title of immediate supervisor: Route Salesman Fredrick Newman |

Reason for leaving: Insuficiant Wages

Description of work: Helping Route sales man whitch consisted of Loading the sale truck with case of Soda. Carring the productinto the places of business and returning the empties to the truck. Un loading the truck at the end of the day.

16—53946-3

Job Description

At whitch ever Heating Plant I am on duty, I am responsible for the following. All boilers, machinery, and piping systems for efficient operation, maintainance, and repair.

In order to obtain the above, certain things are necessary of whitch are listed below.

Take Gas flow, Steam flow, Ring balancing, and fuel oil meter readings every four hours with exception of Lab and Thomas plants whitch are taken every hour. Sound fuel oil tanks every morning. Change the above named meter charts and logs as necessary. Test plant water softners every four hours for hardness. Test condensate returns for Amines. Test boiler water every four hours at thomas and Lab plants for T.D.S. (Total Desolved Solvents). Test water gauge glass (by blowing it down by Steam) every four hours. Accurately compute fuel and water used and steam produced each hour, four hours, or eight hours depending on whitch ever plant I am on duty.

II

Test fire boilers on fuel oil. Record amount of fuel used and make necessary entries in the Log. Clean burners and noting any defects whitch may accour during the operation. This is only done at the Thomas, Lab, and the Cafeteria plants whitch are fitted with combination of gas or fuel oil burners. This is done once a week or as directed by the Leading Man.

Test run the Gasoline moter driven Generator at the Bard Plant and the Diesel engin driven Generator at the Thomas Plant useing the Electric power generated for Lights and power at these plants. This is done weekly or as directed by Leading Man.

Keep entire Heating Plant clean and do the necessary Painting and repairs as directed by the Leading Man.

Give boilers bottom blow and add chemicals as designated in the daily water Log sheet.

Regenerate the Plant's water Softner.

III

Clean water and ~~~~ Fire sides as ~~~~ as directed by Leading Man. Sweep ~~~~ Heating Plant decks and wash down same three ~~~~ times weekly.

Other duties I have performed as a Heating Plant Operator ~~~~ are the following.

Unattended Heating Plant operator. My duties were, check unattended Heating Plants, Boilers, and Heat Pack for efficient operation and to see that there are no leaks, fire hazards or other discreponsies whitch may stop or hender their operation. This is done every ~~~~ four hours. These Plants and boilers and Heat Pack are located at various pla es on the base. In order to ~~check~~ check them I use an official Navy ½ Ton pick up Truck for transpotation. On the Morning shift (0000-0800) I light off the wash rack boiler and build a head of Steam and light off Cafeteria ~~~~ Heating Plant and get it in operation. This is done between ~~0000~~ 0500 and 01130 every

IV

samples ~~an~~ at every Plant and turn them in at the water Lab for testing at 0700 each morning except Sunday. Fill in the Unattended Logs. ~~D~~ Do repaires of the boilers and machinery as directed by the Leading Man.

Heating Plant Operator Stationed at the Utilities Water Lab.

My duties were the ~~foll~~ following.

Test boiler water ~~samplet~~ samples from each steaming boiler for Sulphite, Lignin, ~~Cau~~ Causiticity, Phosphate, Total desolved solvents, and Hardness daily. Test boiler feed water samples daily for Amines, Hardness, and Total desolved Solvents. Test boiler water ~~on (Friday)~~ (on Friday) samples from Thomas, Lab, and Bard Plants for Desolved Oxygen. Make out daily and monthly water Log sheets. Add ~~c~~ chemicals to boilers as neccessary. Post a copy of the daily water Log sheet at each plant. Inspect boilers that have been cleaned and water washed to see that it was done properly and efficiently before

IV

I operate Boilers and Steam Generating Equiptment that ranges from 15 Horse Power up to 21,000 lbs. per hour. The later being the boilers at the Thomas Plant.

Some of the Boilers, Equiptment, and machinery that are found in the above named Heating Plants etc. are as following.

At the Thomas Plant are three Erie City package type boilers with a working pressure of 125 P.S.I. and Generate a maximum of 21,000 lbs. steam per hour. These boilers are fitted with electric motor driven forced draft blowers, Liquid Level type air draft indicators, Copes Thermostat Type Feed water controls, Two Huddleing champer type Safety valves, one Steam soot blower with a revolving element, a lumatic di. ,hram type gas and fuel oil pressure regulators, Combination gas or fuel oil burners. The fuel oil side of the burner being of the steam atomiser barrel type with Chanbit ~~changable~~ sprayor plate and tip., Six piston type bottom blow valves, Two Electric gas and two Electric fuel oil valves, Nalco Meteter blow continous blow valves, Electric controlled [illegible] water value. One Steam

VI

turbine and one Electric motor driven cyntrifugal feed water pump, Two electric motor driven air compressors fitted ~~with~~ with electric pressure control switch, Electric Magnatrol Liquid Level safety device, Fire Eye Flame Falure control, One Header Steam flow meter, One Hagen Automaic Control board operated by ~~A~~ Compressed air, steam, and boiler air draft, Three ring Balancing meters whitch record the Air relitive flow, flue gas temperature, and Lbs. steam per hour, Three electric motor driven fuel oil service pumps, ~~Two~~ Four electric motor driven fuel oil circulating pumps, Three fuel ~~oil~~ oil heaters steam operated, Two condensate circulating pumps, One dea rating Feed water tank, and one Diesel engin driven emergency (electric power) generator.

Description of work.

I worked in a boiler room whitch consisted of, two Sectional Header Type boilers with Non Controlable Type Super Heaters. Built by Combustion Engineering Co. for Maritime Commision.

These boilers had a maximum steam pressure of 575 P.S.I. and a working pressure of 525 P.S.I.

Other parts of these boilers were. "U" Tube type Superheaters "S" Type De super heater, "S" Type Preheating Econimisers, Four stationary Air regesters with five diferent sizes of Atomisers, Seven Steam Soot blowers with 180° "R" elements, Two Huddling chamber Type Safety Valves on the saturated side and One on the Super heater side, One Westing House Steam turbine driven forced draft blower on each boiler.

Other Auxillery Machinery was. One Worthington Steam turbine driven Cyntrifugal Feed water pump with an over speed Governor and a constant pressure regulator, Two Worthington Reciptocating Double ~~ation~~ action feed water pumps with Diaphram type Air operated pressure regulators, Two Electric moter

II

at 120 P.S.I., Two Thermo-Pneumatic Feed water regulators, Two receptocating (~~doubel~~ double action) Fuel Oil service Pumps fitted with a constant pressure (diaphram type) regulators, One Receptocating double action Fuel Oil booster pump, One Receptocating double action Ballast and transfer pump, Electric liquid Level indicators float type whitch idicated the a. ount of Fuel oil (graduated in feet and i iches and percen in each tank. ~~Two~~ Three straight tube fuel oil heater

I was head operator of the above named Boiler room and Machinery there-in-contained. I orginised all operation, Maintainance, and repair of the above named boilers and machinery.

I have ~~have~~ completely over hauled all the above named boilers, equiptment and machinery with exception of the Liquid Level ~~ind~~ indicators.

I made out all boiler room Logs daily, monthly, and quartly. These Logs were, boiler operation Logs, Main-tainance and repair Logs, and fuel and water reports.

I had a secondary job as Oil and Water King M... ...

II

transfering, and storeing of fuel oil, Fresh water, and boiler feed water. I transfered (by means of pumps) fuel oil and feedwater forward, aft, Port, and starboard. This was done to keep the ship from listing to port or starboard and to keep the draft properly balanced forward and aft.

I was responsible for testing fuel oil for Flash point, Viscosity, Center fudge, and to see if any water had been received with the oil freshly received. I weighed, mixed, and added to the fresh water... Calcium Hypochlorite to obtain Chlorine content. I then tested the water to see how much Chlorine the water contained. I maintained the chlorine content between 2.5 and 3.5 P.P.M. or as directed by the Medical and Engineering Officers.

I tested boiler water daily for Alkilinity, salinity, and Hardness. Tested Distilled Feedwater for ~~chloride~~ salinity. I added boiler compound to the boilers as needed.

and lower rated men.

I have renewed and repaired Steam, Oil, compressed air, and water Line piping. Both flange and threaded type joints.

Other things I have repaired are, Cyntrifugal Feed water pumps both turbine end and water end, Turbine driven forced draft blowers, Copper tubbing compressed air System, diphram type regulators Steam pressure, water pressure, oil pressure, Compressed air types. Over speed governors, reducing Steam and compressed air valves, Boiler safety valves (hudlling chamber type), Valves (Steam water and oil) Globe, Gate, piston, swing check, Stop check., diphram type draft indicators, Reciprocating pumps, duplex, simplex double action types both Steam and water ends., removed and renewed "V" Type super heater and straight generator boiler tubes., Water, oil, and Steam pressure gauges (also calibrated these), Steam soot blowers, reach rods, Electric motor driven piston type air compressors,

[illegible]

IV

wire brushes both moter and brush, Steam traps, High and Low pressure fuel/oil strainers, High and Low pressure relief valves, fuel oil atomisers, Air regestors, boiler brick work, boiler uptak expantion joints, High pressuse water gauge glasses.

I have taken ~~to~~ R.P.M. reading on ~~moving~~ rotary shafts and revolving parts of machinery ~~with~~ with a ~~a~~ Strobo scope, and a tackometer.

I have taken berring readings on steam turbine driven forced draft blowers and steam ~~driven~~ turbine driven cyntrifugal feedwater pumps

Machinery I've operated and Equiptment and tools I've used are, Stroboscope, inside and outside calipers, Micrometers, feeler gauges, Have operated Gray Marine Diesel Engins in L.C.V.P Landing craft, Safety ripping chisels, crimping tools, ~~Pneu~~ Pneumatic moter driven boiler tube rollers and flairers, Pneumatic moter driven wire brush type boiler tube cleaners, Tackometers, Gasket cutters, calulating machines, hydrolic type pressure gauge testers, hydrolic presses, drill press, Manual operated

VI

chippers and wrenches, Tap and dyes national fine and national coarse., Pipe dyes, strap wrenches, fixed and adjustable spanner wrenches, berring scrapers flat and half round, Eductor type pumps operated by water pressure, Electric motor driven submergable pumps., Electric motor driven rotary wire brush, Pneumatic motor driven rotary wire brush, manual operated grease guns., Electric motor driven pipe threading and cutting machine., paint sprayers, Gasoline engin driven water pumps, Electric motor driven, ~~hand~~ high speed drill, Electric motor driven Salinity Indicators, band saw, Stilson wrenches, Monkey wrenches box end wrenches, open end wrenches, cresent wrenches, Slugging wrenches, allon wrenches, socket wrenches, Wratchet wrenches, Screw drivers plain and phillips Claw, ball pien, chipping, Sledge, tack, and hammers., Wooden, raw hide, and brass mallets., Regular, Fencing, wire, Long nose, battery Pliers., Vice gripps, Center punches, Cold ~~chis~~ chisels., various types of files and wood rasps., Carpenters

VII

Metal scribes, packing pullers, paint scrapers, Tubing cutting, bending and flairing tools, Tin snipps, bolt cutters, Coping, hack, croscut, Rip, and key hole saws. Tube and plate glass cutters, puddie knives, Carpenters level, pry and crow bars, Hydrolic, screw, ~~[illegible]~~ types of ~~[illegible]~~ jacks, chain falls, block and tackle, Steel and wooden marlin spikes, oiler safety ~~gauge~~ gaggs.

UNITED STATES CIVIL SERVICE COMMISSION

# RATING SHEET

MECHANICAL TRADES AND SKILLED OCCUPATIONS
HANDBOOK X-106

| | |
|---|---|
| NAME OF APPLICANT: Koog, Arthur R. | PREFERENCE: ☑ 5-PT. ☐ 10-PT. ☐ NONE |
| POSITION TITLE: Htg. Plant Opr. | GRADE OR SALARY |

QUALIFYING EXPERIENCE

| DATES OF EMPLOYMENT FROM— | TO— | YEARS | MOS. |
|---|---|---|---|
| 4-29-58 | 10-13-58 | 0 | 5 |
| 8-24-54 | 4-16-58 | 3 | 7 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | 4 | 0 |

COMMENTS

| | | | |
|---|---|---|---|
| EXPERIENCE TO QUALIFY (YEARS) | 2-0 | MINIMUM ELIGIBLE RATING | 70.0 |
| ADDITIONAL EXPERIENCE 2-0 | CLAIMED / CORROBORATED | 2-0 YEARS AT 3 PTS. / ___ YEARS AT 2 PTS. / ___ YEARS AT 1 PT. | 6 |
| SUPERVISORY EXPERIENCE ☐ | | COLLATERAL EXPERIENCE ☐ | |
| ADDITIONAL CREDIT FOR EXCEPTIONALLY GOOD QUESTIONNAIRES | | | |
| DEDUCTION FOR STALE EXPERIENCE | | | |
| DEDUCTIONS FOR POOR QUALIFICATIONS QUESTIONNAIRES | | | |
| EARNED RATING | | | 76.0 |

| | |
|---|---|
| EXAMINER: the | DATE: 10-14-58 |
| REVIEWER: JHD | DATE: 10-15-58 |

GPO 939264 CSC FORM 4021

UNITED STATES CIVIL SERVICE COMMISSION

# RATING SHEET

MECHANICAL TRADES AND SKILLED OCCUPATIONS
HANDBOOK X-106

| NAME OF APPLICANT | PREFERENCE ☐ 5-PT. ☐ 10-PT. ☐ NONE |
|---|---|
| POSITION TITLE | GRADE OR SALARY |

QUALIFYING EXPERIENCE

| DATES OF EMPLOYMENT FROM— | TO— | YEARS | MOS. | COMMENTS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTAL | | | |

| | | | | |
|---|---|---|---|---|
| EXPERIENCE TO QUALIFY (YEARS) | | | MINIMUM ELIGIBLE RATING | |
| ADDITIONAL EXPERIENCE | CLAIMED | | ______ YEARS AT 3 PTS. | |
| | CORROBORATED | | ______ YEARS AT 2 PTS. <br> ______ YEARS AT 1 PT. | |

| | |
|---|---|
| SUPERVISORY EXPERIENCE ☐    COLLATERAL EXPERIENCE ☐ | |
| ADDITIONAL CREDIT FOR EXCEPTIONALLY GOOD QUESTIONNAIRES | |
| DEDUCTION FOR STALE EXPERIENCE | |
| DEDUCTIONS FOR POOR QUALIFICATIONS QUESTIONNAIRES | |
| EARNED RATING | |

| EXAMINER | DATE |
|---|---|
| REVIEWER | DATE |

GPO 939264 CSC FORM 4921

STANDARD FORM 57A
MAY 1954—U. S. CIVIL SERVICE COMMISSION

# CONTINUATION SHEET FOR STANDARD FORM 57
## "Application for Federal Employment"

INSTRUCTIONS.—Fill out this form only when necessary for completion of Item 16, "EXPERIENCE," on Standard Form 57. Enclose with your application. Typewrite or write clearly in dark ink.

1. NAME (First, Middle, Maiden (if any), Last) Arthur Roger Koog
2. DATE OF BIRTH (month, day, year) April 19-1937
3. KIND OF POSITION APPLIED FOR OR NAME OF EXAMINATION Heating Plant Operator
4. DATE OF THIS CONTINUATION SHEET October 13, 1958

(5) DATES OF EMPLOYMENT (month, year) FROM Nov. -53 TO Nov. 53
SALARY OR EARNINGS
STARTING $ .90 PER Hr.
FINAL $ 1.10 PER Hr.
CLASSIFICATION GRADE (if in Federal Service)
EXACT TITLE OF YOUR POSITION Survaying Engineers Helper
PLACE OF EMPLOYMENT
CITY Del Rio
STATE Texas
KIND OF BUSINESS OR ORGANIZATION (manufacturing, accounting, insurance, etc.) Construction
NAME AND ADDRESS OF EMPLOYER (firm, organization, etc.) H. B. Zachery Construction Co. San Antonio, Texas
NAME AND TITLE OF IMMEDIATE SUPERVISOR Perez Survayind Engineer
REASON FOR LEAVING Job was Completed
DESCRIPTION OF WORK Holding of markers used in measureing distance, Degrees of Ratious and depth Readings. Driving markers, Carried equipment used by the survayor. Drove a 1/2 Ton Chevrolet Pickup truck.

( ) DATES OF EMPLOYMENT (month, year) FROM TO
SALARY OR EARNINGS
STARTING $ PER
FINAL $ PER
CLASSIFICATION GRADE (if in Federal Service)
EXACT TITLE OF YOUR POSITION
PLACE OF EMPLOYMENT
CITY
STATE
KIND OF BUSINESS OR ORGANIZATION (manufacturing, accounting, insurance, etc.)
NAME AND ADDRESS OF EMPLOYER (firm, organization, etc.)
NAME AND TITLE OF IMMEDIATE SUPERVISOR
REASON FOR LEAVING
DESCRIPTION OF WORK

( ) DATES OF EMPLOYMENT (month, year) FROM TO
SALARY OR EARNINGS
STARTING $ PER
FINAL $ PER
CLASSIFICATION GRADE (if in Federal Service)
EXACT TITLE OF YOUR POSITION
PLACE OF EMPLOYMENT
CITY
STATE
KIND OF BUSINESS OR ORGANIZATION (manufacturing, accounting, insurance, etc.)
NAME AND ADDRESS OF EMPLOYER (firm, organization, etc.)
NAME AND TITLE OF IMMEDIATE SUPERVISOR
REASON FOR LEAVING
DESCRIPTION OF WORK

DATES OF EMPLOYMENT (*month, year*)
FROM TO

EXACT TITLE OF YOUR POSITION

SALARY OR EARNINGS
STARTING $ PER
FINAL $ PER

CLASSIFICATION GRADE (*if in Federal Service*)

PLACE OF EMPLOYMENT
CITY
STATE

KIND OF BUSINESS OR ORGANIZATION (*manufacturing, accounting, insurance, etc.*)

NAME AND ADDRESS OF EMPLOYER (*firm, organization, etc.*)

NAME AND TITLE OF IMMEDIATE SUPERVISOR

REASON FOR LEAVING

DESCRIPTION OF WORK

DATES OF EMPLOYMENT (*month, year*)
FROM TO

EXACT TITLE OF YOUR POSITION

SALARY OR EARNINGS
STARTING $ PER
FINAL $ PER

CLASSIFICATION GRADE (*if in Federal Service*)

PLACE OF EMPLOYMENT
CITY
STATE

KIND OF BUSINESS OR ORGANIZATION (*manufacturing, accounting, insurance, etc.*)

NAME AND ADDRESS OF EMPLOYER (*firm, organization, etc.*)

NAME AND TITLE OF IMMEDIATE SUPERVISOR

REASON FOR LEAVING

DESCRIPTION OF WORK

DATES OF EMPLOYMENT (*month, year*)
FROM TO

EXACT TITLE OF YOUR POSITION

SALARY OR EARNINGS
STARTING $ PER
FINAL $ PER

CLASSIFICATION GRADE (*if in Federal Service*)

PLACE OF EMPLOYMENT
CITY
STATE

KIND OF BUSINESS OR ORGANIZATION (*manufacturing, accounting, insurance, etc.*)

NAME AND ADDRESS OF EMPLOYER (*firm, organization, etc.*)

NAME AND TITLE OF IMMEDIATE SUPERVISOR

REASON FOR LEAVING

DESCRIPTION OF WORK

DATES OF EMPLOYMENT (*month, year*)
FROM TO

EXACT TITLE OF YOUR POSITION

SALARY OR EARNINGS
STARTING $ PER
FINAL $ PER

CLASSIFICATION GRADE (*if in Federal Service*)

PLACE OF EMPLOYMENT
CITY
STATE

KIND OF BUSINESS OR ORGANIZATION (*manufacturing, accounting, insurance, etc.*)

NAME AND ADDRESS OF EMPLOYER (*firm, organization, etc.*)

NAME AND TITLE OF IMMEDIATE SUPERVISOR

REASON FOR LEAVING

DESCRIPTION OF WORK

U. S. GOVERNMENT PRINTING OFFICE : 1955—O-369597

ATTACH SUPPLEMENTAL SHEETS OR FORMS HERE

(4) Dates of employment (*month, year*) From Nov. 53 To Feb. 54

Exact title of your position: Stock boy

Salary or earnings: Starting $ .50 per hour; Final $ .50 per hour

Classification Grade (*if in Federal service*):

Place of employment: City San Antonio; State Texas

Kind of business or organization (*manufacturing, accounting, insurance, etc.*): Grocery

Name and address of employer (*firm, organization, etc.*): H.E. Butt Grocery Store Military HWY San Antonio Texas

Name and title of immediate supervisor:

Reason for leaving: Moved out of location.

Description of work: Stock Boy Consisting of Placing goods on shelves, Sacking and carring out of groceries ~~out~~ for customers. Helping in taking of the stores inventory.

If you need additional experience blocks, use supplemental sheets. SEE INSTRUCTION SHEET.

17. SPECIAL QUALIFICATIONS AND SKILLS.

(A) Licenses and Certificates.—Indicate the kind of license or certificate and the State or other licensing authority which granted it; for example, pilot, teacher, electrician, lawyer, radio operator, C. P. A., etc.

Kind of License ______ Licensing Authority ______

(B) List any special skills you possess and machines and equipment you can use, such as short-wave radio, multilith, comptometer, key-punch, turret lathe, scientific or professional devices.

(C) Approximate number of words per minute in: Typing ______ Shorthand ______

(D) Give any special qualifications not covered elsewhere in your application, such as:
(1) Your more important publications. (*Do not submit copies unless requested*)
(2) Your patents or inventions.
(3) Public speaking and public relations experience.
(4) Membership in professional or scientific societies, etc.
(5) Honors and fellowships received.

18. EDUCATION.

A. Give the highest elementary or high-school grade completed: 8

If you completed high school, give date ______

B. Name and location of last high school attended: ~~[illegible]~~ G.E.D. see "F" Below 2-19-57 Deploma Rec'd.

| C. Name and location of college or university: | Dates attended From | Dates attended To | Years completed Day | Years completed Night | Credit hours Semester or Quarter | | Degrees received |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| D. Chief undergraduate college subjects | Credit hours Semester or Quarter | |
|---|---|---|
| | | |

| E. Chief graduate college subjects | Credit hours Semester or Quarter | |
|---|---|---|
| | | |

F. Other schools or training, such as trade, vocational, Armed Forces, or business. Give for each name and location of school, dates attended, subjects studied, certificates, and any other pertinent data: U.S. Armed Forces Institute A.P.O 613 Japan or Madison 3, Wisc. - Dates 18 and 19 Feb. 1957 - Cirtificate of General Education Development Tests - High School Level

19. Have you lived or traveled in any foreign countries? [X] Yes [ ] No

If answer is "Yes," give in Item 34 names of countries, dates, and length of time spent there and reason or purpose (*military service*, ...

| 20. Indicate your knowledge of foreign languages. | Reading EXC. | Reading GOOD | Reading FAIR | Speaking EXC. | Speaking GOOD | Speaking FAIR | Underst'ng EXC. | Underst'ng GOOD | Underst'ng FAIR | Writing EXC. | Writing GOOD | Writing FAIR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| None | | | | | | | | | | | | |
| " | | | | | | | | | | | | |

16—53046-3

21. REFERENCES.—List three persons living in the United States or Territories of the United States who are NOT RELATED TO YOU AND WHO HAVE DEFINITE KNOWLEDGE of your qualifications and fitness for the position for which you are applying. Do not repeat names of supervisors listed under Item 16, EXPERIENCE.

| FULL NAME | PRESENT BUSINESS OR HOME ADDRESS Give complete current address | BUSINESS OR OCCUPATION |
|---|---|---|
| 1. Arnold W. Brunner | 628 Romero Canyon Road Santa Barbra California | Civil Service Heat Plant Oper. |
| 2. C. H. Tarply | 348 Occidental Street Oxnard, California | Civil Service Heat Plant Oper. |
| 3. Robert H. Decou | 965 Evergreen lane Port Hueneme, California | Civil Service Heat Plant Oper. |

| INDICATE ANSWER BY PLACING "X" IN PROPER COLUMN | YES | NO |
|---|---|---|
| 22. (a) Are you a citizen of the United States of America, or (b) as a native of American Samoa do you owe allegiance to the United States of America? | X | |
| 23. Are you now, or have you ever been, a member of the Communist Party, U. S. A., or any Communist organization? | | X |
| 24. Are you now, or have you ever been, a member of a Fascist organization? | | X |
| 25. Are you now or have you ever been a member of any foreign or domestic organization, association, movement, group, or combination of persons which is totalitarian, Fascist, Communist, or subversive, or which has adopted, or shows, a policy of advocating or approving the commission of acts of force or violence to deny other persons their rights under the Constitution of the United States, or which seeks to alter the form of government of the United States by unconstitutional means? | | X |
| *If your answer to question 23, 24, or 25 above is "Yes," state on a separate sheet to be attached to and made a part of this application the names of all such organizations, associations, movements, groups, or combination of persons and dates of membership. Give complete details of your activities therein and make any explanation you desire regarding your membership or activities. (See instruction sheet)* | | |
| 26. Does the United States Government employ in a civilian capacity any relative of yours (by blood or marriage) with whom you live or have lived within the past 24 months? *If your answer is "Yes," give in Item 34 for EACH such relative (1) full name; (2) present address; (3) relationship; (4) department or agency by which employed; and (5) kind of appointment.* | | X |
| 27. A. Have you any physical handicap, chronic disease, or other disability? | | X |
| B. Have you ever had a nervous breakdown? | | X |
| C. Have you ever had tuberculosis? | | X |
| *If your answer to A, B, or C is "Yes," give details in Item 34.* | | |

| INDICATE ANSWER BY PLACING "X" IN PROPER COLUMN | YES | NO |
|---|---|---|
| 28. May inquiry be made of your present employer regarding your character, qualifications, etc? | X | |
| 29. Do you receive or have you applied for an annuity from the United States or District of Columbia Government under any retirement act or any pension or other compensation for military or naval service? *If your answer is "Yes," give details in Item 34.* | | X |
| 30. Are you an official or employee of any State, Territory, county, or municipality? *If your answer is "Yes," give details in Item 34.* | | X |
| 31. Have you ever been barred by the U. S. Civil Service Commission from taking examinations or accepting civil-service appointments? *If your answer is "Yes," give dates of and reasons for such debarment in Item 34.* | | X |
| 32. A. Have you ever been discharged from employment because: (1) Your conduct was not satisfactory? | | X |
| (2) Your work was not satisfactory? | | X |
| B. Have you ever resigned after official notification that: (1) Your conduct was not satisfactory? | | X |
| (2) Your work was not satisfactory? | | X |
| C. Have you ever been discharged from the Armed Services under other than honorable conditions? | | X |
| *If your answer to A, B, or C is "Yes," give details in Item 34 as clearly as you can remember, including the name and address of employer, approximate date, and reasons in each case.* | | |
| 33. Have you ever been arrested, charged, or held by Federal, State, or other law-enforcement authorities for any violation of any Federal law, State law, county or municipal law, regulation or ordinance? Do not include anything that happened before your 16th birthday. Do not include traffic violations for which a fine of $25 or less was imposed. All other charges must be included even if they were dismissed. *If your answer is "Yes," give in Item 34 for each case: (1) approximate date, (2) charge, (3) place, (4) action taken.* | | X |

34. SPACE FOR DETAILED ANSWERS TO OTHER QUESTIONS. Indicate item numbers to which answers apply.

| Item No. | | Item No. | |
|---|---|---|---|
| 19 | Japan 19 Apr. 55 - to 7 Aug. 55 | } | Reason Military Service |
| 19 | Okinawa Nov. 56 | | " |
| 19 | Hong Kong Nov. & Dec. 56 | | " |
| 19 | Philliphines Dec. 56 | | " |
| 19 | Japan Dec. and Jan. 56-57 | | " |
| 19 | Okinawa Jan. 57 | | " |
| 19 | ~~Iwo~~ Iwo Jima Mar. and Apr. 57 | | " |

If more space is required, use paper the same size as this page. Write on each sheet your name, date of birth, and examination title. Attach to inside of this application.

ATTENTION: If you are appointed, all facts you give will be subject to investigation including a check of your fingerprints. Before signing this application, go back over it to make sure you have answered all questions correctly and fully, so that your eligibility can be decided on the basis of all the facts. Admitted unfavorable information about such matters as arrests or discharges will be considered together with the favorable information in your record in determining your present fitness for Federal employment. However, a false statement or dishonest answer to any question may be grounds for cancellation of your application or your dismissal after appointment and is punishable by law.

I CERTIFY that the statements made by me in this application are true, complete, and correct to the best of my knowledge and belief, and are made in good faith.

Date Oct 13, 1958 Signature of applicant Arthur R. Koog

16—53948-3 U. S. GOVERNMENT PRINTING OFFICE