UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNIE SUE KOOG, Individually and as Personal Representative on Behalf of the Estate of ARTHUR KOOG and all Wrongful Death Beneficiaries<br><br>*Plaintiff,*<br>v.<br><br>A.W. Chesterton Company, ET AL.<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION 4:25-CV-01879<br>ADMIRALTY CASE |

**Exhibit 2 to Plaintiff's First Amended Complaint**

**9 pages**

**(2 Cover pages and 7 pages of Records)**

**(Redaction of SSNs, Dates of Birth and Financial Acct Nos.)**

Records Obtained by Authorization

From Social Security Administration - Earnings

Division of Earnings Record Operations,

6100 Wabash Avenue

Baltimore, MD 21215

Pertaining to Arthur R. Koog

For Ryan C. Runkle

Nell McCallum & Associates, Inc.

NMA ORIGINAL

**NELL MCCALLUM & ASSOCIATES, INC., HAS VERIFIED THAT THESE RECORDS ARE COMPLETE AND THE BEST POSSIBLE QUALITY.**

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
*** FOR SSN [redacted] ***

FROM: SOCIAL SECURITY ADMINISTRATION
OFFICE OF CENTRAL OPERATIONS
6100 WABASH AVENUE
BALTIMORE MARYLAND 21215

NUMBER HOLDER NAME: ARTHUR R KOOG
YEARS REQUESTED: 1955 THRU 1990

NELL MCCALLUM AND ASSOCIATES
3560 DELAWARE STE 402
BEAUMONT TX 77706

EMPLOYER NUMBER: 34-0812882
UNITED STATES NAVY
FINANCE CTR
CLEVELAND OH 00000-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1957 | 421.20 | 432.90 | 491.40 | 491.40 | $1,836.90 |
| 1958 | 491.40 | 87.36 | | | $578.76 |

EMPLOYER NUMBER: 95-1645421
U S NAVAL CONSTRUCTION BATTALION CENTER
DISBURSING OFF SYMBOL 5195
U S NAVAL STA
PORT HUENEME CA 93041-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1958 | | 739.28 | 1253.52 | 406.40 | $2,399.20 |

EMPLOYER NUMBER: 95-1759854
HARRY W HAMILTON JR
PIONEER TRUCK & STORAGE COMPANY
1201 BORDEN RD
SAN MARCOS CA 92069-2111

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1958 | | | | 56.98 | $56.98 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN [redacted] * * *

EMPLOYER NUMBER: 74-0620503
SAN ANTONIO PRODUCERS ASSOCIATION
DUTCH GIRL STORES DIVISION
161 WARD AVE
SAN ANTONIO TX 78223-1027

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1959 | | | 11.25 | | $11.25 |

EMPLOYER NUMBER: 74-1208583
GARY INDUSTRIES INC
111 NE MILITARY DR
SAN ANTONIO TX 78216-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1959 | | | 456.38 | | $456.38 |

EMPLOYER NUMBER: 95-1521518
ROBERT E MORTER
TA MOR GAS
2386 E MAIN ST
VENTURA CA 93003-2602

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1959 | | | 126.24 | | $126.24 |

EMPLOYER NUMBER: 95-1885404
KALOF PULP & PAPER CORP
9831 PICO BLVD SUITES 10 # 11
LOS ANGELES CA 90035-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1959 | | | | 1438.55 | $1,438.55 |
| 1960 | 686.36 | | | | $686.36 |

EMPLOYER NUMBER: 34-9990000
DEFENSE FINANCE & ACCOUNTING SVC
% CENTRALIZED DISBURSING CODE 1907
1240 E 9TH ST RM 1907
CLEVELAND OH 44199-9904

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1960 | 341.67 | 615.00 | 621.17 | 630.00 | $2,207.84 |
| 1961 | 630.00 | 630.00 | 630.00 | 630.00 | $2,520.00 |
| 1963 | 751.33 | 735.00 | 735.00 | 840.00 | $3,061.33 |
| 1964 | 158.67 | | | | $158.67 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN [redacted] * * *

EMPLOYER NUMBER: 34-9990362
DEPT OF NAVY
CLEVELAND OH 00000-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1962 | 630.00 | 667.50 | 235.00 | 235.00 | $1,767.50 |

EMPLOYER NUMBER: 95-1484152
FOSTER INVESTMENT CORPORATION
705 PARK BLVD
SAN DIEGO CA 92101-6507

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1964 | 200.49 | | | | $200.49 |

EMPLOYER NUMBER: 95-1739139
EDG INC
PO BOX 7500
WOODLAND HLS CA 91365-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1964 | 238.16 | | | | $238.16 |

EMPLOYER NUMBER: 95-2142454
MOBILE HOLDINGS CORPORATION
4656 LINCOLN AVE
CYPRESS CA 90630-2650

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1964 | 111.50 | 1042.35 | | | $1,153.85 |

EMPLOYER NUMBER: 95-1642383
ST JOHNS REGIONAL MEDICAL CENTER
UNITED STATES CATHOLIC CONFERENCE
% CATHOLIC HEALTHCARE WEST
1600 N ROSE AVE
OXNARD CA 93030-3723

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1964 | | 283.05 | 1136.04 | 1651.15 | $3,070.24 |
| 1965 | 1589.94 | 1746.77 | | | $3,336.71 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN [redacted] * * *

EMPLOYER NUMBER: 13-1299890
SHELL USA INC
PO BOX 4749
HOUSTON TX 77210-4749

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1965 | | 114.35 | | | $114.35 |
| 1966 | 1495.30 | | | | $1,495.30 |

EMPLOYER NUMBER: 13-4129989
FAMILY CIRCLE CUP LLC
GRUNER & JAHR PRINTING & PUBLISHING
535 5TH AVE FL 29
NEW YORK NY 10017-3671

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1965 | | | 2137.39 | 1673.13 | $3,810.52 |

EMPLOYER NUMBER: 34-9980000
DEFENSE FINANCE & ACCOUNTING
SERVICE CLEVELAND CENTER
DEFENSE FINANCE & ACCOUNTING SRV
% CENTRALIZED DISBURSING CODE ATLRA
1240 E 9TH ST RM 1907
CLEVELAND OH 44199-9904

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1967 | | 142.28 | | | $142.28 |
| 1968 | | 167.86 | | | $167.86 |

EMPLOYER NUMBER: 95-2139167
JACK W CHRISMAN & F LYNN CROTTS
CLEANCO CO
PO BOX 216
NIXA MO 65714-0216

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1970 | | | | 395.33 | $395.33 |
| 1971 | 619.00 | 210.38 | | | $829.38 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
* * * FOR SSN [redacted] * * *

EMPLOYER NUMBER: 74-1368234
CALVIN L MOREHEAD
MOREHEAD GRO & BBQ
HWY 60 WEST SIDE 400 FT OF NORTH
521 FARM RD
WADSWORTH TX 77483-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1972 | | | 1794.11 | 2679.61 | $4,473.72 |
| 1973 | 3346.87 | 2944.80 | 759.60 | | $7,051.27 |

SELF EMPLOYMENT:

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1973 | | | | | $2,928.00 |
| 1974 | | | | | $447.00 |
| 1976 | | | | | $14,784.00 |
| 1977 | | | | | $16,368.00 |
| 1978 | | | | | $5,865.00 |
| 1979 | | | | | $22,900.00 |
| 1980 | | | | | $21,353.00 |
| 1981 | | | | | $29,700.00 |
| 1982 | | | | | $20,333.00 |
| 1984 | | | | | $16,906.00 |
| 1985 | | | | | $4,204.00 |
| 1986 | | | | | $2,204.00 |
| 1988 | | | | | $1,751.00 |

EMPLOYER NUMBER: 13-5409005
EXXON MOBIL CORPORATION
% PAYROLL TAX REPORTING
22777 SPRINGWOODS VILLAGE PKWY # 126
SPRING TX 77389-1425

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1974 | | 3103.26 | 3251.54 | 3387.24 | $9,742.04 |
| 1975 | 3428.24 | 3605.52 | 3703.95 | 3362.29 | $14,100.00 |
| 1976 | 516.61 | | | | $516.61 |

EMPLOYER NUMBER: 74-1100259
ARTHUR BROTHERS INCORPORATED
813 S 6 ST
PO BOX 792
KINGSVILLE TX 78364-0792

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1978 | | | | | $151.20 |

SSA-1826 ITEMIZED STATEMENT OF EARNINGS
*** FOR SSN [redacted] ***

EMPLOYER NUMBER: 74-1647485
S & B CONSTRUCTORS INC
7809 PARK PLACE BLVD
HOUSTON TX 77087-4639

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1978 | | | | | $11,684.00 |

EMPLOYER NUMBER: 44-0653471
MMC CONTRACTORS NATIONAL INC
13800 WYANDOTTE ST
KANSAS CITY MO 64145-1518

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1983 | | | | | $6,247.38 |
| 1984 | | | | | $5,080.13 |

EMPLOYER NUMBER: 74-1497500
D E W INCORPORATED
216 HERWECK DR
SAN ANTONIO TX 78213-3331

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1984 | | | | | $6,803.20 |
| 1985 | | | | | $3,963.08 |

EMPLOYER NUMBER: 74-1875277
DENNIS A SULLENS
QUALITY ENTERPRISES
PO BOX 9962
COLLEGE STA TX 77842-7962

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1984 | | | | | $875.00 |

EMPLOYER NUMBER: 74-2348522
E & M CONTRACTOR INC
216 HERWECK DR
SAN ANTONIO TX 78213-3331

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1985 | | | | | $28,938.74 |
| 1986 | | | | | $24,933.14 |

SSA-1826

ITEMIZED STATEMENT OF EARNINGS

* * * FOR SSN [redacted] * * *

EMPLOYER NUMBER: 74-6024396
BANDERA INDEPENDENT SCHOOL DISTRICT
PO BOX 727
BANDERA TX 78003-0727

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1986 | | | | | $3,608.00 |
| 1987 | | | | | $20,280.00 |
| 1988 | | | | | $21,240.00 |
| 1989 | | | | | $22,200.00 |
| 1990 | | | | | $23,400.00 |

*******************************************************************
********* THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS *********
********* SOCIAL SECURITY NUMBER FOR YEAR(S) REQUESTED *********
*******************************************************************