**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CONNIE SUE KOOG, Individually and as Personal Representative on Behalf of the Estate of ARTHUR KOOG and all Wrongful Death Beneficiaries,** | § | |
| **Plaintiff,** | § | **CIVIL ACTION 4:25-CV-01879** |
| **VS.** | § | |
| **A.W. CHESTERTON COMPANY, ET AL.** | § | |
| **Defendants.** | § | |

**DEFENDANT EXXON MOBIL CORPORATION'S ANSWER AND DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND TO CROSS-CLAIMS OF ANY AND ALL OTHER DEFENDANTS AND THIRD-PARTY DEFENDANTS**

COMES NOW, Defendant EXXON MOBIL CORPORATION, (hereinafter referred to as "Responding Defendant" or "EXXON") one of the Defendants in the above-styled and numbered cause, by and through counsel, and answers the Plaintiff's First Amended Complaint ("First Amended Complaint") and each and every Cross-Claim filed hereafter by any Defendant or Third-Party Defendant as follows:

1. EXXON reasserts and incorporates by reference its responses including all affirmative defenses contained in its Answer to Plaintiff's Original Petition ("Original Complaint"), inclusive, as though fully set forth herein in response to the allegations contained in the First Amended Complaint.

**I.**

## INTRODUCTION

2. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

3. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2, and, therefore, denies same.

## II.

## PARTIES

4. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3, and, therefore, denies same.

5. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4, including all of its subparts, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON MOBIL denies specifically and generally each and every allegation contained within.

6. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

7. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6, including all of its subparts, and, therefore, denies same.

8. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7, and, therefore, denies same.

9. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8, including all of its subparts, and, therefore, denies same.

10. Responding Defendant, Exxon admits that it filed an Answer to Plaintiff's Original Complaint before this action was removed to Federal Court. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of all other allegations contained in paragraph 9, including all of its subparts, and, therefore, denies same.

11. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10, and, therefore, denies same.

12. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11, including all of its subparts, and, therefore, denies same.

13. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12, and, therefore, denies same.

14. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13, including all of its subparts, and, therefore, denies same.

## III.

## JURISDICTION

15. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14, and, therefore, denies same. To

the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

16. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15, and, therefore, denies same.

17. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16, and, therefore, denies same.

18. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17, and, therefore, denies same.

19. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

20. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

21. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

## IV.

## VENUE

22. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

## V.

## BACKGROUND

23. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

24. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

25. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24, and, therefore, denies same.

26. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25, and, therefore, denies same.

27. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26, and, therefore, denies same.

28. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27, and, therefore, denies same.

29. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28, and, therefore, denies same.

30. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29, and, therefore, denies same.

31. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30, and, therefore, denies same.

32. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31, and, therefore, denies same.

33. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32, including all of its subparts, and, therefore, denies same.

## VI.

## COUNT I – STRICT LIABILITY – PRODUCT & EQUIPMENT DEFENDANTS"

34. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. I – 1", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

35. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. I – 2", including all of its subparts, and, therefore, denies same. To the extent the allegations in this paragraph are intended

to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

36. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. I – 3", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

37. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. I – 4", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

38. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. I – 5", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

39. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. I – 6", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

## VII.

## COUNT II – NEGLIGENCE – ALL DEFENDANTS

40. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. II – 1", and, therefore, denies

same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

41. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. II – 2", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

42. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. II – 3", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

43. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. II – 4", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

44. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. II – 5", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

45. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. II – 6", including all of its subparts, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

46. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. II – 7", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

47. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. II – 8", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

48. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. II – 9", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

49. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. II – 10", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

50. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. II – 11", and, therefore, denies same.

51. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. II – 12", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this

Defendant, EXXON denies specifically and generally each and every allegation contained within.

52. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. II – 13", including all of its subparts, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

53. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. II – 14", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

54. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. II – 15", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

55. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. II – 16", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

56. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph “Cnt. II – 17”, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

57. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph “Cnt. II – 18”, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

58. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph “Cnt. II – 19”, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

59. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph “Cnt. II – 20”, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

60. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph “Cnt. II – 21”, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this

Defendant, EXXON denies specifically and generally each and every allegation contained within.

**VIII.**

**COUNT III – ADDITIONAL NEGLIGENCE OF PREMISES DEFENDANTS**

61. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph “Cnt. III – 1”, and, therefore, denies same.

62. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph “Cnt. III – 2”, and, therefore, denies same.

63. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph “Cnt. III – 3”, and, therefore, denies same.

64. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph “Cnt. III – 4”, and, therefore, denies same.

**IX.**

**COUNT IV – ADDITIONAL NEGLIGENCE OF CONTRACTOR DEFENDANTS**

65. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph “Cnt. IV – 1”, and, therefore, denies same.

66. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. IV – 2", and, therefore, denies same.

67. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. IV – 3", and, therefore, denies same.

68. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. IV – 4", and, therefore, denies same.

69. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. IV – 5", and, therefore, denies same.

70. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. IV – 6", and, therefore, denies same.

71. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. IV – 7", and, therefore, denies same.

## X.

## COUNT V – BREACH OF WARRANTY – PRODUCT & EQUIPMENT DEFENDANTS

72. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. V – 1", and, therefore, denies

same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

73. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. V – 2", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

74. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. V – 3", including all of its subparts, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

75. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. V – 4", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

76. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. V – 5", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

77. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. V – 6", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

78. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. V – 7", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

**XI.**

**COUNT VI – NEGLEGENT SUPPLY OF DANGEROUS CHATTEL – EMPLOYER & PREMISES DEFENDANTS**

79. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VI – 1", and, therefore, denies same.

80. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VI – 2", and, therefore, denies same.

81. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VI – 3", and, therefore, denies same.

82. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VI – 4", and, therefore, denies same.

83. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VI – 5", and, therefore, denies same.

84. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VI – 6", including all of its subparts, and, therefore, denies same.

85. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VI – 7", including all of its subparts, and, therefore, denies same.

86. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VI – 8", and, therefore, denies same.

87. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VI – 9", and, therefore, denies same.

88. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VI – 10", and, therefore, denies same.

89. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VI – 11", and, therefore, denies same.

90. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VI – 12", and, therefore, denies same.

**XII.**

**COUNT VII – FALSE REPRESENTATION/MISREPRESENTATION/FRAUD – ALL DEFENDANTS**

91. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VII – 1", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

92. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VII – 2", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

93. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VII – 3", including all of its subparts, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

94. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VII – 4", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

95. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VII – 5", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

96. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VII – 6", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

97. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VII – 7", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

98. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VII – 8", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

## XIII.

## COUNT VIII – FAILURE TO WARN – ALL DEFENDANTS

99. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VIII – 1", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

100. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VIII – 2", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

101. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VIII – 3", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

102. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VIII – 4", including all of its subparts, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

103. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VIII – 5", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

104. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VIII – 6", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

105. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VIII – 7", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

106. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VIII – 8", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

107. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VIII – 9", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this

Defendant, EXXON denies specifically and generally each and every allegation contained within.

108. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. VIII – 10", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

**XIV.**

**<u>COUNT IX – FAILURE TO WARN – EQUIPMENT DEFENDANTS</u>**

109. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. IX – 1", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

110. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. IX – 2", including all of its subparts, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

111. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. IX – 3", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this

Defendant, EXXON denies specifically and generally each and every allegation contained within.

112. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. IX – 4", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

113. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. IX – 5", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

114. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. IX – 6", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

115. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. IX – 7", including all of its subparts, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

116. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. IX – 8", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

117. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. IX – 9", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

118. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. IX – 10", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

119. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. IX – 11", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

## XV.

## COUNT X – CONSPIRACY – ALL DEFENDANTS

120. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. X – 1", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

121. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. X – 2", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

122. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. X – 3", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

123. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. X – 4", including all of its subparts, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

124. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. X – 5", and, therefore, denies

same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

125. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. X – 6", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

126. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. X – 7", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

127. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. X – 8", including all of its subparts, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

128. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. X – 9", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

129. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. X – 10", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this

Defendant, EXXON denies specifically and generally each and every allegation contained within.

130. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. X – 11", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

131. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. X – 12", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

132. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. X – 13", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

**XVI.**

**COUNT XI – GROSS NEGLIGENCE: WILLFUL, WANTON AND RECKLESS CONDUCT – ALL DEFENDANTS**

133. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. XI – 1", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this

Defendant, EXXON denies specifically and generally each and every allegation contained within.

134. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. XI – 2", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

135. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. XI – 3", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

136. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. XI – 4", including all of its subparts, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

137. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. XI – 5", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

138. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. XI – 6", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

139. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. XI – 7", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

140. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "Cnt. XI – 8", and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

**XVII.**

**DAMAGES**

141. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

142. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32, and, therefore, denies same. To

the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

143. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33, including all of its subparts, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

144. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34, including all of its subparts, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

145. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

## XVIII.

## WRONGFUL DEATH & SURVIVAL DAMAGES

146. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

147. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37, including all of its subparts, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

**XIX.**

**DAMAGES FOR LOSS OF CONSORTIUM**

148. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

149. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

**XX.**

**PUNITIVE DAMAGES**

150. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

151. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41, and, therefore, denies same. To

the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

152. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

153. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

154. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

155. Responding Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45, and, therefore, denies same. To the extent the allegations in this paragraph are intended to apply to this Defendant, EXXON denies specifically and generally each and every allegation contained within.

158. All allegations not specifically admitted above are hereby denied.

## AFFIRMATIVE DEFENSES

159. This Defendant states the following as affirmative defenses to each and every count of Plaintiffs' Complaint.

- FAILURE TO STATE A CLAIM - The Plaintiffs' Complaint fails to state a

claim upon which relief may be granted.

- STATUTE OF LIMITATIONS - All or some of Plaintiffs' claims may be barred by the applicable statute of limitations.

- ASSUMPTION OF RISK - Plaintiffs may have knowledge of the facts from which Plaintiffs either knew, or should have known, the risks involved, and Plaintiffs by their free and voluntary acts, may have assumed the risk of the injury or damages alleged, if any.

- COMPARATIVE FAULT - The fault of Plaintiffs and/or other persons or entities may have caused, in whole or in part, the injuries or damages alleged in Plaintiffs' Complaint and said fault would proportionately reduce or bar recovery.

- SOLE CAUSE - The fault of Plaintiffs and/or other persons or entities, either parties or non-parties to this lawsuit, and for whose acts or omissions this Defendant is in no way liable, may have been the sole proximate cause of Plaintiffs alleged damages and injuries, in which case the Plaintiffs are not entitled to recover from this Defendant.

- INTERVENING CAUSE - If the Plaintiffs suffered damages or injuries as a result of the allegations set forth in Plaintiffs' Complaint, which this Defendant denies, then such damages or injuries may have been caused by the acts or omissions of persons or entities other than this Defendant, either parties or non-parties to this lawsuit, which acts or omissions constituted an intervening and superseding cause of Plaintiffs' injuries or damages, if any.

- INDISPENSABLE PARTIES - The Plaintiffs' claims are barred by their failure to join necessary and/or indispensable parties.

- DUTY – Defendant EXXON owed no duty to Plaintiffs. EXXON has never

sold any product.

- LACHES, ESTOPPEL AND WAIVER - The Plaintiffs' claims may be barred in whole or in part by the doctrines of laches, estoppel and/or waiver.

- FAILURE TO MITIGATE - If it is judicially determined that the Plaintiffs have incurred any injuries or damages, as alleged, all of which have been specifically denied, then the Plaintiffs may have failed to mitigate said injuries or damages, and this failure bars or reduces Plaintiffs' recovery.

- UNAVOIDABLY UNSAFE PRODUCT - None of the allegations of Plaintiffs' Complaint with respect to the alleged defective condition of Defendants' asbestos or asbestos products apply to Responding Defendant. EXXON has never sold any product.

- CONSTITUTIONAL DEFENSES AGAINST PUNITIVE DAMAGES – Plaintiffs' Complaint fails to state a cause of action upon which either punitive or exemplary damages can be awarded because it violates the United States and/or Texas Constitutions including, but not limited to, the following particulars:

  - Plaintiffs' claim for punitive damages is barred by the due process clause of the Fifth and Fourteenth Amendments to the United States Constitution and the Constitution of the State of Texas.

  - Plaintiffs' claim for punitive damages is barred by the "double jeopardy" clause of the Fifth Amendment to the United States Constitution, as applied to the states through the Fourteenth Amendment;

  - Plaintiffs' claim for punitive damages violates Defendant's right to substantive due process as provided in the Fifth and Fourteenth Amendments of the United States Constitution and the Texas Constitution;

- Plaintiffs' claim for punitive damages violates Defendant's right to equal protection under the law provided in the Fifth and Fourteenth Amendments of the United States Constitution and is otherwise unconstitutional under the United States Constitution and the Constitution of the State of Texas;

- Plaintiffs' claim for punitive damages violates the Contract Clause of the United States Constitution; and

- (f) Plaintiffs' claim for punitive damages violates the Fourth and Sixth Amendments to the United States Constitution.

- The claims for punitive damages violate the U.S. Constitution and the Constitution of the State of Texas for the following reasons, which list is not intended to be exclusive:

  - The jury is given unfettered discretion to award punitive damages on vague grounds and with no objective standards;

  - A presumption of innocence is not applied;

  - Specific intent is not required;

  - A unanimous jury verdict is not required;

  - Although indistinguishable from a criminal penalty, a lesser standard of proof and procedural safeguards is required than in criminal cases;

  - Multiple awards of punitive damages can be made for the same acts or omissions;

  - An award of punitive damages may result in joint and several judgments against multiple defendants for different alleged acts of wrongdoing, or, conversely, may result in the imposition of different penalties for the same or similar acts.

- NO SUBSTANTIAL FAULT - In the alternative, if it is judicially determined that any injury or damage occurred as alleged in Plaintiffs' Complaint, all of which is specifically denied, such injury and/or damages which are attributable to any act or omission or any product of this Defendant is de minimis and such act or omission or product was not a substantial factor in causing Plaintiffs' injuries or damages.

- CONTRIBUTORY NEGLIGENCE - To the extent that any of the claims, injuries, losses or damages occurred prior to the enactment of the comparative negligence laws in the State of Texas, such injuries, losses or damages may have been caused by Plaintiffs' own contributory negligence and such contributory negligence would bar Plaintiffs' claims.

- LACK OF SUBJECT MATTER JURISDICTION - The Court may lack jurisdiction of the subject matter of this action.

- LACK OF PERSONAL JURISDICTION - The Court lacks personal jurisdiction over this Defendant.

- RES JUDICATA - All or part of Plaintiffs' claims which are the basis of this lawsuit may have been either settled or adjudicated and, therefore, the doctrines of res judicata, collateral estoppel, payment and release are applicable.

- UNRELATED CAUSES - If it is judicially determined that the Plaintiffs have incurred any injuries or damages, as alleged, all of which have been specifically denied, then Plaintiffs' alleged physical condition was due solely to unrelated disease processes, or other causes unrelated to this Defendant's products.

- COMPLIANCE WITH LAWS - At all times relevant to this litigation, this Defendant complied with all applicable state and federal laws, regulations, and industry

standards.

- <u>PRETRIAL PUBLICITY</u> - Plaintiffs are barred from maintaining this lawsuit because this Defendant will not be able to obtain a fair trial due to untrue adverse publicity generated in the community at large.

- <u>FEDERAL PREEMPTION AND PRIMARY JURISDICTION</u>

  - Plaintiffs' claims are barred, in whole or in part, and/or preempted by applicable federal law, with which this Defendant complied.

  - Plaintiffs' claims are preempted, expressly and/or impliedly, by the Federal Food, Drug, and Cosmetic Act ("FDCA"), 21 U.S.C. § 301, et seq.

  - Plaintiffs' claims are preempted to extent they are premised upon an alleged violation of the Federal Food, Drug, and Cosmetic Act ("FDCA"), 21 U.S.C. § 301, et seq. because there is no private right of action under the FDCA.

  - Plaintiffs' claims are preempted under Article VI of the U.S. Constitution to the extent they purport to impose any obligation on Defendants that is different from, or in addition to, any requirement applicable under the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 301 et seq., or conflict with and/or serve as an obstacle to the enforcement of the laws, regulations, and policies promulgated by the FDA or other federal agencies, as authorized by Acts of Congress.

  - Plaintiff lacks standing to assert claims premised upon an alleged violation of the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 301, et seq. because there is no private right of action under the FDCA.

  - Plaintiffs' claims are barred by the doctrine of primary jurisdiction and the primary jurisdiction of the FDA over the issues raised in the Complaint.

- VENUE - Venue is not proper in this Court as to this Defendant.

- FORUM NON CONVENIENS - This Court is a *forum non conveniens* for this Defendant with respect to the claims asserted in Plaintiffs' Original Petition.

- SETOFF - If Plaintiffs have settled or should settle with any entity or have any judgment against any entity rendered in Plaintiffs' favor for any of Plaintiffs' alleged injuries, then this Defendant is entitled to a setoff in the amount of said settlement or judgment.

- SPECULATIVE DAMAGES - Plaintiffs' claims for damages against have not accrued, are purely speculative, uncertain and/or contingent, and therefore are not recoverable as a matter of law.

- LACK OF PRIVITY - This Defendant is not liable for any of the damages allegedly sustained by Plaintiffs because Plaintiffs were not in privity of contract with this Defendant at any time, this Defendant's product was not inherently dangerous, and Plaintiffs did not purchase any asbestos-containing products from this Defendant.

- WARRANTY DEFENSES -

  - This Defendant made no express warranty to Plaintiffs or any other person.

  - EXXON has never sold any product. Therefore, this Defendant did not breach any implied warranty to Plaintiffs, including the warranty of merchantability or fitness for a particular purpose.

- ALTERNATE CAUSES –

  - The damages allegedly sustained by Plaintiffs are wholly or partially caused by other and independent means, including, *inter alia*, the operation of nature, conduct and habits of Plaintiffs, Plaintiffs' exposure to other particulates or matter in the environment, and/or a pre-existing medical, genetic, or environmental condition, disease, or illness of Plaintiffs.

- Plaintiffs caused and/or contributed to Plaintiffs' alleged injuries and damages, in whole or in part, by exposure to or the use of tobacco products and/or other substances, products, medications, or drugs.

- The damages allegedly sustained by Plaintiffs were the actual and proximate result of the negligent, grossly negligent, wanton or reckless omission or conduct of a third party or parties, which was unforeseen and/or unforeseeable by this Defendant.

- <u>LACK OF DEFECT</u> -

- None of Plaintiffs' allegations of defective product apply to this Defendant. This Defendant denies that there was any defect or negligent mining, processing, manufacture, design, testing, investigation, fashioning, packaging, distributing, delivery, and/or sale, in any of this Defendant's talc products referred to in Plaintiffs' Complaint. EXXON has never sold any product.

- <u>WARNINGS ELIMINATE BASIS FOR PUNITIVE DAMAGES</u> – None of Plaintiffs' allegations regarding lack of warnings and/or defective warnings apply to this Defendant. EXXON has never sold any product. Consequently, the issue of punitive damages should not be submitted to the jury.

- EXXON did not mine, process, manufacture, sell or distribute asbestos or asbestos containing products. EXXON has never sold any product.

- Plaintiff has not identified any product allegedly manufactured, distributed or sold by EXXON to which Decedent Arthur Koog, was allegedly exposed, nor the locations of any such product to which Decedent Arthur Koog, was allegedly exposed. EXXON has never sold any product.

- Any product allegedly manufactured, distributed or sold by EXXON to which

Decedent Arthur Koog, was allegedly exposed did not contain asbestos. EXXON has never sold any product.

- This Defendant is not liable to Plaintiffs to the extent other persons or entities have agreed to indemnify this Defendant concerning product use as alleged by Plaintiffs.

- ADDITIONAL DEFENSES - This Defendant will assert any and all additional defenses which become available or appear during discovery proceedings in this action, and Defendant specifically reserves the right to amend its answer for the purpose of asserting such additional affirmative defenses.

- ADOPTION OF OTHER DEFENDANTS' DEFENSES – This Defendant adopts and asserts any affirmative defense raised or asserted by other defendants to this action that are also applicable to this Defendant.

## ANSWER OF RESPONDING DEFENDANT TO CROSS-CLAIMS

Responding Defendant denies each and every claim and/or allegation of any and all Cross Claims that have been or may in the future be made against Responding Defendant and incorporates by reference herein any and all defenses and affirmative defenses as set forth in the paragraphs above.

Responding Defendant denies that it is liable to any cross-claimant for indemnification or contribution or for any other claim or demand for any kind of relief under any theory of recovery.

WHEREFORE, PREMISES CONSIDERED, Defendant EXXON MOBIL CORPORATION, requests that judgment be rendered on the pleadings, that this action be dismissed, or if this action is not dismissed, that Plaintiff take nothing by this suit.

Respectfully submitted,

**DEHAY & ELLISTON, L.L.P.**

*/s/: S. Shayne Gardner*
**GARY D. ELLISTON**
State Bar No. 06584700
Southern District of Texas No. 55655
gelliston@dehay.com
**S. SHAYNE GARDNER**
State Bar No. 24008427
Souther District of Texas No. 898090
sgardner@dehay.com
3500 Bank of America Plaza
901 Main Street
Dallas, Texas 75202-3736
Telephone: (214) 210-2400
Facsimile: (214) 210-2500

**ATTORNEY FOR DEFENDANT**
**EXXON MOBIL CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2025, a true and correct copy of the foregoing document has been provided to counsel for Plaintiffs and to all known defense counsel via e-filing and e-service, in accordance with the Texas Rules of Civil Procedure.

*/s/: S. Shayne Gardner*
**S. SHAYNE GARDNER**