**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CONNIE SUE KOOG** | § | |
| **Individually and as Personal** | § | |
| **Representative on behalf of the** | § | |
| **Estate of ARTHUR KOOG, and all** | § | |
| **Wrongful Death Beneficiaries** | § | **CIVIL ACTION NO. 4:25-CV-01879** |
| **Plaintiffs** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **A.W. CHESTERTON COMPANY,** | § | |
| **et al** | § | |
| **Defendants** | § | |

**DEFENDANT'S, MUNDY SERVICE CORPORATION,**
**ORIGINAL ANSWER**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW MUNDY SERVICE CORPORATION, erroneously sued as successor to Mundy Construction Company and as Successor to Mundy Industrial Maintenance, Inc. and as successor in interest to San Jacinto Maintenance, Inc. and as successor in interest to Triangle Maintenance ("MUNDY"), a defendant in the above-entitled and numbered cause, and by way of Response to Plaintiffs' First Amended Complaint, files this Answer and would respectfully show this court as follows:

I.
INTRODUCTION

1. Mundy denies the allegations contained in Paragraph I of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in

Paragraph 1 of Plaintiffs' First Amended Complaint to the extent they related to other parties.

2. The allegations contained in Paragraph 2 of Plaintiffs' First Amended Complaint are admitted.

II.
PARTIES

3. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 3 of Plaintiffs' First Amended Complaint.

4. Mundy denies the allegations contained in Paragraph 4 of Plaintiffs' First Amended Complaint, including all of its subparts and footnotes, to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 4 of Plaintiff's First Amended Complaint, including all of its subparts and footnotes, to the extent they relate to other parties.

5. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 5 of Plaintiffs' First Amended Complaint.

6. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 6 of Plaintiffs' First Amended Complaint.

7. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 7 of Plaintiffs' First Amended Complaint.

8. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiffs' First Amended Complaint.

9. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiffs' First Amended Complaint.

10. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 10 of Plaintiffs' First Amended Complaint.

11. With respect to the allegations contained in Paragraph 11 (Def. 53) of Plaintiffs' First Amended Complaint, Mundy admits that it is a citizen of Texas and operates a business at the address indicated. Mundy denies that it had a presence or supplied materials to any of Arthur Koog's worksites. Mundy further denies that it is the successor to Mundy Construction Company; Mundy Industrial Maintenance, Inc.; San Jacinto Maintenance, Inc.; or Triangle Maintenance, Inc. Mundy further denies that it is the defendant to be sued for the liabilities, if any, of Mundy Construction Company; Mundy Industrial Maintenance, Inc.; San Jacinto Maintenance, Inc.; and/or Triangle Maintenance, Inc.

12. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 12 of Plaintiffs' First Amended Complaint.

13. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 13 of Plaintiffs' First Amended Complaint.

## III.
## JURISDICTION

14. The allegations of Paragraph 14 of Plaintiffs' First Amended Complaint are legal conclusions to which no response is required. Mundy denies the allegations to the extent that they are considered factual allegations directed at Mundy, and is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 14 of Plaintiffs' First Amended Complaint to the extent they relate to other parties.

15. The allegations of Paragraph 15 of Plaintiffs' First Amended Complaint are legal conclusions to which no response is required. Mundy denies the allegations to the extent that they are considered factual allegations directed at Mundy, and is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 15 of Plaintiffs' First Amended Complaint to the extent they relate to other parties.

16. The allegations of Paragraph 16 of Plaintiffs' First Amended Complaint are legal conclusions to which no response is required. Mundy denies the allegations to the extent that they are considered factual allegations directed at Mundy, and is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 16 of Plaintiffs' First Amended Complaint to the extent they relate to other parties.

17. The allegations of Paragraph 17 of Plaintiffs' First Amended Complaint are legal conclusions to which no response is required. Mundy denies the allegations to the extent that they are considered factual allegations directed at Mundy, and is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 17 of Plaintiffs' First Amended Complaint to the extent they relate to other parties.

18. The allegations of Paragraph 18 of Plaintiffs' First Amended Complaint are legal conclusions to which no response is required. Mundy denies the allegations to the extent that they are considered factual allegations directed at Mundy, and is without sufficient knowledge or information to form a belief as to the truth of the allegations

contained in Paragraph 18 of Plaintiffs' First Amended Complaint to the extent they relate to other parties.

19. The allegations of Paragraph 19 of Plaintiffs' First Amended Complaint are legal conclusions to which no response is required. Mundy denies the allegations to the extent that they are considered factual allegations directed at Mundy, and is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 19 of Plaintiffs' First Amended Complaint to the extent they relate to other parties.

20. The allegations of Paragraph 20 of Plaintiffs' First Amended Complaint are legal conclusions to which no response is required. Mundy denies the allegations to the extent that they are considered factual allegations directed at Mundy, and is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 20 of Plaintiffs' First Amended Complaint to the extent they relate to other parties.

## IV.
## VENUE

21. Mundy denies the allegations contained in Paragraph 21 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 21 of Plaintiff's First Amended Complaint to the extent they relate to other parties.

## V.
## BACKGROUND

22. Mundy denies the allegations contained in Paragraph 22 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 22 of Plaintiff's First Amended Complaint to the extent they relate to other parties.

23. Mundy denies the allegations contained in Paragraph 23 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 23 of Plaintiff's First Amended Complaint to the extent they relate to other parties.

24. Mundy denies the allegations contained in Paragraph 24 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 24 of Plaintiff's First Amended Complaint to the extent they relate to other parties.

25. Mundy denies the allegations contained in Paragraph 25 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 25 of Plaintiff's First Amended Complaint to the extent they relate to other parties.

26. Mundy denies the allegations contained in Paragraph 26 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in

Paragraph 26 of Plaintiff's First Amended Complaint to the extent they relate to other parties.

27. Mundy denies the allegations contained in Paragraph 27 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 27 of Plaintiff's First Amended Complaint to the extent they relate to other parties.

28. Mundy denies the allegations contained in Paragraph 28 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 28 of Plaintiff's First Amended Complaint to the extent they relate to other parties.

29. Mundy denies the allegations contained in Paragraph 29 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 29 of Plaintiff's First Amended Complaint to the extent they relate to other parties.

30. Mundy denies the allegations contained in Paragraph 30 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 30 of Plaintiff's First Amended Complaint to the extent they relate to other parties.

31. Mundy denies the allegations contained in Paragraph 31 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 31 of Plaintiff's First Amended Complaint to the extent they relate to other parties.

32. Mundy denies the allegations contained in Paragraph 32 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 32 of Plaintiff's First Amended Complaint to the extent they relate to other parties.

## VI.
## COUNT 1–STRICT LIABILITY - PRODUCT & EQUIPMENT DEFENDANTS

33. Mundy incorporates by reference its response to the preceding paragraphs as if fully set forth herein in response to the allegations contained in Paragraph Cnt. I-1 of Plaintiffs' First Amended Complaint.

34. Mundy denies the allegations contained in Paragraph Cnt. I-2 of Plaintiffs' First Amended Complaint and all its subparts to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph and all its subparts to the extent they relate to other parties.

35. Mundy denies the allegations contained in Paragraph Cnt. I-3 of Plaintiffs' First Amended Complaint and all its subparts to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the

allegations contained in this Paragraph and all its subparts to the extent they relate to other parties.

36. Mundy denies the allegations contained in Paragraph Cnt. I-4 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

37. Mundy denies the allegations contained in Paragraph Cnt. I-5 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

38. Mundy denies the allegations contained in Paragraph Cnt. I-6 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

## VII.
## COUNT II - NEGLIGENCE - ALL DEFENDANTS

39. Mundy incorporates by reference its response to the preceding paragraphs as if fully set forth herein in response to the allegations contained in Paragraph Cnt. II-1 of Plaintiffs' First Amended Complaint.

40. Mundy denies the allegations contained in Paragraph Cnt. II-2 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

41. Mundy denies the allegations contained in Paragraph Cnt. II-3 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

42. Mundy denies the allegations contained in Paragraph Cnt. II-4 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

43. Mundy denies the allegations contained in Paragraph Cnt. II-5 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

44. Mundy denies the allegations contained in Paragraph Cnt. II-6 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

45. Mundy denies the allegations contained in Paragraph Cnt. II-7 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

46. Mundy denies the allegations contained in Paragraph Cnt. II-8 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without

sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

47. Mundy denies the allegations contained in Paragraph Cnt. II-9 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

48. Mundy denies the allegations contained in Paragraph Cnt. II-10 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

49. Mundy denies the allegations contained in Paragraph Cnt. II-11 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

50. Mundy denies the allegations contained in Paragraph Cnt. II-12 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

51. Mundy denies the allegations contained in Paragraph Cnt. II-13 of Plaintiffs' First Amended Complaint and all its subparts to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph and all its subparts to the extent they relate to other parties.

52. Mundy denies the allegations contained in Paragraph Cnt. II-14 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

53. Mundy denies the allegations contained in Paragraph Cnt. II-15 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

54. Mundy denies the allegations contained in Paragraph Cnt. II-16 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

55. Mundy denies the allegations contained in Paragraph Cnt. II-17 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

56. Mundy denies the allegations contained in Paragraph Cnt. II-18 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

57. Mundy denies the allegations contained in Paragraph Cnt. II-19 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without

sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

58. Mundy denies the allegations contained in Paragraph Cnt. II-20 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

59. Mundy denies the allegations contained in Paragraph Cnt. II-21 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

## VIII.
## COUNT III - ADDITIONAL NEGLIGENCE OF PREMISES DEFENDANTS

60. Mundy incorporates by reference its response to the preceding paragraphs as if fully set forth herein in response to the allegations contained in Paragraph Cnt. III-1 of Plaintiffs' First Amended Complaint.

61. Mundy denies the allegations contained in Paragraph Cnt. III-2 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

62. Mundy denies the allegations contained in Paragraph Cnt. III-3 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

63. Mundy denies the allegations contained in Paragraph Cnt. III-4 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

## IX.
## COUNT IV - ADDITIONAL NEGLIGENCE OF CONTRACTOR DEFENDANTS

64. Mundy incorporates by reference its response to the preceding paragraphs as if fully set forth herein in response to the allegations contained in Paragraph Cnt. IV-1 of Plaintiffs' First Amended Complaint.

65. Mundy denies the allegations contained in Paragraph Cnt. IV-2 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

66. Mundy denies the allegations contained in Paragraph Cnt. IV-3 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

67. Mundy denies the allegations contained in Paragraph Cnt. IV-4 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

68. Mundy denies the allegations contained in Paragraph Cnt. IV-5 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without

sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

69. Mundy denies the allegations contained in Paragraph Cnt. IV-6 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

70. Mundy denies the allegations contained in Paragraph Cnt. IV-7 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

V.

COUNT V - BREACH OF WARRANTY - PRODUCT & EQUIPMENT DEFENDANTS

71. Mundy incorporates by reference its response to the preceding paragraphs as if fully set forth herein in response to the allegations contained in Paragraph Cnt. V-1 of Plaintiffs' First Amended Complaint.

72. Mundy denies the allegations contained in Paragraph Cnt. V-2 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

73. Mundy denies the allegations contained in Paragraph Cnt. V-3 of Plaintiffs' First Amended Complaint and all its subparts to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the

allegations contained in this Paragraph and all its subparts to the extent they relate to other parties.

74. Mundy denies the allegations contained in Paragraph Cnt. V-4 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

75. Mundy denies the allegations contained in Paragraph Cnt. V-5 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

76. Mundy denies the allegations contained in Paragraph Cnt. V-6 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

77. Mundy denies the allegations contained in Paragraph Cnt. V-7 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

## XI
## COUNT VI - NEGLIGENT SUPPLY OF DANGEROUS CHATTEL - EMPLOYER & PREMISES DEFENDANTS

78. Mundy incorporates by reference its response to the preceding paragraphs as if fully set forth herein in response to the allegations contained in Paragraph Cnt. VI-1 of Plaintiffs' First Amended Complaint.

79. Mundy denies the allegations contained in Paragraph Cnt. VI-2 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

80. Mundy denies the allegations contained in Paragraph Cnt. VI-3 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

81. Mundy denies the allegations contained in Paragraph Cnt. VI-4 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

82. Mundy denies the allegations contained in Paragraph Cnt. VI-5 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

83. Mundy denies the allegations contained in Paragraph Cnt. VI-6 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

84. Mundy denies the allegations contained in Paragraph Cnt. VI-7 of Plaintiffs' First Amended Complaint and all its subparts to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the

allegations contained in this Paragraph and all its subparts to the extent they relate to other parties.

85. Mundy denies the allegations contained in Paragraph Cnt. VI-8 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

86. Mundy denies the allegations contained in Paragraph Cnt. VI-9 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

87. Mundy denies the allegations contained in Paragraph Cnt. VI-10 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

88. Mundy denies the allegations contained in Paragraph Cnt. VI-11 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

89. Mundy denies the allegations contained in Paragraph Cnt. VI-12 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

XII.

COUNT VII - FALSE REPRESENTATION/MISREPRESENTATION/FRAUD - ALL DEFENDANTS

90. Mundy incorporates by reference its response to the preceding paragraphs as if fully set forth herein in response to the allegations contained in Paragraph Cnt. VII-1 of Plaintiffs' First Amended Complaint.

91. Mundy denies the allegations contained in Paragraph Cnt. VII-2 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

92. Mundy denies the allegations contained in Paragraph Cnt. VII-3 of Plaintiffs' First Amended Complaint and all of its subparts to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph and all of its subparts to the extent they relate to other parties.

93. Mundy denies the allegations contained in Paragraph Cnt. VII-4 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

94. Mundy denies the allegations contained in Paragraph Cnt. VII-5 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

95. Mundy denies the allegations contained in Paragraph Cnt. VII-6 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

96. Mundy denies the allegations contained in Paragraph Cnt. VII-7 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

97. Mundy denies the allegations contained in Paragraph Cnt. VII-8 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

## XIII.
## COUNT VIII - FAILURE TO WARN - ALL DEFENDANTS

98. Mundy incorporates by reference its response to the preceding paragraphs as if fully set forth herein in response to the allegations contained in Paragraph Cnt. VIII-1 of Plaintiffs' First Amended Complaint.

99. Mundy denies the allegations contained in Paragraph Cnt. VIII-2 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

100. Mundy denies the allegations contained in Paragraph Cnt. VIII-3 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without

sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

101. Mundy denies the allegations contained in Paragraph Cnt. VIII-4 of Plaintiffs' First Amended Complaint and all of its subparts to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph and all of its subparts to the extent they relate to other parties.

102. Mundy denies the allegations contained in Paragraph Cnt. VIII-5 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

103. Mundy denies the allegations contained in Paragraph Cnt. VIII-6 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

104. Mundy denies the allegations contained in Paragraph Cnt. VIII-7 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

105. Mundy denies the allegations contained in Paragraph Cnt. VIII-8 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

106. Mundy denies the allegations contained in Paragraph Cnt. VIII-9 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

107. Mundy denies the allegations contained in Paragraph Cnt. VIII-10 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

## XIV.
## COUNT IX - FAILURE TO WARN - EQUIPMENT DEFENDANTS

108. Mundy incorporates by reference its response to the preceding paragraphs as if fully set forth herein in response to the allegations contained in Paragraph Cnt. IX-1 of Plaintiffs' First Amended Complaint.

109. Mundy denies the allegations contained in Paragraph Cnt. IX-2 of Plaintiffs' First Amended Complaint and all its subparts to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph and all its subparts to the extent they relate to other parties.

110. Mundy denies the allegations contained in Paragraph Cnt. IX-3 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

111. Mundy denies the allegations contained in Paragraph Cnt. IX-4 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

112. Mundy denies the allegations contained in Paragraph Cnt. IX-5 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

113. Mundy denies the allegations contained in Paragraph Cnt. IX-6 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

114. Mundy denies the allegations contained in Paragraph Cnt. IX-7 of Plaintiffs' First Amended Complaint and all its subparts to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph and all its subparts to the extent they relate to other parties.

115. Mundy denies the allegations contained in Paragraph Cnt. IX-8 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

116. Mundy denies the allegations contained in Paragraph Cnt. IX-9 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without

sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

117. Mundy denies the allegations contained in Paragraph Cnt. IX-10 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

118. Mundy denies the allegations contained in Paragraph Cnt. IX-11 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

## XV
## COUNT X - CONSPIRACY - ALL DEFENDANTS

119. Mundy incorporates by reference its response to the preceding paragraphs as if fully set forth herein in response to the allegations contained in Paragraph Cnt. X-1 of Plaintiffs' First Amended Complaint.

120. Mundy denies the allegations contained in Paragraph Cnt. X-2 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

121. Mundy denies the allegations contained in Paragraph Cnt. X-3 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

122. Mundy denies the allegations contained in Paragraph Cnt. X-4 of Plaintiffs' First Amended Complaint and all its subparts to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph and all its subparts to the extent they relate to other parties.

123. Mundy denies the allegations contained in Paragraph Cnt. X-5 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

124. Mundy denies the allegations contained in Paragraph Cnt. X-6 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

125. Mundy denies the allegations contained in Paragraph Cnt. X-7 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

126. Mundy denies the allegations contained in Paragraph Cnt. X-8 of Plaintiffs' First Amended Complaint and all its subparts to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph and all its subparts to the extent they relate to other parties.

127. Mundy denies the allegations contained in Paragraph Cnt. X-9 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

128. Mundy denies the allegations contained in Paragraph Cnt. X-10 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

129. Mundy denies the allegations contained in Paragraph Cnt. X-11 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

130. Mundy denies the allegations contained in Paragraph Cnt. X-12 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

131. Mundy denies the allegations contained in Paragraph Cnt. X-13 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

## XVI
## COUNT XI - GROSS NEGLIGENCE: WILFUL, WANTON AND RECKLESS CONDUCT - ALL DEFENDANTS

132. Mundy incorporates by reference its response to the preceding paragraphs as if fully set forth herein in response to the allegations contained in Paragraph Cnt. XI-1 of Plaintiffs' First Amended Complaint.

133. Mundy denies the allegations contained in Paragraph Cnt. XI-2 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

134. Mundy denies the allegations contained in Paragraph Cnt. XI-3 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

135. Mundy denies the allegations contained in Paragraph Cnt. XI-4 of Plaintiffs' First Amended Complaint and all of its subparts to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph and all of its subparts to the extent they relate to other parties.

136. Mundy denies the allegations contained in Paragraph Cnt. XI-5 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

137. Mundy denies the allegations contained in Paragraph Cnt. XI-6 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without

sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

138. Mundy denies the allegations contained in Paragraph Cnt. XI-7 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

139. Mundy denies the allegations contained in Paragraph Cnt. XI-8 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

## XVII.
## DAMAGES

140. Mundy incorporates by reference its response to the preceding paragraphs as if fully set forth herein.

141. Mundy denies the allegations contained in Paragraph 32 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

142. Mundy denies the allegations contained in Paragraph 33 of Plaintiffs' First Amended Complaint and all of its subparts to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph and all of its subparts to the extent they relate to other parties.

143. Mundy denies the allegations contained in Paragraph 34 of Plaintiffs' First Amended Complaint and all of its subparts to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph and all of its subparts to the extent they relate to other parties.

144. Mundy denies the allegations contained in Paragraph 35 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

## XVIII
## WRONGFUL DEATH & SURVIVAL DAMAGES

145. Mundy incorporates by reference its response to the preceding paragraphs as if fully set forth herein.

146. Mundy denies the allegations contained in Paragraph 37 of Plaintiffs' First Amended Complaint and all of its subparts to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph and all of its subparts to the extent they relate to other parties.

## XIX
## DAMAGES FOR LOSS OF CONSORTIUM

147. Mundy incorporates by reference its response to the preceding paragraphs as if fully set forth herein.

148. Mundy denies the allegations contained in Paragraph 39 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient

knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

## XX
## PUNITIVE DAMAGES

149. Mundy incorporates by reference its response to the preceding paragraphs as if fully set forth herein.

150. Mundy denies the allegations contained in Paragraph 41 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

151. Mundy denies the allegations contained in Paragraph 42 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

152. Mundy denies the allegations contained in Paragraph 43 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

153. Mundy denies the allegations contained in Paragraph 44 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

154. Mundy denies the allegations contained in Paragraph 45 of Plaintiffs' First Amended Complaint to the extent they are directed at Mundy. Mundy is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph to the extent they relate to other parties.

155. All allegations not specifically admitted above are hereby denied.

**AFFIRMATIVE DEFENSES**

1. Plaintiffs fail to state a claim against Mundy upon which relief can be granted.

2. No act or omission on the part of Mundy was a proximate cause and/or a producing cause of any injury to the Plaintiffs.

3. Mundy would show that there is a defect in parties. The named Defendant is the wrong entity and it did not employ the Plaintiff or have any presence at any of the Plaintiff's worksites or supply any services, equipment or materials to any of the Plaintiff's worksites. Thus, there is a defect in parties defendant.

4. Mundy would show that there is a defect in parties. Mundy Service Corporation is the wrong entity and it did not employ the Plaintiff or have any presence at any of the Plaintiff's worksites or supply any services, equipment or materials to any of the Plaintiff's worksites. Mundy Service Corporation is not the successor to Mundy Construction Company. Mundy Construction Company, a Texas corporation, was merged into Mundy Industrial Maintenance, Inc. on March 30, 1994. Mundy Industrial Maintenance, Inc. was subsequently dissolved on July 1, 2010. Thus, there is a defect in parties defendant.

5. Mundy would show that there is a defect in parties. Mundy Service Corporation is the wrong entity and it did not employ the Plaintiff or have any presence at any of the Plaintiff's worksites or supply any services, equipment or materials to any of the Plaintiff's worksites. Mundy Service Corporation is not the successor to Mundy Industrial Maintenance, Inc. Mundy Industrial Maintenance, Inc., a Texas corporation, was dissolved on July 1, 2010. Thus, there is a defect in parties defendant.

6. Mundy would show that there is a defect in parties. Mundy Service Corporation is the wrong entity and it did not employ the Plaintiff or have any presence at any of the Plaintiff's worksites or supply any services, equipment or materials to any of the Plaintiff's worksites. Mundy Service Corporation is not the successor to San Jacinto Maintenance, Inc. San Jacinto Maintenance, Inc., a Texas corporation, was merged into Mundy Industrial Maintenance, Inc. on December 31, 1975. Mundy Industrial Maintenance, Inc. was subsequently dissolved on July 1, 2010. Thus, there is a defect in parties defendant.

7. Mundy would show that there is a defect in parties. Mundy Service Corporation is the wrong entity and it did not employ the Plaintiff or have any presence at any of the Plaintiff's worksites or supply any services, equipment or materials to any of the Plaintiff's worksites. Mundy Service Corporation is not the successor to Triangle Maintenance, Inc. Triangle Maintenance, Inc., a Texas corporation, was merged into Mundy Industrial Maintenance, Inc. on December 31, 1975. Mundy Industrial Maintenance, Inc. was

subsequently dissolved on July 1, 2010. Thus, there is a defect in parties defendant.

8. Defendant would show that Plaintiffs' claim is barred by the applicable statute of limitations and the doctrine of *laches*, estoppel and/or waiver.

9. Defendant would show that all or some of Plaintiffs' claims may be barred by the applicable statute of limitations.

10. Defendant would show that the alleged injuries and illnesses of the Plaintiff herein were the result of intervening and/or superseding acts or omissions by parties over whom this Defendant had not control and for whose acts or omissions this Defendant was not legally responsible.

11. Mundy specifically denies that Plaintiff was exposed to asbestos-containing products and/or asbestos fibers as a result of any product supplied by this Defendant, or any activity performed by this Defendant.

12. Mundy would show that the negligence of the employers of Plaintiff was the sole cause of Plaintiff's alleged injuries. Alternatively, the employers of Plaintiff are responsible third parties, as defined in Tex. Civ. Prac. & Rem. Code § 33.011 and the comparative responsibility or proportionate responsibility of such parties should be submitted to the trier of fact.

13. Mundy would show that Plaintiff's alleged injuries and damages are the sole and proximate result of Plaintiff's own misuse, abnormal use, or improper use of some or all of the products referred to in Plaintiff's First Amended Complaint. Further, Plaintiff failed to observe and use ordinary care and caution for his own safety, having the same degree of actual and/or

constructive knowledge available to Defendants at the time and place of the alleged injuries. Plaintiff's damages, if any, may also be the result of negligence or fault of third parties over which Mundy is not legally responsible and/or third parties over which Mundy had no control or right of control.

14. Mundy invokes the doctrines of comparative fault, comparative or contributory negligence, and/or comparative causation to reduce or defeat recovery of Plaintiffs herein. As such, the comparative responsibility or proportionate responsibility of Plaintiff should be submitted to the trier of fact, as permitted by Tex. Civ. Prac. & Rem. Code § 33.001, *et seq.* which requires the trier of fact to consider, as to any theories of negligence, strict liability, or other theory of liability in tort, to consider the allocation of fault among Plaintiff, Defendant, and any other Defendants. Third-Party Defendants, Responsible Third Parties, and any Settling Person, including but not limited to Plaintiff's employers, asbestos suppliers, manufacturers of products containing asbestos, premises owners, contractors, and any distributors whether or not named by the Plaintiffs in their pleadings in this matter.

15. Mundy is entitled to an offset or reduction in damages resulting form settlements and releases of claims, if any, executed by Plaintiff in connection with the acts, omissions, and transactions at issue. Defendant therefore requests that Plaintiffs' recovery, if any, be reduced by the total amount of the settlements and/or the percentage allocation of fault attributable to other

Defendants, Settling Persons and/or Responsible Third Parties, as allowed by applicable Texas law.

16. To the extent that Plaintiffs herein may allege that Plaintiff's injuries or diseases were caused or contributed to or brought about while employed by this Defendant, this Defendant would show that, at all material times, it maintained workers' compensation insurance coverage, which was, pursuant to the Texas Workers' Compensation Act, the exclusive remedy for injuries and/or illnesses arising out of plaintiff's employment. Plaintiffs' claim, therefore, as to this Defendant, is barred by the provisions of the Texas Workers' Compensation Act.

17. This Defendant would show that Plaintiffs' claim is barred by the provisions of § 16.009, Texas Civil Practice and Remedies Code, commonly referred to as the Statute of Repose.

18. For further answer, and in the alternative, this Defendant would show that the alleged injuries and illnesses of the Plaintiff asserted herein were due to unknown causes or were the result of an unavoidable accident.

19. This Defendant would show that Plaintiffs are not entitled to punitive or exemplary damages, since recovery of same against this Defendant would violate its rights under the United States Constitution and the Texas Constitution because of the lack of sufficient or proper standards, guidelines and procedures governing such an award. Defendant would further plead and invoke the standards of recovery and limitations on the amount of

recovery for punitive or exemplary damages set forth in Chapter 41 of the Texas Civil Practice and Remedies Code.

20. This Defendant would show that Plaintiffs' claim is barred by the provisions of § 16.009, Texas Civil Practice and Remedies Code, commonly referred to as the Statute of Repose.

21. Mundy would show that the alleged injuries and illnesses of the Plaintiff, asserted herein, were due to unknown causes or were the result of an unavoidable accident.

22. If Plaintiff sustained any illness, injury, disability, loss and/or damage, such are the result of a condition or conditions of Plaintiff's pre-existing conditions or occurred as a result, in whole or in part, of acts and omissions for which Mundy is not responsible.

23. Mundy adopts all affirmative defenses pled by any other Defendant.

**CROSS-CLAIM AGAINST ALL OTHER CO-DEFENDANTS**

24. Mundy denies that it is liable or may be liable to Plaintiffs on any claims asserted against it in this action. In the alternative, Mundy hereby incorporates by reference the allegations in Plaintiffs' First Amended Complaint, without admitting them, and states that in the unlikely event that Mundy is found liable to Plaintiffs, then all other co-defendants now parties in this action and/or co-defendants joined in the future, are jointly and severally liable with Mundy or liable over to Mundy for indemnification and/or contribution.

25. Mundy reserves the right to assert cross-claims against all party Defendants, parties who have settled with Plaintiffs but were not joined as Defendants, and all other parties hereafter joined as Defendants to this action.

**ANSWER TO ANY AND ALL CROSS-CLAIMS ASSERTED AGAINST MUNDY**

26. Mundy denies all allegations contained in any and all Cross-Claims that have been asserted or that may be asserted against it in the future by any other co-defendants in this action and/or any co-defendants joined in the future and further denies that it has any liability, including but not limited to liability for contribution ad/or indemnity to any parties in this action.

WHEREFORE, PREMISES CONSIDERED, Defendant, **MUNDY SERVICE CORPORATION**, prays that judgment be rendered on the pleadings, that this action be dismissed, or if this action is not dismissed that Plaintiffs take nothing by this suit.

Respectfully submitted,

**FUNDERBURK FUNDERBURK COURTOIS, LLP**



**MARK J. COURTOIS**
State Bar No. 04897650
**MARY ANN DOUGHARTY**
State Bar No. 24050529
2777 Allen Parkway, Suite 1000
Houston, Texas 77019-2141
(713) 526-1801
(713) 526-2708 - Fax
Email: mjcourtois@ffllp.com
Email: mdougharty@ffllp.com

**ATTORNEYS FOR DEFENDANT,**
**MUNDY SERVICE CORPORATION**

**CERTIFICATE OF SERVICE**

I, **MARY ANN DOUGHARTY**, certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record on this, the 6th day of August, 2025, electronically through the Pacer system.



______________________________
**MARY ANN DOUGHARTY**