United States District Court
Southern District of Texas
**ENTERED**
September 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNIE SUE KOOG, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | CIVIL ACTION 4:25-CV-01879 |
| | § | ADMIRALTY CASE |
| A.W. Chesterton Company, et al. | § | Judge Keith P. Ellison |
| | § | |
| *Defendants.* | § | |

## ORDER

Plaintiff, Connie Sue Koog, has filed a Notice of Voluntary Dismissal. ECF No. 119. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant Clyde Industries, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's claims against the other Defendants remain pending.

**IT IS SO ORDERED.**

Signed at Houston, Texas on September 3rd, 2025.

Keith P. Ellison
United States District Judge