United States District Court
Southern District of Texas

**ENTERED**
April 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | | Case Number | 4:25-cv-01879 |
|---|---|---|---|---|

| CONNIE SUE KOOG, Individually and as Personal Representative on Behalf of the Estate of ARTHUR KOOG and all Wrongful Death Beneficiaries |
|---|
| *versus* |
| A.W. Chesterton Company, ET AL. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Vincenzo R. Chimera<br>K&L Gates LLP<br>70 W. Madison Street, Suite 3100<br>Chicago, IL 60602<br>(312) 807-4200 Vincenzo.Chimera@klgates.com<br>IL ARDC - 6320435; MO - 71509 |
|---|---|

| Name of party applicant seeks to appear for: | Redco Corporation |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/5/2026 | Signed: /s Vincenzo R. Chimera |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 04/14/2026 | Clerk's signature |

| **Order** |
|---|

Dated: ___April 14, 2026___

**This lawyer is admitted *pro hac vice*.**

_____
United States District Judge